```
1              UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF COLUMBIA
2

3    * * * * * * * * * * * * * * *   )
     W.A. individually, and as the  )
4    Legal Representative of the     )
     ESTATE of S.F., et al.,         )   Civil Action
5                                    )   No. 18-1883
                    Plaintiffs,      )
6                                    )
       vs.                           )
7                                    )
     THE ISLAMIC REPUBLIC OF IRAN,   )   Washington, DC
8    et al.,                         )   December 5, 2019
                                     )   9:43 a.m.
9                    Defendants.     )
                                     )
10   * * * * * * * * * * * * * * *   )

11

12                TRANSCRIPT OF BENCH TRIAL
          BEFORE THE HONORABLE COLLEEN KOLLAR-KOTELLY
13                UNITED STATES DISTRICT JUDGE

14

15   APPEARANCES:

16

17   FOR THE PLAINTIFFS:      RANDY D. SINGER, ESQ.
                              KEVIN A. HOFFMAN, ESQ.
18                            SINGER DAVIS, LLC
                              1209A Laskin Road
19                            Virginia Beach, Virginia 23451

20
     REPORTED BY:            LISA EDWARDS, RDR, CRR
21                           Official Court Reporter
                             United States District Court for the
22                              District of Columbia
                             333 Constitution Avenue, NW
23                           Room 6706
                             Washington, DC 20001
24                           (202) 354-3269

25
```

I N D E X

|  | Direct | Cross | Redirect |
|---|---|---|---|

WITNESSES FOR THE PLAINTIFFS:

| | Direct |
|---|---|
| M.S. | 9 |
| S.S. | 105 |
| Stuart W. Bowen, Jr. | 159 |
| Michael Pregent | 203 |

EXHIBITS RECEIVED IN EVIDENCE                                    PAGE

| | |
|---|---|
| Plaintiffs' Exhibit No. 1 | 32 |
| Plaintiffs' Exhibit No. 6 | 36 |
| Plaintiffs' Exhibit No. 2 | 36 |
| Plaintiffs' Exhibit No. 9 | 43 |
| Plaintiffs' Exhibit No. 10 | 49 |
| Plaintiffs' Exhibit No. 5 | 51 |
| Plaintiffs' Exhibit No. 7 | 54 |
| Plaintiffs' Exhibit No. 11 | 95 |
| Plaintiffs' Exhibit No. 23 | 169 |
| Plaintiffs' Exhibit No. 24 | 170 |
| Plaintiffs' Exhibit No. 27 | 187 |
| Plaintiffs' Exhibit No. 13 | 191 |
| Plaintiffs' Exhibit No. 14 | 198 |
| Plaintiffs' Exhibit Nos. 17, 18 & 19 | 219 |
| Plaintiffs' Exhibit Nos. 30, 32 & 33 | 239 |

1          THE COURT:  Good morning, everyone.

2          MR. HOFFMAN:  Good morning, your Honor.

3          MR. SINGER:  Good morning.

4          THE COURT:  Let's proceed.

5          THE COURTROOM DEPUTY:  Civil Case 18-1883, W.A.,

6     et al., versus the Islamic Republic of Iran.

7          Counsel, would you please identify yourself for

8     the record.

9          MR. SINGER:  Randy --

10          THE COURT:  If you all would use the microphone,

11     please.  It's the best way of making sure we get a record.

12     I know it's a nuisance coming up.

13          MR. SINGER:  Yes, ma'am.  Thank you, your Honor.

14          Randy Singer, representing the Plaintiffs, your

15     Honor.

16          With me is Mr. Kevin Hoffman, also representing

17     the Plaintiffs.

18          THE COURT:  Good morning.

19          And I see you have your witnesses.

20          MR. SINGER:  I do, your Honor.  I'd like to

21     introduce them, but I'd like to cover a procedural matter

22     before I do that.

23          THE COURT:  Certainly.

24          MR. SINGER:  We were granted a motion to proceed

25     anonymously in this case.

1          THE COURT:  Right.

2          MR. SINGER:  I think the motion dealt with not

3    having the full names on the pleadings or on the transcript.

4    I think for purposes of the proceedings today -- we've

5    discussed this with our clients -- if we could use their

6    full name, it would make the proceedings go smoother.

7    There's no one here.  And then we could work with the court

8    reporter to redact them later, if that's okay.

9          THE COURT:  That's fine.  I was just going to

10   suggesting that they should use all their -- the correct

11   names.  Otherwise, it's more difficult.  And if the

12   transcript -- if -- because the transcript likely will get

13   posted at some point, and then we can redact the names.

14   You'll have an opportunity to do that.  That's not a problem

15   at all.

16          MR. SINGER:  That's the way we will proceed.

17          With that being said, I'd like to introduce the

18   witnesses.

19          THE COURT:  Go ahead.

20          MR. SINGER:  Thank you, Judge.

21          At counsel table is M.S., who is the son of S.F.,

22   who was the victim in this case.

23          Behind him is S.S., who is his brother and also

24   the son of the victim in this case.

25          Also at counsel table is W.A., who is the widow of

1    S.F.

2           THE COURT:  All right.  I did go through and read

3    the affidavits of the family, although I think live

4    testimony certainly makes more sense.

5           I generally apply the rule on witnesses.  I don't

6    know that we necessarily have to.  It's up to you as to

7    whether you think it's a good idea for the family to sit

8    through each one of these.

9           MR. SINGER:  We would like, if possible, maybe for

10   the widow to step out during some of the testimony.

11          THE COURT:  That's fine.  That's why I'm

12   suggesting it.  For some of the family, it may be more

13   difficult to continue to hear it.

14          MR. SINGER:  Right.

15          THE COURT:  We do have a room, and Ms. Patterson

16   can show you where it is.  It's a witness room.

17          MR. SINGER:  Great.

18          THE COURT:  That probably should be done -- I

19   don't know whether -- in terms of the experts, we should

20   have each of them step out so they're not both hearing the

21   same things.

22          MR. SINGER:  Yes, your Honor.

23          THE COURT:  Just procedurally, so on the record.

24   I realize nobody else is here.  But I think it's a better

25   way of doing it.

```
 1              MR. SINGER:  That makes sense.

 2              Would it be okay to have one of our experts here

 3     to hear the fact witnesses testify?

 4              THE COURT:  Yes.  That's fine.  Whichever.  Or if

 5     both of them need to hear the fact witnesses, I don't have a

 6     problem with it.  I'm really talking about when each of them

 7     testifies, that the other expert not be in the courtroom at

 8     that point.

 9              MR. SINGER:  Very good.

10              THE COURT:  But in terms of listening to the

11     facts, I don't have any problem at all.

12              MR. SINGER:  Thank you, your Honor.

13              I'm prepared to do a short opening; but also, I

14     know we have one day and we have four witnesses.  So I'm

15     prepared to just start with the testimony.  However the

16     Court would like to proceed.

17              THE COURT:  I think we don't really need an

18     opening.  I think what would be helpful is at the end to

19     give you -- I'll take a break before that, certainly, to

20     give you an opportunity to make your argument.  I think that

21     would be more helpful, frankly, for the Court.

22              What I am going to do is I will take -- we'll take

23     a break for lunch, depending on where you are.  Usually,

24     we'll do a later lunch, but that's when I have juries.  So I

25     can do it however it works with the witnesses.
```

```
 1              I would ask that in terms of the experts that
 2      before they get excused, I will take a break, because you'll
 3      do them seriatim, presumably --
 4              MR. SINGER:  That's correct.
 5              THE COURT:  -- is that I'll take a break before
 6      they get to leave to go over my notes and make sure there's
 7      no additional questions that I have.  And then they can go.
 8      Every once in a while you look later and you think, "I wish
 9      I had asked this."
10              MR. SINGER:  Right.
11              THE COURT:  So I just want to make sure.  I may do
12      that to some degree with the fact witnesses, although it's
13      less likely that I'll do it.  But we'll take a break at some
14      point in the morning, a lunch break, and that can fit in
15      with whatever -- I don't have anything else set on the
16      calendar except this.  It can be however you fit it with the
17      witnesses --
18              MR. SINGER:  Okay.
19              THE COURT:  -- so you're not breaking in the
20      middle of their testimony.  And then we'll do a break after
21      the experts; and if that fits with the afternoon break,
22      that's fine.
23              MR. SINGER:  Very good.  Thank you, your Honor.
24              THE COURT:  And the one thing is to make sure on
25      the record you have done the exhibits the way you're
```

1    supposed to.  Thank you.  Not everybody does.

2              We'll keep track.  Ms. Patterson will as well.

3    It's just to make sure that you do request to have things

4    admitted.

5              MR. SINGER:  Yes.

6              THE COURT:  You can do them -- you don't have to

7    do them during each one unless you're going to be using the

8    exhibit, in which case it should be admitted.  I realize

9    there's nobody on the other side, but I want to go through

10   and handle this the way you would as if there was somebody

11   here --

12             MR. SINGER:  Sure.

13             THE COURT:  -- to make sure that we procedurally

14   do everything correctly.

15             MR. SINGER:  Right.

16             THE COURT:  So you can hold onto them and at some

17   point ask for them to be admitted or, if you're going to be

18   using them with the witnesses, I'd ask that you ask to have

19   them admitted prior to actually using them.

20             MR. SINGER:  Okay.  We'll do that, your Honor.

21             THE COURT:  And I think that's it in terms of my

22   procedural things, unless there's some other question you've

23   got.

24             MR. SINGER:  I think we're prepared to proceed.

25             THE COURT:  All right.

```
 1                    MR. SINGER:  Plaintiffs would call M.S. as our
 2          first witness.
 3                    THE COURT:  If you'd come up here.
 4                    And thank you very much for giving us the names,
 5          et cetera, for the court reporter.  That makes it so much
 6          easier.
 7                    MR. SINGER:  Of course.
 8                    THE WITNESS:  Good morning.
 9                    THE COURT:  Good morning.  If you would remain
10          standing.  We need to swear you in.
11                    M.S., PLAINTIFFS' WITNESS, SWORN.
12                         DIRECT EXAMINATION
13          BY MR. SINGER:
14          Q.  Good morning, Mr. S.
15          A.  Good morning.
16          Q.  Could you please state and spell your name for the
17          Court.
18          A.  Yes.  My full legal name is M.S.S., first name ████,
19          ████████; last name, ██████.  And the second name was
20          ██████.
21          Q.  Now, before I go into a little bit of your background, I
22          wanted to stick with the issue of names for a moment because
23          that can be somewhat confusing.
24          A.  Yes.
25          Q.  There will be different spellings of your name.  For
```

1    example, your last name is ███████████.

2    A.   Correct.

3    Q.   And your brother spells his name with his American

4    citizenship ███████████.

5    A.   Correct.

6    Q.   And then your mother's last name is ██████, ███████████.

7    A.   Correct.

8    Q.   Can you please explain to the Court the naming

9    procedures and why these names are different.

10   A.   Well, first, I would like to start that in Iraq the

11   women do not usually take the last name of the husband.  So

12   they keep their last name.

13          When we left Iraq, we had to change our names so

14   it would not be recognized.  So we strike out the last name,

15   the Iraqi last name, and we chose one of the grandfather's

16   name, which is neutral.  So that's how we end up with the

17   ███████ or ██████████.

18          The reason we changed the spelling is to be a

19   little confused.  They cannot -- if they use a computer,

20   they cannot associate our names.  When we go to Jordan, they

21   adopted the documents that we have.  And when we came to the

22   United States, that's how it came.

23   Q.   You are one of how many siblings?

24   A.   One of four.  I'm second in sequence.

25   Q.   Can you tell the Court the order of the siblings and the

1   name of each one, please?

2   A.  Yes.  The first one would be S.S.; myself, M.S.; then

3   B.A.; and then S.A., the last one.

4   Q.  Now, did B.A. and S.A., your younger brothers, also take

5   the last name of ████ or a different last name?

6   A.  They have a different last name.

7   Q.  What is that name and what is the derivation of that

8   name?

9   A.  It's ████████.  And it's another name.  It's a

10  sub-family with our tribe name.  So it's also a neutral

11  name, so you cannot associate it with any religious or

12  regional area.

13  Q.  But are all of those names that you mentioned the

14  official names with -- associated with their US citizenship?

15  A.  Yes.

16  Q.  Now, where were you born, M.S.?

17  A.  I was born in Baghdad.

18  Q.  What year?

19  A.  1979.

20  Q.  How long did you live in Baghdad?

21  A.  I lived in Baghdad from 1979 to 2006, the year I left.

22  Q.  Are you presently a US citizen?

23  A.  Yes.

24  Q.  When did you obtain your US citizenship?

25  A.  On Veterans Day, 2010.

1   Q.  Are you a dual citizen, then?

2   A.  Yes.

3   Q.  Of what other country?

4   A.  None.

5   Q.  US and Iraq?

6   A.  US and Iraq, yes, only.

7   Q.  Please tell the Court about your educational background

8   in Iraq.

9   A.  So I graduated from Baghdad Medical School.  I practiced

10  medicine.  That was -- I'm sorry.  My graduation was 2003,

11  December.  I practiced at the University of Ramadi as a

12  surgeon.  I trained as a trauma surgeon.

13          After we left Iraqi, I worked in an insurance

14  company, came to the United States.  I took a certification

15  in tissue technology and then I took -- I joined the United

16  States Army as a combat medic.  I took some specialty

17  courses in trauma.  Then I took another certification in

18  infection prevention.

19          And recently, I got accepted in a master program

20  at Hopkins in public health.

21  Q.  Now, let me go back to 2003.

22          THE COURT:  If you could slow down just a little

23  bit for the court reporter and for all of us to absorb it.

24  There's no rush.

25          THE WITNESS:  Yes.  Definitely, ma'am.

1    BY MR. SINGER:

2    Q.  Let me go back to 2003, after you graduated from medical

3    school in Baghdad.  You mentioned that you served as a

4    resident in a hospital?

5    A.  Yes.

6    Q.  What kind of work were you doing at that time?

7    A.  We started as the junior house officer and basically in

8    surgical departments.  Then I was promoted to a senior house

9    officer in trauma surgery and I became a chief of residents

10   there.  My job, mainly, is managing trauma cases.

11   Q.  So were you actually performing trauma surgery at that

12   time?

13   A.  Correct.

14   Q.  And was that the only job you were working in 2003 and

15   2004?

16   A.  No.  I worked with my family business and I also

17   volunteered with the Swiss Agency For Cooperation and

18   Development to take care of physically and mentally

19   challenged patients.

20           THE COURT:  I should mention at this point, did

21   you want the mother to go out?  She looks like she's getting

22   a little --

23           MR. SINGER:  Yes, your Honor.  I would like that.

24           THE COURT:  As soon as Ms. Patterson -- go ahead

25   and do that.  She'll show you the room and then she can step

1    in.  It's just down the hall.

2          MR. SINGER:  Thank you, your Honor.  4.

3          And Mr. Stuart Bowen, who's one of our experts,

4    just came into the courtroom as well.  He's in the back of

5    the courtroom.

6          THE COURT:  Yes.  That's fine.

7          That's not a problem in terms of your listening to

8    the fact witnesses.

9    BY MR. SINGER:

10   Q.  M.S., you are like -- I'm from New York.  Sometimes I

11   talk fast.  And you talk faster.

12   A.  Yes.

13   Q.  So if I go like this (indicating), that means to slow

14   down just a little bit for the court reporter and the Court.

15   Okay?

16   A.  Okay.

17   Q.  And for myself.  I can't keep up with you either.

18   A.  Thank you.

19          THE COURT:  If he wants to go with his mother and

20   then come back, that's fine.

21          MR. SINGER:  Why don't you do that.

22          Thank you, Judge.

23          (Whereupon, the witness's mother was escorted from

24   the courtroom and the following proceedings were had:)

25

```
1    BY MR. SINGER:

2    Q.  We were talking about the 2003 time frame.  In America,

3    when you're a trauma surgeon, you don't have time to work

4    two other jobs.

5    A.  Correct.

6    Q.  Can you please explain to the Court how it's possible

7    that you were doing three jobs during that time frame.

8    A.  So in Iraq, the rule that -- we have a schedule, a daily

9    schedule and weekly schedule.  The surgeons usually have

10   three by three, which mean three days on.  They are on

11   hospital.  And then it's three days off.

12           During their hospital time, they are not allowed

13   to work more than eight hours, because we believe that will

14   burn out the surgeon and the outcome of the surgeon after

15   eight hours will significantly drop.

16           So they will not allow anybody to work more than

17   eight hours until -- unless it's on a single case.  So

18   sometimes some cases take longer.

19           So once you finish, you're done for today.

20           So I still have the rest of the day during my day

21   on.  That's when I go and volunteer with the Swiss agency.

22   And on my day off, I go and work and help with my dad.

23   Q.  Now I'm going to talk -- I'm going to ask you about your

24   father's business in a minute.  But I want to discuss family

25   dynamics first.  All right?
```

1    A.  Yes.

2    Q.  So tell the Court a little bit about your father and his

3    upbringing, please.

4    A.  What do you mean by "upbringing"?  I'm sorry.

5    Q.  How was he raised?  Where was he raised?  And how did he

6    become the kind of person he was?

7    A.  My father was an orphan, grow up as an orphan in a rural

8    area for a poor family.  He lost his dad early in life when

9    he was a kid and his older brother for typhoid diseases.

10          So he grew up cherishing family concepts.  And a

11   loving, gentle, generous person.  Easy to get acquainted

12   with him, easy to have a conversation with him.  And I think

13   that was reflected on his relationship with us.

14          He loved his family so much.  He was a father for

15   us, a leader, but also he was our best friend.  We trust him

16   to talk to him about guy stuff, you know.

17          I mean, as a friend, the neighbors has a great

18   relationship with him.  His employees have a great

19   relationship with him.  He oftentime participate and love

20   charity work around the neighborhood or even in the

21   community.

22          I remember when I was accepted in medical school,

23   he was so proud of me.  But the first word he said to me, he

24   said, "Don't forget about the poor or the less fortunate."

25   So that kind of resonated in my mind.  That's basically, you

1    know, my dad.

2    Q.  Now, in addition to being a friend and your father, you

3    were also working with him --

4    A.  Yes.

5    Q.  -- and his company?

6    A.  Correct.

7    Q.  And as I understand it, there are some different

8    dynamics when he's your boss.  So explain those dynamics.

9    A.  Yes.  So at work, he go by name of A.S.  And everybody

10   in -- the employees call him A.S.  And he instruct us not to

11   call him Dad or Father at work and to call him as his

12   nickname, A.S.

13        He was strict with us.  He said, "I don't want you

14   to be the spoiled son of the owner."  So even when we

15   started, when I started with the company early in my days, I

16   started with an entry job level.  And I work my way up as

17   the company grow up.

18   Q.  How old were you when you started working for the

19   company?

20   A.  16 and 17.

21   Q.  And did you continue working with the company from the

22   time you were 16 or 17 up until the time you left Iraq?

23   A.  Yes.  Nonstop.

24   Q.  Did the whole family live together, you, your four

25   brothers, your mom and dad, all live together?

1    A.  We do have a family house, yes, until S.S. get married

2    and of course he have his own family.

3    Q.  What religion was your family?

4    A.  We basically associated with Islam.

5    Q.  And is that still your religion today?

6    A.  Yes.

7    Q.  And are there -- in Islam, is there kind of a category

8    of Islam called secular Islam?

9    A.  Yes.

10   Q.  Did you belong to that type of Islam?

11   A.  Correct.

12   Q.  Explain to the Court what that is, secular Islam.

13   A.  So in Islam, there's schools.  And the Iraqi school is

14   famous of approaching Islam with a scientific approach.  So

15   it's make logic and have a scientific-based evidence.

16   That's what we practice.

17            But we still pray.  We still believe in one God

18   and we still believe in Mohammed and, you know, pray toward

19   Mecca.  That's the basics.  But we approach it more with a

20   scientific approach.

21   Q.  In Islam, there are also sects.  There's the Sunni and

22   the Shia sect.  Is that correct?

23   A.  Correct.  There are sects.

24   Q.  Which were you?

25   A.  I was Sunni.

1    Q.  And what were the dynamics between the Sunnis and Shias

2    in that time frame?  I'm talking about the 2003-to-2006 time

3    frame in Iraq.

4    A.  Well, the dynamic mostly was a lot of back-and-forth in

5    terms of regions, in terms of accusations.  The Sunni

6    basically -- we don't have a leader to lead all Sunni.  It's

7    a single person-based faith.  Shia has a leader that they

8    dominate their practices and, you know, their political

9    points of view.  And life is that.

10         So there was a lot of clashes.  There was a lot of

11    tension between these two groups.  And the dynamic was

12    either there is a military clashes sometimes or there is a

13    tension between -- even in the neighborhoods themselves.

14    Q.  What percent of Iraq at that time, approximately, were

15    Sunni versus Shia?

16    A.  There is no documented scientific consensus to give that

17    number.  But anecdotally, the Shia claim they are 60 percent

18    of the country.

19    Q.  And Saddam Hussein, who lost power in 2003, was he Sunni

20    or Shia?

21    A.  He was Sunni.

22    Q.  And in the 2003-to-2006 time frame, were there tensions

23    resulting from the fact that the Shias had been oppressed

24    under Saddam and were seeking revenge?

25    A.  That's the claim.  Yes.

```
1    Q.  Now, I want to discuss your business -- your father's

2    business for a little bit first.

3              When did your father first start in business?

4    A.  My father started as an export-import company, small

5    company, back in 1989.  It was a very small office, a couple

6    of employees, including himself.  And that's basically what

7    he did.

8              Then, you know, the company grow up with years.

9    And the activities of the company changed as we grow up.

10   Q.  Can you tell us the name of that company?  I'm sure

11   you're going to have to spell it for us as well.

12   A.  Yes.  Was named ███████, ████████████.

13   Q.  Now, in 1996, did your father -- did the name of your

14   father's business change?

15   A.  Correct.

16   Q.  What happened to cause the business to change in 1996?

17   A.  During the '90s, there was an embargo imposed on Iraq by

18   the United Nations.  And in 1996, there was an agreement

19   between Iraq and United Nations to exchange oil for

20   humanitarian aid.  So a lot of projects and money start to

21   pour into Iraq that goes to infrastructure.

22             At that time, my dad's company was in a position

23   to compete to take these contracts.  And that was a great

24   shift for my dad's work.

25             So we engaged in the construction and rebuilding
```

1      the infrastructure.

2      Q.  Did the company change names at that time?

3      A.  Yes.  There was different activities within the company,

4      so my dad kind of coalesced them all in one body.

5      Q.  What was this new company called?

6      A.  ██████.

7      Q.  Could you spell that also, please?

8      A.  ████████████.

9      Q.  And is that the company that your father and you were

10     working for at the time of his kidnapping in 2006?

11     A.  Correct.

12     Q.  Now, tell us a little bit about the history of this

13     company, how it grew between, let's say, 1996, when he

14     formed it, and 2003, when Saddam was overthrown.

15     A.  So my dad has a concept in work as to build a reputation

16     more than -- it was more important for him to build a

17     reputation than the profit itself.  Oftentimes, he circulate

18     the profit back to the company just to grow up the company

19     and reduce the prices.

20          That's how kind of he built the structure of the

21     company.  And that paid off, because back in 2001, we were

22     one of the famous and known company in Iraq quality-wise.

23     Our quality was really high and our prices was low.

24     Q.  And what size was the company in that time frame, 2001?

25     A.  In 2001, we had 50 engineers, 100 foremen, roughly, and

1    associates.  And we have another 50 which were temporal --

2    temporary employee, which mean if we have a big project that

3    need to be, you know, expanded in terms of employee, that's

4    when my dad hired them.

5    Q.  What kinds of projects was the company doing?

6    A.  Mainly construction, transportation of goods and what

7    they call prime resources, like cement, gravels and all of

8    this stuff.

9         Also, a little bit in communication.  That's

10   something my dad was thinking about, engaging in

11   communication and all of that.

12   Q.  Did the company ever do any work for Saddam Hussein

13   directly on any of his construction projects?

14   A.  No.  My father refrained himself from all the projects

15   that included Saddam or his family.  Saddam known in the

16   '90s to build a lot of houses for himself, palaces.  He

17   called it people palaces.  My dad considered that a betrayal

18   to the Iraq and the Iraqi people.  And although big money

19   was associated with these projects, my dad didn't want to

20   involve in these at all.

21   Q.  Did your company eventually start doing work for either

22   the Coalition Forces or the Americans in Iraq?

23   A.  Yes.

24   Q.  When did that happen?

25   A.  Roughly in the end of 2003, beginning of 2004.

1    Q.   Is this after the overthrow of Saddam?

2    A.   Correct.

3    Q.   And what was the reasoning behind your company?  Why did

4    you bid on these American contracts?

5    A.   Well, first, we received an invitation as part of the --

6    you know, one of the biggest Iraqi companies there.  And we

7    have good reputation.  My dad, you know, accepted the

8    invitation and decided to jump into it because he believed

9    this is our opportunity to rebuild the country, help the

10   Americans to establish, you know, a democratic system.  That

11   was the theme back in 2004.

12           So my dad jumped, if I may say, headfirst to, you

13   know, engage in the rebuilding of the country and the

14   infrastructure.

15   Q.   Were you in favor of that as an employee of the company?

16   A.   We all did.  We all did.  Yeah.

17   Q.   And what types of -- well, first, before I ask you that,

18   was there any danger?  Did you believe there was danger

19   associated with taking on these contracts?

20   A.   Yes.  From day one, being associated with the Coalition

21   Force, Coalition Provisional Authority, will impose a

22   certain level of danger on the company and their work

23   because not all the Iraqis believe and not all the region

24   believe in what the American want to establish, which is,

25   you know, a democratic system, a high standard, Western

1    standard, you know.

2    Q.  All right.  Now, you mentioned the Coalition Provisional

3    Authority.  We refer to that sometimes as CPA.  Are these

4    the initials?

5    A.  Correct.  CPA.

6    Q.  Did that include Americans?

7    A.  Mainly Americans.

8    Q.  Now, when you started working for the CPA and the

9    Americans, what was the first big project that you did for

10   them?

11   A.  The very first big project was something called

12   commission on public integrity, which is -- the abbreviation

13   is CPI.  And that is an anticorruption project designed to

14   target the bad practices of the government, the Iraqi

15   government officials, and promote good governance.

16         My dad believed this is the cornerstone for any

17   healthy system, healthy government system.  And he believed

18   that it is a good legacy for him to engage with that, even

19   though we will not have any profit.  But, you know, having

20   this as a legacy is a big deal for him.

21         So we engaged with that.  We built two projects

22   with them, including CPI.  It was -- one was the main

23   building where the judges and investigators reside in.  And

24   the other one was a secret project.  Not a lot of people

25   know about it, but it was a safe house for the witnesses

1    that will witness against the Iraqi officials, ministers and

2    what so.

3            The other one, the small project, was directly

4    supervised by the Americans; and no Iraqis were involved in

5    that.

6    Q.  Now, the commission on public integrity:  Did those

7    buildings you talked about -- were they inside the Green

8    Zone?

9    A.  Correct.  So the first projects that the Americans -- or

10   the first contracts that the Americans gave to the companies

11   were all inside the Green Zone.  And that particular one was

12   right next to the American embassy.  And so if you see the

13   Green Zone map, you can identify this building right next to

14   it.

15   Q.  Did it require that your company, you and your brothers,

16   your father, have a high level of access to sensitive

17   information?

18   A.  Correct.

19   Q.  And did anyone in the Iraqi government know about the

20   work you were doing for the safe houses for this commission

21   on public integrity?

22   A.  I would say no.  The knowledge was really limited to a

23   couple of employees in the Ministry of Housing and

24   Reconstruction.  The minister himself, of course, know.  But

25   the Iraqi judge that run the CPI, commission of public

1   integrity, know about that project because he pay us visits

2   and he gave us a lot of notes.

3        And basically, that's -- that was about it.  Most

4   of the people that know about it was from the American side.

5   And our workers didn't have any clue of that except two

6   engineers in the company.

7   Q.  How would your workers not have a clue if they're

8   actually working on the project?

9   A.  We promote the first project as a government -- Iraqi

10  government building, just offices.  We didn't announce the

11  nature of the building.

12       And even though we have a lot of questions about

13  why we are doing this like this, why we are doing this like

14  that, we always explain to the workers like, you know, "This

15  is a new building, just like, you know, the Western

16  standard."

17       And a lot of them, they were naïve.  They didn't

18  know exactly.  For the safe house, the Iraqi workers, we

19  promote that as a hotel, you know, inside the Green Zone so

20  they will not associate that building with the other one.

21  Q.  But you said that there was one department in the Iraqi

22  government that knew about your work.

23  A.  Correct.

24  Q.  What department was that?

25  A.  The Ministry of Housing and Reconstruction.

1    Q.  Why did they have to know about your work?

2    A.  That was an agreement between the American and Iraqi

3    governments.  Each project that the Americans built, the

4    Iraqi government have to know about it.  But the Americans

5    request it to be limited knowledge about this specific

6    project.

7    Q.  And who was the head of that department at the time in

8    the Iraqi government?

9    A.  You mean the Ministry of Housing and Reconstruction?

10   Q.  Yes, sir.

11   A.  Was Jabr Solagh.  J-A-B-A-R S-O-L-A-G-H, I think.

12   Q.  Do you know the name Bayan Jabr?

13   A.  Bayan Jabr.  He's the same person.

14   Q.  And so just for purposes of -- to keep the proceedings

15   as streamlined as we can, let's refer to him by Bayan Jabr

16   in this case.  I know he has a number of different names

17   that he goes by.

18   A.  Yes.  He has one other name, I believe.  Yeah.

19   Q.  And did that man eventually become the head of the

20   Department of Interior in Iraq?

21   A.  After the Ministry of Housing and Reconstruction, yes,

22   he became the minister of Internal Affairs.

23   Q.  And is this Internal Affairs the same as the Department

24   of Interior or the Department of -- excuse me -- the

25   Interior Ministry?

1    A.  Yes.  Correct.

2    Q.  When I refer to MOI, for Ministry of Interior, is that

3    the same thing as the Internal Affairs?

4    A.  Correct.

5    Q.  When your father -- I'm going to skip ahead to make a

6    connection.  When your father was kidnapped in 2006, was

7    Bayan Jabr the head of the Ministry of Interior at that

8    time?

9    A.  Correct.

10   Q.  And this would be the same man that would have had

11   knowledge of your work on the safe house back in 2004 and

12   2005?

13   A.  Yes.  Correct.

14   Q.  Now, during the time of your work on the CPI project,

15   the commission for public integrity, were you encouraged to

16   apply for a Fulbright scholarship by the Americans?

17   A.  Yes.  A lot of the officials, American officials, they

18   recommended for me to apply for Fulbright.  And that's what

19   I did.  I followed their recommendation.

20   Q.  And what --

21            THE COURT:  Let me ask, where and when did you

22   learn English?

23            THE WITNESS:  We studied English in Iraq through

24   the university.  Our education is based on the British

25   model.  So that's how we learn English.

1    BY MR. SINGER:

2    Q.  And what did the Americans say was the purpose of you

3    applying for this Fulbright scholarship?  Why did they tell

4    you they were encouraging you to do that?

5    A.  I was chief of residents in University of Ramadi.  I was

6    engaged more in public health more than surgery.  And I was

7    engaged with the work, physical work on the ground with the

8    Americans.  And I think they recognized my leadership

9    skills.

10            And they say Fulbright is a perfect program, will

11   fit you and fit your future career goals.

12            And Fulbright, I suppose, to come to the United

13   States for two years' training and a master of public health

14   program, if I get accepted.

15   Q.  And then the idea was you would take that learning back

16   to Iraq and apply it there?

17   A.  Correct.  If you know about Fulbright, you cannot

18   practice in the United States.  You have to go to the

19   country of origin and you have to practice there.  And that

20   was a big goal for all of us.

21   Q.  And you started the application process?

22   A.  Correct.  I went through the application.  I got into

23   final procedures and I went to the -- even the final

24   interview, but I couldn't make it because of the accident,

25   my dad's death.

1    Q.   Now, let's go back to this safe house if we can.

2            Did the commission for public integrity actually

3    get up and running?

4    A.   Yes.  It was run by Judge Radhi, R-A-D-H-I.  Radhi.

5    Q.   Did Judge Radhi and others root out, you know,

6    corruption in the Iraqi government?  Did they try people and

7    convict people?

8    A.   Yes.  Judge Radhi is very well-known in Iraq, being a

9    decent man, a man of integrity, not associated with Saddam

10   at that time, which was really hard for a judge.  He was a

11   strong character.  It was a worthy person mostly of -- most

12   of Iraq trust him.  And he has investigators.  He sponsored

13   their training directly.  And they were running cases, you

14   know, against the Iraqi officials.

15   Q.   And what eventually happened to that commission on

16   public integrity?

17   A.   Unfortunately, it got under attack a lot.  He lost, from

18   my knowledge, two investigators.  They were slaughtered with

19   their wives and children.  He got threatened by the prime

20   minister himself; and he came into a hearing session in the

21   United States in front of Congress to address the situation,

22   the corruption situation in Iraq.  And he seek asylum here

23   in the United States and he was granted.  And he live in the

24   United States somewhere.

25   Q.   Was your work on the safe house in the building for the

1    commission of public integrity successful?  And was it

2    completed on time?

3    A.  Yes.  It was very successful.  It was completed on time.

4    And that was kind of -- we impressed the Americans with that

5    project because Iraqi known to be relaxed when it came to

6    work.

7    Q.  Was there much profit in that contract?

8    A.  No.  There was not much profit.  Even with the first

9    building, the CPI, there wasn't much profit.

10   Q.  But did that lead to the opportunity to bid on other

11   American contracts?

12   A.  Yes.  Since we gained the trust, you know, built a trust

13   with the Americans and they saw the standard of construction

14   that we made, they encouraged us to apply for more American

15   projects.  And that's what we did.

16   Q.  All right.  Now, if I can turn your attention to

17   Exhibit 1 in the exhibit binder.

18          If you can tell the Court what this document is,

19   please.

20   A.  So this is a contract we signed with the American

21   engineer departments.  It's called multiple task orders

22   contract -- multiple award task order contract.  MATOC.

23   That's how we referred to it, MATOC.

24   Q.  All right.  Now, before I ask you to talk about this

25   document, is this a true and accurate copy of the contract

1    that your company entered into with the US government?

2    A.   Correct.

3    Q.   And given the fact that you fled Iraq and eventually

4    were refugees in Jordan and then the United States, how was

5    it that you came up with a copy of this contract between

6    your company and the US government?

7    A.   We were able to take few documentations related to my

8    dad's work with the Americans back then with us when we fled

9    Iraq, out of Iraq.  Of course, we couldn't take everything

10   with us.  But mainly the most important things.

11   Q.   What did you have?  A briefcase or more than that?

12   A.   Yes.  So after my dad's death, we prepare like an

13   emergency kit, including a briefcase, including most of the

14   important documents, passports, IDs, contracts, paperwork,

15   to take with us.

16             MR. SINGER:  Your Honor, we would move this into

17   evidence as our first exhibit.

18             THE COURT:  So admitted.

19             (Whereupon, Plaintiffs' Exhibit No. 1 was entered

20   into evidence.)

21             MR. SINGER:  Thank you, your Honor.

22   BY MR. SINGER:

23   Q.   Now, what was your role in the company at the time of

24   this contract?

25   A.   I was one of the project managers running the contract,

1    the American contract, working for my dad.

2    Q.  And you referred to this as a multiple -- MATOC, which I

3    think stands for multiple -- well, you tell me what it

4    stands for.

5    A.  Multiple award task order contract.

6    Q.  And so how does that work?

7    A.  So this is an umbrella of multiple contracts, multiple

8    tasks, that's worth certain amount of money.  And you have

9    to finish it within certain time.

10         In this case, the MATOC all together have equal to

11   $80 million, and we have to finish all the tasks within one

12   year.

13   Q.  And then are there individual work orders that fall

14   under this multiple contract?

15   A.  Yes.  So they divided to small sections of contracts.

16   Each contract will have a different amount, a different

17   period of time and different priority based on the needs of

18   the Americans back then.

19   Q.  What kind of work were you going to be doing under this

20   multiple order contract?

21   A.  Mainly the focusing was rebuilding and refurbishing the

22   electricity grid or the electricity system in Baghdad.

23   Q.  Was the electricity a problem in Baghdad at the time?

24   A.  Yes.  It was a huge issue, especially even during Saddam

25   time.  And the Americans thought it's going to be an

1    important priority to work on those before summertime in

2    Baghdad.  If you visit Baghdad in summertime, the

3    temperature is around 45 to 50 Celsius, which is I think 115

4    to 120 Fahrenheit, if I'm converting it correctly.  So you

5    do need electricity.

6    Q.  Were there frequent attacks on the electrical grid

7    during this time?

8    A.  Yes.  There was sabotaging, looting, destruction against

9    the electricity grid in Baghdad.

10   Q.  Against the electricity grid in Baghdad?

11   A.  Yes.

12   Q.  Was part of this contract to bury those electrical lines

13   so there would be less subject to sabotage?

14   A.  Correct.

15   Q.  Now, if you'd turn to -- I believe it's the third page

16   of the contract.  Under Section C, it says Statement of

17   Work.  And there's a paragraph that is highlighted there.

18           Can you tell the Court based on your review of

19   this contract how much -- what the cost of the work

20   associated with this contract was expected to be?

21   A.  So this contract have two portions of it.  The main

22   portion is to lay underground cables that run under the

23   streets and sidewalks of Baghdad.  And the other portion is

24   to fix the overhead cabling and networking for the grid in

25   certain neighborhoods.

1    Q.  All right.  Was your company ready to handle an $80

2    million contract?

3    A.  That was a big step up for us.  But yes.  We were ready

4    to handle that amount of money.

5    Q.  And were you and your brothers working with your father

6    on this contract?

7    A.  Due -- diligently.  Yes.

8    Q.  Could you look at Exhibit 6, please.

9           What is Exhibit 6, sir?

10   A.  It's a plan for Baghdad.  As you can see, Baghdad's in

11   the brown.  And there is Tigris River.  That's divide

12   Baghdad to east and west side.

13   Q.  And up at the top, it says Mahala 873 distribution

14   network.

15   A.  Correct.

16   Q.  What is that?

17   A.  So Baghdad divided into neighborhoods.  So Mahala is

18   a -- basically, a neighborhood.  And each neighborhood has a

19   ZIP code or a number.  It's like here in the United States.

20   You have certain ZIP codes.

21          So Mahala 873 district is basically a certain

22   neighborhood in the west of Baghdad.

23   Q.  Is this a true and accurate copy of the map of Baghdad

24   showing the Mahala district that was associated with this

25   contract?

```
 1    A.  Correct.  And this map came from the Americans

 2    themselves.

 3              MR. SINGER:  Your Honor, we would move that into

 4    evidence as our next exhibit.

 5              THE COURT:  So admitted.

 6              (Whereupon, Plaintiffs' Exhibit No. 6 was entered

 7    into evidence.)

 8    BY MR. SINGER:

 9    Q.  Now, sir, please turn to Exhibit 3.  What is -- excuse

10    me.  I'm sorry.  Turn to Exhibit 2.

11              And can you please tell me, is Exhibit 2 a true

12    and accurate copy of minutes of a preconstruction meeting

13    that you took out of Iraq with you as part of that folder of

14    documents?

15    A.  Yes.  Correct.

16    Q.  And on the second page of Exhibit 2, does it contain

17    general contract information?

18    A.  Correct.

19              MR. SINGER:  Your Honor, we would move that into

20    evidence as our next exhibit.

21              THE COURT:  So admitted.

22              (Whereupon, Plaintiffs' Exhibit No. 2 was entered

23    into evidence.)

24              MR. SINGER:  Thank you, your Honor.

25
```

1    BY MR. SINGER:

2    Q.  Now, the date on this -- if you look at Page 2, what is

3    the date of this conference?

4    A.  January 31st, 2006.

5    Q.  And it says Contract Completion.  What does it say under

6    Contract Completion?

7    A.  "Within 90 days."

8    Q.  And on this contract order, this task order, it says

9    $711,234.  Describe what this is -- what this is describing

10   with reference to that big multitask contract.

11   A.  So this is the first task under the MATOC umbrella.  And

12   it's worth roughly $700,000, working with the Americans.

13   It's based on checkpoints.  So after you finish a certain

14   level of work, they will pay you.  So you don't need to

15   finish the entire project to get paid.

16        So that's basically what's this contract.  If you

17   read the first line, the contract number, the very first

18   thing is the reference for the umbrella.  It start with a

19   W91GXY.  And the task order is between parentheses the first

20   task order.

21   Q.  So did your work on this large electrical contract start

22   shortly after this conference on January 31st, 2006?

23   A.  Correct.

24   Q.  And it looks like this first part of the contract was

25   supposed to be completed within 90 days.  Is that correct?

1    A.  Correct.  Because the goal was to finish these

2    neighborhoods that were very close to the Green Zone before

3    the summertime.

4    Q.  And how involved was your father in this part of the

5    business as opposed to other parts of the business?

6    A.  So after we signed the MATOC with the Americans, that

7    was, as I said, a big step for my dad and for the company,

8    having an $80 million worth contract.

9            So my dad kind of focused solely on this -- on

10   this contract.  So for the other projects around Baghdad

11   that was not related to the Americans, he delegated to other

12   engineers and other projects.  And he pull all his financial

13   resources and family resources in terms of money and time

14   dedicated to that project.

15   Q.  Now, what was the atmosphere in Baghdad at that time?

16   We're now in early 2006.  What were -- were there tensions?

17   If so, how bad were they?

18   A.  Was very tense.  There was always tension in Baghdad

19   before 2006.  But in 2006 and moving forward, the tension

20   escalated and the level of danger increased.  And you can

21   feel that things are heading south, if I may say, very

22   quickly.

23   Q.  Were you concerned about the safety of the employees of

24   the company?  And if so, what precautions did you take?

25   A.  Correct.  We were very scared, to be honest, and very

1    concerned about our safety and our employees' safety and our

2    projects, given that we are working with Americans on a

3    sensitive issue, which is electricity.

4             So what we did is that we changed dynamic in the

5    company.  We eliminated the nonessential people from each

6    contract.  The work on the ground, we -- I followed 6 sigma

7    and lean.  I followed 6 sigma and lean.

8    Q.  What does that mean, 6 sigma lean?

9    A.  So these are managing concepts to do job in small

10   portions, just the necessary.  So instead of piling

11   materials in areas, you just supply them with what they need

12   exactly on these, you know, days of work.

13   Q.  I see.  So you're bringing in just a small amount of

14   materials.  They use them up that day.  Then you bring in

15   more the next day?

16   A.  Yes.  We change the shifts.  We didn't pull people that

17   we don't trust into the projects.

18            We did some public relationship with the

19   neighborhoods that we were working on to just promote that

20   these are contracts or these are maintenance by the Iraqi

21   government and not by anybody else, so they will be more

22   comfortable working with us instead of saying, "This is

23   Americans and this is what we" -- we didn't associate our

24   visits to the site with the Americans, so we will not be

25   associated with them or identified with them as well.

1    Q.  Now, as a businessperson trying to protect the company,

2    the project and your employees, were you aware of groups who

3    were trying to attack the electrical grid?

4    A.  Yes.  It was known in Baghdad that militia attack

5    electricity grid and conversion stations to dismantle the

6    electricity infrastructure altogether in Baghdad.

7    Q.  Why would the militias want to do this if they're

8    Iraqis, too?  This is their country.

9    A.  The Iranian in 2006 jump into action through their

10   militias in Baghdad.  And the idea was to sabotage

11   everything that the Americans do in Baghdad to give the

12   impression to Iraqis that the Americans failed in their task

13   and they are not capable.  They will put your life in

14   danger.  And if you associated with us, we can protect you.

15   We can provide for you.

16            So the goal was to put the Americans in a bad

17   position.

18   Q.  So as a businessperson, you realized there are militias

19   that are going to be trying to disrupt your work that are

20   subject to foreign influence to make the infrastructure fall

21   apart?

22   A.  Correct.

23   Q.  Now, did in fact one of your employees get kidnapped

24   shortly after you began work on this project?

25   A.  Yes.  One of our engineers get kidnapped.

1    Q.  What religion was the engineer who was kidnapped?

2    A.  Christian.

3    Q.  So at the time, there's a lot of Sunni-Shia violence in

4    the city of Baghdad.  Is that correct?

5    A.  Correct.

6    Q.  But this man was a Christian.  He was neither a Sunni or

7    a Shia.  He wasn't Islamic at all?

8    A.  Correct.

9    Q.  What role did he have in your company?

10   A.  He was a chief engineer for our company.

11   Q.  Can you turn to Exhibit 9, please.

12           Now, Exhibit 9 that we marked for identification

13   appears to be a series of emails.  Have you had a chance to

14   review that exhibit before your testimony?

15   A.  (No response.)

16   Q.  M.S., did you have a chance to review this prior to

17   today?

18   A.  Yes.

19   Q.  Is this a true and accurate copy of emails that were

20   sent and received by your company and specifically your

21   father during this time?

22   A.  Correct.

23   Q.  How did you come across these so they could be exhibits,

24   an exhibit today?

25   A.  If you notice, it was addressed for the Mr. Martin

1    Munoz -- he's the American person that represent the United

2    States government back then -- to ███████'s email.  And I

3    still have the username and password to log into it.

4    Q.  Can you spell ███████'s email?  I think that's one of

5    them, right?

6    A.  Sure.  ███████████@yahoo.com.

7    Q.  Now, I noticed that the ███████'s email account that you

8    mentioned was a yahoo.com email account?

9    A.  Correct.

10   Q.  Why were you using yahoo.com email accounts at the

11   business?

12   A.  We set this email specifically and not on the company's

13   server to communicate with the Americans.  Only a few people

14   know about this email.  And I have the log-in information to

15   set apart the communication with the Americans and let it

16   hidden from the access by any employees.

17   Q.  So this Yahoo! account is some Internet-based account

18   that you have access to even today?

19   A.  Correct.

20   Q.  And you set that up as a family to kind of keep that out

21   of the company business and away from employees?

22   A.  Correct.

23   Q.  This is all done for security reasons?

24   A.  Correct.

25   Q.  All right.

1          MR. SINGER:  Your Honor, I would move to --

2     Exhibit 9 into evidence, please.

3          THE COURT:  So admitted.

4          (Whereupon, Plaintiffs' Exhibit No. 9 was entered

5     into evidence.)

6          MR. SINGER:  Thank you, your Honor.

7     BY MR. SINGER:

8     Q.  Turn to the last page of Exhibit 9 first.

9          This appears to be an email from S.F., who is your

10    father.  Correct?

11    A.  Correct.

12    Q.  And it is to Robert Scott, who is an American working on

13    the contract?

14    A.  Correct.  He's the American inside of the contract.

15    Q.  Can you please read the first two lines of that email

16    into the record.

17    A.  Yes.

18         "Dear sir:  We are sorry to tell you that our

19    chief engineers was kidnapped early morning today by unknown

20    people.  We would like you to withhold the note receipt of

21    all projects for now, please."

22    Q.  So now this is a February 18th, 2006, email that your

23    father is saying:  Our chief engineer's been kidnapped;

24    let's hold up on this contract right now?

25    A.  We just tried to, yes, organize our work because he was

1    the engineer that work on the specification with the

2    Americans on that project.  So --

3    Q.  So tell the Court -- explain to the Court what happened

4    with regard to that kidnapping.  Was the man released?  If

5    so, what were the terms of the release?

6    A.  So yes.  The engineer was released.  He paid a ransom.

7    Of course, they kind of tortured him a little bit, from what

8    we understand.  And they threatened him if he continue to

9    work on the electricity grid he will lose his life and his

10   family's life as well.

11   Q.  Now, when you say "they," who are you referring to?

12   A.  The militia who kidnapped him.

13   Q.  And what militia was that, to your knowledge?

14   A.  Badr Organization.

15   Q.  B-A-D-R Organization?

16   A.  Badr Organization.  Yes.

17   Q.  Now, did this man continue to work with the company?

18   A.  No.  He quit and he took his family and left after a

19   while.

20   Q.  And so now your company's just lost your chief engineer

21   on this project?

22   A.  Yes.

23   Q.  And the militia has threatened your family if you

24   continue on the project.  Well, they at least threatened the

25   chief engineer, to your understanding?

 1    A.  Correct.

 2    Q.  What did you and your family decide to do?

 3    A.  We had a meeting to discuss this issue.  My dad decided

 4    to move forward to -- with the projects and help the

 5    Americans.  And after a few discussions, we all support that

 6    decision.

 7    Q.  Why did you decide, you know -- you know your lives are

 8    in danger now.  Your employees' lives are in danger.  Why

 9    did you decide to continue on this project?

10    A.  This is our country.  We don't have any other country.

11    So my dad said:  If we don't step up and help ourselves,

12    nobody will help us.

13    Q.  And were you in agreement with that?

14    A.  Definitely.

15    Q.  Was everyone in your family in agreement with that?

16    A.  Definitely.

17    Q.  What steps did you take in order to make things as safe

18    as possible after this first kidnapping?

19    A.  Again, we changed a lot of communications, security.  We

20    nominated another engineer after, like, good vetting

21    process.  We changed the dynamic of work on the ground.  We

22    changed some logistics associated with supplies and

23    materials, shifts of work, payments and all of that.

24    Q.  Now, if you go to the first page of Exhibit 9, at the

25    bottom of the page, there's an email from your father to

1    this man, Robert Scott.

2              Do you see that?

3    A.  I'm sorry.  The first page?

4    Q.  Yeah.  The first page of Exhibit -- I'm sorry.  No.  I'm

5    wrong.  The second page of Exhibit 9.  Thank you for that

6    correction.  So on the second page at the bottom, there's an

7    email from your father to Robert Scott.

8              Do you see that email?

9    A.  Yes.

10   Q.  And I'd like you to read into the record the second

11   paragraph of that, please.

12   A.  Starting with the "and"?

13   Q.  Yes.

14   A.  "And we would like to inform you that our chief engineer

15   has been released after we've known the intent of his

16   kidnappers that was never to work with the Americans again

17   and made him give his words on that."

18   Q.  So this is your father now informing the Americans that

19   your chief engineer has given his word that he won't work

20   with the Americans again?

21   A.  Correct.

22   Q.  And then if you go down to the very next paragraph, what

23   did your father say?

24   A.  Starting with "but"?

25   Q.  Yes.

1    A.  "But we still want to work with you in spite of all the

2    risks taken.  But indeed, with more cautions from now on."

3    Q.  All right.  And then he also indicates they're pleased

4    to announce they're ready to carry out the work in this

5    Mahala 873 district?

6    A.  Correct.

7    Q.  And did your company get back to work even after this

8    kidnapping with those additional precautions that you

9    discussed?

10   A.  Correct.

11           THE COURT:  What was the source of the information

12   that the militia, the Badr Organization, was involved with

13   the kidnapping of the engineer?

14           THE WITNESS:  So the engineer himself and also the

15   people who witnessed the kidnaps, militia, the Badr

16   Organization, they have emblem they carry on their shoulder.

17   And they have a motto over the emblem that identify them.

18   So just looking at that motto, if you know the emblem, you

19   will know this is a Badr Organization.

20           THE COURT:  I'm not sure I understand the motto.

21   The motto is what's on the emblem?

22           THE WITNESS:  Yes.  Over the emblem, there is a

23   motto.

24           THE COURT:  Oh, I see.

25           THE WITNESS:  There's a certain motto they carry.

1    BY MR. SINGER:

2    Q.  Where was he kidnapped from?

3    A.  Next to his house in Karadh, K-A-R-A-D-H.

4    Q.  Now, following this, were there additional attempts to

5    intimidate the company?

6    A.  Definitely.  There was a lot of accidents and different

7    projects that we have -- had -- sorry -- back then.  There

8    was a car bomb that went off closer to our headquarters in

9    Baghdad.

10   Q.  Was the date of the car bombing April 20th of 2006?

11   A.  Correct.

12   Q.  Was anybody injured in the car bomb that went off near

13   your office in Baghdad?

14   A.  Not a serious injuries.  But there was some scratches

15   here and there.  No.  It destroyed part of the offices that

16   we have.

17   Q.  Turn to Exhibit 10, please.

18        Exhibit 10 is another series of emails.  Have you

19   had a chance prior to today to examine the two pages of

20   Exhibit 10 to decide whether it's a true and accurate copy

21   of some emails that were exchanged at the time?

22   A.  Correct.

23   Q.  And is it a true and accurate copy?

24   A.  Correct.

25   Q.  And pulled out from that same Yahoo! account you

1    discussed earlier?

2    A.   Correct.

3              MR. SINGER:  We would move Exhibit 10 into

4    evidence, your Honor.

5              THE COURT:  So admitted.

6              (Whereupon, Plaintiffs' Exhibit No. 10 was entered

7    into evidence.)

8              MR. SINGER:  Thank you.

9    BY MR. SINGER:

10   Q.   If you look at the second page of Exhibit 10, can you

11   please read the first paragraph of that.

12   A.   "Dear Mr. Martine" --

13   Q.   Let's spell Martin for the court reporter, please.

14   A.   M-A-R-T-I-N -- and I added an E.  I'm sorry.

15   Q.   That's fine.  I want to make sure we have the record

16   correct.

17              Read that first paragraph.

18   A.   "We are sorry that we couldn't supply you with the

19   papers and reports today because our office was damaged

20   yesterday by blowing a car near the building at which our

21   office lies, as I told Mr. Chip late last night.

22              "We will supply with it as soon as we rearrange

23   our documents, computers and office."

24              I'm sorry.  There's a lot of mistakes because that

25   was, like, back then, you know --

1     Q.  No --

2     A.  -- on a rush.

3     Q.  No problem.

4          Now, did you find out who did the car bombing?

5     A.  Well, they didn't announce it; but all the indications,

6     you know, refer to Badr Organization back then.

7     Q.  Did you ever get any demands that were associated with

8     the car bombing itself?

9     A.  There wasn't a phone call to us saying this and that

10    demands; but from what we understand, there was a lot of

11    pressure on us to stop working on the electricity project.

12    Q.  Now, let's look at Exhibit 5, please.

13    A.  Okay.

14    Q.  And Exhibit 5, what's been marked for identification as

15    Exhibit 5, says Contractor Quality Control Report.

16          Can you please describe what this document is.

17    A.  So this document is a report to show the progress that

18    we are made on daily basis that was submitted to the

19    Americans so they can track our work day by day.  The day we

20    stopped, we told them; the day we worked, we told them; what

21    type of work; how many workers; all of that.

22    Q.  All right.  And so is this a true and accurate copy of

23    the contractor quality control report for April 24th of

24    2006?

25    A.  Correct.

1    Q.  So this would have been just four days after this car

2    bombing we just discussed?

3    A.  Correct.

4            MR. SINGER:  Your Honor, I would move that into

5    evidence as our next exhibit, please.

6            THE COURT:  So admitted.

7            (Whereupon, Plaintiffs' Exhibit No. 5 was entered

8    into evidence.)

9    BY MR. SINGER:

10   Q.  Now, on these daily log construction reports, do you

11   have to report whether or not your construction projects are

12   on time and on schedule?

13   A.  Yes, we do.

14   Q.  If you look at the second page of Exhibit 5, what does

15   it say under General Remarks?

16   A.  Mobilization complete.  Work begin.  34 percent

17   complete.  It's still way ahead of our overall schedule.

18   Q.  So despite the kidnapping of your chief engineer,

19   despite the car bombings, despite the other things you've

20   mentioned to the Court, were you still ahead of schedule

21   with this project in April of 2006?

22   A.  Yes.  That was very hard to do, but we did it back then.

23   Q.  What kind of sacrifices was your family making in order

24   to stay on track with the buildout for this project?

25   A.  Well, we put ourselves more obvious, in front lines.  We

1      give a lot of incentives to the workers, financial

2      incentives, mostly.  We increased the number of shifts that

3      we were working to three shifts per day instead of one.  We

4      even communicate with the neighborhoods around this area to,

5      you know, promote neighborhood watching and all of that.

6      But we were more exposed to make sure that this work is done

7      on terms.

8      Q.  Did you organize neighborhood watch groups to protect

9      the jobsites from the militia at night?

10     A.  There were some neighborhood watch structures back then,

11     but we organized them more.  And we support them with

12     lights, with generators, so they can have electricity when

13     it's dark at night.

14     Q.  And did you and members of your family go out to the

15     jobsite and stay at night?

16     A.  Correct.  We -- most of the time, just to encourage

17     people to engage more, we used to go there and stay

18     overnight sometimes with them.

19     Q.  Now, did the issue during this time frame also come to

20     light that you needed redundancy in order to stay on track

21     with this project?

22          THE COURT:  What do you mean by redundancy?

23     BY MR. SINGER:

24     Q.  That you needed another supplier other than just one

25     supplier in order to stay on track with the project in case

1    your supply lines get disrupted.

2    A.  Correct.  We decided to have another supplier.  We used

3    only -- we used to have only one supplier that supply us

4    with the materials and all of that.  But there was an

5    accident happened and there was a car bomb went over a

6    bridge and cut the communication between east and west side.

7    So the supplier couldn't supply at that time.

8              That's when the idea of having a backup, somebody

9    who we can trust to supply us with the materials, just in

10   case the first supplier get threatened, killed, kidnapped or

11   circumstances like this happen in Baghdad again.

12   Q.  What kind of materials are we talking about?

13   A.  Underground cables and overhead electricity cable.

14   Q.  I think we have a picture of the cable.  I didn't mark

15   it in my notes, so forgive me.

16             Look at Exhibit 7, please.  Well, that's actually

17   not a picture of the cables, but it's a picture of -- the

18   second page of Exhibit 7.  Are these the kinds of cables

19   you're talking about?

20   A.  Yes.  These are the cables that we were looking to have

21   a second supplier with.

22   Q.  That's an accurate representation of those cables?

23   A.  Correct.

24             MR. SINGER:  We would move that into evidence,

25   your Honor.

```
 1              THE COURT:  So admitted.
 2              (Whereupon, Plaintiffs' Exhibit No. 7 was entered
 3     into evidence.)
 4              MR. SINGER:  Thank you.
 5     BY MR. SINGER:
 6     Q.  Now, who did your father turn to in order to be the
 7     backup supplier for this job?
 8     A.  He contacted a friend of his that they were knowing each
 9     other back when my dad first started his job in 1989.  He's
10     a trustworthy guy and he work in supply and logistics.
11              So my dad decided to contact him to help us
12     provide this type of cables.
13     Q.  What was his name?
14     A.  His name is Abed, but everybody called him Abu Ali.
15              THE COURT:  Can you spell his name?
16              THE WITNESS;  Sure:  A-B-E-D.  And everybody
17     called him Abu Ali, A-B-U A-L-I.  Abu Ali.
18     BY MR. SINGER:
19     Q.  I'm going to call him Mr. Abed for purposes of your
20     testimony today.
21     A.  Sure.
22     Q.  What reasons did your father have for working with
23     Mr. Abed?
24     A.  As I said, he's a longtime friend with my dad.  He's a
25     trustworthy guy.  He's Sunni.  He work with Turkish
```

1    companies, which is a preferred option for us back then.

2    Q.  Why were Turkish companies a preferred option?

3    A.  Most of our supplies come through routes that were in a

4    geographical area dominated by militias.  Having Turkish

5    side of the job, that will change the routes to the north of

6    Iraq through the Kurd area, which we called Kurdistan, which

7    is relatively safer.  And Kurds are Sunnis, so we will be

8    more comfortable dealing, you know, with the transportation

9    and everything.

10           Also, prices was an advantage for us.  And Turkey

11   have German standards and Western standards, American

12   standards, so they can satisfy the European and the American

13   standards.  And we thought Turkey have a good financial

14   system so we can transfer the money from, you know, the

15   American accounts directly to them.  We will not have any

16   problem.

17   Q.  Now, did your father and Mr. Abed begin negotiations for

18   a contract with these backup supplies?

19   A.  Correct.  They did.

20   Q.  Was that in late April and early May of 2006?

21   A.  Yes.

22   Q.  On the date that your father was kidnapped, what date

23   was that, M.S.?

24   A.  That was Thursday, May 11th, 2006.

25   Q.  On the date that he was kidnapped, was your father

1    planning on meeting with Mr. Abed to continue the

2    negotiations on this contract?

3    A.  To put the final touches and sign a primitive agreement

4    with Mr. Abed.  Yes.

5    Q.  Now, I want to take -- I want to draw your attention to

6    that date.  So let's describe that for the Court.

7           What happened in the morning of May 11th of 2006?

8    A.  So on that date, we woke up.  We usually woke up before

9    my dad.  We took the whole breakfast.  My dad was excited

10   because we reached to kind of a final general agreement with

11   the business side, and today is the signing day.  They were

12   planning to sign it over lunch.

13          So he, my dad and his friend and a Turkish

14   representative, I believe, they were planning to have lunch

15   on that day.  We went to the office.

16          And I was with him all the time after employees

17   left.  He told me to take his briefcase and everything and

18   go home.  He will take the car and go to the office of his

19   friend.  They will take lunch, discuss numbers.

20   Q.  Let's interrupt for a second.

21          When he said for you to go home, that he would

22   take the car and go to the office, you're talking about the

23   office of Mr. Abed?

24   A.  Correct.

25   Q.  That's where the lunch was supposed to be?

1    A.  Yes.

2    Q.  Was your father planning on a trip to Turkey to look at

3    the suppliers and finalize the deal?

4    A.  Yes.

5         So after that meeting, the decision was for my dad

6    to travel to Turkey to inspect the factories and, you know,

7    sign the final agreement there with the Turkish side.

8    Q.  Now, why did your father tell you that he wanted you to

9    go home and didn't invite you to this meeting with him?

10   Because you're kind of his right-hand man, it seems like you

11   should have been at this meeting.

12   A.  My father do drink alcohol.  Turkish people are known to

13   drink certain type of alcohol.  And I don't.  So my dad

14   said, you know, "It's a friendly lunch with an older friend.

15   There will be alcohol.  It's not a proper place for you to

16   do this."

17        And I was coming from Ramadi.  He said, "You just

18   go home.  Rest.  And we will have, you know, a good time at

19   home."

20   Q.  So how did you get home?

21   A.  I took a taxi and I went back.

22   Q.  But your understanding of this meeting was not just to

23   drink alcohol and have drinks with a friend, but also to

24   finalize this contract?

25   A.  Definitely.  Yes.  Yeah.

1    Q.  Now, did your father -- what time did you expect your

2    father home after this meeting?

3    A.  Usually he will be around 4:00 or 5:00 at home.  He will

4    never be late at that time because, you know, Baghdad is not

5    a safe place.

6    Q.  Did your father arrive home at 4:00 or 5:00?

7    A.  No.

8    Q.  Did he arrive home at 6:00 or 7:00?

9    A.  No, sir.

10   Q.  When did you start getting worried and what did you do?

11   A.  He was late for dinnertime.  My mom told me to call his

12   number.  We called his number that night or that evening.

13   He didn't pick up.

14          We called the friend's number to make sure that,

15   you know, he's okay.

16          The friend said, "I have an appointment with your

17   dad.  Your dad didn't show up for the appointment."

18          So the first idea come to my mind probably he got

19   into a car accident that probably incapacitate him to call

20   us or to answer the phone.

21   Q.  And did you make some calls to the hospital or what did

22   you do once you had that idea that he might have been in a

23   car accident?

24   A.  Yes.  So we were thinking the -- his friend's office is

25   really close to my dad's office, and it's mainly one street

```
 1    down the road.  So we were thinking which hospital he can go
 2    to if he made an accident there.
 3              So we asked the friend, my dad's friend --
 4              THE COURT:  Is this Mr. Abed?
 5              THE WITNESS:  Mr. Abed.
 6               -- to send one of his guys to ask if there's a
 7    car accident that took place in that street so I can trace
 8    the hospitals and see which hospital they took him to.
 9    BY MR. SINGER:
10    Q.  And what did you eventually find out?
11    A.  Later on, Mr. Abed told us that a police checkpoint
12    stopped my dad's car and they arrested the man who drive.
13    So it was my dad.
14    Q.  But you didn't find that out that night?
15    A.  No.
16    Q.  Now, that night, did you ever get in touch with your
17    father?
18    A.  No.  We called his phone many times, until one time
19    somebody pick up the phone.  And he asked, "Who is this?"
20    And he said, "We have -- we got your father.  And we will
21    call you back.  Don't call again."
22              THE COURT:  So what number were you calling at
23    that point?  You were calling the office or someplace else?
24              THE WITNESS:  No.  My dad's cell phone.
25              THE COURT:  Oh, the cell phone.
```

1           THE WITNESS:  Yeah.

2   BY MR. SINGER:

3   Q.  And you had been calling it several times earlier with

4   no answer?

5   A.  No, sir.

6   Q.  What time was it that somebody answered and said:  We

7   have your father; don't call back; we'll call you?

8   A.  Late that evening.  Very late.  And to be honest, I

9   cannot associate it with a certain specific hour.  But it

10  was late.

11  Q.  Now, did they identify themselves?

12  A.  No.  They didn't say who they are.

13  Q.  Was there any further conversation other than what you

14  just told the Court?

15  A.  No.  They just say that sentence on the first call and

16  that's it.

17  Q.  When did you hear from them again?

18  A.  I believe next morning or next -- sorry -- next day.

19  Yes.

20  Q.  Now, between that call and the next day, your family

21  must have, you know, been in a lot of anxiety, trying to

22  figure out what to do.

23          What did you decide to do at that point?

24  A.  "Anxiety" probably is a soft word to describe what we

25  went through.  We were in shock.  And we had a lot of

1    scenarios in our mind.  What if it's a gang?  What if it's

2    militia?  What if it's, you know, foreign governments?  What

3    if it's this, that?

4            So we tried to think what's the right thing to do

5    at that time.  And all four of us, the brothers, and mom was

6    there.

7    Q.  And what did you put in place as your plan?

8    A.  S.S. decided to divide things between us and my brother,

9    my older brother.

10           So S.S. said, "I will be responsible for the

11   communication with them if they call back.

12           "You, you are on the ground.  I want you to take

13   care of the work."

14           I took B.A., the third brother, with me to help me

15   with things.  Our goal was to not announce that in the

16   company so that things will be business as usual next day

17   until we figure things out.

18           And S.A. is to support my mom.  S.A. wasn't old

19   enough back then, so we tasked him to maintain my mom.

20   Q.  So to make sure I understand, S.S. is going to negotiate

21   with anybody who's calling?

22   A.  Yes.

23   Q.  And you and your brother B.A. are going to run the

24   company?

25   A.  Correct.

1   Q.  And then your youngest brother is going to take care of

2   your mom and be with your mom?

3   A.  Correct.  I wanted to refer to -- B.A. was an

4   engineering student in second or third year.  So he will

5   know more about engineering and decisions and all this.

6   Q.  Why didn't you call, for example, the Iraqi government

7   or the Iraqi -- the local police force?

8   A.  Nobody trusts Iraqi police back then.  It will be a

9   mistake if you call the police.  First, they will not do

10  anything for you.  Second of all, most of the Iraqi police

11  were Badr Organization, basically, or, you know, related to

12  a death squad or something like that.

13          THE COURT:  If I could go back for a second.

14          You indicated since you brought up the police that

15  at some point you learned that your father went through a

16  police checkpoint.  I believe you said you learned this from

17  Abed, that he went through a police checkpoint and was

18  arrested?

19          THE WITNESS:  Was arrested.  Yes.

20          THE COURT:  At what point did you hear this from

21  Mr. Abed?

22          THE WITNESS:  I believe a few days, a couple of

23  days after, when -- you know, phone calls with Mr. Abed and

24  Mr. Abed was checking on our status and if we need help.

25          THE COURT:  Do you know how he found out?

1          THE WITNESS:  They walked the streets and asked

2     the shops, stores on the streets if they witnessed any

3     accidents with this car.  And my car was -- my dad's car was

4     a very expensive, known car in Iraq, a certain model.

5          And one of the store -- local stores, he said, "It

6     wasn't an accident, but the police stopped this car and the

7     police checkpoints were here.  They stopped this car."

8          THE COURT:  So the people that were walking were

9     people that belonged to Mr. Abed?

10          THE WITNESS:  Correct.

11          THE COURT:  Okay.  I'm sorry.  Go ahead.

12          MR. SINGER:  Thank you, your Honor.

13     BY MR. SINGER:

14     Q.  Did you find out -- excuse me.  Did you call the

15     Americans?

16     A.  The next morning, yes.  I had to report that to the

17     Americans.  And I called them by phone.  I didn't send them

18     an email.  First, I called them by phone.

19     Q.  Did you ask them to trace any calls that might be made

20     on your father's cell phone?

21     A.  Yes.  I called a person named Chris.  I told him.  He

22     said, "Wait a few minutes.  We will call you back.  We'll

23     refer you."  He told me he's gonna refer me to a person

24     named Mike.  He is, from my understanding back then, is --

25     Mike is an American task force to manage situations like

1      that.

2              And I made a communication with Mr. Mike that

3      morning, and I asked him if he can trace my dad's cell

4      phone, since it's on and we communicated with the kidnappers

5      through that cell phone.

6              And he said:  No.  No can do.

7      Q.  Did the Americans provide any help to your family at

8      that time?

9      A.  He gave me a few advices how to deal with the

10     negotiators.  But no real help were provided by the

11     Americans back then.

12     Q.  What kind of advice did he give you?

13     A.  He said just to maintain your composure when you talk to

14     the kidnappers.  There will be a lot of probably yelling and

15     intimidating, cursing, trying to get you off your comfort

16     zone.  And he said just focus on the goal, which is getting

17     your dad safe and, you know, alive from their hands.

18     Q.  Now, your father was kidnapped on what day of the week?

19     A.  Thursday.

20     Q.  And did the kidnappers call back on a Friday?

21     A.  Yes.

22     Q.  Who handled those calls?  You or S.S.?

23     A.  S.S. handled all the communication with them.

24     Q.  Were you in the room when he was communicating with

25     them?

1    A.  Yes.  Sometimes, yes.  If we -- if I am at home, I will

2    definitely be with him.

3    Q.  I'm going to expand this just for a moment to Friday,

4    Saturday, Sunday.  Throughout the weekend, were you getting

5    calls from the negotiators -- from -- let me rephrase the

6    question.

7         Throughout the weekend, was your family getting

8    calls from the people who took your father hostage?

9    A.  Yes.

10   Q.  And were you in the room when some of those calls

11   occurred?

12   A.  Yes.

13   Q.  Even though S.S. was on the phone, were you able to hear

14   some of the things that were going on?

15   A.  Yes.

16   Q.  Please tell the Court what you heard in those phone

17   calls.

18   A.  We were hearing my dad screaming, in pain.  And

19   obviously, they were pressuring him or torturing him in a

20   certain way.

21        And they were yelling themselves on my dad and on

22   S.S.  There were some curse words.  They cursed my family

23   and my mom.  There was a lot of death threats back then, and

24   I think S.S. can expand on that even more.  But that's what

25   we hear.

1    Q.  And S.S. will testify as to each conversation he had

2    with them.

3              But just to be clear, you were in the room and

4    heard some of this going on as well?

5    A.  Yes.

6    Q.  What did that do to you when you heard your father

7    screaming in pain?

8    A.  That was hard, of course.  And -- but what can we do?

9    You know, we have to maintain strong and push through.

10   Q.  Did you understand that they were asking for ransom

11   money?

12   A.  Yes.  They later on asked for ransom money.

13   Q.  Did they ask for anything else?

14   A.  They asked us to stop working with the Americans.  And

15   they asked us to handle everything back to them and -- if we

16   want to see our dad alive or, you know, back.  So we have to

17   stop doing what we were doing.

18             THE COURT:  When you say "handle everything back

19   to them," what are you talking about?

20             THE WITNESS:  They want all my dad's work and

21   documentation and everything.

22   BY MR. SINGER:

23   Q.  Now, I want to take you through this day by day, because

24   it's a little complicated.  So we're going to break it down.

25   A.  Okay.

1    Q.  Your father was kidnapped on Thursday?

2    A.  Uh-huh.

3              THE COURT REPORTER:  Is that a "yes"?

4              THE WITNESS:  Yes.

5    BY MR. SINGER:

6    Q.  Then on Friday, you got some calls from his kidnappers

7    with the screaming and yelling?

8    A.  Yes.

9    Q.  And then on Friday, did you also get a request from

10   somebody to -- or a demand to go pick up your father's

11   vehicle someplace?

12   A.  Yes.  They told us that my dad's car is in a certain

13   police station.  And that police station was in the east of

14   Baghdad, close to the MOI headquarters.

15   Q.  Is the MOI the Ministry of Interior?

16   A.  Yes.

17   Q.  And just for context, does the Ministry of Interior

18   include the local police, the national police and the

19   special police forces in Iraq at that time?

20   A.  Yes.

21   Q.  And was this man, Jabr, who we discussed earlier, the

22   minister of interior at that time?

23   A.  Yes.

24   Q.  And did you know personally whether or not he was a

25   member of the Badr Organization?

1     A.  Yes.  We know.

2     Q.  Now --

3             THE COURT:  How did you know that?

4             THE WITNESS:  It's very famous, ma'am.  He was one

5     of the leaders in Badr Organization.  And it's -- you can

6     find that even in Google.  He's not denying that.  He's

7     publicly admitted.

8     BY MR. SINGER:

9     Q.  Was he to your knowledge a commander in the Badr

10    Organization going way back to the Iraq-Iran War?

11    A.  Yes.

12    Q.  Now, when you got a call that your father's vehicle was

13    at a police station on the other side of the city near the

14    Ministry of Interior, what did you do?

15    A.  We went, S.S. and myself, to that police station.  We

16    found my dad's car.  And I asked the policemen:  How did

17    they get it?

18            They said:  We thought it's a car bomb because it

19    was parked in one of the neighborhoods.  So we towed it back

20    to the police station to make people safe.

21            I start to argue with the policeman.

22            S.S. signaled me to keep my mouth shut.  And

23    that's what I did.  And we went to finish the procedures of

24    collecting the car.

25    Q.  Now, did you believe the policeman who was telling you

1   that they thought it was a car bomb so they towed it back to

2   their station?

3   A.  It didn't make sense to me.

4   Q.  Why didn't it make sense?

5   A.  If you have a car bomb, will you track it to the police

6   station, back to the police station?  Or you have to at

7   least vet it or search it.

8   Q.  What was the shape of the car?

9   A.  The car wasn't broken through.  It was opened by a key,

10  obviously.  We found my dad's clothes and belongings in the

11  back trunk of the car.  We -- I looked inside the car, and

12  there was no damage or anything indicating that they tow it

13  or anything like that.

14  Q.  Did you ask the police officers whether they knew where

15  your father was?

16  A.  No.  I didn't ask the policeman.  But we have in the

17  conversation -- it came up.  But I didn't ask them directly.

18  Q.  What did they say?

19  A.  They say they don't know.  They find this car on the

20  streets.

21  Q.  Now, did the phone calls continue into Saturday?

22  A.  Yes.

23  Q.  So now two days after the kidnapping, did you get

24  instructions to go someplace else?

25  A.  To the Ministry of Interior.

1   Q.  Who told you to go to the Ministry of Interior?

2   A.  I believe that came from them.

3   Q.  And they were talking to S.S. on the phone?

4   A.  Yes.

5   Q.  And is the Ministry of Interior building -- that's the

6   one we've been talking about previously in Baghdad that was

7   run by Mr. Jabr.  Is that right?

8   A.  Yes.

9   Q.  Tell the Court what happened.  Did you go to the

10  Ministry of Interior building?

11  A.  Yes.  Again, S.S. and myself.  We went to the building,

12  main building of MOI in east of Baghdad.

13  Q.  Tell the Court what happened when you went to that

14  building.

15  A.  When we went there, we didn't know what to expect.  We

16  know this building is run by militias, so we were a little

17  bit anxious.  We went inside in the meeting room.  There

18  were civilians coming to the meeting.  They weren't in a

19  police or a uniform, which was surprising for us, because

20  that is unusual with the Ministry of Interior.

21         When they talk to us, they talk in Iraqi language,

22  but with an accent.  It wasn't Iraqi.  So we recognized

23  them.  They were foreigners.

24         And their questions was all about my dad's nature

25  of work, not about my dad's kidnapping.  It was another red

1    flag for us, S.S. and myself, because if you wanted to help,

2    you at least ask about the kidnapping circumstances, where,

3    when.  But they were -- wanted us to give them access to all

4    the files in my dad's company so they can help us, as they

5    say.

6    Q.  So they were explaining that in order to help find your

7    father's kidnapper, they needed access to your company

8    files?

9    A.  Yes.  Correct.

10   Q.  But they didn't ask questions about the circumstances of

11   the kidnapping itself?

12   A.  Correct.

13   Q.  Now, you talked about an accent, and you could tell they

14   were not Iraqi by their accent.

15            How could you tell that?

16   A.  Well, the Iraqi accent is harsh.  And we talk from

17   throat.  And the Arabs cannot mimic our accents.  Foreigners

18   definitely cannot mimic our accents, especially the Iranian,

19   because we are -- the Iraqi is direct when they use the

20   accents.  The Iranians kind of stretch the letters when they

21   talk.  So they cannot mimic it 100 percent.

22   Q.  Give me an example.

23   A.  If I want to say the word "Aziz" in Iraq, I will say

24   "Aziz."  The Iranians will say "Aziz."  So as you can see in

25   the beginning, they just stretch the first two words.

1   Q.  What did you and S.S. think when you met with these

2   folks who were in civilian clothes with this accent after

3   that meeting?  What were you two thinking?

4   A.  When we got out we definitely believed, both of us, that

5   my dad get captured by the Iranians or he's in the hands of

6   the Iranians.

7   Q.  All right.  Did you continue to get phone calls even

8   after that meeting?

9   A.  Yes.

10  Q.  And were the phone -- to your knowledge, were they

11  demanding ransom and documents from your father's work?

12  A.  Documents, mainly.  The ransom came late.

13  Q.  Now, do you recall how much they were asking for in

14  ransom?

15  A.  150,000 American dollars.

16  Q.  Did it start at 150,000 or did it start higher?

17  A.  I believe they were higher.  I think S.S. can talk more.

18  Q.  We'll ask S.S. those questions.

19  A.  Yeah.

20  Q.  I want to direct your attention to May 15th now, so

21  we're four days after the kidnapping.

22  A.  Correct.

23  Q.  That's on Monday.

24  A.  Correct.

25  Q.  Did the phone calls continue on Monday?

1    A.  Correct.

2    Q.  And was there an agreement reached as to how much you

3    would pay the kidnappers on Monday?

4    A.  Yes.  There was an agreement to pay the kidnappers

5    150,000 American dollars in exchange for my father.

6    Q.  Did your family have 150,000 American dollars?

7    A.  At that time, no.

8    Q.  How were you able to get that ransom money?

9    A.  We withdraw our cash from the banks during the three,

10   four days, previous four days.  We liquefy a few of our

11   assets.  We borrowed money from friends, family members.

12   And all of that happened in the Iraq dinar, so we have to

13   switch them to American dollar.  We couldn't do that through

14   the banks because $150,000 is a large amount of money in

15   Iraq and the banks will not do that.  So we have to buy them

16   from black market as well.

17   Q.  Were you successful in liquidating your assets and being

18   able to buy $150,000 of US cash on the black market?

19   A.  That was very hard.  But yes, we did it.

20   Q.  Was the family all in favor of meeting with the

21   kidnappers and giving this ransom money?

22   A.  We want all to go.  But we couldn't.  They demanded only

23   one person have this 150,000 to deliver.

24          The family split, to be honest, between:  Do we

25   pay them or we don't?

1    Q.  And were you in favor of paying them or not?

2    A.  Personally, no.

3    Q.  Why didn't you want to pay them?

4    A.  We -- at that point, we know who we are dealing with.

5    They are the Iranian side of the Internal Affairs.  And that

6    money will go to fund their militias.  They will definitely

7    kill my father.  That was my belief.

8    Q.  That was your thinking at the time?

9    A.  Yes.

10   Q.  Did S.S. eventually go to meet with the kidnappers?

11   A.  Correct.

12   Q.  And why did he go as opposed to you or someone else?

13   A.  I believe they wanted him in person.  They asked for him

14   in person.  And again, I objected to that.  And I told him:

15   We need one of us to go, not you.

16   Q.  But he'd been the one negotiating, talking to them, so

17   they wanted him to go?

18   A.  Correct.

19   Q.  Now, S.S. will testify as to that exchange and what

20   happened in that exchange.

21          But did you later on Monday night learn that the

22   exchange had not been successful?

23   A.  Correct.  S.S. called me and he said it was a setup.

24   And they tried, I think, to get him.  He ran away.

25          I told him to go to a safer place.

     1              And when I hang up the phone, I know this is it.

     2    My dad was dead.

     3    Q.  How did you know that your father was dead?

     4    A.  If they were honest, they will go through.  They will

     5    stick to their side of bargain.

     6    Q.  Was the money -- did S.S. to your knowledge lose the

     7    money in this transaction that occurred?

     8    A.  Correct.

     9    Q.  And so he escaped with his life, but they now had the

    10    $150,000?

    11    A.  Correct.

    12    Q.  And in your mind, you knew that your father was dead?

    13    A.  Correct.

    14    Q.  So what did you do?

    15    A.  I informed my brothers -- we had a fight, because some

    16    of us didn't want to believe this.  But being a doctor, I

    17    know the situation in Baghdad.  I thought probably they

    18    killed him.  They throw him somewhere.  So somebody will

    19    find him and bring him to the morgue next morning.

    20              And that is something common in Baghdad about that

    21    time.  There were a lot of bodies, unknown bodies, thrown on

    22    the sidewalk.  Some people will bring them to the morgue.

    23    So my thinking is to go to the morgue next morning and check

    24    for my dad's body.

    25    Q.  As a trauma surgeon, did you also see a lot of people

1    coming into the hospitals that had been tortured by various

2    groups?

3    A.  Correct.

4    Q.  And you sometimes treated them as well?

5    A.  Correct.

6    Q.  What kinds of torture were you seeing in Baghdad at that

7    time?

8    A.  Mostly drilling.  And that was a fingerprint for

9    militia.  So they will use, you know, a drill, electrical

10   drill.

11   Q.  So like a power drill?

12   A.  Like a power drill -- thank you; that's the word -- to

13   make holes in nonlethal areas in the body that will inflict

14   pain, but will not kill the person.

15            Burning:  That is another thing that the militia

16   usually use.  It's another fingerprint.

17            Hit in areas that can inflict severe pain, like

18   the shin of the tibia, knees, joints, fingers, fingernails.

19   That's how they were doing.

20   Q.  Did you know people who worked in the city morgue?

21   A.  Yes.

22   Q.  How did you know them?

23   A.  I know one of the forensic doctors.  He's a friend of

24   mine from the college.  We graduated together.  And I know

25   him.  I know his family as well.

1   Q.  And were you also familiar with the layout of the

2   morgue?

3   A.  Yes.  The morgue is part of the medical school.  All

4   together, it was established in 1923 by the British.

5          There's a long hallway between the morgue and the

6   medical -- back of the medical school because the back of

7   the medical school was the anatomy theater where they bring

8   bodies of unknown people, not collected to the anatomy, to

9   educate the students on it.

10          And I know this very well because I was student

11  union representative in my college, and the dean's office

12  decided to block that wall and destroy part of the medical

13  school.  The students protested that because it was part of

14  our history and we wanted to preserve it.  And the protest

15  was successful, so they didn't do that.

16  Q.  So because of your work as student president, you were

17  aware of this kind of back hallway to get to the morgue from

18  the medical school?

19  A.  Correct.

20  Q.  Now, with that understanding and background, who did you

21  call at the morgue and what were you told?

22  A.  The first thing come to my mind is to contact -- call my

23  friend and told him what happened.  My dad was kidnapped and

24  I believe he's dead.  And did he receive my dad or did he

25  saw my dad?

1              So he instructed me to come and look, because he

2      said this morning a guy fitted your dad's description was

3      brought by police and militia to the morgue.

4              So I went to the morgue that morning.

5      Q.  Now, when you went to the morgue, did you walk right in

6      the front door?

7      A.  No.  He warned me to wait for him outside.  He said

8      there's a lot of police and militia activity, unusual

9      activity, inside the morgue.  And it's not safe for me to

10     come.  So he instructed me to wait outside and he will meet

11     me outside.

12     Q.  Did you meet your friend outside?

13     A.  Yes.

14     Q.  What did he tell you?

15     A.  He told me that, you know, he saw my dad's body and the

16     police and militia brought him.  And he believed there's a

17     danger that will be imposed on me if I go inside.

18              So we did a trick.  He gave me his lab coat with

19     his name badge on it.  He's a Kurdish person, so the name is

20     a Kurdish.  We agreed to go from the backside of the morgue

21     and he will meet me inside.

22     Q.  Now, if he gave you his lab coat with his name on it,

23     how did he get back in the building?

24     A.  He has his ID and he has the medical union IDs.

25     Usually, if you go in the morning to your job, you don't be

1    wear your lab coat.  You use this ID to go inside.

2    Q.  Why was it so important for you to get your father's

3    body?

4    A.  At least to have a funeral for him.  Just losing him in

5    the wind wasn't an option for me.

6    Q.  Did you go into the morgue, then, wearing this lab coat?

7    A.  Yes.

8             So in the morgue, they have a TV.  They show

9    pictures of dead people with a number.  So you bring that

10   number to the front desk.  They will go and handle you the

11   body on a tray.  And we recognized my father and the number

12   associated with him.

13            So my friend decided not to bring it to the front

14   desk because that might alert the police and the militia

15   standing there.  So he went inside and he got me inside from

16   the back door.  We opened the refrigerator door or room and

17   I smuggled my dad's body through the back door through the

18   college.

19   Q.  You took that back entrance that you learned about when

20   you were in college out of the medical building with your

21   father's body?

22   A.  Correct.

23   Q.  And what did you do next?

24   A.  We took him home.  We -- I didn't want him to get home

25   in the shape, because he was really in a bad shape.  So I

1    stopped at a mosque very close to home.  My brothers met me

2    there.  We kind of wanted to clean his body, wash it and

3    wrap it with linen, put it in a box before we go home and --

4    so my mom can at least look at him.

5    Q.  M.S., I know this was hard.  But you're a doctor.

6    You're a trauma surgeon.  Can you describe what you saw with

7    regard to your father's body?

8    A.  Yes.  There were a lot of torturing wounds, drill wounds

9    in nonlethal areas.  I recognized them from my work.  They

10   were on shoulders and the abdomen.  There were a lot of

11   burning sites.  You can see it happened through -- while he

12   was alive.

13   Q.  How could you tell that?

14   A.  The wound that happened during the life create a

15   reaction.  So if you get, like, burned at home, your hand

16   will turn red.  And if it's a second-degree, it will have a

17   blister.  If it's a third-degree, it will probably bleed or

18   cause a pus.  That mean inflammation process.

19        If you are dead, this process will not take place.

20   So it's just going to be burned, black area.

21        So that's how I know, because of the blisters of

22   the pus reactions and, you know, third-degree wounds.  There

23   have multiple fractures in his ribs, bruising all around his

24   body, especially in the back and front of his chest.  His

25   tibial bone was broken, and tibial bone is one of the bones

1  that can, you know, inflict severe pain without killing the

2  person.  So obviously, they hit him with a hard object,

3  strong enough with powerful hits enough to break that strong

4  bone.

5  Q.  And what did you and your brothers do after you

6  inspected the body?

7  A.  Well, one of the things that we thought about is to

8  clean him and try to get his head in shape, because he has

9  bullets in the base of the skull that didn't go through.

10  But his face was kind of deformed and swollen.  So kind

11  of -- we did what we can just to put things inside and clean

12  him with a cloth and water to remove blood.  And we covered

13  the rest with linens that we had to bring him home.

14          Unfortunately, my mom saw his face.  And she

15  looked through the linens and she went into a shock and

16  hysteria.  That is the good term to describe it.

17  Q.  Were you able to calm your mother down?

18  A.  We wasn't able to calm her down at that time.

19  Q.  Did you eventually give your father a proper burial?

20  A.  Not proper.  But we did -- we gave him some burial

21  ceremony.

22  Q.  What did you do?

23  A.  We left that same day to west of Baghdad to the

24  cemetery.  They have a hole for him.  And we buried him,

25  only families.  They weren't a lot of friends with them.

 1                    MR. SINGER:  Your Honor, I'm getting ready to

 2       shift into the aftermath of this and what happened with the

 3       company and the asylum.  Would this be an appropriate time

 4       for a break?

 5                    THE COURT:  I think so.  Yes.

 6                    Let's see.  It's 11:30.  We'll take a 15-minute

 7       break.  A quarter to 12:00.

 8                    MR. SINGER:  Thank you.

 9                    THE COURT:  Everybody's excused.

10                    (Thereupon a recess was taken, after which the

11       following proceedings were had:)

12                    THE COURT:  I had one question.

13                    Obviously, I don't have a transcript at this

14       point.  But from my recollection of your testimony, you said

15       on that Saturday you went to the MOI building; and you said

16       something like "which was run by the militias."

17                    Do you know which militia?  And how do you know?

18                    THE WITNESS:  Badr Organization.  And again, they

19       have a sign they carry on their shoulder with a motto at the

20       top of it that said "Badr Organization - Loyal to

21       Ayatollah."

22                    THE COURT:  So when you went to the building,

23       apart from meeting the individuals you said were civilian

24       and appeared to be Iranian, did you see other militia in the

25       building with this motto and patch or whatever it is?

1          THE WITNESS:  Yes.  Yes, your Honor.

2          THE COURT:  Thank you.

3          I was trying to go back and figure out whenever he

4     used the word "militia" to make sure if he knew --

5          MR. SINGER:  We'll identify --

6          THE COURT:  -- which ones you're talking about.

7          MR. SINGER:  Yes, ma'am.

8          THE COURT:  Go ahead.

9          MR. SINGER:  Thank you, your Honor.

10    BY MR. SINGER:

11    Q.  What happened to the company in the days following your

12    father's killing?

13    A.  It was a little bit chaos.  We were not in agreement if

14    we can run the business like before or if we need to quit

15    and run away.  We know at that point who we were against.

16    We were against Badr Organization, and the Iranians with

17    them were behind them.

18          That short period of time, a couple of months,

19    there was significant attacks on the company headquarters,

20    warehouses.  One of the workers got killed.  A lot of the

21    workers at the worksite get threatened by militia, and they

22    told us they were Badr Organization because of the sign on

23    their cars and that sign on their uniforms.  Not to work

24    again or they will get killed.  A lot of engineers quit the

25    company.  A lot of workers left the work.

1          So we tried to keep up with things, but we thought

2     it's better if we terminate everything just to at least

3     maintain our reputation and what we had done before and give

4     the Americans a chance to contract with somebody else to go

5     through and finish.

6     Q.  How many months after your father's death did you start

7     wrapping things up and terminating the contracts?

8     A.  Two to three months, tops.

9     Q.  During that time, you described attacks by the militias,

10    specifically the Badr Organization.  Were you present for

11    any of those attacks?

12    A.  The office one time, they come.  They shoot few rounds

13    in the air, you know.  They threaten everybody.  They trash

14    computers.  They kick offices.  And they said, "If we see

15    everybody here, we will kill you."

16    Q.  Now, how did you know that that was Badr Organization

17    militants as opposed to some other militia group?

18    A.  They have their sign on their shoulders.  They wear a

19    camouflage uniform without names.  But they will have an

20    emblem referred to Badr Organization and the sign for it,

21    and that's how we can identify them easily.  They are Badr

22    Organization.

23    Q.  Now, did you pay the employees and the contractors as

24    you wound the business down?

25    A.  Yes.  We tried to compensate the people for their

1    loyalty and work with us.  So we had to liquefy what was

2    left behind.  We got a huge loss because a lot of the

3    materials that we bought got, you know, sabotaged or looted

4    when the attack on warehouse happened.  So what we left with

5    money, we just pay the employees that were there and we sent

6    them home.

7    Q.  Did your family have to liquidate every asset you had

8    except for selling the house in order to pay your employees

9    and the contractors?

10   A.  What left from that, yes.  Like vehicles, you know,

11   materials and warehouse, money, left money.  And my mom sold

12   her jewelry.  We had to sell my dad's car at one point to

13   pay one of the foremen.

14   Q.  And was your family also receiving death threats during

15   this time?

16   A.  Consistently.  Yes.

17   Q.  How did those death threats come?

18   A.  They usually come to the offices.  And they would tell

19   us, like they tell the employees, "We'll kill.  We will kill

20   them."  They will send an envelope with bullets at the

21   house.  They will put it.  And that was a very common thing

22   in Baghdad.  That means that bullet is going to kill you.

23            We got shot at one time from a distance.

24   Q.  M.S., you just signaled "we."  You pointed to your

25   brother?

1    A.  Yes.  S.S. and I.  We got shot at one time from a

2    distance.  We didn't get hurt, but that was like a clear

3    message for us.

4    Q.  Did you eventually decide not just that you had to shut

5    the business down, but it wasn't safe to stay in the

6    country?

7    A.  Definitely.  We thought it's not safe for us to stay at

8    home, not even the country.

9         So first, we abandoned our home.  We carried what

10   we can carry and we just left in a hurry.  And we divided

11   into three groups:  S.S., his wife, family and myself.  Then

12   there was B.A. and my mother.  And S.A., we sent him abroad

13   to Jordan.

14   Q.  Why did you send S.A. to Jordan?

15   A.  S.S. thought he was young.  He did not have any

16   involvement at work.  At this point, he will not be of a big

17   help.  His safety was very questionable.  So -- and it's

18   easy for him.  He doesn't have any family.  He's still

19   young.  He's still a student.  And so it's easy to move him

20   first.

21   Q.  So he was the first to leave and become a refugee in

22   Jordan?

23   A.  Correct.

24   Q.  And did you and the others eventually follow him?

25   A.  Yes.  The next one was S.S. and myself.  It was S.S.

1    with his family and myself.  And that was -- and then B.A.

2    and my mom around Christmastime.

3    Q.  This was Christmastime of 2006?

4    A.  2006.

5    Q.  When did you leave Iraq?

6    A.  November of 2006.

7    Q.  And what were the circumstances that caused you and S.S.

8    and his family to leave in November of 2006?

9    A.  At that time in our company, warehouses was destroyed,

10   looted, sabotaged.  We have a lot of death threats, attack

11   on us.  We lost employees.  One of them got killed.  We had

12   threats.

13        We terminate our contracts.  We were under -- we

14   thought if we gonna stay, the death squads that belong to

15   MOI, Badr Organization, will eventually look for us and kill

16   us, to send messages for everybody else.  You know, that's

17   what happened if you don't cooperate with the Iranian or

18   Badr Organization.

19   Q.  Now, you've mentioned death squads a couple of times in

20   your testimony.

21   A.  Yes.

22   Q.  Can you explain what you're talking about when you say

23   death squads and how you knew that such, you know, groups

24   existed?

25   A.  So death squads wear police uniforms.  They usually are

1   accompanied by Badr Organization's members.

2           THE COURT:  When you say "federal organization,"

3   what are you talking about?

4           THE WITNESS:  Badr Organization.  Badr

5   Organization members.

6           THE COURT:  Oh, Badr Organization.  I'm sorry.

7           THE WITNESS:  And they go and they, like, will

8   mount a home.  They will kill families, children, women,

9   men.  And they want to send message to the neighborhood or

10  they want to send message to somebody.

11          Everybody in Baghdad know they went -- their

12  headquarters is in MOI.

13  BY MR. SINGER:

14  Q.  The Ministry of Interior?

15  A.  Of Interior, because a lot of people saw their vehicles

16  in and out of the main building.  So that was a known fact

17  for people in Baghdad, death squads.

18  Q.  Run by Mr. Jabr at the time?

19  A.  Jabr.  Yes.

20  Q.  Now, when you left and you and your family went to

21  Jordan, what was life like in Jordan?

22  A.  We lost everything.  We lost the dad, the company, the

23  house, the inheritance that we have, the money.  We all

24  lived in one two-bedroom apartment, including S.S.'s family.

25  We couldn't afford to support ourselves.  There was no

1     furniture in the apartment.  Just simple things.  And we

2     struggled a lot, tried to maintain life.

3            We as doctors, S.S. and I, weren't licensed to

4     practice in Jordan.  So we couldn't practice in Jordan as

5     doctors.  Also, they recognized our university, but we are

6     not allowed to practice.  We don't have work permits.  So we

7     tried to work random jobs just to sustain ourselves and

8     survive.

9            Before I left, I have to break up with my fiancée

10    because her family and she believed that I had a death mark

11    on my back and my family and so I will put their daughter in

12    danger.  So we decided to break up and -- before I leave to

13    Jordan.

14    Q.  Did you ever see your fiancée again?

15    A.  I saw her picture in the United States.  She's married

16    some -- you know, a person that I know.

17    Q.  Now, did you get text messages from your neighbors with

18    regard to what happened to your house after you went to

19    Jordan?

20    A.  Yes.  I believe that the Badr Organization realized that

21    we left.  They come to the house.  They trashed the house.

22    They damaged the house.  They pull out all the neighbors to

23    see what happened if you're aligned with the Americans.

24           One of my neighbors took some pictures.  He kept

25    it on his phone.  And later on, he send us these pictures,

1    you know, just to show us it is not safe and Badr

2    Organization come to the house looking for us and threaten

3    everybody, you know, teaching everybody a lesson.

4    Q.  That you shouldn't go back to the house as well?

5    A.  Yeah.  Definitely.  We cannot.

6    Q.  Can you look at Exhibit -- what has been premarked as

7    Exhibit 11, please.

8                 Are these true and accurate representations of the

9    picture your friend sent to you?

10   A.  Yes.  And I can tell you the first picturing, the

11   chairs --

12   Q.  Before you do that, let me just lay out a foundation for

13   them.

14                How did you get these pictures?

15   A.  The friend -- the neighbor sent me.

16   Q.  Did they come over your phone or your email or --

17   A.  No.  On the phone.

18   Q.  I see.

19              MR. SINGER:  I'd move that into evidence as

20   Exhibit 11.

21              THE COURT:  I'll admit it.

22              (Whereupon, Plaintiffs' Exhibit No. 11 was entered

23   into evidence.)

24   BY MR. SINGER:

25   Q.  Now, please describe what we're seeing in these

 1   pictures.

 2   A.  So if you can see, this is the sidewalk in the front of

 3   my house.  And the upper corner, there is a small garden

 4   with a barbed wire.

 5          THE COURT:  So you're looking at what's -- which

 6   one?

 7          THE WITNESS:  This picture.

 8          THE COURT:  The second picture?

 9          THE WITNESS:  Yeah.

10          THE COURT:  Because there's a first one.

11   BY MR. SINGER:

12   Q.  The first one is some men with a uniform with some

13   cabinets.  Do you have that one in your notebook, sir?

14   A.  Yes.  And --

15   Q.  So let's start there.  Describe that one, please.

16   A.  Okay.  So the men in uniform, the blue uniform, this is

17   the police uniform.  And as you can see, there's people who

18   doesn't wear the uniform.  They are civilian.  One of them

19   is in camouflage trousers.  The other one is in the green.

20   These are the Badr Organization militias.  They come with

21   the police at that day.

22   Q.  Is there a picture of your house or your office?

23   A.  Yes.  This is my dad's office at home.  And as you can

24   see, they are going through drawers, looking for stuff, I

25   guess.

1    Q.  This is a picture your neighbor sent to you?

2    A.  Yes.

3            As you can see, it's not clear because he just

4    snapped it very quickly before somebody's pay attention.

5    Q.  Let's go to the second picture.

6    A.  Okay.

7    Q.  What is that?

8    A.  So this is our furniture after they left.  The police

9    and the militia, my neighbor come and took pictures more

10   clearer.

11           And you can see in the corner, they put barbed

12   wire around our house.  And they put a sign on the door.  He

13   didn't take a picture for that, but he said there was like a

14   graffiti saying, you know, "These people are," you know,

15   "traitors."

16           And the third picture of the door, you can see the

17   rest of the door belongs in the trash in the backyard.  You

18   can see our furniture are trashed in the backyard.

19   Q.  And what about the last picture?

20   A.  The last picture, it's the same, but from the roof.  My

21   friend went up to the roof and, you know, he was checking

22   the house to see if there's damage or burned.  And he took a

23   picture from top just to say -- just to show us what

24   happened.

25   Q.  How long did you and the family stay in Jordan?

1    A.  Different, depending on the person.  I stayed for a year

2    and seven, eight months.  S.A., for example, stayed for two

3    years, roughly, probably.  And so it's depending on the

4    person.

5    Q.  And did you and the other members of your family

6    eventually seek and receive asylum to America?

7    A.  Yes.  The people we work with, the Americans, they

8    emailed me and they called me in Jordan and they said

9    there's a program welcoming the people who worked and helped

10   the Coalition Provisional Authority and the Americans to

11   come to Iraq in certain terms.  That's the program I applied

12   for first, and that's when I come to the United States.

13   Q.  When did you come to America as a refugee under the

14   asylum program?

15   A.  I arrived in the United States on August 12th, 2008.

16   Q.  And where did you arrive and what did you do after you

17   came?

18   A.  I landed in Bay area, in California, in San José.  And

19   the economy was in -- having some difficulties back then.

20   It had some challenges.

21           So I didn't bring my credentials with me.  I

22   couldn't obtain it from Baghdad University.  So the first

23   job I was able to secure in the United States was selling

24   hotdogs on a street vendor tray in Santana Row mall in San

25   José.

1    Q.  In a mall in San José, California?

2    A.  Correct.

3    Q.  How long were you a hotdog vendor in the mall?

4    A.  A couple of months.

5    Q.  And did you eventually end up joining the US military?

6    A.  That was in 2010.  Yes.

7    Q.  Tell the Court why you joined the military in 2010.

8    A.  I thought I had a lot of knowledge in the medical field.

9    And I know the Iraqi culture; I know the American culture.

10   I'm acquainted with both.  I can bridge any gaps.  I can

11   still help the mission of the Americans in Iraq, speaking

12   the Iraqi fluently, and know more probably than they know.

13        So I thought I would be a good asset, you know, if

14   I joined the United States Army as a combat medic.  And

15   that's what I did.

16   Q.  So your plan was to join as a combat medic and maybe go

17   to Iraq and help bridge the gap between the Americans and

18   the Iraqis?

19   A.  Correct.  And I thought if I will be wearing the

20   uniform, the Badr Organization cannot touch me in Iraq.  So

21   that's the thought I had.

22   Q.  And where -- did you gain your citizenship during that

23   same year?

24   A.  Yes.  I had to -- well, my leadership, they wanted to

25   grant me a security clearance.  And that required for me to

1    be a citizen.  So they expedited the process of citizenship

2    for me, and I gained my citizenship in Veterans Day of 2010.

3    Q.  Were you able to fulfill your dream of becoming an Army

4    medic and going back to Iraq?

5    A.  I fulfilled my dream to became an Army medic, but not

6    going back to Iraq, because the window of deployment was

7    closed at that time I finished my basic and AIT training.

8    The units were coming back from Iraq, and then they said

9    there's no more deployment to Iraq.

10   Q.  How long did you serve as a medic?

11   A.  I would say three years.

12   Q.  Were you honorably discharged?

13   A.  Yes.  I was honorably discharged and I was given an

14   Arcom medal, which is A-R-C-O-M, which is Army commendation.

15   Q.  I was going to ask you about that.  What commendation

16   medal were you given and what was it for?

17   A.  While I was in my unit, I thought to train the officers

18   about how they can recognize militia, how they can engage

19   with the people, how they can reinforce the positive message

20   that they have.

21           And so I give a series of lectures to my chain of

22   command.  Brigade and commander, you know, was included.

23   And I was training the medics and the units how to fight on

24   streets without harming civilians, basically reducing the

25   collateral casualties, as they call them.

1          I give eight lectures.  Was very successful.  And
2     I'm happy to say it changed some of the protocols in my
3     units when engaging with civilians.
4          THE COURT:  Were you ever deployed to anyplace
5     outside the United States in this period?
6          THE WITNESS:  No, ma'am.  They thought I would be
7     a better help for them training the units.
8          THE COURT:  And so where were you doing the
9     training?
10          THE WITNESS:  In Fort Carson, Colorado, Colorado
11     Springs.
12          THE COURT:  Okay.
13     BY MR. SINGER:
14     Q.  Now, did you eventually move to Boise, Idaho, after
15     leaving the Army?
16     A.  That wasn't my plan first.  I tried to go into the
17     officers' side.  A lot of my NCO line, they said you have to
18     apply for a PA school, physician assistant's school.
19     Unfortunately, I wasn't successful because, again, my
20     credentials wasn't with me.  And in the military PA school,
21     they didn't accepted anybody graduating from overseas.  You
22     have to be an American graduate.
23          So I thought I wouldn't be able to advance in my
24     career with the Army once my contract finished with them.  I
25     didn't re-up.  But I went and S.S. was in Idaho, so I joined

1    him in Idaho.

2    Q.  I was going to ask how you ended up in Boise, but that's

3    because your brother was already there?

4    A.  Yes.  My sergeant major asked me, "Why Idaho?  There's

5    nothing by potato."  And I said, "Well, my brother with the

6    potato."

7    Q.  So we'll ask him the question of how he got there first.

8             Now, what kind of work have you been doing there?

9    A.  In Idaho, I engage with a lot of refugee agencies.

10   There was a lot of refugees coming to Idaho.  And Idaho,

11   Boise, is recognized in the top five cities welcoming about

12   refugees.  A lot of these refugees, they were professionals:

13   engineers, doctors, lawyers.

14            So I advocate for one of the agencies how to get

15   these professionals back to track and practice in their

16   respective specialties to became independent citizens,

17   taxpayer citizens and, you know, good citizens, basically.

18   Q.  There's an organization called the Global Talent Idaho

19   Doctor Group.  What is that?

20   A.  So this is a group that my brother and I with the help

21   of Global Talent Idaho Agency For Refugees develop, so I'm

22   one of the cofounders.  It's solely focused on doctors,

23   refugee doctors, help them pass the American exams, the

24   United States medical license exam, and train them on

25   American standards so they can practice as doctors in the

1      state of Idaho itself.

2                We recognize the state of Idaho as a rank 49 among

3      all 50 in doctors per capita.  They struggle to recruit

4      doctors to the state.  We noticed that -- during that job

5      that other states in the United States are struggling with

6      doctors because they have a very convoluted path in order to

7      pass all the exams.  So we were advocating nationwide for a

8      lot of agencies.

9                THE COURT:  Did you do this yourself?

10               THE WITNESS:  Yes, ma'am.

11               THE COURT:  So did you also go through the program

12     and get your license to practice as a doctor?

13               THE WITNESS:  Not yet.  I didn't have my

14     credentials with me.

15               But we are doing it right now because I obtained

16     my license recently and I'm -- my credentials recently from

17     Baghdad University.  So we are trying to get back.

18               But at that point, I'm not going to be appealing

19     for the Americans because I was away from practice for,

20     like, 12 years.  So I don't know if I'm allowed, if the

21     program director will accept a person like me.

22     BY MR. SINGER:

23     Q.  Did you get any kind of recognition for this program

24     that you started to get refugee doctors serving the

25     underserved in Idaho?

1    A.  Yes.  Our success was making an echo in the United

2    States to the degree that the White House and President

3    Obama recognized my work and chose me as a Champion of

4    Change in 2015 in the United States.

5    Q.  In addition to doing that work that was recognized by

6    the White House, were you also working in a Regional Medical

7    Center?

8    A.  Yes.  I work as an infection prevention specialist in

9    St. Alphonsus Regional Medical Center.

10   Q.  Can you spell Alphonsus, please?

11   A.  It's going to be challenging.  A-L-P-H-O-N-S-U-S.

12   Q.  And what does -- what does that mean?  In your work in

13   the infectious disease program there at St. Alphonsus, what

14   exactly are you doing?

15   A.  Given my surgical background, what I will do, I design

16   programs for the surgeon to battle what they call

17   health-associated infections.  These are the infections that

18   the hospital or the surgeon cause to the patients.  These

19   infections is not reimbursed by insurance, so the hospital

20   have to eat that cost.

21        The surgical side of health-associated infections

22   costs the health system in the United States over 13

23   billion.  The health-associated infections all together cost

24   over 33 billion.

25        My job is to reduce the risk of infection to the

1      patients so we can practice on high-quality, low-cost, while

2      maintaining patient safety.

3             I was successful in my program in the hospital and

4      I'm giving few lectures to the regional hospital now on the

5      things that we are doing.

6      BY MR. SINGER:

7      Q.  Lastly, are you also pursuing a degree from Johns

8      Hopkins?

9      A.  Yes.

10             I thought that when I lost on Fulbright I can gain

11     in a different way here, so I applied for a master in public

12     health, epidemiology of infection, patient safety and

13     quality, from Johns Hopkins, which is ranked number one in

14     that specialty in the United States.

15     Q.  And are you married presently?

16     A.  I recently got married.  Yes.

17     Q.  And how did you meet your wife?

18     A.  We know her family.  Her dad and mom are friends for my

19     dad and mom, and her dad is the one who helped me carry my

20     dad's body from the morgue to the home.

21             We met in Jordan.  I cannot go back to Iraq.  So I

22     met her in Jordan and we had a nice conversation and we

23     exchanged phone calls.  And when I came back to United

24     States, we had a lot of what we call WhatsApp.  It's a

25     social media.

```
1    Q.  Right.
2    A.  And I asked her if I can propose.  And she liked me, I
3    guess.  We have a mutual feeling to each other.  She agreed.
4              So I went back to Jordan and asked her for --
5    asked her dad to -- permission to marry his daughter.  And
6    he agreed.
7    Q.  Is she now living in the United States with you?
8    A.  Yeah.  She came to the United States.  We got married in
9    this March of 2019.  And she was admitted to the United
10   States in April of 2019.
11   Q.  Now, M.S., the last thing I want to do is just ask you
12   about the impact of your father's abduction and death on you
13   and the family members, just briefly, with regard to each.
14             So I want to start with you.
15   A.  Okay.
16   Q.  Can you explain to the Court the impact of this on you
17   emotionally, mentally and physically.
18   A.  It was a shock and it was hard.  I'm not going to lie.
19   There's an abyss in my heart.  I always feel that I cannot
20   fill it.  I lost my father prematurely.  He's still young.
21   I thought we still have many years to go together.  And he
22   didn't come to my wedding.  I'm expecting my first baby.
23   He's not going to be there.
24             I lost my career as a doctor in Iraq and as a
25   leader in my hospital, in my community.
```

1        I lost even my mom, although she's alive, but she

2    has become a remnant of a human being.  She's depressed.

3    She got two heart attacks.  She's not engaging much.

4        The term PTSD wasn't conceptualized back when I

5    was a refugee.  This is a new term come to the medical

6    field.  So I realize and I know I have some PTSD.  And I'm

7    trying to engage and give back to the community just to

8    maintain my dad's legacy and keep my mind just busy.

9    Q.  Have you sought counseling for this?

10   A.  No.

11   Q.  Are you going to?

12   A.  No.

13   Q.  Why not?

14   A.  Before, we were refugees.  We couldn't afford it.  As I

15   told you, the concept of PTSD wasn't known.

16        And now, I'm past -- I passed the point of

17   counseling.  It will not be effective at that point.  So I

18   had to seek joy in looking to the future.

19        That's probably will be a good therapy, having my

20   son, having my wife, having the career that my dad wished

21   for me, seeing my brothers safe and successful.  It probably

22   would be a good reminisce and bringing justice to my dad,

23   probably, that will close that chapter in my life,

24   hopefully, and everything else.

25   Q.  Do you still have flashbacks and thoughts about the

1    phone calls with the torture of your father's body, seeing

2    your father's body and those types of things?

3    A.  Definitely.  This is something you cannot forget.  The

4    doctors, specifically a lot of surgeons, they keep imaging

5    for their patients.  And unfortunately, this is a patient we

6    couldn't save.

7    Q.  You've mentioned the impact on your mom, and I know all

8    of your family members have filed affidavits with more

9    detail.  But would you briefly describe the impact on your

10   brothers.

11   A.  We changed.  Our house was full of laughter.  We still

12   smile, but there's no genuine laughter.  Every Christmas,

13   every happy events, we always missing the dad.

14           And, knowing that, we couldn't help him.  We

15   couldn't bring people who did that to him to justice.

16   That's a burden on our shoulder.  It's easy in Iraq to carry

17   a weapon and start killing people in retaliation.  I can't

18   attack Badr Organization.  They might kill me.

19           But we believe in rule of law.  And that's what

20   we're trying to do.  And at least this will, you know, honor

21   my dad's legacy.  And as I said, it will bring the joy and

22   bring the good memories.  It will filter the good memories

23   through our life for future and hopefully for the next

24   generation that born here in the United States.

25   Q.  M.S., this is your one opportunity to testify about this

1    case and the events that led to your father's death, the

2    impact on your family and all the things we've discussed

3    today.

4            I've asked you a lot of questions.  But is there

5    anything I haven't asked about that you would want the Court

6    to know about this case?

7    A.  We know in Iraq the challenge was big.  And the

8    Americans came with a promise for us.  And as Iraqis, we

9    rise to that -- to that event.  And we were against -- we

10   know we were against a dark, evil force.  We did our part.

11   And I hope the American government will help us do their

12   part as well.

13           MR. SINGER:  Thank you, M.S.

14           Does your Honor have any questions?

15           THE COURT:  No.  I don't think so.  I think he's

16   answered everything.

17           MR. SINGER:  Thank you.

18           You may step down.

19           THE WITNESS:  Thank you.

20           (Witness excused.)

21           MR. HOFFMAN:  Good afternoon, your Honor.

22           THE COURT:  Good afternoon.

23           MR. HOFFMAN:  I'm about to call S.S. to the stand.

24   And I think that I can do it in about an hour, Judge.

25           THE COURT:  Okay.

```
 1              MR. HOFFMAN:  And then we can take lunch after
 2      that.
 3              THE COURT:  It's up to you as to whether it's --
 4      it's 12:20.  We need to take a lunch break.
 5              MR. HOFFMAN:  Yes.
 6              THE COURT:  So you can do it now and put him on
 7      and have it go all the way through or do part of it until,
 8      say, 1:00, take a break at that point and come back.  So if
 9      you want to ask your client how he wishes to do it.  So
10      either way.
11              MR. HOFFMAN:  (Confers with the witness
12      privately.)
13              I think let's try and finish it by 1:00.  Then we
14      can take a clean break.
15              THE COURT:  And then, as I said, the staff need
16      their full hour of break.
17              MR. HOFFMAN:  Absolutely.
18              THE COURT:  I don't want to deprive them.
19              MR. HOFFMAN:  Yes, ma'am.
20              So Plaintiffs call S.S.
21              THE COURT:  If you'd step up over here.
22                  S.S., PLAINTIFFS' WITNESS, SWORN.
23                        DIRECT EXAMINATION
24      BY MR. HOFFMAN:
25      Q.  Good afternoon, S.S.
```

1          Can you please state and spell your full name for

2     the record.

3     A.   My full name is ████████████, spelled ████████

4     ██████ ███████.

5     Q.   And as you sit here in court today, are you an American

6     citizen?

7     A.   Yes, I am.

8     Q.   Did you obtain your citizenship by birth or by

9     naturalization?

10    A.   By naturalization.

11    Q.   Approximately when were you -- did you become a

12    naturalized citizen?

13    A.   June 2014.

14    Q.   And where were you born?

15    A.   I was born in Baghdad, Iraq.

16    Q.   So your citizenship by birth was Iraqi?

17    A.   Yes, sir.

18    Q.   And approximately -- when were you born?  What year were

19    you born?

20    A.   I was born in 1977.

21    Q.   So when your father was abducted and killed in 2006, how

22    old were you?

23    A.   I was around 29.

24    Q.   And you're his oldest son.  Correct?

25    A.   I'm his oldest son.  Yes.

1   Q.  At the age of 29 in 2006, what level of education had

2   you obtained at that point?

3   A.  At that point, I was a full physician, M.D.  I was

4   practicing internal medicine and cardiology.

5   Q.  And where did you do that medical practice?

6   A.  I practiced in Baghdad, Al-Yarmouk Hospital.  That's a

7   teaching hospital.

8   Q.  Can you spell that?

9   A.  I'll spell that name for you.

10  Q.  Thank you.

11  A.  A-L Y-A-R-M-O-C [sic].

12  Q.  And in addition to that work as an internal medicine

13  physician, did you also work for your father's company?

14  A.  Yes, I did.

15  Q.  Approximately in an average week how much time would you

16  put into your father's company?

17  A.  40, 50 hours.

18  Q.  And that's in addition to your full-time position as a

19  medical doctor?

20  A.  Yes, sir.

21  Q.  And just paint a picture for the Court what a normal

22  week's schedule would look like for you.

23  A.  In Iraq, the doctors are government employees, since we

24  have a social system.  So our hours start at 8:00 in the

25  morning.  We finish at 1:00, sometimes 2:00 in the

1    afternoon.

2           Then I leave my work.  I go to my dad's office.  I

3    start working there till late at night.

4           Also, as a doctor, I had the privilege to work

5    what we call three days on, three days off, which means I

6    get three days off.  I get weekends off because I'm an

7    employee, like I said, of the government.

8           And sometimes, because the government will assign

9    you to do what we call rotation, serving in certain

10   hospitals, a little bit away from the center of Baghdad, you

11   get one week on, one week off.  But the weekends were always

12   off for me.

13   Q.  And during your time working for your father, what were

14   your job duties for the company?

15   A.  I was a project manager with extra responsibilities, a

16   little bit extra responsibilities.  I had the authorization

17   to negotiate contracts on behalf of my dad's company, to

18   sign contracts, to collect money, to make payment to

19   subcontractors and other workers.  I go and visit the sites

20   of works, meet with the engineers.

21   Q.  And did you do any work on contracts that your father's

22   company had either with the Coalition or with the American

23   government?

24   A.  My focus was on the contracts of the American

25   government --

1    Q.  Okay.

2    A.  -- and Coalition.

3    Q.  And why did your father have you focus on those

4    contracts?

5    A.  Because of my English language.  I'm fluent in English,

6    as you can see.  It's part of our education.  And, of

7    course, I'm his son; and he needed a trustworthy people

8    working on those contracts.  So that is why I was chosen to

9    be focused on those contracts.

10   Q.  How would you describe for the Court your personal

11   relationship that you had with your father as a man in your

12   mid-20s?

13   A.  When I was a young man -- you need to understand that I

14   was the firstborn child of my dad.  And, being a boy, that's

15   a privilege as well.  I was spoiled.  We were friends.  And

16   then I was the first, actually, to go to medical school,

17   which is his dream, to have one of his -- at least one of

18   his sons goes to medical school.

19          So to be able to fulfill that dream for him, I was

20   so close.  And he was so proud of me, actually, at that

21   time.

22   Q.  How would you describe for someone that doesn't know

23   him -- how would you describe his personality?

24   A.  My dad was a very kind person, very generous.  He was an

25   easygoing person.  He's a very social, hardworking man, a

1      people person.

2              I remember when I would walk with him to our

3      offices, our headquarters, he not only will say hi to

4      people, but he will actually engage in conversations with

5      everybody, starting from the janitor, the security guards,

6      all the way up to the engineers, the workers.  He knew

7      everybody.  He knew their families.  He was a very easygoing

8      person.

9      Q.  And did the two of you have the opportunity to work

10     closely together at the company?

11     A.  Yes.  Yeah.  He was my direct manager, honestly.

12     Q.  How did that change or evolve, your relationship with

13     him?

14     A.  Oh, my dad at the company is a different person than

15     when he was at home.

16     Q.  How?

17     A.  So I'm spoiled at home, but I'm pressured at the

18     company, actually, because he expected from his son who

19     worked with him -- both of us, me and my brother -- he

20     expected more than the others.  He held us to a higher

21     standard.  He pressured us.

22              He actually -- I started with his company when I

23     was a teenager, and he had me start with an entry job.  I

24     started as a driver, actually, in the company.  And I made

25     my way actually up through the years.  He was so

1    professional.

2            He asked us not to call him dad.  We would ask

3    him -- that's customary, to call people not with their first

4    name, but with the nickname or a given name.  His name was

5    A.S., which translates to the father of S.S.  You can't call

6    a person in Iraq by his first name.  That's how I called him

7    in the company.  In the house, you would call him dad.  That

8    tells you a lot about that gentleman.

9    Q.  Did you also live with your father for a large portion

10   of your young adulthood?

11   A.  Yes.

12           THE WITNESS:  In Iraq, it's per our culture,

13   ma'am.  It's customary to live with your family as long as

14   you are single, even when you are an adult, young adult in

15   your 20s.  And it's not unusual for a boy in his very first

16   year of marriage, actually, to live with his family, which

17   is what I did.

18   BY MR. HOFFMAN:

19   Q.  When did you get married?

20   A.  In 2005.

21   Q.  And how long did you and your new wife live together

22   with your family?

23   A.  Almost a year.  We moved to our new house at the

24   beginning of 2006.

25   Q.  Did you have your first child while you lived with your

1     parents?

2     A.  Actually, yes.  In January of 2006, we had our first

3     child, my son.  We went back to my family and I had my first

4     child actually at my family's house.  I mean, we had him in

5     the hospital, but we lived in that month in my family's

6     house.

7     Q.  How did your father react to becoming a grandfather?

8     A.  He was thrilled.  He was super happy, because as a

9     father, this is -- this is what he wanted.  He wanted to

10    help his kids to grow up to be men and to start their own

11    families and to have grandkids.  It's something he always

12    wanted.

13          That's why even -- which my wife was kind enough

14    actually to agree -- we didn't even want to postpone having

15    kids, actually, because some families will postpone that for

16    a year or two.  We wanted to give him, you know -- to thank

17    him for all what he did for me and my wife by giving him his

18    grandkids actually right away.

19    Q.  Did your relationship with your father change at all

20    when you had your first child?

21    A.  Oh, yeah.  He started treating me a little bit -- I can

22    sense it's a little bit different.  He looked at me as a

23    father now versus a kid.  And the level of communication a

24    little bit changed in a good way, in a very nice way.

25    Q.  I want to direct your attention now to what began

1    happening in May of 2006.

2    A.  Sure.

3    Q.  So you heard M.S. talk quite extensively about the

4    business and about the contracts with the Americans.

5    A.  Yeah.

6    Q.  You were personally involved with all of that, too?

7    A.  Yes, sir.

8    Q.  Okay.  And we don't need to go over all of that again.

9    But suffice it to say you worked at the company as a

10   full-time job?

11   A.  Yes, sir.

12   Q.  And you witnessed many of the things that M.S. talked

13   about as well?

14   A.  Yes.  That $80 million contract was divided -- it's an

15   umbrella contract.  And underneath that umbrella, there are

16   subcontracts.  And we will take care -- take turn in

17   managing those contracts.

18           So I will grab a contract, manage it, deliver

19   successfully and then move to the second contract.  And that

20   was the plan.

21   Q.  Now, just to set the stage for the Court so they

22   understand your perspective, do you remember what you were

23   doing on the morning of May 11th, 2006?

24   A.  Yes.  On that day, it was a Thursday.  At that time, the

25   government of Iraq, being a doctor employed by the

1    government, assigned me to work in a hospital to the western

2    side of Iraq.

3              I was working there.  It was one of those days,

4    the bad days.  We had a lot of casualties.  It was a busy

5    day.  I finished at 2:00.  I drove back home.  It's an hour

6    drive.

7              At that time, because my father was leaving Iraq,

8    was -- the plan was for him to leave to Turkey, actually, to

9    finalize the contract -- my wife and I decided to spend the

10   night at my parents' house.  So what we did is that we went

11   to my parents' house, which I still kept my suite, my room

12   and my bathroom and my furniture there.  And I had lunch

13   with my mom, took lunch with my mom and my wife.  And I went

14   to sleep actually to take a nap before I go to the company.

15   Q.  So that was lunch on May 11th --

16   A.  Yes.

17   Q.  -- on the Thursday?

18             What do you remember next after you went to go

19   take a nap?

20   A.  I was asleep when M.S. actually rushed into my room.  He

21   woke me up.  He looked terrified.  He simply just said, "Our

22   dad get kidnapped."

23   Q.  And what was your reaction to that statement?

24   A.  I was in a shock.  Part of me thought it's a joke.  I

25   couldn't and I didn't want to believe that.  So I rushed

1    downstairs to see what had happened.

2    Q.  And what did you do next once you got downstairs?

3    A.  Well, M.S. is explaining to me that he was with my dad

4    that day.  And I -- because my question was to M.S., like --

5    usually, M.S. or myself will drive my dad around in Baghdad.

6    So I was questioning him:  How did he get kidnapped when you

7    were with him?

8           M.S. explained he left my dad because my dad had

9    to go to Mr. Abed's office.  And he came back home and they

10   couldn't reach my dad over the phone and they kept calling

11   my dad when my dad never showed up to that lunch.

12          And then a stranger -- M.S. was explaining a

13   stranger person answered my dad's phones, and that's how we

14   knew that he was kidnapped.

15   Q.  M.S. described a meeting of the four brothers, where you

16   divided responsibilities.

17   A.  Yeah.

18   Q.  What was your responsibility during that time?

19   A.  Being the oldest son, after passing through that

20   emotional stage that initially happened, I took it upon

21   myself to organize our effort to get my dad to safety.

22   So -- because our house was in a chaos.  My mom was crying;

23   my wife was crying.  We were devastated.

24          So I gathered my brothers and I said, "Okay.

25   Let's organize this effort.  I'm going to be in contact with

1      those people, negotiating with them.

2              "M.S., I want you to be involved in finding out

3      any details you can find about the work, the job, what

4      happened in the company.  And keep running the company as

5      usual with the help of B.A.," my third brother.

6              And then I had asked S.A., who was the youngest at

7      that time, to stay close with my mom because obviously she

8      was in a bad shape.

9      Q.  So I want to take some time now to tell the Court in as

10     much detail as you can about these phone calls.

11     A.  Okay.

12     Q.  So my understanding is the first phone call that you

13     received was on Friday, the day after your dad was

14     kidnapped.

15     A.  Yes.  There was a late-night phone call from my dad's

16     number.

17     Q.  Okay.  Can you tell the Court about that first phone

18     call?

19     A.  Because we were trying to get ahold of my dad, we kept

20     calling my dad's number while some of us start calling

21     around to find out what had happened.  We started calling

22     friends and workers and coworkers and Mr. Abed.

23              Out of the blue, my dad's phone -- actually, they

24     called me from my dad's number.

25              THE COURT:  When you say your dad's number, where

1    was -- what kind of a phone was it?

2              THE WITNESS:  It's a phone, ma'am.  At that time,

3    we had cell phones in Iraq.

4              THE COURT:  All right.  Go ahead.

5              THE WITNESS:  So they had called me upon my dad's

6    number.  And it was a shock, a bit shock for me, because I

7    had assigned my dad's number with a certain ringtone on my

8    phone, because he was my boss.  Obviously, I wanted to

9    distinguish his phone calls.

10             So I was shocked to hear that, you know, ringtone

11   actually on my phone.  I picked up.

12             They said that they --

13             THE COURT:  When you say "they," who are you

14   talking about?

15             THE WITNESS:  The kidnappers, ma'am.

16             THE COURT:  Okay.

17             THE WITNESS:  The kidnappers picked up.  They were

18   so brief.  "We get your dad.  This is a kidnapping

19   situation.  We have demands for you.  You're going to have

20   to comply with us if you want to see your dad alive."

21             THE COURT:  So was it one person?  More than one

22   person you spoke to?

23             THE WITNESS:  At that night, it was one person,

24   ma'am.

25             THE COURT:  Okay.

1    BY MR. HOFFMAN:

2    Q.  So after that first phone call, did there come a time

3    when there was another phone call where they expressed

4    certain demands to you?

5    A.  At that night, no.

6    Q.  Okay.

7    A.  The next morning, on Friday, yes, early morning.

8    Q.  Okay.

9    A.  There was another phone call.  They had called me with

10   demands on Friday.  Actually, we started talking demands.

11   There was multiple phone calls on Friday.

12   Q.  And what were the demands that they made in that first

13   call where they expressed demands to you?

14   A.  Initially, they made it look like it's about money.

15   They had asked for a ransom.  The ransom was a big number.

16   Q.  How much was it?

17   A.  The initial ransom was $400,000, American dollar.

18   Q.  And what was your response when they demanded $400,000?

19   A.  First of all, $400,000 is a lot of money in Iraq.  You

20   honestly can buy a full neighborhood with that.

21           I was in shock.  I tried to bargain with them.  I

22   was like, "There's no way I can provide $400,000."

23           There was one thing that was so special about that

24   number.  Usually, Iraqis like to round numbers.  So usually,

25   they will say half a million or a quarter of a million.  The

1    number was a little bit odd for me, which they explained

2    later why they picked that number.

3            But I'd like -- I was trying to push back on them,

4    saying, "There's no way we can provide that number."

5    Q.  So what was their reaction when you told them that that

6    was impossible?

7    A.  Which came as a little bit of a surprise to me.  They

8    said, "This is peanuts for you guys.  As a matter of fact,

9    this is" -- and I quote them -- "this is just one of your

10   subcontract's value.  It's the last subcontract value.  So

11   you shouldn't face a problem with providing that."

12           And that came as a shock to me, because only a

13   very narrow circle of us knew the values of the

14   subcontracts, of the American subcontracts.

15   Q.  What did that make you think about the identity of the

16   people on the other end of the phone line?

17   A.  Immediately, I realized that this is not just a simple

18   street gang seeking money.  This is more than that, to know

19   that level of details.

20           At that time, there were gangs in Iraq.  You know,

21   Iraq was in a chaos.  So they -- there are just street gangs

22   who will kidnap people for money.  But they will -- A, their

23   demand will be much less.  You know, whatever you can

24   provide.  B, they don't know anything about you.  They see a

25   fancy car; they kidnap the person, hoping for to get few

1    monies.  Some people, they get released for $200.

2           This wasn't a similar case.  This was different.

3    Q.  Did the phone calls continue on Saturday?  And, if so,

4    can you describe for the Court what phone calls you received

5    on Saturday?

6    A.  There were a few phone calls, like I said, on Friday,

7    basically laying out their demands.

8           One of the things I said on Friday, I was, like,

9    you know, you need to -- they tried to draw a scenario as if

10   they are patriotic, Iraqi patriotics.  So they said, "You

11   need to quit working with the invaders," referencing

12   Americans.  "You need to quit helping them.  You need to

13   provide the money.  This is a punishment for you."  But that

14   was on Friday.

15          On Saturday, it was a new scenario, actually.  On

16   Saturday, that's when they started the phone calls where

17   they would bring my dad and torture him.

18          THE COURT:  Before you get there, was it the same

19   person that called -- made these calls through Friday or

20   different voices?

21          THE WITNESS:  Most of the time, it was the same

22   person.  But there was one other person, at least one other

23   person, on Friday.

24          THE COURT:  Okay.  And then so Saturday was when

25   this shifted.  Was it a voice you recognized or a different

1   voice?

2           THE WITNESS:  It was a different voice.

3           And on Saturday, ma'am, the whole dynamic of the

4   phone calls changed.  There were, like I said, multiple

5   phone calls on Saturday.  And they were trying to do a bad

6   cop/good cop kind of approach, where a person will actually

7   talk to me and he will be yelling and screaming and cussing

8   and he will bring my dad and he will torture him.  It

9   sounded like he's having fun of doing that.

10          And then they will hang up on me and then another

11  person will call me, much calmer, and he will be explaining

12  to me that if I don't want this to go any further, if I

13  value my dad's life -- you know, he tried to be the sound of

14  reason with me.  This is what I need to do.

15  BY MR. HOFFMAN:

16  Q.  So these phone calls that you got where you would pick

17  up the phone and hear your dad being tortured --

18  A.  Yeah.

19  Q.  -- about how many of those phone calls did you get on

20  Saturday?

21  A.  There was one on -- the hardest one was the first one,

22  the early morning of Saturday, actually, because up to that

23  point, I didn't imagine that this will go to this far.

24  Besides, my dad is -- he's my dad.  I looked up to him.

25  I've never witnessed, heard or seen anybody hurt -- hurt my

1    dad up to that point.  So it was hard to hear it for the

2    first time on that very first phone call.

3              And then there was another one in the afternoon.

4    In between, there were some money calls where they

5    negotiated to me.

6              But the meanest one was on -- at night.  They

7    called and they said, "Well, your dad is about to have

8    dinner or supper now."  I didn't understand what they were

9    referencing.  And apparently, it was a torture session.

10   Q.  And describe what you heard after that.

11   A.  In the first one, in the early-morning one, the one that

12   shock me, actually, it was what I -- what I heard is that it

13   was an object, a stick or a bar or a metal.  They hit him

14   with that, from what I could hear.  And there were other

15   people in the room, because I could hear other voices in the

16   room.

17             And then, like I said, there was this man talking

18   to me, actually yelling and, you know, "This is what we

19   gonna do to your dad.  There is what he's gonna endure.

20   This is this.  This is because of you.  You are not

21   complying.  You are playing a game with us."  And I can hear

22   in the background they are hitting my dad and I can

23   recognize my dad.

24   Q.  Now, I can only imagine how difficult listening to that

25   must have been.

1    A.  It was horrible.

2    Q.  Did you consider hanging up the phone during those

3    calls?

4    A.  I wanted to.  But I didn't do that for the fear that

5    they will give me instruction at the end of that session or

6    they would tell me something.  So I -- as much as I wanted

7    to hang up on that phone call, I couldn't do so, because I

8    was hoping that they will talk to me and we can reach out to

9    a resolution.

10   Q.  So let's talk more about the negotiation calls, the good

11   cop.

12   A.  Sure.

13   Q.  What was different about him than about the other

14   gentleman that you spoke with?

15   A.  He sounded older.  The mean person was much younger.

16   This gentleman was older, I would say in his, maybe, 50s.

17   He sounded -- he had some leverage, like a lead or, you

18   know, squad lead, because he will be -- he wanted me to hear

19   that -- there was a time when I spoke with my dad actually

20   on the phone.  He was giving orders to the other people,

21   actually:  "Bring him.  Put him here.  Sit him."  So I can

22   hear that he was giving commands to those people.

23        He was -- two things, actually, were so

24   distinguishable in those phone calls:  The people, again,

25   were so organized and they knew exactly what they were

1     doing.  It's not just a simple gang.

2              And when he was talking to me, he knew a lot about

3     us.  He knew about my family, M.S., details about our work,

4     jobs, my brothers, the addresses, the cars, model,

5     everything.  He knew everything about us.

6     Q.  Was there anything about the way that he talked that

7     gave you any sort of clue about his identity?

8     A.  Oh, he had -- all of them, actually, had accent.

9     Q.  Describe that accent for the Court.

10    A.  So, like my brother indicate, Iraqi accents is a very

11    specific Arabic actually language.  You can distinguish an

12    Iraq in the Arab homeland by the way we speak.  We speak

13    from, you know, our throats.  It's a harsh language.  It's

14    like the German of English.

15             That person, although he tried hard to mimic the

16    Iraqis -- and I have to be clear; he never spoke other than

17    Iraqis to me -- but his accent was so different and so

18    recognizable.  There is a tone to his words, actually.

19    Q.  So what did you recognize that accent as?

20    A.  The accent wasn't Arabic.  Iraqi is in the area between

21    the Arab homeland from one side, Saudi Arabia, Gulf,

22    Lebanon, Syria, and Iran from the other side.  That accent

23    was certainly Persian, which is Iranian.

24    Q.  In the course of negotiating with you, did he ever

25    threaten your father in a way that gave you an indication

1     about his identity?

2     A.  Yes.

3            He -- one of the times that this gentleman, this

4     leader, actually, was trying to put some pressure on me --

5     and, like I said, he never used torture.  He used other --

6     he played with me other games.  He said to me that if I'm

7     not fully cooperating, if I'm not thinking that this is

8     serious, my dad in a blink of an eye will be shipped to Iran

9     and get killed there for cooperating with the -- they call

10    the United States the Big Satan.

11    Q.  Did there come a point in speaking with him where you

12    were able to make progress towards what you thought could be

13    a negotiated resolution of your dad's release?

14    A.  Well, as time passed by, I kept telling them that I

15    cannot secure $400,000.  You know, the best I can do -- that

16    was on a Sunday, actually -- is the best I can gather -- and

17    I went through every avenue -- is $150,000.

18           And they are here with me.  I actually even

19    rustled the money.  And I said, "I have it here.  If you

20    want it, I have it here, but it's only $150,000, and that's

21    the best we can do."

22    Q.  At what point in time over those four or five days was

23    that?

24    A.  That's on Sunday night, Sunday evening.

25    Q.  And how did they react to you telling them that $150,000

1    was the best you could do?

2    A.  First, they yelled at me.  Of course, they cussed.  They

3    says, "Apparently you are thinking this is a joke.  What are

4    you talking about?  $150,000?  That's what you think your

5    father worth?"  You know, things like that.   They hang up

6    on me.

7             But then later, you know, some time later, they

8    called back on Sunday.  And they said something like,

9    they've discussed it with their leaders or their troops and

10   they decided:  Okay:  They gonna take that money.

11   Q.  That was on Sunday evening?

12   A.  Yes.

13   Q.  Did you have an occasion to speak with your father

14   around that same time?

15   A.  I had spoken with my dad in those three days two times.

16   Q.  Tell the Court about the first time you spoke with your

17   father.

18   A.  The first time was actually on Friday.

19   Q.  Okay.

20            THE WITNESS:  When they first started contacting

21   us, ma'am, I wanted to know if they really have my father,

22   actually, or if my father is dead somewhere and they were

23   just, you know, playing us.

24            So I said, "How can I be sure that you actually

25   have my father and he is still alive?"

1          They brought my father on the phone.  My father

2     sounded different a little bit, distressed.

3          So I asked him to say something that, you know,

4     only me and him can know.

5          And he used a nickname, actually, that he used at

6     home for me.  Do you want me to state that?

7     Q.  Sure.

8     A.  It's a name from the novel *Merchant of Venice*.  He used

9     to call me Shylock, because I'm the one that was doing very

10    well financially among my brothers.  I will actually be the

11    one that lend the money.  So he said that to me, actually,

12    over the phone.

13    Q.  Tell the Court about the second time that you were able

14    to speak with your father.

15    A.  The second time after the sessions of the torture,

16    actually, on Saturday, I was concerned that all the

17    torture -- that might have led to the death of my father.

18          So later in that afternoon, actually, I asked them

19    to put my dad on the phone because what I wanted -- the way

20    I planned it for them is that I'm unable to secure the

21    money.  I played dumb.  I'm unable to secure the money.  I

22    don't know where is his resources, what's his bank account,

23    where he keeps his money.  So I will need some instructions

24    from him so that I can access the money that they are asking

25    for.

1    Q.  And what happened when your father came on the line?

2    A.  When my father came on the phone, obviously, he was

3    hurt.  His -- he sounded way so different.  He sounded very

4    tired, afraid.  But he was in pain.

5         But I was able to speak with him; and I played

6    along and he played along.  He understood what I was trying

7    to, you know, do.  And he sent me a coded message through

8    that conversation, actually, trying to help me to resolve

9    this.

10   Q.  What did you say to him first?

11   A.  First, I said, you know, "Dad, I'm unable actually to

12   access your money.  I need your help.  To whom should I go

13   for help?  Where should I find more money?  We are unable to

14   access the finances of the company."

15        And that was my question to him, actually.

16   Q.  And then what did your father say?

17   A.  It was very odd answer from him.  He directed me to seek

18   help from a person, actually, that we -- both me and him

19   knew in the neighborhood.

20   Q.  And what did you know about this person?

21   A.  So this person, his name was Ali Qwizny.  I'm gonna

22   spell it for you.  Ali, A-L-I.  Q-W-I-Z-N-Y.  Yeah.

23   Something like that, I think.

24   Q.  So what was unique or what stood out to you about Ali?

25   A.  Now, you need to understand that Mr. Ali is not a friend

1    of my dad.  Mr. Ali is a known figure in our neighborhood.

2    He's one of the leaders of the Badr militia and he's the

3    manager of their press factory, which -- where they print

4    their leaflets and books and whatever they need to print,

5    papers.

6    Q.  How would you have known that he was -- that he had that

7    position with the Badr Organization?

8    A.  Oh, he was -- like I said, this is a public information.

9    We knew that he -- he never lived in Iraq.  He came after

10   the war.  He carries a dual citizenship, a Canadian and

11   Iranian citizenship.

12           We had conversations, me and my dad, about how my

13   dad was -- he lived in that neighborhood for a long time.  I

14   have a lot of friends in there.  My dad didn't want us to go

15   near that part of the neighborhood, not even to visit our

16   friends.

17   Q.  So in May of 2006, you and your dad both would have

18   considered Mr. Ali a member of the Badr Organization?

19   A.  Oh, yes.  Yes.  It was -- like I said, it was a public

20   information.

21   Q.  And you and your dad both would have considered Ali to

22   be an Iranian?

23   A.  Yes.

24   Q.  Okay.  And so when your father told you in order to get

25   money from the company -- in order to get money from the

1    company, go talk to Mr. Ali, what did that mean to you?

2    A.   That was a very obvious message that my dad is in the

3    hands of Badr Organization, in the hands of Iranians,

4    because the way that my dad phrased it, he repeat that three

5    times.  He said, "Go borrow money from Mr. Ali.  Go get help

6    from Mr. Ali.  Ali can help me."  So that was very obvious

7    to me.

8    Q.   Was there anything else that you spoke with your father

9    about during that call?

10   A.   In that call, my father said something that struck me

11   later and led to the argument about whether we should

12   deliver the ransom or not.

13           He said to me, "Take care of yourself.  Take care

14   of your mom and take care of your family," which is -- in a

15   way, it felt like as if he's saying good-bye.

16   Q.   So there came a point in time where you had agreed to

17   pay a certain amount of money, $150,000?

18   A.   Yes.  They agreed to accept that amount in exchange for

19   my dad's life.

20   Q.   So you expected to get your dad back safely if you paid

21   that amount?

22   A.   Yes.  That's what we discussed on Monday morning.

23   Q.   What assurances did you ask for in order to be able to

24   know that you would get your dad back?

25   A.   On Monday morning, we were discussing the final touches

1    of this exchange.  I was discussing it with the kidnappers.

2    They wanted me to drop the money in a place they're gonna

3    point out and go home, and they will send my father after.

4           I refused that totally.  And I said to them, "No.

5    What needs to happen is that you need to bring my dad to the

6    exchange.  I see my dad; I deliver the money to you.  You

7    give me my dad.  I walk away.  You take your money and we

8    end this."

9    Q.  So at some point, did the individual you were talking to

10   try and give you some kind of verbal assurance that he meant

11   his word?

12   A.  He did.  And it was very strange way of saying it.

13   Q.  How so?

14   A.  We Muslims swear with Allah.  Allah is God.

15          THE WITNESS:  Do you want me to spell Allah for

16   you, ma'am?

17          THE COURT REPORTER:  No, thank you.  That's all

18   right.

19          THE WITNESS:  Alternatively, the Sunni group swear

20   with Mohammed or Omar.  Mohammed is the prophet; Omar is a

21   religious figure in our religion.  He's the second minister

22   of Mohammed.  The Shia part of the Islam, they will swear

23   with Ali, the fourth minister of Mohammed.

24          That gentleman, when he was assuring me that they

25   would release my dad after when I drop the money, he said to

S.S. - DIRECT - By Mr. Hoffman

1    me, "I swear to you with Allah, with Omar, whom you Iraqis

2    believe in, I will let your dad go safely if you drop the

3    money."

4            Now, why that sentence strike me, because if he

5    was an Iraqi, he would have said, "I swear with Omar, whom

6    you Sunnis believe."  In the way he phrased it, "you Iraqis

7    believe in," it assured me that they -- that my dad was

8    beyond any doubt that he's in the Iranians' hands.

9    BY MR. HOFFMAN:

10   Q.  So did you eventually reach an agreement with them about

11   how this exchange would take place?

12   A.  Yes.

13           I was adamant that my dad actually comes to the

14   exchange.  It felt that they had a due date or something,

15   that they were running out of time; them, not me.

16           So they finally said, "Okay.  Okay.  We agree.  We

17   will bring him.  Just make sure to come alone, you, nobody

18   else, and deliver the money."

19           And that was part of the argument that we had when

20   M.S. offered to go in my place actually and pretend that I

21   am S.S.

22           I said, "They know everything about us."  M.S.'s

23   concern was I have a family so if something, you know, were

24   to happen to me, we will have an orphan in the house.  So he

25   wanted to go.

1        I didn't want to take any chances, because those

2   people who knew so much about us that I was afraid that if I

3   didn't follow their exact orders and if I didn't show up and

4   M.S. showed up, they will kill my dad.

5        MR. HOFFMAN:  Your Honor, I think I have about 15

6   minutes or 20 minutes left.  But it is 1:00, which is what

7   we --

8        THE COURT:  I would -- I know counsel always think

9   they can estimate.  But I've learned the hard way it doesn't

10  work.  And part of the problem is that the cafeteria does

11  close at some point downstairs.

12       So if this is a good point to stop and you have

13  followup that you want to finish with before you move to the

14  next --

15       MR. HOFFMAN:  No.

16       THE COURT:  It sounds like you're moving towards

17  the actual --

18       MR. HOFFMAN:  I think this is a perfect time to

19  pause.

20       THE COURT:  So let me break.  It's 1:00.  We'll

21  come back at 2:00 and resume at that point.

22       MR. HOFFMAN:  Thank you, your Honor.

23       (Thereupon, a luncheon recess was taken, after

24  which the following proceedings were had:)

25       THE COURT:  Good afternoon, everyone.

```
1              MR. HOFFMAN:  Good afternoon, your Honor.

2              MR. SINGER:  Your Honor, I spoke briefly with your

3    court reporter while we were on break and she asked me if

4    there was anything else in addition to our clients' names

5    that we would like to have redacted.

6              THE COURT:  Okay.

7              MR. HOFFMAN:  We put our heads together, and the

8    only other thing we would ask would be the name of the

9    company --

10             THE COURT:  Sure.

11             MR. HOFFMAN:  -- which we think would be very

12   identifying, so ███████████████████.  But other than

13   that, we don't think we'll have any other redactions on the

14   record.

15             THE COURT:  That's fine.  We don't need an order.

16   That's fine.  Their actual names and the name of the

17   company.  There's two names, right?

18             MR. HOFFMAN:  Yes.

19             THE COURT:  The original one and then a second

20   one.

21             MR. HOFFMAN:  Correct.

22             THE COURT:  So we'll redact both names of the

23   companies.

24             MR. HOFFMAN:  Perfect.  Thank you, Judge.

25             THE COURT:  Then let's proceed.
```

1    BY MR. HOFFMAN:

2    Q.  Now, S.S., when we left, we were just about getting to

3    the moment where you were going to execute this exchange

4    that you hoped would free your father.

5    A.  Yes.

6    Q.  So can you please set the stage for the Judge at the

7    time you left your house.  What was the plan in order to do

8    this exchange?

9         THE WITNESS:  Like I said before, ma'am, I wanted

10   to do it per their terms.  So I didn't allow any of my

11   brothers to go.  I decided to go alone.

12        However, I called my uncle, my mother's brother,

13   to drive me there.  In Iraq at that time, it was -- it

14   wasn't unusual for people with civilian cars to work as taxi

15   drivers; you know, something like Uber concept.  Because I

16   was going to an area of Baghdad that they asked me to go to

17   and in the eastern part.  It was close to his house.  And I

18   wanted kind of a support.  So we agreed that I'm going to

19   treat him as a taxi driver along the way.

20        And we drove there.  The only instruction that

21   they gave me is:  Go to a circle in a certain neighborhood,

22   like a roundabout.  And when we -- when you will reach

23   there, you will receive further instructions.

24        They called me a couple times along the way to

25   make sure have I arrived there.

1    And the minute I say, "No; we are almost there,"

2    they will not talk further.  They will hang up on me, until

3    I actually arrived to the circle in that area in the

4    neighborhood that they described.

5    BY MR. HOFFMAN:

6    Q.  Did you have the money with you at that time?

7    A.  Yes.  Their instruction was to put the money in cash in

8    a black plastic bag, shopping cart -- shopping bag; I'm

9    sorry -- and take it with me, come unarmed, come alone.

10   That was their instructions.

11   Q.  So what happened when you got to the roundabout?

12   A.  Okay.  They called.

13        I said, "I'm at the roundabout."

14        They gave me directions.  They sent me in a major

15   street in that area, sent me in one direction, and then they

16   had me actually leave the taxi that I was with, which is my

17   uncle at that point, and cross the street and take a taxi

18   and come back the opposite direction.

19        I felt as if they were trying to make sure that I

20   wasn't, you know -- I was alone and I wasn't followed or

21   supported by anybody.

22        So I went down from the taxi that I was in.  I

23   even gave my uncle actually some money, pretending that he's

24   a taxi driver.  I said good-bye and then I crossed the

25   street and then I took another taxi and I went to the

1     direction, the opposite direction, that they directed me to.

2     And I reached to an area.

3              They called me again.  You know, I came back to

4     the same roundabout.

5              They called me again.  At that point, they asked

6     me not to -- to keep the phone on.

7     Q.  They asked you to keep the phone on?

8     A.  Yeah.

9     Q.  By that, do you mean like stay talking to them?

10    A.  Stay online with them.

11    Q.  Okay.

12    A.  They will give me further directions.

13             So I kept directing the gentleman, Go left, go

14    right, following their direction, until we reached a certain

15    point.

16             They says, "Now you're gonna have to walk from

17    this point."

18             So, you know, I left the car there and I walked

19    into a neighborhood.  They kept directing me as I was

20    walking to -- in the street of the neighborhood or towards

21    the neighborhood.  They asked me to lift my shirt and show

22    my belly, actually, my back and my belly.

23    Q.  So at that point, was it your understanding that you

24    were being watched?

25    A.  Yes.  They want -- I felt they wanted to make sure that

1     I don't carry any weapons, anything with me or around me.

2     And they wanted me to hold -- at one point, they asked me to

3     hold the bag of the money actually high in there and show

4     them the money and put it back.  So I realized that they are

5     watching me.

6     Q.  About how long were you walking on foot before you were

7     given your next instruction?

8     A.  I would say not long.  20 minutes, maybe.

9     Q.  What was your next instruction?

10    A.  Then I reached to a street, another street, an alley

11    almost.  But the houses had some narrow front yard, which

12    is, you know, not uncommon in Iraq or in Baghdad.  They

13    asked me to go into that alley.  Their words were, "You're

14    gonna find your dad sitting in one of those front yards.

15    And pick up your dad.  Leave the money there and leave."

16    Q.  So just so that we have a good picture of this or what's

17    about to transpire next, when you say an alley, are there

18    walls on either side of the pathway?

19    A.  Yes.  All the houses in Iraq has a fence and it's a

20    brick fence.

21    Q.  About how high were the walls?

22    A.  I would say a meter and a half, max two meters.

23    Q.  And were there doorways -- or you described a front

24    yard.  So how does that --

25    A.  Oh, yes.  Every fence -- every house in Iraq has a fence

1     surrounding the house.  It separates a small front yard from

2     the yard that is actually inside the house.  We have --

3     usually, the houses back then had a front and backyard.

4     Q.  What time of day was this when you went to enter the

5     alley?

6     A.  Oh, when I was actually entering the alley, it was past

7     sunset.  So it was kind of getting dark.

8     Q.  Were there street lights or any kind of lighting in the

9     alley?

10    A.  There were some lights, not streetlights, but some

11    lights from some of the houses.

12              You need to understand that the power was an issue

13    in Baghdad, so most houses will have small generators and a

14    small light, you know, just in the front yard.  So there

15    were some lights, but --

16    Q.  So you entered the alley on foot?

17    A.  I actually -- when I heard that my dad is sitting there,

18    I start jogging, actually, because I was impatient to get to

19    him, knowing what he had to go through.  And so I run into

20    the alley not thinking, okay, you know, this could be a

21    setup.

22    Q.  So what happened after you entered the alley?

23    A.  I entered the alley.  After I passed almost the first or

24    second house, actually, I realized that -- I can see through

25    the dark.  There wasn't anybody sitting on any -- in the

1  streets.

2          At that moment, two cars actually followed me into

3  the alley.  One of them was a BMW.  It entered the alley and

4  dashed actually into the alley very fast and made a hardest

5  stop in front of me.  And they actually as a matter of

6  fact -- they kind of hit me with the side of the car on the

7  side mirror.  So I was pushed off the ground actually, fell

8  on my back.

9          And the second car -- when I fell, I looked.  The

10  second car was a police SUV.  It blocked the street to

11  prevent anybody from actually going into the street.

12  Q.  So both of these vehicles, the BMW and the police SUV,

13  they entered the same way that you had entered the alley?

14  A.  The BMW is the one that entered.  The SUV actually

15  blocked the way.

16  Q.  Behind you, the way you had come in?

17  A.  Behind me, yes.  The way that I came through.

18  Q.  Okay.  So what happened after you were knocked over by

19  the BMW?

20  A.  Of course, it's a terrifying moment.  I looked at the

21  car and I can see that there were four men in the car.  I

22  recognized fast that my dad wasn't in the car.

23          The gentleman sitting next to the driver, the

24  passenger next to the driver, opened the door first.  I can

25  see him as he's getting off the car.  He has a gun in his

1    hand.  The second gentleman sitting behind him actually

2    opened the door as well.  At that moment, I realized -- and

3    he started loading -- the person with the gun started

4    loading a bullet into his gun.

5          So I realized what was happening, actually.  This

6    was a setup, you know.  I'm dead there.  They're gonna kill

7    me and take the money and that will be the end of that

8    story.

9          So what I did is, that was kind of a

10   spur-of-the-moment.  I ripped the nylon bag and I threw the

11   money actually on the ground.  They were surprised with that

12   act.  They didn't expect that act.  Their attention was for

13   a second on the money because you can see, you know, it's

14   $10,000 bags.  It's all over on the ground.

15         So they got a little bit confused with that move,

16   actually, that I made, which gave me enough time to go back

17   at that point and head to the wall that was behind me and so

18   I jumped over that wall.

19   Q.  So you said a meter or two meters and a half.  So

20   that's -- forgive my American failure of the metric system,

21   but six to nine feet or so?

22   A.  Less than nine feet.  It's around six feet.

23   Q.  So the wall that you jumped over was about six feet?

24   A.  Yeah.

25   Q.  And you were 29 years old at the time?

1    A.  Yeah.  And I was athlete at the time, actually.  I

2    didn't have this much weight as I am now today.  And so it

3    was a -- besides, I was having all that adrenaline rush, so

4    it wasn't even a challenge for me.

5            The thing that happened is he actually shot at me

6    twice, at least twice.  One of them was so close that I

7    could hear the bullet when I feel as -- beside my head.  But

8    what I did is I didn't look back.

9            I jumped over the fence into their front yard.  I

10   can see there were people actually in the house, you know,

11   wondering what is going on.  They were at their front door.

12   I didn't wait.  I run actually across the house to the

13   backyard and then I jumped from the backyard to the house

14   behind that house and I kept going from house to house,

15   actually, trying to lose them.

16           At that point, the police car I can see -- when I

17   was running actually across the first house to the second

18   house, the police car actually is -- had their blue-and-red

19   lights on.  So they started actually looking for me in the

20   streets.  I think -- I believe that they were trying to

21   finish the job that they couldn't, because they can see

22   that, you know, it went wrong.

23   Q.  So you didn't stay in someone's backyard.  Right?

24   A.  No, no, no.  I kept jumping from house to house.  I knew

25   that if I even -- as much as I looked to the back, I will

1    lose my advantage because they were taken by surprise.  So I

2    jumped from house to house and then I -- finally, I reached

3    a main street.

4              THE WITNESS:  In Iraq, we have those small shops,

5    ma'am, like family stores.  So that was a very big street

6    with many shops on both sides, a lot of people actually on

7    the curb, a lot of cars.  So I jumped into that chaos of

8    people there and I hid between the shops and I called my

9    uncle, who we agreed earlier that he will be circling around

10   that area to stay close to me.

11   BY MR. HOFFMAN:

12   Q.  And did your uncle pick up?

13   A.  Yes.  He knew exactly where I was.  Like I said earlier,

14   his house was close by.  So what I described, which store

15   I'm at, he knew exactly where I was.  He came and picked me

16   up and we rushed, went back actually to his house.

17   Q.  So did you stay the night at your uncle's house?

18   A.  Yes.  I stayed.  It was, you know, dark already.  And I

19   stayed back and I was in a bad shape, actually.  I felt bad,

20   because I was realizing quickly that, you know, that was the

21   end of that story.

22             They took what they needed and most likely -- I

23   actually kept blaming -- I kept saying to my uncle, blaming

24   myself that I just killed my dad.  I just -- knowing that I

25   gave them what they wanted and they have nothing more with

1      this gentleman.

2      Q.  Do you realize today looking back on it that there's

3      nothing else you could have done?

4      A.  To be quite honest, sometimes -- a lot of times I ask

5      myself that question.  Could I have done it differently?  I

6      can't see anything that I could have done differently.

7      However, the outcome -- the reason I keep asking that

8      question and blaming the outcome, it wasn't the outcome that

9      we were hoping for.

10     Q.  How did you inform your siblings and your mother?

11     A.  I called M.S. immediately when I arrived actually to --

12     I think when I arrived or even before that.  And I described

13     to him what happened, what took place.  And again, we

14     realized that it was unfortunate, actually, because that

15     means that pretty much my dad is dead at that point.

16     Q.  And was that the point at which M.S. formed the plan to

17     go to the manager the next day?

18     A.  As far as I know, that's the point where M.S. decided

19     that he needs to go to the morgue.

20     Q.  When did you return to be in person with your family?

21     A.  Next morning, early morning.

22     Q.  Were you there when M.S. returned with the body?

23     A.  Yes.  I was there.

24     Q.  He described going to a mosque first.  Did you meet him

25     at the mosque?

```
 1    A.  Yes.  But our religious -- it's customary that we wash

 2    the body before we bury it, actually.  But when M.S. spoke

 3    with me and informed me that he found it, which was one of

 4    the hardest phone calls you can -- a person can get,

 5    actually, I didn't first understand.  I was so emotional.

 6    The house was a chaos.  I didn't understand why M.S. was so

 7    adamant that we take him to the mosque.  I was like, "We

 8    wash him at the house.  It doesn't have to be a mosque,"

 9    although the mosque was just a couple houses actually from

10    my house.

11            But then I realized when I went there, actually,

12    and I saw the body that M.S. actually wanted to, you know,

13    make the body a little bit better when my mom sees the body.

14    Q.  And you're a medical doctor.

15    A.  Yes, sir.

16    Q.  At the time you were practicing -- actively practicing

17    internal medicine?

18    A.  Internal medicine and cardiology.  Yes.

19    Q.  And cardiology.

20            And you talked about how the night before your dad

21    was kidnapped was a bad night.  There were lots of people

22    coming in with traumatic injuries?

23    A.  Yes, sir.

24    Q.  Were injuries that indicated torture to you something

25    that you dealt with as a regular part of your medical
```

1   practice?

2   A.  On my dad's body?

3   Q.  No.  Was it something you were familiar with?

4   A.  Yes.  Yes.  In general, actually, in Iraq.  Two things

5   you need to take into consideration:  A, we were trained.

6   Part of our training actually is to be an investigator,

7   because in Iraq, per our system, if you received a body at

8   the hospital, the doctor in charge at that night will act as

9   a forensic doctor and actually write the evidence.  So we

10  were trained to do that in the hospital.

11          B, Iraq at that time was at war.  So pretty much

12  it doesn't matter if you are a physician like me or a

13  surgeon like M.S.  Everybody was a trained on trauma and

14  surgeon to take care of the casualties because the numbers

15  were beyond our capacity as a health system.

16  Q.  So with that background, but obviously still as S.F.'s

17  son, what did you observe when you got to the mosque and saw

18  his body?

19  A.  It was hard to do so, because in the mosque there was a

20  room where we took my father to wash him.  It's basically a

21  big bath.  First, honestly, I looked at his face.  I wanted

22  to see:  Was it really him?  Up till that moment, I had my

23  doubts.  I was wishing that it won't be him.

24          And then when I saw him, I start looking at his

25  body; and it was obvious that he has marks of bruises,

1    wounds, different type of wounds; those drill wounds, which

2    was very famous back then in Iraq.  You can see his leg was

3    broken.  It was deformed.  And then I -- but still, I

4    couldn't tell what was the one that killed him, what was the

5    thing that killed him.

6         The hardest is when I put my hand behind his head

7    to find out that there was a -- to raise his head and I

8    found that there was a bullet actually at the entrance of

9    the back of his head.

10   Q.  Can you describe just briefly the process you went

11   through in order to prepare the body to take it back home?

12   A.  Well, we washed him.  You know, we put him in a casket

13   and we tried to cover him as much as we can with linen.  I

14   was telling my brother that we shouldn't even open the

15   casket.  Mom shouldn't see it, because even his face was

16   bruised.  You can see there was a black eye; there was

17   burning marks as well on different parts of his body.

18        We took him then.  It was a walking distance, like

19   I said.  It was just a couple houses actually down the road,

20   the mosque.  So we walked.

21        Back then at that time, we were surrounded with

22   family and friends and neighbors, like I told you.  My

23   father was a well-known person.  So it was a big group of

24   people actually walking that funeral actually to the house,

25   say good-bye.  There were more families and my aunts and my

1    mom and my wife and my in-laws were there.

2              And usually, when we take a person -- actually say

3    good-bye, we take him inside the house and have him there

4    for a while so that people can say good-bye to him.  And per

5    our religion, we have to bury him very quickly, preferably

6    within a day.  We can't wait further.

7              With my dad, we couldn't do that.  What we did is

8    we just took him to the -- you know, through the fence to

9    the gates of the house and then to the garage.  And then we

10   couldn't actually take him in because my mom at that point

11   saw his face and she was -- it was a mess.

12             So I just said, "No more.  Just pull him out and

13   let's take him and bury him."

14   Q.  When you say it was a mess, what did you see in your

15   mom?  What did you observe about your mom?

16   A.  She collapsed.  She was crying.  She didn't want to

17   believe that she lost my dad.  She kept saying something

18   that -- "How dare them, how dare them."  I think she was

19   saying that they had beaten him.  That is something I

20   remember.

21             And I saw my aunt at that time fainting and my

22   wife, and so I -- there was a big mess there.  A lot of

23   ladies and people.

24   Q.  Did all three of your brothers participate at the

25   mosque?

1    A.  All of them were there.  Yes.

2    Q.  So S.A. and B.A. also witnessed your father's condition?

3    A.  Yes.  But they didn't went with us to the room where we

4    washed him.  Actually, they were waiting outside with the

5    rest of the people.

6    Q.  In that room, was it just you and M.S.?

7    A.  And there were a couple of people, a friend and a person

8    from the mosque and a relative, two relatives, two of my

9    cousins.

10   Q.  Tell me about how you buried your father's body.

11   A.  So what we decided to do is that at that time, like I

12   said, it was a big gathering and there was a lot of people.

13        The one thing that I did, I remember, before the

14   funeral of the body of my dad arrived to the mosque is that

15   I actually grabbed S.A. and B.A., trying to control the

16   situation.  I asked them to have a grip on themselves,

17   basically.  And I said to them, "Don't discuss anything with

18   anybody.  Don't give up any details" because, like I said to

19   you, that Badr Organization were in our neighborhood.  They

20   had a place in our neighborhood -- I don't know -- a

21   headquarters or what -- a center.

22        THE COURT:  Who were you referring to as the --

23   oh, the Badr Organization.  Okay.  I didn't see that.

24        THE WITNESS:  If you remember, ma'am, my dad was

25   warning me about that person.  So I was worried that in this

1    chaos and this big group of people that there will be spies

2    or people because you never know, you know.

3            So I asked my brothers, you know, not to discuss

4    any details, just to say he was kidnapped and killed.  Don't

5    give any information.  That was before the funeral arrived

6    to our house -- or to the mosque.  I'm sorry.

7            When we brought it home and we took it outside, it

8    was his will that we bury him in the western side of Iraq

9    next to his dad or close to his dad.  That's where we are

10   from originally.

11           So we decided:  Okay.  We gonna, you know, honor

12   his wish and take him there.

13           There was a discussion about that there is a close

14   cemetery within the borders of Baghdad, but we decide we

15   gonna take him to where our tribe is from.  So we did that.

16   At that point, I asked the people who were gathering that we

17   gonna go to bury him where our family's from to the western

18   side of Baghdad.  "You are welcome to join in, but we would

19   understand if you don't want it.  It's a long drive and

20   there was safety concerns.  So just thank you for

21   participating.  Thank you for honoring my dad."

22           I thanked them and I said, "We will have a service

23   back in Baghdad after we bury him."  And we took him there.

24   BY MR. HOFFMAN:

25   Q.  Did you ever have that service?

1  A.  Yes.  It was a short service, actually, just so that the

2  people can pay their respects to the family.  But it wasn't

3  as we wished for because, again, there were safety concerns.

4  Q.  M.S. described over the next couple of months what you

5  went through as far as attempts on your life and attempts

6  for you to keep the company running.

7  A.  Uh-huh.

8  Q.  Did you ever feel safe in the next few months while you

9  were in Baghdad?

10  A.  What we tried to do is to keep the company running and

11  dismiss it in an organized fashion.  Part of it is because

12  that's the right thing to do and part of it is to honor our

13  dad's legacy, because we know that this company is his life.

14          We tried to do that plan, actually, or we planned

15  that to be done over several months.

16          However, we had to rush that within few months.

17  We dismissed all the work and a lot of our workers.  We lost

18  them because of -- we had safety concerns.  There was an

19  attempt one time when me and M.S. were driving and somebody

20  shot at us.

21          Now, you need to understand that Baghdad at that

22  time was chaos.  So I cannot tell for 100 percent that that

23  person was related to the people that kidnapped my family,

24  but we took every threat serious from that point on.  And

25  everything we linked it to that because we cannot pay that

1   price again.  We cannot take risks.

2   Q.  How old was your son at this time?

3   A.  My son was born in that year in January.  So it was four

4   months, four or five months.

5   Q.  That's your son B.S.?

6   A.  My son's name is B.S., yes.  It's ███████.

7   Q.  And B.S. is also a Plaintiff in this suit --

8   A.  Yes.

9   Q.  -- as S.F.'s grandson.

10          Can you tell me a little bit about what challenges

11  B.S. has gone through in his young life, starting his life

12  as a refugee in Jordan and how your family has coped with

13  that?

14  A.  The challenges actually are started even before the

15  refugee trip, because, A, per our cultures, the grandkids

16  are raised close to their grandfathers from the father's

17  side, because we believe in every family the source of

18  wisdom is the father, actually, or the grandfather in this

19  case.

20          Having my son not having that was big thing for

21  us.  It was a big miss for him.  And then when we went

22  actually through the refugee, you need to understand when we

23  went as refugees to Jordan, we weren't doing financially

24  very well.  We were struggling financially because we lost

25  everything, actually, through penalties and through debts

1    and, you know, trying to settle what we owed to the people

2    back in Iraq.

3              So it was a tough life for him.  Keep in mind as

4    well, in Jordan, for my son, I couldn't send my son in

5    kindergarten.  He was almost 3 in Jordan, because refugee is

6    not considered a legal resident of a country in Jordan.

7    That's why we couldn't even work, even though they

8    recognized our credentials, our school, our medical school.

9    But you are not legal there.  You are a refugee.  You are

10   neither illegal nor legal.

11             So it's a struggle for my son.  I couldn't even

12   send him to school.

13   Q.  When you were in Iraq, you and your wife and your son

14   had your own home.  Correct?

15   A.  I'm sorry?

16   Q.  You and your wife and your son had your own home.

17   Correct?

18   A.  Yes.

19   Q.  In Iraq?

20   A.  Yes.

21   Q.  Where did you live when you were in Jordan?

22   A.  We lived together with the family.  We had a

23   two-bedroom.  We only could afford two-bedroom apartment.

24   So I lived with the rest of the family, S.A. and B.A., M.S.

25   and my mom.

```
1    Q.  And where did you work while you were in Jordan?

2    A.  In Jordan, again, because we were considered -- our

3    presence was considered illegal, actually, in Jordan, the

4    only job that I could do is actually work night shift in a

5    clinic or in a hospital, getting paid in cash.  Sometimes I

6    carried -- because I'm trained in intensive care unit, so I

7    carried jobs of nurses or duties of supporting staff, as

8    they call them there.  And I picked up a second job as well

9    in an insurance company.

10   Q.  Since you left Iraq, have you been able to practice

11   medicine as a full-time job?

12   A.  No, sir.

13   Q.  In what ways since you've come to America have you been

14   able to leverage your medical training for employment?

15   A.  My first job in the United States actually was a call

16   center, representative in a hospital, actually.  So I would

17   answer phones, pretty much.

18         But I took it upon myself to use my training and

19   my knowledge and my medical background, actually, to advance

20   and -- at least at that side of the healthcare.  I became --

21   currently, I am the manager for the quality department of

22   St. Luke's Health System.  We call it the clinical

23   integration department.

24         And what I did as well is that with my brother, we

25   cofounded that organizations or that group which is the
```

1    Global Talent Idaho For Doctors Group to help our colleagues

2    who arrive here as refugees to get back to practice.  And

3    I'm currently actually going through that process.  I'm

4    focused on getting my license, getting recertified here, and

5    hopefully I can practice one day, because I miss practicing

6    medicine.

7    Q.  Now, in addition to all the trauma your father went

8    through and what you've described that your mother went

9    through, you obviously went through direct trauma with the

10   conversations you had with the kidnappers, with the exchange

11   and being -- your life being threatened.

12          How has that impacted you emotionally and

13   psychologically?

14   A.  It impacted me tremendously.  For months, I lost sleep

15   over what had happened.  I would keep replaying the phone

16   calls in my brain.  I will keep remembering the voices.  I

17   would -- especially the torture phone calls.  Those were the

18   worst.  I keep till today remembering the faces of the

19   people actually that got down from that BMW car.  Those are

20   the faces of the killers of my dad.

21          It was -- it was horrible.  It was horrible.  Like

22   I said, in Iraq, I actually -- because I was managing the

23   family and trying to keep the family actually all together,

24   I had lost my job as a physician actually in the hospital

25   because I was away actually from work for several days and

1    sometimes weeks, actually, trying to get things together.

2    Q.  Have you ever sought any counseling or medical

3    treatment?

4    A.  No.  And the reason behind that is that at that point --

5    and I can tell you now, you know, most likely I was

6    depressed; I was stressed.  For sure I had the PTSD.

7         But at that time, we were in survivor mode.  We

8    tried to save as much as we can, meaning family members,

9    because I knew that  we were next.  It wasn't over.  By the

10   killing of my dad, they wanted to make my family as an

11   example for everybody.

12   Q.  When did you first -- if at all, when did you start

13   feeling safe?

14   A.  To be quite honest -- well, I felt safe when I arrived

15   in Jordan, even though that experience wasn't pleasant.  But

16   at least I was safe.

17        But I purchased a house two years ago.  And the

18   first night that I spent at my house, at my new house, it

19   was a very emotional night, because I felt that, you know,

20   finally I'm back at track.  I felt as if I was traveling for

21   a long time and finally I came home.

22   Q.  What is it that you would tell the Court that you miss

23   the most about your dad?

24   A.  His guidance.  He was like my friend.  He was like an

25   older friend.  I would go to him and counsel him even when I

1  have an argument with my wife, like how we were newly

2  married, freshly married.  And I would ask him questions

3  about that.  The conversation that we used to have.  I used

4  to drive him a lot around Baghdad.  It was either me or M.S.

5  Those chats, I miss a lot.  And I wish that my son had that

6  experience.

7          MR. HOFFMAN:  S.S., thank you very much for

8  sharing your part of the story.  If the Court has any

9  questions, please answer.

10          THE WITNESS:  Yes, ma'am.

11          THE COURT:  How did you wind up where you are now

12  in terms of where you chose to live in the United States?

13          THE WITNESS:  When I applied to asylum, actually,

14  in Jordan, when you apply for asylum, you choose the country

15  only.  So I chose United States.

16          For a reason, actually, I chose United States.

17  And in Jordan, we were treated as second-level citizens.  My

18  son couldn't go to school.  I wasn't -- I was working.

19  Sometimes I don't even get paid for work.

20          So I wanted -- we felt inferior.  We felt inferior

21  to the people of Jordan.  So I chose United States because I

22  felt that I owe it to my son to have a fair chance at life,

23  and people should actually judge him by his merit versus how

24  he looks like or how he speaks.  So I chose the United

25  States.

1           However, when I choose the country, you don't get

2      to choose the state.  They actually assign you to the state.

3      And as a matter of fact, when they wrote Boise in Arabic on

4      the folder, Boise is not famous.  So I thought it's the

5      airline name.  So I was like, "Okay.  That's the airline.

6      Where would I land?"

7           They were like, "No, no, no.  That's actually a

8      city."

9           So they chose for me, ma'am.

10          THE COURT:  Okay.  How long have you lived there?

11          THE WITNESS:  Ten years now.  I lived -- all my

12     life in the United States was in Boise, because we fell in

13     love with Boise.  It's a welcoming community.  They are

14     friendly.  They are close together.  They make us feel like

15     home.

16          THE COURT:  I don't have any other questions.

17          MR. HOFFMAN:  Thank you.

18          Thank you, S.S.

19          THE WITNESS:  Thank you, your Honor.

20          (Witness excused.)

21          MR. SINGER:  The Plaintiff calls Stuart Bowen.

22          THE COURT:  Sir, if you can step up over here.

23          THE WITNESS:  Good afternoon, your Honor.

24      STUART W. BOWEN, JR., PLAINTIFFS' WITNESS, SWORN.

25                      DIRECT EXAMINATION

1    BY MR. SINGER:

2    Q.  Please state your name and place of employment.

3    A.  Stuart W. Bowen, Jr.  And I am an attorney-at-law in

4    private practice and consulting in Austin, Texas, under

5    Bowen Partners.

6    Q.  And, Mr. Bowen, you understand that you're being called

7    as a potential expert witness in this case?

8    A.  I do.

9    Q.  So I'd like to begin by just talking to someone about

10   your qualification and what qualifies you to testify as an

11   expert here.

12   A.  Very good.

13   Q.  Can you explain your educational background, please.

14   A.  Yes.  I attended high school in the area at Episcopal

15   High School and received my undergraduate degree from the

16   University of the South in Sewanne, Tennessee, in English

17   and economics.

18          I attended Vanderbilt Law School for a year,

19   decided to enter the Air Force and spent four years on

20   active duty as an intelligence officer.

21          After that, I returned to law school, this time in

22   San Antonio at St. Mary's, and received my J.D. from there

23   in 1991.

24   Q.  And briefly, describe the service -- your military

25   service with the Air Force, including whether or not you had

1   any clearances as part of that.

2   A.  Yes.  I had trained in San Antonio, became a second

3   lieutenant there in 1984 and went to intelligence school in

4   Lowry, at Lowry Air Force base in Denver, Colorado.  And

5   during that time, I received a top-secret

6   code-word-sensitive compartmented information, TSCSCI,

7   clearance, which were necessary for my work in Germany,

8   where I was stationed on active duty for the next three

9   years.

10  Q.  How long did you have that clearance?

11  A.  Well, I had it -- I was in the Reserves for four years

12  after I got off active duty and then the clearance was then

13  renewed when I went to the White House in 2001.  And it

14  continued throughout my work as the special inspector

15  general for Iraq reconstruction in toto over 25 years.

16  Q.  I'm going to spend a few minutes asking you about your

17  work in Iraq as a special inspector general.  But take us

18  from the time of your law degree up until -- I believe it

19  was 2003 when you first went to Iraq.

20  A.  2004.  January 2004.

21  Q.  Give us just a brief thumbnail of your employment

22  between, you know, your military service, your graduation

23  from law school and your work in Iraq.

24  A.  I spent my first year after law school as a briefing

25  attorney at the Texas Supreme Court and then spent two and a

1    half years as a litigator, assistant attorney general for

2    the Texas Attorney General's Office.

3            Then I spent the next six years on governor George

4    W. Bush's legal staff, first as assistant general counsel

5    and then deputy general counsel.

6            After the 2000 election, I spent three months --

7    well, I was counsel to the transition, Bush-Cheney

8    transition, and then spent three months as associate counsel

9    to the President and special assistant and then two years as

10   deputy staff secretary and deputy assistant to the

11   President.

12   Q.  Did you eventually -- were you eventually assigned the

13   post of special inspector general for the Iraq

14   reconstruction?

15   A.  I was.

16   Q.  Is there an acronym for that?

17   A.  SIGIR.

18   Q.  S-I-G-I-R?

19   A.  That's right.

20           THE COURT:  Can I just ask, in terms of when you

21   were the associate counsel for the President, special

22   assistant, did you have a particular portfolio or particular

23   assignment within that?

24           THE WITNESS:  I did.  I worked judicial

25   nominations and appointments.  I also worked certain agency

1    matters as well and was part of the White House's judicial

2    nominations committee.

3                THE COURT:  Go ahead.

4                MR. SINGER:  Thank you, your Honor.

5    BY MR. SINGER:

6    Q.  Did you help us prepare a PowerPoint to illustrate some

7    of your qualification and your testimony in this case?

8    A.  I did.

9    Q.  Have you had a chance to review that PowerPoint to make

10   sure it accurately reflects your testimony?

11   A.  Yes.

12               MR. SINGER:  We'll be using that, your Honor, as

13   we go through Mr. Bowen's testimony.

14               THE COURT:  Okay.

15   BY MR. SINGER:

16   Q.  Now, I want to talk first about the scope of your

17   responsibilities when you were assigned as special inspector

18   general for Iraq reconstruction.

19               But first, describe generally what that -- what

20   that job entails.

21   A.  It's an oversight job.  Our mission was to ensure the

22   effective use of $63 billion in taxpayer funds appropriated

23   by the Congress for the relief and reconstruction of Iraq.

24   Q.  As part of that job, did you conduct audits and

25   inspections?

1    A.  I did.

2    Q.  How many of those did you conduct?  And give us an

3    example of the kinds of audits or inspections you might have

4    done.

5    A.  220 audits and 170 inspections.  The audits covered all

6    aspects of the use of that $63 billion, many of them

7    performance audits.  So some contract audits, some financial

8    audits, but the performance audits was the -- were the area

9    I focused on, because that contributed to improvement in the

10   rebuilding program.

11          Inspections was a unique entity that we created,

12   recognizing that we needed to get out and do quick

13   turnaround reports on ongoing projects in order to improve

14   them because of the many shortfalls we were identifying.

15   Q.  To make sure we understand the context, this was in a

16   post-Saddam Iraq?

17   A.  That's right.

18   Q.  And billions of US dollars were being used to help

19   reconstruct the country?

20   A.  That's correct.

21   Q.  And your job was to make sure that those funds were used

22   wisely and to ferret out fraud and abuse?

23   A.  That's right.  We also did many, many investigations,

24   processing over 100 convictions.

25   Q.  Now, did you also produce a report as part of your work

1   in the special inspector general's office?

2   A.  Well, we produced 36 quarterly reports and then nine

3   Lessons Learned reports.

4   Q.  Were you testifying in front of Congress as part of your

5   job as special inspector general?

6   A.  Yes.  And that became an enormous part of my work.  I

7   testified 36 times.

8   Q.  How often were you in Iraq versus, you know, being here

9   in the United States when you were performing this job?

10  A.  Over the nine years as -- nine and three-quarters years

11  as special inspector general for Iraq, I traveled there 36

12  times.

13          During the first three years, from 2004 through

14  the end of 2006, I would go every quarter and stay at least

15  a month.  Because of the rate of hearings after that point,

16  my stays were ten days to two weeks.  But every quarter, I

17  would go.

18  Q.  And when you were there, did you stay in the Green Zone

19  or did you travel outside the Green Zone?

20  A.  Both.

21  Q.  Were you involved in daily briefs?

22  A.  Yes, I was.

23  Q.  Tell the Court what kind of briefings you were involved

24  in during your time there.

25  A.  Well, many of them.  But the most important one in my

1    view to understand what was going on in Iraq was called the

2    battle update assessment, the BUA.  And that was presented

3    every morning, 7:00 a.m., to the commanding general and the

4    top NATO general, the British three-star.  And it

5    essentially covered everything that happened the day before

6    in the fight.

7    Q.  Was it important as part of your job to be knowledgeable

8    about Iraqi politics?

9    A.  Yes, it was.

10   Q.  And did that include the influence of Iraqi militias in

11   a post-Saddam Iraq?

12   A.  I learned very much about them through those

13   relationships and those experiences.

14   Q.  And why was that important to your job to ferret out

15   fraud and corruption in the country?

16   A.  Well, for three reasons:  One, the Shia militias in

17   particular fomented enormous insecurity, created a very

18   lethal environment, which severely limited the progress of

19   reconstruction projects.

20          Second, one of my missions was to propound an

21   ethos of integrity and to support the new IG system that we

22   created; and the notion of integrity was alien to these Shia

23   militias.

24          And, third, they presented a very real threat to

25   my own staff.  We traveled in the Red Zone and across the

1    country regularly.  I went out in the Red Zone every trip.

2    And those threats affected me in particular.

3              And of note, if I may, I'd like to point out the

4    most tragic event during my ten years as the IG.  And that

5    is on Easter of 2008.  Actually, an Iranian-imported rocket

6    was fired from Sadr City and impacted a trailer in the

7    republic -- at the Republican Palace, where my staff was

8    housed, and killed my -- one of my auditors, Paul Converse.

9              THE COURT:  Can you explain what the Red Zone is,

10   please?

11             THE WITNESS:  Yes.  Roughly everywhere outside the

12   Green Zone.

13             But what it meant was that -- the Green Zone was a

14   five-square-mile part of Baghdad, right on the edge of the

15   Tigris, which included Saddam's palaces.  The Republican

16   Palace was where the US embassy was until -- through the end

17   of 2008, beginning of 2009.  But also, the Iraqi government,

18   the incipient Iraqi government, was all housed there.  For

19   the most part, it was the leadership, the prime minister's

20   office and the president's office.

21             The ministries were outside that five-square-mile

22   area in the Red Zone.  So every time we traveled to them,

23   that was a challenge.  You know, convoy helmets and vests

24   and PSDs, security detail.

25

1    BY MR. SINGER:

2    Q.  At the end of your tenure, did you feel that it was

3    important to put together a document that would show the

4    lessons we had learned in this reconstruction process?

5    A.  Yes.  Actually, I realized that would be important very

6    early in my experience when I saw the chaos that was

7    unfolding.

8              My first trip was February 4th, 2004; and very

9    soon, I saw that things were -- were not going very well.

10   And I realized that part of it was structural inadequacies

11   and that we needed to capture those lessons in larger format

12   so that posterity would learn from them and that we would --

13   so that the United States would perform better in future

14   operations.

15   Q.  Now, we have submitted two documents that have been

16   identified as potential exhibits in this case.  One is

17   Exhibit 23 and one is Exhibit 24.  Let me call your

18   attention to those, beginning with Exhibit 23.

19             Exhibit 23 is a document entitled "Hard Lessons:

20   The Iraq Reconstruction Experience."

21             What is that document?

22   A.  That was our first book-length Lessons Learned report.

23   We had produced four before that, but that was a project

24   that I initiated about 18 months after I began my service as

25   inspector general.

1           I created a team, vetted an advisory board,

2    carried out myself over 30 interviews with senior leaders.

3    The purpose of it was to find out how this -- how we planned

4    for this, to get into Iraq; then what happened that first

5    year that caused such a reversal of fortunes; and then how

6    the United States and the Coalition adjusted to the violence

7    and to the war that exploded in -- at the end of 2004 and

8    continued, really, through the end of 2007.

9    Q.  Now, we're going to look at some quotes from that

10   document later on in your testimony.  They're particularly

11   relevant with regard to this case.

12          But did that document reflect your contemporaneous

13   thoughts with regard to the milieu in Iraq and Iraqi

14   politics and that type of thing?

15          THE COURT:  You said Exhibit 23 or 24 you're

16   talking about?

17          THE WITNESS:  Are we talking about Hard Lessons

18   and Learning From Iraq?

19          MR. SINGER:  I'm sorry.  I'm talking about 23

20   right now.

21          THE COURT:  Okay.

22   BY MR. SINGER:

23   Q.  Yes.  23.

24   A.  Yes.

25   Q.  That's Hard Lessons.

```
 1    A.  Yes.

 2             I'm sorry.  Can you ask the question again?

 3    Q.  The question is:  Did that reflect your contemporaneous

 4    thinking about what was happening in Iraq at that time?

 5    A.  Yes.  It essentially was the first draft of the history

 6    of what was happening in Iraq from 2004 through the end

 7    of -- through 2008.

 8    Q.  You were personally involved in the preparation of that

 9    document?

10    A.  Very much so.

11    Q.  And did that -- was that document prepared by men and

12    women who had a duty to prepare that and were working for

13    the government at the time?

14    A.  Yes.

15             MR. SINGER:  Your Honor, I would move to admit

16    Exhibit 23 into evidence.

17             THE COURT:  I'll admit it.

18             (Whereupon, Plaintiffs' Exhibit No. 23 was entered

19    into evidence.)

20    BY MR. SINGER:

21    Q.  And the same series of questions with regard to Exhibit

22    24, Learning from Iraq.  That was, I guess, a little later

23    that you put that together as kind of a Lessons Learned From

24    Iraq document?

25    A.  That was our ninth and last Lessons Learned report.  It
```

1    captured the entire rebuilding program, how the money was

2    spent, what the results of our oversight were.  And most

3    importantly, I think -- what distinguished it from Hard

4    Lessons is it had many, many graphs that showed the

5    spending, embassies, and it had 31 interviews with Iraqi

6    leaders, with US mission leaders and with members of

7    Congress.

8    Q.  Before I ask you about those interviews, were you

9    personally involved in the preparation of Exhibit 24?

10   A.  Very much so.

11   Q.  And was that put together by men and women working for

12   the US government who had a duty to report the facts that

13   are contained in Exhibit 24?

14   A.  Yes, it was.

15              MR. SINGER:  Your Honor, we would move that into

16   evidence as our next exhibit.

17              THE COURT:  I'll admit it.

18              (Whereupon, Plaintiffs' Exhibit No. 24 was entered

19   into evidence.)

20   BY MR. SINGER:

21   Q.  Now, some of those interviews I wanted to ask you about

22   might be particularly relevant to this case.

23              Did you interview the prime minister, Nouri

24   al-Maliki?

25   A.  Nouri al-Maliki.  Yes, I did.

 1    Q.  What about the chief justice in Iraq at the time?

 2    A.  Judge Medhat.  Yes, I did.  I knew both of them very

 3    well.

 4    Q.  Did you interview General David Petraeus?

 5    A.  I did.

 6    Q.  What role did he have in the reconstruction process?

 7    A.  He was the commanding general of Multinational Forces

 8    Iraq from 2007 through 2008.

 9    Q.  And what about the former ambassador to Iraq, Ryan

10    Crocker?

11    A.  I did.  And he was the ambassador to Iraq from early

12    2007 through 2008.

13    Q.  There's been some testimony in this case about a man

14    named Bayan Jabr, who also goes by a few other pseudonyms.

15    But did you interview him as part of your work for the

16    Lessons Learned document?

17    A.  I did.

18    Q.  And in 2006, at the time of the events that we are here

19    for today, was he the minister of -- the minister of

20    Interior for Iraq?

21    A.  Yes, he was.

22    Q.  And what other roles did he serve?

23    A.  Subsequent to being minister of Interior -- well, before

24    it, he was minister of Housing and Construction.

25    Subsequent, he was minister of Finance.  And then subsequent

1     to that, he became minister of Transportation.  And

2     subsequent to that and to this day, he is a member of

3     Parliament.

4     Q.  So he's a very powerful political figure in Iraq?

5     A.  One of the most.

6     Q.  How many times did you interview him?

7     A.  Interview?  Two.  Two or three.

8     Q.  Did you meet with him on other occasions?

9     A.  I did.

10    Q.  When you were meeting with him, what kind of emotions

11    and thoughts did you have, given what you knew about him?

12    A.  Well, it was a diplomatic engagement, so I was friendly

13    and solicitous.  At the same time, I was fully aware that he

14    had blood on his hands.

15    Q.  What did you mean by that, that he had blood on his

16    hands?

17    A.  He was the minister of Interior from the middle of 2004

18    through the summer of 2006.  And that was a period of -- his

19    leadership generated grave instability within that ministry,

20    within Baghdad and across Iraq.  And his commitments were

21    divided, to be gentle about it.

22          He is a longstanding member of the Badr Brigade

23    from the early '80s in Iran.  And his associates from those

24    experiences in the Iran-Iraq War, many of them came to work

25    for him in the Ministry of Interior and many of them carried

 1    out his lethal and illegal business.

 2    Q.  Now, after you were done with your term as special

 3    inspector general in 2014, have you continued to stay

 4    involved in Iraq?

 5    A.  I have.

 6    Q.  In what ways?

 7    A.  Well, I immediately became a senior advisor at the US

 8    Chamber of Commerce advising on Iraq and traveled to Iraq to

 9    assist them with certain projects in 2014.

10         And then I also became an adjunct senior advisor

11    at the Center For Strategic and International Studies, which

12    I -- CSIS, which I continued up until 18 months ago.  And in

13    that capacity, I did interviews; I gave speeches at

14    Chautauqua, for example.  It's a conference in New York.

15    And so I kept my relationships with leadership alive.

16         And also, in 2014, I traveled to Iraq and met with

17    Prime Minister Haider al-Abadi.  And he was interested and

18    entered into an initial agreement with me to provide

19    anticorruption training and advice to his administration.

20         And I was planning on doing that when Governor

21    Abbott of Texas appointed me the inspector general for the

22    Texas Health and Human Services Commission.

23    Q.  Have all of these activities required you to stay

24    abreast of the political, military and foreign policy

25    developments in Iraq?

```
 1    A.  Yes.

 2    Q.  Have you ever been qualified as an expert in a case in

 3    this court?

 4    A.  I have.

 5    Q.  In what case was that, sir?

 6    A.  Frost v. Iran.

 7    Q.  And the nature of that case?

 8    A.  It involved the kidnap and torture of three American

 9    contractors in 2016 and their detention and abuse.  And

10    eventually, one of them died.

11         And in that case, findings were made regarding the

12    entities behind those -- that torture, specifically

13    Iranian-supported militia.  The torture occurred at the

14    Ministry of Interior area.  And as a result, Judge Kelly

15    made the finding that there was liability through an

16    exception under the Foreign Sovereign Immunities Act.

17         MR. SINGER:  Your Honor, at this time, we would

18    proffer Mr. Bowen as an expert in the three following areas:

19    Iraqi politics after the overthrow of Saddam Hussein,

20    including Iraqi political factions and the influence of the

21    Shia militias; secondly would be the history of the Shia

22    militia insurgencies in post-invasion Iraq; and then third

23    would be Iranian influence in Iraq, particularly through the

24    Badr Organization.

25         THE COURT:  I'll qualify him in all those areas.
```

```
 1                MR. SINGER:  Thank you, your Honor.
 2    BY MR. SINGER:
 3    Q.  Now, Mr. Bowen, let's begin with a little bit of
 4    background on Iran and the IRGC.
 5                Can you please explain to the Court what the IRGC
 6    is.
 7    A.  The Iran Revolutionary Guard Corps, which is an entity
 8    created shortly after the 1979 revolution in Iran for, first
 9    and foremost, protecting the Supreme Leader, as the
10    Ayatollah is described in that country, and to advance the
11    interests within Iran and worldwide of -- that undergird the
12    Iranian Islamic Revolution.
13    Q.  Are you familiar with the IRGC-Qods Force?
14    A.  I am.
15    Q.  Could you please explain what the Qods Force is?
16    A.  It's a subgroup or a special group, perhaps, you might
17    call it, of the IRGC whose mission is to carry the message,
18    the methods, the enforcement of the Iranian Islamic
19    Revolution abroad, and particularly in the Middle East.
20    Q.  Who's the leader of the IRGC-Qods Force from 2006 up
21    through the present time?
22    A.  General Qasem Soleimani.
23    Q.  And who does Soleimani report to?
24    A.  To Ayatollah Khamenei --
25    Q.  Now --
```

Bowen - DIRECT - By Mr. Singer

1    A.  -- the Supreme Leader.

2    Q.  I want to show you on the screen a map of the Shia

3    crescent.

4    A.  Yes.

5    Q.  Can you explain what the Shia crescent is, please?

6    A.  Well, it conceives of the extent and reach of Shia

7    Islam, which is the minority sect worldwide of Islam.  Sunni

8    is -- the Sunni Islams [sic] are over 80 percent.  Shia

9    Muslims comprise about 15 percent.

10          But in the Middle East, there is the notion and

11   certainly I think the strategy from Iran to establish a Shia

12   crescent across the northern Middle East from Persia, Iran,

13   through Iraq, the only significant majority Shia Arab

14   country, to Syria, which is Alawite-led, although Sunni

15   majority, and the Alawites are a form of Shia, and then down

16   to Yemen, which are also a form of Shia.

17          But in each of those latter three countries, Iran

18   through the Qods Force and through other means has played an

19   active role in fomenting revolution.

20          And I'm sorry.  I missed Lebanon, which has since

21   the early '80s been the subject of parallel groups to the

22   Badr Corps called Hezbollah, much more renowned, but with as

23   much blood on its hands, certainly in Lebanon.

24   Q.  Now, focusing then on Iraq and Iran, how does this

25   divide between the Sunnis and Shias play out in Iraq and

1    Iran?

2    A.  Well, in Iraq is where it plays out, until recently in

3    Iran.  There is some foment there.

4            But in Iraq, interestingly, a majority Shia Arab

5    state, it was known for many decades of the 20th century

6    from the '20s through the '30s as a relatively peaceful

7    place for Sunni and Shia.  And indeed, it had the highest

8    percentage of Sunni-Shia marriages; in other words, Sunni

9    spouse, Shia spouse.

10            That began to come -- began to unravel in 1979,

11   when two fateful events occurred:  One, Ayatollah Khomeini

12   overthrows the Shah and takes power and forms an Islamic

13   republic, of which he's the Supreme Leader; and the same

14   year, within a few months, Saddam Hussein comes to power in

15   Iraq.

16            And within two years, the two countries were at

17   war for eight years.  And that is -- was the embodiment of

18   an eruption of major Sunni-Shia conflict.

19   Q.  Does Iran deploy a strategy of advancing the revolution

20   through proxies in the Mideast?

21   A.  It does.

22   Q.  And what were some of the more infamous proxies that

23   Iran advances?

24   A.  I mentioned Hezbollah, the most infamous.  It was very

25   active in Lebanon since the early '80s, but also active in

1    Syria, active in Yemen and active in other countries, too,

2    less notoriously.

3         The Badr Brigade, formed in 1982 by an Iraqi -- an

4    Iranian-born Iraqi named Hadi Al-Amiri, it was created

5    similar to Hezbollah.  Every member of the Badr Brigade,

6    like Hezbollah, has to swear allegiance to the Supreme

7    Leader.  It was comprised of Iraqis, Iraqi Shia, oppressed

8    by the Sunni minority in power, Saddam in Iraq.

9    Q.  Did the Badr Brigade eventually become the Badr

10   Organization?

11   A.  It did.  That was a nomenclature change required by the

12   Coalition Provisional Authority in 2003 because of the

13   problematic past of the Badr Brigade.

14   Q.  Now, you mentioned Hadi al-Amiri, who was the founder of

15   the Badr Brigade.  Did he have dual citizenship?

16   A.  Yes.

17   Q.  And what were the countries of which he was a citizen?

18   A.  Iraq and Iran.

19   Q.  And did he fight with Iran in the Iraq-Iran War?

20   A.  He did.

21   Q.  And we've mentioned Bayan Jabr in this case as well.

22   Was he one of the early leaders of the Badr Brigade?

23   A.  Yes, he was.

24   Q.  Did he have dual citizenship as well?

25   A.  Yes, he did.

1    Q.  Who did he fight with in the Iran-Iraq War?

2    A.  He fought with Iran against Iraq.

3    Q.  Were they -- were either or both of those gentlemen also

4    closely aligned and friends with Soleimani, who was the

5    leader of the IRGC-Qods Force?

6    A.  They both were.

7    Q.  Are both of those gentlemen, Amiri and Jabr, still to

8    this day powerful politicians in Iraq?

9    A.  Very much so.

10   Q.  During your time as special inspector general in the

11   briefings that you heard, was there knowledge regarding the

12   influence of Iran over these two gentlemen and over the Badr

13   Brigade?

14   A.  Yes.

15   Q.  Tell the Court about that.

16   A.  There were several sources from which I learned about

17   their influence and malicious effect on the incipient

18   reconstruction program in Iraq.

19        I mentioned earlier the battle update assessment,

20   the BUA, and that always had an intelligence portion.  And

21   in those -- they were classified briefings.

22        In those briefings, the influence and direct

23   control of Iranian players within the -- what was called the

24   Badr Corps -- so there was the Badr Organization, which was

25   the soft name for what was previously the Badr Brigade and

1   the administrative component; there was the SCIRI, the

2   Supreme Council For Islamic Revolution in Iraq, was the

3   political arm; and then the self-denoted Badr Corps, the

4   fighters, now merging into the Ministry of Interior under

5   Bayan Jabr, the Minister Bayan Jabr, the minister of

6   Interior, who were engaged from the end of 2004 on, until

7   the surge put them down, in attacking everything that the

8   United States and the new democracy in Iraq were trying to

9   accomplish through the relief and reconstruction program.

10  Q.  Okay.  Now, before I ask you a little more about the

11  Ministry of Interior in 2006 and the Badr Brigade, I need to

12  go back just for a second and make sure I hit this point

13  with you.

14          I put up on the screen "Designations."  Do you see

15  that?

16  A.  I do.

17  Q.  Was Iran designated as a state sponsor of terrorism on

18  January 19th, 1984?

19  A.  Yes, it was.

20  Q.  And was the IRGC-Qods Force designated as a specially

21  designated global terrorist pursuant to an Executive order

22  on October 25, 2007?

23  A.  Yes.

24  Q.  And the same designation for the IRGC itself on October

25  13th, 2017?

1    A.  Yes.

2    Q.  I think that's important, to make sure we have that

3    understanding that all three of those groups have

4    been designated, two as terrorist organizations and one as a

5    state sponsor of terrorism.

6    A.  Very good.

7    Q.  Does Iran continue to have that designation as a state

8    sponsor of terrorism up until the present time?

9    A.  It does.

10   Q.  Okay.  Now, when we talked about the Badr Organization,

11   you mentioned that it had infiltrated the Ministry of

12   Interior in the 2004-through-2006 time frame.  How did that

13   happen?

14   A.  It happened because at the conclusion of the Coalition

15   Provisional Authority, Ambassador Jerry Bremer had led it

16   essentially as the regent of Iraq, the judicial, executive

17   and legislative power embodied essentially in one person.

18   He left at the end of June of 2004.

19           And the interim Iraqi government took power under

20   Ayad Allawi, the prime minister.

21   Q.  Can you spell his name, please?

22   A.  A-Y-A-D and then A-L-L-A-W-I.

23           And in that process, a fateful decision, another

24   fateful decision, was made; that is, parceling out

25   ministries based on sect and party.

1          And so the Ministry of Interior was given to the

2     Dawa Party -- in other words, the Dawa Party with its roots

3     in Iran.  And one of the top -- the top Dawa person, just

4     about, in Iraq at that point was Bayan Jabr.

5          And he had exiled, as I said, in Iran and Syria,

6     and he was appointed minister of Interior.  And as soon as

7     he did that, the minister of Interior previously had this

8     organization populated almost entirely by Sunnis -- it is

9     completely cleaned out, many of them killed, most of the

10    senior leaders killed.

11         And he brings -- he brings in 1,500 of his Badr

12    Brigade associates to take over the ministry.

13    Q.  But, Mr. Bowen, it wasn't a secret that Bayan Jabr was a

14    Badr Brigade member and a longtime commander.  Right?

15    A.  That's right.

16    Q.  Then why would somebody put someone like that with ties

17    to Iran in charge of the Ministry of Interior?

18    A.  Well, that's a great question that historians will

19    continue to ask.

20         But at the time, I think, the reasoning was the

21    Shia had been so oppressed by the Sunnis under Saddam

22    Hussein that the United States was prepared to be

23    deferential to their interests, hoping to transfer power in

24    short order.

25         That didn't happen, but that was the hope.  And it

1    was believed that deference would increase the likelihood

2    that the United States would be able to leave Iraq.

3    Q.  And some of the Shias would then have ownership of this

4    new government and feel more part of the new government?

5    A.  That was certainly one of the rationales.

6    Q.  Okay.  Now, when -- and you said that in 2006 he

7    basically reconstructed the Ministry of Interior with his

8    own people?

9    A.  2004 and 2005.

10   Q.  I'm sorry.  2004.

11           How far-reaching is the Ministry of Interior?

12   What part of the Iraqi economy and rule of law apparatus did

13   that --

14   A.  It's responsible for the rule of law in Iraq.

15   Q.  In what way?

16   A.  All police report up to the Ministry of Interior.  Local

17   police, national police, special police.  And thus, it has

18   the reins of power on the civil side across -- on the

19   nonmilitary side across the country.

20   Q.  And where would the military report to?

21   A.  The Ministry of Defense.

22   Q.  And so Mr. Jabr, a Badr Organization leader, was put in

23   charge of basically all the nonmilitary police and law

24   enforcement in the country of Iraq?

25   A.  That's right.

1    Q.  What happened after his folks took over the

2    Department -- the Ministry of Interior?

3    A.  First, as I mentioned, they cleaned out all the

4    predecessor members of that ministry.

5            Second, they developed the national police into a

6    heavily armed sort of special ops SWAT-type organization,

7    25,000 members with heavy weapons and thus enormous

8    firepower.

9            And they similarly developed the special police

10   into -- for special forces work.  And those were the forces

11   that they began to use to execute a number of agendas about

12   which the United States wasn't aware of very quickly.  One

13   is carrying out vengeance killings, hundred -- tens of

14   thousands of vengeance killings of Sunnis who were believed

15   to be Ba'athists.  Sometimes they were; many times they

16   weren't.  Many times, the vengeance was personal.

17           But I remember in my trips in 2005 and 2006 at

18   these battle update assessment briefings, you'd come in and

19   you'd get reports of, you know, another 40 bodies found in

20   Haifa Street, tortured, shot, mostly Sunnis.

21           And -- but the other truly egregious development

22   with horrendous effect was the support of attacks on

23   individuals that were working with the United States, like

24   S.F.

25           And that tragically had not just personal

1    consequences for those affected by it, but devastated the

2    reconstruction program.

3    Q.  You mentioned bodies found in Haifa Street.  Was that in

4    front of the Ministry of Interior?

5    A.  No.  It ran through Karrada, I think.  It runs through

6    Karrada District and down to Mansour, I believe.  No?  It's

7    through Karrada.

8    Q.  Did the Ministry of Interior basement area become

9    notorious for anything?

10   A.  Yes.  It was -- it was renowned and later proved to be a

11   zone of torture.

12   Q.  And did the battle update briefings that you got daily

13   when you were there in Iraq give you any information

14   regarding the role of the Iranians in this?

15   A.  Yes, they did.  And not just those, but also other intel

16   sources in briefs that I received; not just the BUA, but

17   other reporting.

18   Q.  What did you learn about the role of the Iranians in the

19   Ministry of Interior torture and the Ministry of Interior

20   death squads?

21   A.  That they were running amok and that they -- despite the

22   efforts of the new Multinational Security Transition

23   Command - Iraq, a DOD entity created in the summer of 2004

24   to stand up the security forces, army and police,

25   notwithstanding those efforts, these militias were running

1    amok and carrying out their own agenda and using all the

2    means that they had at their disposal to pursue these

3    diabolical efforts that -- the vengeance killing and the

4    attack on US efforts.

5            And in particular, on the latter points, Iran came

6    to recognize that they needed to carry out these attacks on

7    the US reconstruction program to drive the United States out

8    of the country so that they could exert their incipient and

9    newfound hegemony in the country.

10   Q.  Did you learn whether or not Iran was continuing to

11   train members of the Badr Organization?

12   A.  The training of the Badr Brigade continued in Iran.

13   Q.  And did those -- once they were trained in Iran, did

14   they send them back to Iraq to work with the Ministry of

15   Interior?

16   A.  They sent them back; and some did work, yes, with the

17   Ministry of Interior.

18   Q.  Did Iran also provide weapons to the Badr Brigade?

19   A.  Yes, it did; and training.

20   Q.  Now, did the United Nations become so concerned about

21   these human rights abuses carried out by the Ministry of

22   Interior and others in Iraq that they put together a

23   commission?

24   A.  They issued regular Human Rights reports, but focused on

25   the Ministry of Interior problem in their 2006 reports on --

1   the report on 2006.  And it reflects in painful --

2   painstaking detail and painful detail the trauma inflicted

3   upon the country and upon Baghdad in particular by the

4   perfidy of the Badr Organization effort from the Ministry of

5   Interior.

6   Q.  I want to direct your attention to Exhibit 27.

7          Is that -- the entire exhibit, I believe, was

8   given to the Court in digital copy.  But did you have a

9   chance to review this U.N. report, Human Rights report?

10  A.  I did.

11  Q.  And is Exhibit 27 a true and accurate copy of the U.N.

12  Assistance Mission for Iraq Human Rights Report in 2006?

13  A.  That's a true and accurate quote.  Yes.

14  Q.  Does that also -- does this report, Exhibit 27, help

15  form some of the basis for your opinions?

16  A.  Yes, it does.

17         MR. SINGER:  Your Honor, we would move that

18  exhibit into evidence.

19         THE COURT:  I'll admit it.

20         (Whereupon, Plaintiffs' Exhibit No. 27 was entered

21  into evidence.)

22         MR. SINGER:  Thank you, your Honor.

23  BY MR. SINGER:

24  Q.  I'm going to just put on the screen a couple of quotes

25  from this and ask you about that.

1          So the first one is from Page 1, where it says,

2     "Militias, at times linked to political parties which are

3     also part of the government, continue to operate outside the

4     law.  Death squads and sectarian and religious extremists

5     are equally prone to commit human rights violations."

6          What was the -- to your understanding, what is the

7     U.N. report talking about here and how did this play out in

8     2006?

9     A.  Well, it's an accurate reflection of just what I was

10    describing.  And that is, the Shia militia, in particular in

11    Baghdad, most -- most -- with the greatest emphasis was

12    carrying out an extremist agenda with lethal effect, both

13    against Sunnis accused to be Ba'athists, but they weren't in

14    many cases, and against the US rebuilding effort.

15    Q.  Now, on Page 2, it says that "Reports of torture in

16    official detention centers remain widespread while torture

17    is also practiced by militias and death squads."

18          To your understanding, were the official detention

19    centers those detention centers associated with the Ministry

20    of Interior?

21    A.  Yes, they were.

22    Q.  Then on Page 4, it indicates, "There are indiscriminate

23    killings of civilians that have continued throughout the

24    country while hundreds of bodies appear bearing signs of

25    severe torture and execution-style killing.

1          "Such murders are carried out by death squads or

2     by armed groups, with sectarian or revenge connotations."

3          Do you see that quote, sir?

4     A.  I do.

5     Q.  Were some of these death squads functioning out of the

6     Ministry of Interior and were they composed of Badr Brigade

7     members?

8     A.  Yes, they were.

9     Q.  Then on Page 15 and 16, it says, "Bodies found at the

10    Medico-Legal Institute" -- what is the Medico-Legal

11    Institute?

12    A.  That was a healthcare training clinic that was

13    controlled by Shia extremists.

14          As an aside, I should point out, I mentioned

15    earlier that certain ministries were parceled out to certain

16    sectarian groups.  I mentioned the Ministry of Interior was,

17    but so was the Ministry of Health.  And so those two

18    ministries in particular were controlled by Shia extremists.

19    And tragically, they used the health clinics and they used

20    the morgues as killing grounds.

21    Q.  Now, in this quote, it says that "Those bodies bear

22    signs of severe torture, including acid-induced injuries and

23    burns caused by chemical substances; missing skin; broken

24    bones to the back, hands and legs; missing eyes; missing

25    teeth; and wounds caused by power drills or nails."

1          During your time in Iraq, as you're hearing these

2    updates and to your personal knowledge, were any particular

3    forms of torture associated with the Ministry of Interior

4    more than others?

5    A.  Well, the use of power drills was infamously associated

6    with the Ministry of Interior's torture and murder of

7    hundreds, if not thousands, of people.

8    Q.  And you've heard the descriptions of the torture of S.F.

9    in this case.

10   A.  Yes.

11   Q.  Can you tell the Court whether or not that's consistent

12   with the descriptions of torture that you learned were

13   coming from the Ministry of Interior during 2006?

14   A.  It is consistent.

15   Q.  Now, did the US Army War College put together a report

16   on the history of the Iraq war?

17   A.  Yes, it did.

18   Q.  Did that report cover this time frame that we're looking

19   at today, the 2006 time frame?

20   A.  Yes, it did.

21   Q.  Please turn to Exhibit 13.  This is not the entire

22   Volume I of the report.  The entire Volume I has been

23   provided electronically.

24          But have you had a chance to review what we have

25   excerpts from here at Exhibit 13 as Volume I of the War

1    College reports?

2    A.  Yes, I have.

3    Q.  Can you tell the Court what this document is?

4    A.  It is the most comprehensive report on the American

5    experience and particularly the US Army's experience in Iraq

6    from 2003 through 2011.

7    Q.  Is this an authoritative source that you relied on to

8    support your opinions in this case?

9    A.  Yes, it is.

10   Q.  And does it contain facts and conclusions authorized by

11   the US Army War College and compiled by government employees

12   with a duty to put this report together?

13   A.  Yes, it is.

14          MR. SINGER:  Your Honor, we would move Exhibit 13

15   into evidence.

16          THE COURT:  I'll admit it.

17          (Whereupon, Plaintiffs' Exhibit No. 13 was entered

18   into evidence.)

19   BY MR. SINGER:

20   Q.  Now, look at Page -- I'm going to put a quote up on the

21   screen from Pages 187 and 188 of the report.  This is a long

22   quote, but it's important to the critical issue in this case

23   of whether Iran was supporting the Badr Organization.

24          Could you read that into the record and then tell

25   me whether or not you had personal knowledge consistent with

1    this quote.

2    A.  "Iran's IRGC was well equipped to develop the emerging

3    Iraqi Shia militias.

4         "Through its preexisting relationships with the

5    Badr Corps and Lebanese Hezbollah, the IRGC had created

6    extensive support networks in Iraq and Lebanon and hoped to

7    develop new networks elsewhere.

8         "The Qods Force used members of Lebanese

9    Hezbollah, the Badr Corps and later Jaysh al-Mahdi to

10   establish Iranian surrogate military cells throughout Iraq

11   that could increase or reduce violent attacks against the

12   Coalition on order."

13        Yes.  This does reflect my understanding of how

14   the Badr Corps was used and indeed controlled by Iran to

15   foment terrorist attacks, destruction, perfidy in Baghdad

16   and beyond from 2004 through 2006 and after.

17   Q.  Now, you had mentioned earlier that the Qods Force also

18   trained these Special Groups, including the Badr Corps.

19        I want to show you a quote from Page 392 of the

20   War College Report and ask you to read that into the record.

21   A.  "The Qods Force established a comprehensive training

22   program for these new cellular organizations, which soon --

23   which would soon be known as Special Groups."

24   Q.  Let me interrupt you right there just for a second.

25        Was the Badr Corps part of the Special Groups

1   referred to here?

2   A.  Yes, it was.

3   Q.  All right.  Continue with the quote, please.

4   A.  "The training took place mainly in camps in Iran, with

5   additional training sometimes held in Syria and Lebanon."

6           THE COURT:  And the Qods Force, if you could

7   explain what that is.

8           THE WITNESS:  Yes.

9           The Qods Force is the export arm of the IRGC,

10  meaning it is in charge of taking the standards and the

11  efforts of the Iranian Islamic Revolution outside of Iran,

12  and specifically focused on the Middle East, but they have a

13  worldwide agenda as well.

14          THE COURT:  All right.

15  BY MR. SINGER:

16  Q.  Then if you could look at Page 392 of that report, where

17  it talks about the Badr Corps.  Rather than read the entire

18  quote, I just want to read a portion of it and ask you to

19  comment on it.

20          It says that "Rather than launching overt military

21  operations, the Badr leaders were content to work their way

22  quietly down an assassination list of prominent Sunnis,

23  coordinating their actions with SCIRI to achieve political

24  effects."

25          Were you aware that the Badr leaders who were in

1    control of the Ministry of Interior had assassination lists

2    that they were working their way down?

3    A.  I am aware of that.

4    Q.  And were some of those assassination lists associated

5    with Iraqi citizens who were working with the United States

6    to try to rebuild the country?

7    A.  That's right.

8    Q.  Do you have an opinion today as to whether or not S.F.

9    was assassinated because of his work with the Americans in

10   trying to help rebuild Iraq?

11   A.  I believe he was.

12   Q.  And what is that opinion based on?

13   A.  It's based on the fact that his situation specifically

14   defines the targets that the MOI trained, shaped by Iranian

15   policy, programs, people, efforts and weapons, focused on

16   defeating -- their word, their view -- the US rebuilding and

17   reconstruction effort.

18          Also, I had personal experience in this.  I

19   remember the situation, the circumstance, of S.F.'s death.

20          And I remember in one of my trips in 2006 -- I

21   believe it was in the fall trip -- where I had a

22   conversation with the commander of the US Army Corps of

23   Engineers, Gulf Region Division, the person in charge of the

24   rebuilding program, about this loss, and he expressing great

25   dejection at the loss, because S.F. had taken on a

1    significant project and had the capacity through his company

2    to do it.

3         This was emblematic of what the United States was

4    trying to do, to build capacity within Iraqi companies, not

5    to use overseas companies or American companies, to execute

6    projects.

7         And this is one of the tragic effects of this Badr

8    Corps, Iranian-driven agenda or war, I will call it, against

9    building capacity, because they recognized, the Iranians,

10    the radical Shia, Special Groups, recognized that building

11    this capacity would lead to success of the reconstruction

12    program in the long term.  And by killing that, they killed

13    the program.

14   Q.  And in addition to the attack on S.F. and his company,

15   were you aware of other attacks on the electrical grid in

16   Iraq at the time?

17   A.  Yes.  As part of their agenda, too, the militia groups

18   would take out electrical lines, electrical substations,

19   transfer stations, whenever they were completed.  And as a

20   result, services were enormously hindered.

21        And this created unrest within the Iraqi

22   population.  There were protests; there was anger against

23   the government because of the lack of services.  But the

24   cause of -- one of the primary causes of that drop in

25   services were terrorist attacks on the electrical grid.

1   Q.  And was Iran able to then take advantage of that unrest

2   to put their people in positions of power in Iraq rather

3   than the American-led Coalition?

4   A.  They consolidated the power that they were seizing and

5   developed their hegemony over the leadership within the

6   Iraqi government.

7   Q.  Now, I want to talk about the timing of this -- of

8   S.F.'s kidnapping and killing.

9           It was in 2006, May of 2006.  You're aware of

10  that.  Right?

11  A.  That's right.

12  Q.  How does that line up with the time frame for when Iran

13  began escalating their efforts to disrupt the government and

14  to attack American interests?

15  A.  2006 was the worst year in Iraq for the US effort, but

16  also for the Iraqis and in particular the Iraqis trying to

17  help the US effort.

18          In the middle of February, February 8th, I think

19  it was, the Al-Askari Shrine, one of the --

20  Q.  Spell that.

21  A.  A-L and then A-S-K-A-R-I, Al-Askari Shrine, in Samarra,

22  a Sunni province, a city in a Sunni province, a Shia holy

23  site, was destroyed.  And that ignited a new level of

24  sectarian conflict and generated even more revenge killings

25  which unleashed chaos within the government, across Baghdad,

1    across the country.

2           And as Ryan Crocker told me, the ambassador who

3    arrived right at the end of this horrible chaos before the

4    surge, said, "We almost lost Iraq in 2006."

5           Because of the chaos that was unleashed in 2006,

6    the surge became necessary.

7    Q.  Now, let me direct your attention to Exhibit 13 --

8    excuse me -- Exhibit 14.  This is Volume II of the US Army

9    in Iraq War Study.  It covers the time period from 2007 to

10   2011.

11          The same questions about this:  Did this help form

12   the basis of your opinions in this case?

13   A.  Yes, it did.

14   Q.  Was it to your knowledge put together by those with

15   knowledge of the facts on the ground in Iraq with a duty to

16   report it?

17   A.  Yes.

18   Q.  And this was compiled by the US Army War College and

19   others in collaboration with them?

20   A.  Yes.

21          THE COURT:  You all are picking up speed.  You

22   need to slow down, especially since it's at the end of the

23   day.

24          MR. SINGER:  I tend to do that whenever I'm laying

25   a foundation.  I rush through it.  I apologize.

 1          Your Honor, we would move this into evidence as

 2   our next exhibit.

 3          THE COURT:  I'll admit it.

 4          (Whereupon, Plaintiffs' Exhibit No. 14 was entered

 5   into evidence.)

 6          MR. SINGER:  Thank you.

 7   BY MR. SINGER:

 8   Q.  Let's go to the second quote from that document.

 9          I'm going to show you a quote from Page 66 of

10   Exhibit 14.  It says, "The Qods Force and its Iraqi

11   surrogates" --

12          And would that in your opinion include the Badr

13   Organization?

14   A.  Yes.

15   Q.  -- "were the primary instruments employed by the Iranian

16   regime to wage a proxy war against the United States at

17   minimal cost."

18          Then it says, "By 2005 and 2006, the Iranian

19   calculus had apparently changed."

20          What was your understanding of what had changed

21   about the Iranian calculus in 2005 and 2006 that made them

22   increase their attacks on American interests in Iraq?

23   A.  There was fear in Iran and in Tehran that the very rapid

24   removal of Saddam Hussein from power in Iraq would generate

25   momentum for a move eastward; in other words, a US invasion

1    of Iran and the removal of the Supreme Leader there.

2            That, of course, was never contemplated.  But the

3    Middle East is full of rumors and fears and paranoia that go

4    beyond what is contemplated.  And they feared an attack from

5    the United States in 2005.

6    Q.  Then it says, "By 2006, as US troops became bogged down

7    in Iraq, the chances of an American invasion of Iran

8    diminished, and it seems likely that Supreme Leader Ali

9    Khamenei," K-H-A-M-E-N-E-I," and his regime decided to ramp

10   up their anti-US proxy war in Iraq, confident they could do

11   so with relative impunity."

12           Was that statement from that War College Report --

13   was that consistent with what you were actually seeing on

14   the ground at that time?

15   A.  Yes.

16   Q.  And therefore, does the killing of S.F. coincide exactly

17   with the time that Iran stepped up its anti-American

18   activities in this country?

19   A.  Yes, it does.

20   Q.  Did subsequent events -- and I don't want to cover each

21   year from 2006 to the present.

22           But just in general, did subsequent events

23   solidify your opinion that the Badr Organization was working

24   as a proxy for Iran all along?

25   A.  Yes.

1          It became increasingly clear that that was the

2    case through intelligence reporting.  And as a result, the

3    Multinational Security Transition Command - Iraq was forced

4    to effectively restart its police training program for the

5    national police at the Ministry of Interior.

6          The term -- I remember sitting with the program

7    manager, very dejected, outraged, infuriated, that so much

8    money and time had been spent training up an organization

9    that turned out to be attacking the United States effort.

10   Q.  So after these -- after S.F.'s death in 2006, which --

11   he wasn't the only one.  But after those types of

12   assassinations in 2006, did the United States find -- well,

13   force the replacement of Jabr as the minister of Interior?

14   A.  Yes.  He was removed in mid-2006.

15   Q.  And after he was removed, did they also basically go and

16   cleanse the organization by replacing the Badr Brigade

17   members of the Ministry of Interior with others?

18   A.  They did.

19   Q.  And was there a term that was applied to that in the

20   Coalition in 2006?

21   A.  It was called re-bluing.

22   Q.  Why was it called that?

23   A.  Well, blue is the police color, police uniform color.

24   And so the blue forces were the civil security forces.

25          And the gentleman who I was referring to earlier,

1    who was the program manager, told me that they had to

2    re-blue the entire national police.

3    Q.  And so basically retrain new police members to take over

4    from this corrupted organization that Jabr was running?

5    A.  That's correct.

6    Q.  Now, I want to just summarize, if I can, your opinions

7    in this case.

8            First of all, do you have an opinion as to whether

9    the Badr Organization was an agent or instrument of Iran

10   generally, and specifically the Qods Force in the year 2006?

11   A.  The Badr Organization, the Badr Corps in particular,

12   yes.

13   Q.  Was its founder, Hadi al-Amiri, a longtime close friend

14   of the Qods Force commander?

15   A.  Yes.

16   Q.  Were its members trained, supplied and originally led by

17   the Iranians?

18   A.  Yes.

19   Q.  Do you have an opinion as to whether the Ministry of

20   Interior was under the control of the Badr Organization in

21   May of 2006?

22   A.  It was.

23   Q.  And under the leadership of Bayan Jabr, did those Badr

24   Corps militants infiltrate all levels of the Ministry of

25   Interior and basically turn the police force into death

1    squads and torture chambers?

2    A.  Yes.  Specifically, the national police.

3    Q.  What is your opinion as to whether Iran was providing

4    material support and resources to the Badr Organization in

5    2006 which resulted in the death of S.F.?

6    A.  Reporting at the time indicated that Iran was doing

7    exactly that.

8              MR. SINGER:  Thank you.

9              Please answer any questions the Court may have.

10             THE WITNESS:  Thank you.

11             THE COURT:  Let me take a break at this point so I

12   can go through my notes and see if there's anything else

13   additional that I'd ask.

14             THE WITNESS:  Thank you, Judge.

15             THE COURT:  So these clocks are all different.

16   I'll assume it's ten of 4:00.  So five after 4:00.  If your

17   clocks are different, I'm sorry.

18             MR. SINGER:  That's what I have, too.

19             THE COURT:  The clocks in the courthouse are all

20   over the place.

21             (Thereupon a recess was taken, after which the

22   following proceedings were had:)

23             THE COURT:  I actually have no further questions.

24             THE WITNESS:  Very good.

25             THE COURT:  Thank you.

```
 1                 THE WITNESS:  Thank you, Judge.
 2                 (Witness excused.)
 3                 MR. HOFFMAN:  Your Honor, the Plaintiffs call
 4      Michael Pregent to the stand.  I have to go find him,
 5      though.  I believe he's right out in the hallway.
 6                 THE COURT:  Certainly.
 7                 MR. HOFFMAN:  I met with Mr. Pregent a little bit
 8      over the last hour and tried to distill this down to get us
 9      done in about half an hour with him.
10                 THE COURT:  Put on the case that you want to put
11      on.
12                 MR. HOFFMAN:  We will.  We will, Judge.  I think
13      we can do that efficiently.
14                 (Thereupon, the witness entered the courtroom and
15      the following proceedings were had:)
16                 THE COURT:  Sir, if you'd come on up.
17             MICHAEL PREGENT, PLAINTIFFS' WITNESS, SWORN.
18                         DIRECT EXAMINATION
19      BY MR. HOFFMAN:
20      Q.  Good afternoon, Mr. Pregent.
21      A.  Good afternoon.
22      Q.  Can you please for the record state and spell your name.
23      A.  Michael Pregent, P-R-E-G-E-N-T.
24      Q.  And at this time, where are you employed?
25      A.  I'm with the Hudson Institute -- it's a think tank here
```

1    in Washington, DC -- as a senior fellow.

2    Q.  And what are the duties of a senior fellow at Hudson?

3    A.  So we provide recommendations to the US government

4    through our writings, through our testimony and through

5    op-eds and media opportunities to discuss national security

6    issues and foreign policy issues.

7    Q.  And in your role as a senior fellow specific to your

8    work, do you have areas of expertise?

9    A.  Yes.  Intelligence operations in the Middle East.  I

10   focus on terrorism, Sunni and Shia terrorism, but Iran is a

11   big component of what I do.  I look at Iran's terrorist

12   activities throughout the region and South and Central

13   America as well.

14   Q.  And how does Iraq -- the nation of Iraq as it's

15   currently situated play into that expertise?

16   A.  Well, that's been my introduction to Iran's malign

17   activities.  I got the first glimpse into that when I was in

18   the military and then in subsequent deployments as an

19   intelligence officer with the Defense Intelligence Agency.

20   Q.  And before we get into that, into your employment

21   history in some more detail, do you currently publish or

22   speak publicly on Iran's influence in Iraq?

23   A.  I do.

24   Q.  What sort of examples do you have of that to share?

25   A.  I've testified on designating militias tied to Iran that

1   operate in Iraq.  I've done congressional testimony for

2   that.

3            I've also testified in several court cases against

4   IRGC-Qods Force proxies and militias that have killed or

5   caused harm to Americans.

6   Q.  Have you been accepted as an expert witness in some of

7   those court cases?

8   A.  I have.

9   Q.  Has your testimony ever been -- have you ever failed to

10  qualify as an expert witness?

11  A.  I have not.

12  Q.  Prior to your work at Hudson, did you participate in any

13  other fellowships of a similar nature?

14  A.  I tried to get away from all of this in 2013.  And then

15  ISIS rolled into Iraq and I was brought on to the National

16  Defense University as an expert on ISIS.

17  Q.  And can you explain just generally what the National

18  Defense University is?

19  A.  It is a think tank associated with the US military.

20  It's here in the Washington, DC, area.  And we basically --

21  the audience for our instruction or our lectures are foreign

22  intelligence officers.

23  Q.  And, Mr. Pregent, in front of you is a binder with

24  exhibits.  And could you just turn to -- take a look at

25  Exhibits 13 and 14 briefly.

1    A.  Yes.

2    Q.  And you're familiar with these documents?

3    A.  Yes.

4           This is why I was brought on to the National

5    Defense University, to be an expert contributor to the US

6    Army's history of the Iraq war.  Specifically, to provide

7    influence on Iranian activity.

8    Q.  So did your work at the National Defense University

9    involve actually drafting or editing or revising portions of

10   this document?

11   A.  Yes.  My responsibility was to add the Iran portions to

12   this study.

13   Q.  Okay.  Did any of that include Iran's influence in the

14   Middle East region generally or Iraq specifically?

15   A.  In Iraq specifically.  But in that, we also saw their

16   activities with the Lebanese Hezbollah, specifically Unit

17   3800.  They trained Iraqi militias; they grew Iraqi militias

18   at the request of Qasem Soleimani.

19   Q.  Do those Iraqi militias generally that you're referring

20   to include the Badr Organization?

21   A.  Yes.

22   Q.  Was there someone in particular that invited you to take

23   part in this process?

24   A.  Yes.  I was -- I gave a brief to General Petraeus in

25   2007.  It was a contentious brief.  I kept arguing with him.

 1    He told me to stop arguing with him.

 2              But after that brief, I was brought on to a team

 3    to be the lead on Petraeus's countering Iranian influence in

 4    Iraq.  And on that team was General H.R. McMaster, who was

 5    the former national security advisor, and three other

 6    individuals.

 7    Q.  Was it that work that led to your contributions on the

 8    Iraq war report?

 9    A.  Yes.  2007, that time period, basically made my career.

10    But it was based on what I did prior to that that brought me

11    to their attention.

12    Q.  We kind of skipped over this part of your background.

13    But what's your educational background?

14    A.  I have a bachelor's degree from Indiana University and a

15    master's degree from George Washington University.

16    Q.  In your current work with Hudson, do you still travel to

17    Iraq?

18    A.  I do.

19    Q.  Yes?  Do you still travel to Iraq?

20    A.  I do.

21    Q.  And how does that interplay with your expertise at

22    Hudson and your writings and your testimony?

23    A.  Well, you have to have credibility.  So you have to

24    actually go to these countries in order to get the most

25    recent information.

1           My last trip was three weeks ago.

2    Q.  And before your time at National Defense, did you have

3    any positions within the United States military?

4    A.  Yes.  I joined the military in 2000 -- correction:

5    1986 -- and served until 2006.  I was an intelligence

6    analyst -- I was an intelligence enlisted soldier and then

7    an intelligence officer.

8    Q.  And can you describe to the Court the roles that you

9    took following about 2003 with the Iraq war?

10   A.  Well, right after 9/11, we all became focused on

11   al-Qaeda.  I was a company commander in Afghanistan and --

12   in 2002-2003, basically, looking at the Taliban and

13   al-Qaeda.  And in 2005, I was an embedded advisor with the

14   Iraqi Peshmerga in Mosul.

15   Q.  And what roles did you have in -- within Baghdad?  I

16   believe you used to work for the Defense Intelligence

17   Agency.

18   A.  Yes.  So 2006 was the end of a 20-year military career

19   coming fresh off a deployment to Iraq.  I joined the Defense

20   Intelligence Agency as an analyst looking at the Iraqi

21   security forces; and specifically, the Iraqi military, the

22   Iraqi federal police, and the security and intelligence

23   apparatus.

24   Q.  And so that would include forces that fall under the

25   apparatus of the Ministry of Interior?

1   A.  Yes.  The Ministry of Interior has the security

2   portfolio inside of Iraq, and I would argue they have

3   primacy inside of Iraq over the Ministry of Defense.

4   Q.  From 2006 to 2007, with the Defense Intelligence Agency,

5   were you stationed in Iraq at that time?

6   A.  Yes.

7   Q.  What role did you have specifically?  What did you do

8   and where were you stationed?

9   A.  I was in Baghdad, but we went all over the country.  And

10   we basically were tasked to find individuals tied to Iran,

11   tied to Qasem Soleimani, that had influence within Iraq's

12   security and intelligence apparatus.

13   Q.  And were you an advisor or were you stationed within a

14   particular area of the Iraqi government?

15   A.  I was accidently -- I accidentally had a meeting with a

16   top Iraqi official.  And in that meeting, I discovered the

17   sectarian targeting of Sunnis by Shia officials tied to

18   Tehran.

19        And when I brought that information forward, they

20   asked me to go in and embed with this organization as an

21   advisor.  It was a cover and -- basically, to extract

22   intelligence of sectarian targeting.

23   Q.  And by "sectarian targeting," you mean Shia violence

24   against which groups?

25   A.  The -- it was a Shia-majority government.  And the Shia

210

1    government started exiting Sunnis from the Iraqi security

2    forces and targeting the Sunni military-aged male community.

3    That's part of an acronym I haven't used, "military-aged

4    male community."

5          So it was Shia sectarian violence on Sunnis.

6    However, there was the al-Qaeda element.  The problem was,

7    the Iraqi government basically said any Sunni military-aged

8    male was al-Qaeda or a collaborator.

9          MR. HOFFMAN:  Your Honor, based on his experience

10   and education and background, we would move to have

11   Mr. Pregent recognized in two areas as an expert on Shia

12   militias in Iraq, including the Badr Organization, as well

13   as Iranian influence within the Iraqi government following

14   the fall of Saddam Hussein in 2003.

15         THE COURT:  I'll qualify him on those two areas.

16   BY MR. HOFFMAN:

17   Q.  Mr. Pregent, this case -- there's been a lot of

18   discussion about sectarian violence.  You just talked about

19   your experience observing that.

20         Are you familiar with the sectarian violence that

21   was carried out under the auspices of the Ministry of

22   Interior?

23   A.  I am.

24         We -- do you want me to elaborate?

25   Q.  Go ahead.

1   A.  So we specifically were looking at a place called the

2   Jadira Bunker.  It was a private prison set up by the

3   Ministry of Interior to basically carry out tortures, exact

4   confessions, forced confessions in order to continue to

5   punish the Sunni population.

6           And that was directly carried out by the deputy

7   intelligence director within the Ministry of Interior, last

8   name Muhandis.  So they call him the Engineer.  So it wasn't

9   really a last name, but his moniker, "the Engineer."  And he

10  was the one responsible for this.

11          But senior leadership knew about it.  He was also

12  a member of the Badr Corps.

13          THE COURT:  And what time period would this have

14  been?

15          THE WITNESS:  This is 2005-2006.

16          THE COURT REPORTER:  Could I get a spelling on the

17  name, please?

18          THE WITNESS:  M-U-H-A-N-D-I-S.

19          THE COURT:  Counsel, what you need to do is move

20  the microphone a little bit over so you're speaking directly

21  into it.

22          MR. HOFFMAN:  Yes, ma'am.

23          THE COURT:  I know you're looking at your notes,

24  which is fine.  But unfortunately, with these microphones,

25  you have to talk directly into them.

1          MR. HOFFMAN:  Yes, ma'am.  Thank you.

2     BY MR. HOFFMAN:

3     Q.  You mentioned the time period 2005 to 2006.

4     A.  Right.

5     Q.  This was also -- well, I'll just ask you:  Who was the

6     leader of the Ministry of Interior during that time?

7     A.  It was Bayan Jabr.  This was the deadliest time in Iraq.

8     You'd have 56 bodies, Sunni military-aged males, zip-tied,

9     meaning handcuffed behind their backs, shot in the back of

10    the head with similar wounds that we heard earlier.  Drill,

11    power drill, was the way the militias tortured people.  And

12    we would find this every day.  And the death toll was 56 a

13    day.  And it was -- we called it the extrajudicial killing

14    time in Iraq.

15          And we set up a task force again to go after these

16    individuals.  And much like in the time when we presented

17    this information to General Petraeus, these same individuals

18    kept popping up.  They continued to be members, senior

19    members of Badr Corps and continued to be members of Shia

20    militias tied to Iran.

21    Q.  And of those individuals that you studied and observed

22    and tracked their behavior, was Hadi al-Amiri one of those

23    individuals?

24    A.  Hadi al-Amiri was the commander of Badr Corps.  I call

25    Badr Organization Badr Corps, because that's what they were

1    calling them at the time.

2          But the thing about Hadi al-Amiri is, he convinced

3    the American generals that he wasn't.

4          So as an intelligence officer, I remember briefing

5    a General Barbero, sitting next to him and saying, "Hadi

6    al-Amiri is the commander of Badr Corps."

7          He goes, "No, he's not."

8          I go, "Sir, he is."

9          He said, "No, he's not."

10         And I said, as I remember, "Why would you say

11   that?"

12         He goes, "I asked him, and he said he wasn't."

13         And General Barbero has since changed his mind

14   based on what we saw in the post-ISIS advancement of Hadi

15   al-Amiri.  And now he's basically responsible for killing

16   Iraqi protesters today.  The same individual.

17   Q.  Was another one of those individuals that you tracked

18   and that you recorded information on Bayan Jabr?

19   A.  Yes.  Bayan Jabr.  We also have the deputy director of

20   the Ministry of Health, Hakim Zamili.  They were individuals

21   that were using the ministries to provide government

22   vehicles to make these raids and these kidnappings look like

23   they were officially sanctioned by the government.

24         That allowed them to bypass US checkpoints, Iraqi

25   checkpoints and have the cover of some legitimate force; and

1    also, trick the victim into thinking this was a government

2    police force, so there's no reason to worry about it.  But

3    these were the vehicles that were being used to kidnap

4    ministers, kidnap political opponents, kidnap British

5    advisors to the Ministry of Finance.  And it was the same

6    tactic we'd repeatedly kept seeing.

7            As we dived into the intelligence, we saw that it

8    was Lebanese Hezbollah Unit 3800 that was training these

9    militias in Iran with Badr Corps to carry out these type

10   operations, these types of operations.

11   Q.  And are you aware of the evidence in this case provided

12   by M.S., S.S. that their understanding is that their father

13   was kidnapped at a police checkpoint?

14   A.  Yes.

15           We knew the Baghdad police were heavily saturated

16   with not only Badr Corps officers, but members of JAM, or

17   Jaysh al-Mahdi.  The Badr Corps tended to provide the

18   leadership, the officership within the security apparatus,

19   and the foot soldiers were often Jaysh al-Mahdi members.

20   Q.  And is that narrative that they explained about the way

21   in which he was kidnapped consistent with your observations

22   of how the Badr Corps carried out that sectarian violence?

23   A.  It was a recognized practice of militias tied to Qasem

24   Soleimani from Badr Corps, being Soleimani's premier proxy

25   in Iraq, and also the new militias that Soleimani was

1   creating that followed, such as Asa'ib Ahl al-Haq, AAH -- we

2   just call it AAH -- and Kataib Hezbollah, the brigades,

3   battalions.  That's K-A-T-A-I-B.

4   Q.  And based on this time that you spent embedded as a

5   member of the Defense Intelligence Agency, did you form any

6   opinions about whether Iran was providing material support

7   and resources to the Badr Organization in 2006?

8   A.  Yes.  It cultivated the Badr Organization to not only be

9   a military wing of the IRGC-Qods Force inside Iraq, but also

10  something that could be acceptable to the United States.

11  They sold us a lie that if we simply deposed Saddam Hussein

12  and picked the Shia that everything would be okay.  And that

13  wasn't the case.

14         Badr Corps received the most sophisticated

15  training from Tehran, from the IRGC-Qods Force, along with

16  Lebanese Hezbollah 3800.  When I say that, I mean Lebanese

17  Hezbollah 3800 trained Badr Corps as well, actually trained

18  them on new tactics; but Badr Corps actually predates

19  Lebanese Hezbollah in a lot of ways.

20         So yes.

21  Q.  And the sectarian violence that you studied:  How does

22  that relate to Iran's goals and intentions in Iraq when it

23  comes to training and arming the Badr Organization?

24  A.  Well, it taught these militias, including its premier

25  proxy, Badr Corps, how to intimidate, how to influence

1    campaigns, how to do kidnappings and how to identify

2    charismatic Sunni leaders -- which it sounds like your

3    father was, a charismatic and influential older gentleman in

4    Baghdad -- and that was often seen as a threat by the Shia

5    government.

6              Anybody who was independent, who was working with

7    the Americans, was either labeled a collaborator, a former

8    Ba'athist or a member of al-Qaeda.

9    Q.  Switching gears a little bit, during your time in Iraq

10   with DIA, did you become personally involved in the

11   questioning of an individual known as Qais al-Khazali?

12   A.  Yes.  So in my capacity, I worked for DIA, but I was

13   attached to General Petraeus's force strategic engagement

14   cell, which was a cell set up to identify reconcilables and

15   irreconcilables.  The irreconcilables were put on a

16   targeting list and the reconcilables were released.

17             And unfortunately, some of my leaders believed

18   Qais al-Khazali was a reconcilable, along with his brother,

19   Laith Khazali.

20   Q.  At what point did Khazali come into US custody?

21   A.  In January of 2007.  Actually, May of 2007.  The Karbala

22   incident was in January 2007.  He was captured in May, I

23   believe.  It's been a while.

24             But I worked this case, and the reason he came

25   into US custody -- and the one thing that I'm proud of is

 1    that within 36 hours, 36 to 48 hours, he gave up Qasem

 2    Soleimani.

 3              And so --

 4              THE WITNESS:  But can I fast-forward to the

 5    present?

 6              THE COURT:  Sure.

 7              THE WITNESS:  So recently, a friend of mine who

 8    was also an officer at the same time who was working in the

 9    National Security Council got these TIRs, these tactical

10    interrogation reports that you now have as exhibits,

11    declassified in order to discredit Qais al-Khazali and to

12    show how fast he gave up Qasem Soleimani and how fast he

13    gave up Hadi al-Amiri, what a coward he really is.

14              And, of course, that was tied to the Karbala

15    operation.

16    BY MR. HOFFMAN:

17    Q.  So do you have personal knowledge of the fact that the

18    US government was able to get substantial amounts of

19    information from Qais al-Khazali in 2007?

20    A.  In record time.

21    Q.  And have you reviewed Exhibits -- you can look at the

22    binder in front of you -- but Exhibits 17, 18 and 19?

23    A.  Yes.  I'm familiar with them.

24    Q.  You just referenced TIRs, which I believe are tactical

25    interrogation reports?

```
 1    A.  Yes.

 2    Q.  And --

 3              THE COURT:  I'm sorry.  What was the exhibit

 4    number again?

 5              MR. HOFFMAN:  17, 18 and 19.

 6    BY MR. HOFFMAN:

 7    Q.  Are Exhibits 17, 18 and 19 three of those TIRs?

 8    A.  Right.

 9    Q.  And you've reviewed these documents for this case?

10    A.  Yes.

11    Q.  And are these documents the same information that you

12    remember working on back in 2007?

13    A.  Yes.

14    Q.  Are they information that you relied on as an expert

15    witness in forming your opinions in this case?

16    A.  Yes.

17              At this point, we were basically trying to get

18    Qais al-Khazali to admit, A, his role in the Karbala attack

19    that killed five Americans and also Iran's role.  But the

20    TIRs now serve a different purpose, because they allow us to

21    go back and look at Badr's role in being trained on these

22    tactics as well.

23              MR. HOFFMAN: Your Honor, I would move Exhibits 17,

24    18 and 19 into evidence.

25              And for additional authentication, Exhibit 16 is a
```

 1    certification by the United States -- I believe it's Central

 2    Command, United States Army, of the authenticity of these

 3    records.

 4              THE COURT:  I'll admit Exhibits 16, 17, and 18.

 5              MR. HOFFMAN:  As well as 19.

 6              THE COURT:  I'm sorry.  17, 18 and 19.

 7              (Whereupon, Plaintiffs' Exhibit Nos. 17, 18 and 19

 8    were entered into evidence.)

 9              MR. HOFFMAN:  Great.  Thank you, your Honor.

10    BY MR. HOFFMAN:

11    Q.  You discussed, Mr. Pregent, that these documents

12    reference the Badr Organization.  In Exhibit 17, on the

13    third page, I just want to draw your attention to the first

14    paragraph.

15              It references "detainee."  Would that be Qais

16    al-Khazali?

17    A.  Yes.

18    Q.  Okay.  And it says, "Detainee verified that Jaysh

19    al-Mahdi, JAM members, members of Sadr trend, Special

20    Groups, are receiving military training and support from

21    Iranian sources.  In addition, members of the Badr

22    Organization and the al-Khamenei groups are receiving

23    training there."

24              Does this support your contention that the Badr

25    Organization was being trained by Iran?

1    A.  Badr was Qasem Soleimani's premier proxy in Iraq.  They

2    were the ones that received the most specialized training

3    before the creation of Kataib Hezbollah, before the creation

4    of AAH.  So yes.

5    Q.  And elsewhere in these TIRs, does al-Khazali comment on

6    which of these militias was receiving the most support from

7    Iran?

8    A.  He does.  And he says it's Badr Corps.

9    Q.  The training that the Badr Corps was receiving that you

10   have knowledge of and that Khazali admitted to, where was

11   that training taking place?

12   A.  Inside Iran.

13   Q.  And how would they facilitate that training, if you

14   know?

15   A.  Well, they would identify 20 key individual based on a

16   skill set.  They would identify the talent and then move the

17   talent into Tehran.

18          And Lebanese Hezbollah Unit 3800 would be the

19   interface, because they spoke Arabic, and they would train

20   the Iraqis on how to do these tactics.

21   Q.  What would be the skills that would be imparted at one

22   of these training camps?

23   A.  Sniper operations; small unit tactics such as raids,

24   ambushes, kidnapping, torture; how to fire rockets,

25   precision rockets; how to fire mortars; how to do improvised

1    explosive devices and how to use and -- how to form and use

2    explosively formed penetrators, which is called EFPs, which

3    they introduced into the Iraqi theater because we increased

4    our armor capability.  And this was a defeat capability they

5    introduced.

6    Q.  In addition to training that took place within Iran of

7    these individuals in the Badr Corps, was it also Iran's

8    practice to embed certain advisors or operators within the

9    ranks of Badr Corps militia groups?

10   A.  Yes.  We've known that.

11        And what I like about the release of these new

12   cables that were just released in the last month is that

13   it's everything we knew inside the intelligence community

14   that we couldn't talk about outside of it.  And now we can

15   talk about it.

16        We knew they were -- there were MOIS operatives

17   within the Ministry of Interior.  I walked down a hallway.

18   The Ministry of Interior is known as the death star.

19   There's first, second, third, fourth, fifth, six floors.

20   Each floor belonged to a different militia.

21        And I happened to walk on the fifth floor, and a

22   guy opened the door; and on his tie was an Iranian flag.  I

23   looked at him; he looked at me.  He closed the door and I

24   walked the other way, because it's that obvious that they're

25   there.

1         But they were not part of our rules of engagement.

2    We had no orders or -- they were actually excluded from the

3    targeting list.  We couldn't really do anything about it.

4    Q.  There's testimony that's been given in this case by M.S.

5    and by S.S. that they spoke with people that purported to be

6    their father's kidnappers.  They negotiated with them and

7    demanded a ransom.

8         And their testimony is that, based on their

9    experience, they believe the accents of those individuals to

10   be Persian, Iranian.

11        What does that fact mean to you based on what

12   you've just said?

13   A.  There's -- there was no surprise that IRGC intel

14   officers and officers of the Ministry of Information and

15   Security, the MOIS, were operating inside of Iraq.  They

16   wouldn't need to have Persian accents to be part of this

17   apparatus.  But saying that just shows how comfortable they

18   were operating in Baghdad.

19        We also had captured five or four IRGC officers in

20   Iraq, and that of course led to the Karbala operation to

21   kidnap five Americans in order to get these Iranians

22   released.

23        They were very comfortable.  They were caught in a

24   politician's home that was considered friendly to the United

25   States.  And that politician was Hakim, Ammar al-Hakim, the

1     leader of the Islamic Supreme Council of Iraq, formerly

2     SCIRI, which was the Supreme Council Revolutionary -- I

3     forget the actual acronym.  So strike that, I guess.

4          But they were found in a friendly politician's

5     home.  That's how comfortable they were playing both sides

6     of everything.  That's how comfortable politicians were

7     playing both sides of the US-Iran relationship.

8     Q.  Is it your opinion that someone with a Persian accent

9     who was involved with the negotiations for S.F.'s release

10    would likely have been an IRGC-related operative?

11    A.  It would have been someone who was part of the IRGC-Qods

12    Force or part of the MOIS.  And the bigger signature is the

13    military police vehicle that cordoned off the neighborhood.

14    That type of working relationship between an Iraqi ministry

15    and an Iranian intelligence officer is what we were looking

16    for, is what we were finding, is what we were trying to

17    stop.

18    Q.  In your current role as a private citizen, you don't

19    have routine access to classified information.  Right?

20    A.  I don't.

21    Q.  However, based on your experience as an intelligence

22    officer, when you see information that is leaked and

23    purported to be classified information, do you look at that

24    and make certain judgments about the authenticity or

25    reliability of those documents?

1    A.  I do.

2            MR. HOFFMAN:  Your Honor, we've got one more set

3    of exhibits to go through with Mr. Pregent.

4            THE COURT:  Okay.

5            MR. HOFFMAN:  These are exhibits that were leaked

6    through the website known as WikiLeaks.  And we have no way

7    of formally providing the authenticity of these documents.

8    I provided them to the Court in the binder because they

9    formed some of the basis of Mr. Pregent's opinions.  But we

10   won't be offering them as exhibits.

11           THE COURT:  That's fine.  An expert can rely on

12   exhibits that don't get admitted or are inadmissible as part

13   of their opinion --

14           MR. HOFFMAN:  Yes, ma'am.

15           THE COURT:  -- as long as they indicate what they

16   relied on and why.

17           MR. HOFFMAN:  Yes, ma'am.

18   BY MR. HOFFMAN:

19   Q.  So, Mr. Pregent, in preparing your testimony in this

20   case, did you review three diplomatic cables that are at

21   Exhibits 20, 21 and 22?

22   A.  Yes.  And in my role with the Force Strategic Engagement

23   Cell, it was a Department of State and Department of Defense

24   entity.  So we worked often with the -- with the State

25   Department, and these are the types of cables they wrote.

1    Q.  In your review of these three cables generally, was the

2    information contained in there consistent with what you

3    expected to see and did you consider it to be reliable

4    information?

5    A.  They corroborate what we saw at the time in intelligence

6    reports.

7    Q.  And Exhibit No. 20 discusses a report made to a US

8    diplomat about an Internal Affairs officer at the Ministry

9    of Interior.

10   A.  Right.

11   Q.  And he describes the abuses that he sees going on under

12   Bayan Jabr at the Ministry of Interior.

13         Was the information that you saw in that report

14   consistent with what you observed when you were on the

15   ground in 2006?

16   A.  Yes.  And as a matter of fact, we had US advisors inside

17   the Ministry of Interior that worked with this directorate.

18   And because Bayan Jabr wouldn't do anything about it, they

19   gave us those reports.

20         And we were able to get those translated and

21   present those to Ambassador Crocker and General Petraeus at

22   the time to show them the level of not only corruption, but

23   the level of sectarian targeting and murder and kidnapping

24   that was being conducted from an official capacity, whether

25   using vehicles and even doing invoices for filling up the

1    vehicles with gas after these raids and these -- in these

2    kidnapping events.

3    Q.  And this Internal Affairs officer discusses having

4    raised some of these issues with Bayan Jabr and nothing

5    having taken place as a result.

6          What -- what was your observation of how Bayan

7    Jabr operated the Ministry of Interior and how that belied

8    any Iranian involvement in that action?

9    A.  It basically gave the Ministry of Interior to the

10   IRGC-Qods Force through a proxy, through a Badr proxy.  And

11   that's what Bayan Jabr was.  And the Ministry of Interior

12   continues to this day to be a Badr entity.

13   Q.  Exhibit 22 is a summary of sorts of potential political

14   candidates in Iraq for the US State Department.  This is one

15   paragraph that discusses Hadi al-Amiri.  I just wanted to

16   read into the record some of the description of Hadi

17   al-Amiri and ask you about whether or not that description

18   is consistent with your personal investigation into Amiri.

19         Paragraph 3 on the second page of Exhibit 22

20   states that "A leader of Shia armed resistance to Saddam and

21   until the adoption of the Constitution in 2005, Coalition

22   Forces, Amiri leads the Iranian-backed Badr Organization, a

23   constituent member of the Islamic Supreme Council of Iraq,

24   umbrella party.

25         "Amiri is widely known to have played a leading

1    role in organizing attacks by the Badr Corps militia against

2    Sunnis during the sectarian violence of 2004 to 2006."

3           Is that consistent with what you discovered in

4    your personal investigation of Amiri?

5    A.  Yes.

6           We knew that Amiri was the Badr Corps commander.

7    We knew that he was responsible for Sunni deaths, Shia

8    deaths, facilitated other militias in killing Americans by

9    cordoning off an area and allowing them to fire rockets in

10   place, IEDs and EFPs in areas controlled by Badr Corps,

11   federal police and Iraqi Army units that were saturated and

12   infiltrated by Badr Corps commanders and foot soldiers.

13   Q.  And the next sentence states that "Sources indicate that

14   he may have personally ordered attacks on up to 2,000

15   Sunnis.  One of his preferred methods of killing allegedly

16   involved using a power drill to pierce the skulls of his

17   adversaries."

18          Is that also consistent with your investigation?

19   A.  That's consistent.

20          And now we can add 500 Iraqi Shia that have been

21   killed in recent protests by Hadi al-Amiri's security forces

22   with a new tactic of being shot in the head with smoke

23   grenades.  And that's been something that's been condemned

24   by the international community and Amnesty International.

25   Q.  Can you expand or describe the relationship that Hadi

1   al-Amiri had with Qasem Soleimani, how far back that

2   relationship goes and how that impacts this -- these

3   sentences we just read about sectarian violence?

4   A.  Well, you can see pictures of them today.  Basically,

5   it's Qasem Soleimani hugging Hadi al-Amiri and then a former

6   Badr Brigade commander.  And his name is Abu Mahdi

7   al-Muhandis, a member of Kataib Hezbollah.  They're in the

8   same photo.

9        The relationship goes back to the beginning.  Badr

10   Corps's sole reason for existing was to overthrow Saddam

11   Hussein.

12        And then it took control of the security and

13   intelligence apparatus at the -- you know, basically to

14   favor Qasem Soleimani's Wilayat al-Faqih, which is basically

15   a spreading-the-revolution strategy that Iran has, where all

16   Shia will fall under the Supreme Leader of Iran, Khamenei or

17   "Khamenei," and take over Iraq, Lebanon, Syria, the Levant

18   and keep going until they get to Israel.

19        THE COURT REPORTER:  Could I get a spelling on

20   that term, please?

21        THE WITNESS:  W-I-L-A-Y-A-T A-L F-A-Q-I-H.

22        Is that close enough for my Iraq friends?

23   BY MR. HOFFMAN:

24   Q.  How does Amiri and Jabr's close personal relationship

25   with Soleimani that you've discussed impact your opinion

1    about Iranian involvement in the sectarian violence from

2    2004 to 2006?

3    A.  There was a concerted effort by Badr Corps and other

4    Shia militias to change the demographics in Baghdad by

5    intimidating the Sunni community, by reshaping the

6    neighborhoods, by pushing Sunni families out of

7    neighborhoods that were close to Shia strategic interests.

8             THE WITNESS:  And it's my understanding the

9    neighborhood that you lived in was right next to Hakim's.

10            THE COURT:  Who is the "you" that lived there?

11    Are you talking about --

12            THE WITNESS:  The Plaintiffs.

13            THE COURT:  Okay.

14            THE WITNESS:  It was right next to Ammar al-Hakim,

15    which is the leader of SCIRI.

16            Hadi al-Amiri is the militant wing of this

17    organization at the time.  So a concerted effort.  And that

18    effort has basically changed the demographics of Baghdad.

19    It is now a majority Shia city, when at the time it was

20    roughly 50/50.

21    BY MR. HOFFMAN:

22    Q.  And how does that concerted effort comport with Iran's

23    policy goals in Iraq?

24    A.  Same policy goals they have in Syria.  They're doing the

25    same demographic shifts in Syria.  They've done it in Yemen.

1     And Iraq was the model.

2                   It's changed the demographics.  They changed the

3     demographics in areas that are strategic to them, such as

4     infrastructure, areas where there's oil.  If you look at the

5     ISIS campaign, it was basically led by Hadi Al-Amiri, who is

6     the commander of the PMUs, the Hashad Sha'abi.

7                   THE WITNESS:  Do you want me to spell that for

8     you?

9                   THE COURT REPORTER:  Please.

10                  THE WITNESS:  H-A-S-H-A-D S-H-A'A-B-I.

11                  And they are the Shia militias led by Hadi

12    al-Amiri that answer directly to Qasem Soleimani, who

13    basically went after Sunni towns and destroyed them.  They

14    destroyed Ramadi, physically destroyed it, 80 percent of it.

15    They destroyed 60 percent of Mosul, changed the demographics

16    in Jafr al-Sukra, which was a Sunni area, a mixed area.

17    They pushed all the Sunnis out.

18                  It's a concerted area [sic] to push Sunnis out and

19    then demand during elections that they vote from where they

20    came from.  But they can't go back.  So if you can't go back

21    and vote in your neighborhoods, you can't vote.  But it's no

22    longer your neighborhood.

23                  It's a concerted effort.  It's an Iranian tactic

24    to displace a demographic inside of a country that is

25    against Iran, to delegitimize it, marginalize it, to defeat

1    it.

2    BY MR. HOFFMAN:

3    Q.  How does it affect your opinion, if at all, about Iran's

4    involvement in this specific incident that S.F. was an

5    American contractor at the time of his death?

6    A.  That's the key thing here.  There's an ask.  As we saw

7    from the cables that were just released, Iranian

8    intelligence officers made an ask of Iraqis that were

9    working with Americans:  Provide intelligence; provide

10   information; spy for us.  If you don't, then you're a

11   collaborator and then we'll use other tactics:  kidnapping.

12   I mean, murder's an easy thing to do in Baghdad at this

13   time, in 2005-2006.  Unfortunately, it still is the same

14   today.

15          But the tag of collaborator, the tag of Ba'athist,

16   the tag of al-Qaeda sympathizer was used to a degree where

17   simply the accusation of being a collaborator could make you

18   go away, meaning disappeared, extrajudicial killing.

19   Q.  You've referenced a couple of times the cables that were

20   just released.

21          Can you describe for the Court what you mean by

22   that?

23   A.  So there's an Iraqi intelligence official who

24   anonymously leaked 700 pages of classified or internal

25   Iranian documents to *The New York Times* and to *The*

1    *Intercept*.  And we've been trying to get our hands on it.

2    We haven't been able to yet.  But what we have seen so far

3    is basically -- not basically; it corroborates what we saw

4    in intelligence reports while I was Iraq.

5            And the best thing about the cables is the cables

6    prevent Americans on both sides of this issue, those that

7    want to engage with Iran and try to bring it back into the

8    international community, where it hasn't been for 40 years,

9    and those of us that know what the Islamic Republic of Iran

10   has done based on seeing it and based on seeing it in

11   intelligence reports -- they can't deny that role anymore.

12   They can't deny Iran's role in Iraq and how they coopted or

13   basically found like-minded Iraqi individuals to help them

14   hurt us in Iraq.

15   Q.  So this is, you said, 700 pages.  These are internal

16   Iranian documents?

17   A.  Yes.  They were Farsi documents.  Then an Iraqi Shia

18   intelligence officer that's -- I'm kind of guessing.  I know

19   he's from Iraq, because he said, "Iran has destroyed my

20   beloved Iraq."  At least that's the conversation he had with

21   the reporter from *The Intercept*.

22           And these documents were in Farsi.  *The New York*

23   *Times* and *The Intercept* have translated them into English.

24           We want them translated into Arabic and spread in

25   Iraq so these individuals can be named and ousted from their

1    government positions.

2    Q.  So in preparation for this case and in your ongoing work

3    for Hudson Institute, you reviewed all the reporting

4    regarding these leaked documents?

5    A.  Yes.

6            The Trump Administration, any administration,

7    regardless of what party they're from, are looking at Iraqi

8    politicians that are currently involved in killing Shia

9    protesters in Iraq, the same ones that have killed Sunni --

10   not protesters, but simply people that were not happy with

11   the government providing services in 2013.  These

12   individuals were massacred in Ramadi, and they were simply

13   called the beginnings of ISIS.

14           These cables will identify those individuals and

15   allow US Treasury and the White House to start designating

16   Iraqi officials.  And Hadi al-Amiri is probably going to be

17   one of them.

18   Q.  And is Bayan Jabr mentioned in these cables?

19   A.  He is mentioned in the cables as being part of the

20   Ministry of Interior at the time when a lot of these

21   activities were taking place.

22   Q.  And what do these cables say about Bayan Jabr's

23   relationship with Iran between 2004 and 2006?

24   A.  It's someone we can trust with our eyes closed.  The

25   Iranians said it's somebody we can trust with our eyes

1    closed, somebody close to Tehran, one of our guys.

2    Q.  So when you say "somebody we can trust," you say these

3    Iranian cables that you've relied on have said that Bayan

4    Jabr is someone that Iran can trust?

5    A.  Bayan Jabr gave the Ministry of Interior to Qasem

6    Soleimani.

7    Q.  And that -- that's an opinion that you hold?

8    A.  It's a fact.  They operated at the request of Qasem

9    Soleimani.  They funneled money to Qasem Soleimani out of

10   the Ministry.

11           Daqduq, a Lebanese Hezbollah operator who was --

12   our operative -- who was captured in the Karbala -- the

13   aftermath of the Karbala raid or the Karbala incident had a

14   Ministry of Health ID card, or Agriculture.

15           And that was the level of penetration of these

16   ministries by Iranian intelligence and also the Iranian

17   Revolutionary Guard Corps -- Islamic Revolutionary Guard

18   Corps.

19   Q.  So specifically referring to Jabr and the Ministry of

20   Interior in 2006, you held the opinion before these cables

21   came out that Iran had influenced him and had a role in the

22   sectarian violence in 2006?

23   A.  Yes.

24           There's a reason he was in charge of the Ministry

25   of Interior:  They controlled Iraq's security portfolio

1    inside, and they were able to do these things.  It wasn't

2    the Ministry of Defense that was displacing civilians and

3    targeting civilians; it was the Ministry of Interior.  So it

4    was by design that Bayan Jabr was selected.

5          And just for the Court, Qasem Soleimani has a

6    direct role in deciding who was the minister of any ministry

7    in Iraq.  He negotiated who the prime minister was, who the

8    president was and who the speaker of the House is.

9          So Qasem Soleimani decides.  If you're on the outs

10   with Qasem Soleimani, you're not going to get a key

11   leadership position.

12         However, this is one thing that he did to placate

13   the Americans.  And I argued this constantly.  It doesn't

14   matter who the director is of a ministry, if -- MOD.  When

15   they give the ministry to a Sunni, which is the way the

16   Constitution is set up, a Sunni is supposed to be in charge

17   of the Ministry of Defense.

18         They simply make the deputy director an Iran guy.

19   And Abdul Khadr al-Mafriji, who was the minister of defense

20   while Bayan Jabr was MOI, Ministry of Interior, said, "I'm

21   not in control of my ministry."

22         And when we found out how bad Bayan Jabr was, not

23   only based on his role at the Ministry of Finance, but also

24   at the Ministry of Interior, we had Prime Minister Maliki

25   replace him with Jawad Balani.  And Balani said the same

236

1    thing:  "I'm not in charge of my ministry.  And it's Adnan

2    al-Asadi who's in charge of the ministry."  That's A-D-N-A-N

3    A-L-A-S-A-D-I.

4          So to placate the Americans, they simply put

5    somebody that we thought was somebody we could deal with as

6    the minister, and the deputy directors controlled it.  Call

7    it the Iraqi deep state or the Iranian deep state within

8    Iraq.  They simply controlled the technocrats, the deputy

9    directors and the ministers.

10         Once we got wind of their level of influence

11   inside these ministries, it was simply -- they simply gave

12   us somebody we could stomach, and hoped we ignored

13   everything under the director level, which we did not in the

14   intelligence community.

15   Q.  And are these opinions that you formed while you were in

16   the intelligence community and you have -- you feel as if

17   they've been confirmed by the recent release of these Iran

18   cables?

19   A.  Well, they were confirmed when I was in the intelligence

20   community.  This just allows us to talk about it in the

21   public space.  They -- there were State Department cables at

22   the time that were classified to corroborate this.

23         This is simply Iran's version of what those State

24   Department and those intelligence reports said.  So the

25   Iranians are corroborating what we already knew was

1    happening.

2            The best thing about the cables is they made them

3    unclassified.  The leak is basically -- it allows me to talk

4    about what I couldn't talk about before these cables were

5    released.

6            MR. HOFFMAN:  Thank you, Mr. Pregent.

7            And if the Court has any questions for you, please

8    answer them.

9            THE WITNESS:  Thanks.

10           THE COURT:  I don't think so.  Let me take a

11   five-minute break and just look real fast at my notes to

12   make sure, since we're at the end of the day.  I don't want

13   to wind this up and find out I have questions.

14           THE WITNESS:  Sure.

15           THE COURT:  It'll be really quick.  I need to look

16   at a couple of things.  Some of these things I remember from

17   the *Karcher* case.

18           (Thereupon a recess was taken, after which the

19   following proceedings were had:)

20           THE COURT:  I don't have any other questions.

21   Thank you.

22           THE WITNESS:  Thank you.

23           THE COURT:  I appreciate it.

24           (Witness excused.)

25           MR. HOFFMAN:  Your Honor, just one housekeeping

1    thing that I just noticed:  If the Court would like to admit

2    Exhibits 28 through 34 into evidence.

3              THE COURT:  What are they?

4              MR. HOFFMAN:  That's the declarations of our

5    expert and our clients that were filed along with the motion

6    for default judgment.

7              THE COURT:  I don't have a problem with that.  Are

8    any of them in here that didn't testify?

9              MR. HOFFMAN:  I'm sorry?

10             THE COURT:  Are there some reports here where we

11   didn't get testimony?

12             MR. HOFFMAN:  Yes, your Honor.

13             THE COURT:  Which ones were they?  The ones where

14   they did testify, I have no real issue with.

15             But --

16             MR. HOFFMAN:  The declarations of S.F.'s wife, of

17   his third and fourth sons --

18             THE COURT:  No, no, no.  I thought you meant

19   experts.

20             MR. HOFFMAN:  No.

21             THE COURT:  The affidavits, no.  The affidavits of

22   the rest of the family members that did not testify I don't

23   have any problem with.

24             MR. HOFFMAN:  And there's no expert reports other

25   than Mr. Bowen's; and he was here to testify.

1          THE COURT:  Okay.  So I thought you were

2    discussing experts.

3          So the declarations, which I believe start with

4    29.

5          MR. HOFFMAN:  Yes, ma'am.

6          THE COURT:  I don't think we need the declarations

7    of those who have testified; so why don't we admit the ones

8    that did not that you wish to rely on.

9          I take it that the wife is not going to testify?

10          MR. HOFFMAN:  That's correct.

11          THE COURT:  Okay.  So tell me which of the

12    exhibits were ones that -- where they did not testify.

13          MR. HOFFMAN:  30, 32 and 33.

14          THE COURT:  I will go ahead and admit those.

15          (Whereupon, Plaintiffs' Exhibit Nos. 30, 32 and 33

16    were entered into evidence.)

17          THE COURT:  I'll give them the weight that I think

18    is appropriate.

19          MR. HOFFMAN:  Thank you.

20          THE COURT:  Anything else in terms of exhibits?

21          MR. SINGER:  No, your Honor.

22          THE COURT:  We could go -- it's ten after 5:00.

23          So if you want to do a short sort of focused

24    summary.  I don't think you need to go all through the

25    details, but if there are particular things.

1          I did have a question, and that relates to -- it's

2     not clear to me how you're going to -- how I would find the

3     emotional distress with the grandson, who was 4 months old

4     when the kidnapping took place.  He's 3 years old, in

5     Jordan.

6          I could potentially consider it -- I'll have to

7     review it -- as part of the issue relating to the father and

8     the concerns he had about his own son.  I may give it some

9     weight in that context, but not as a separate person, unless

10    you can persuade me that you have some way of doing it.

11         MR. SINGER:  Your Honor, in good faith, really, I

12    wouldn't be able to persuade you of that, because I think

13    intentional infliction of emotional distress is the distress

14    that that person felt at the time.  And given the age of the

15    grandson, we can't really -- we would leave that to the

16    Court's discretion.  But we can't really make a case for

17    that, in all honesty.

18         I do think it plays into the father's --

19         THE COURT:  Right.  That I would -- I certainly

20    would be willing to consider that --

21         MR. HOFFMAN:  Yes, your Honor.

22         THE COURT:  -- in that context.  But I think

23    individually --

24         MR. HOFFMAN:  No.  I think your Honor is right

25    about that.

1          THE COURT:  Any particular points that you wish to

2     make to make sure that I cover everything?

3          Sometimes I have done -- I have requested findings

4     of fact and conclusions of law, but I don't believe I need

5     that in this particular case.  I will think about it

6     tonight; and if for some reason I decide I do, I'll let you

7     know tomorrow.  But I don't think so.

8          I think this has been sufficiently cabined such

9     that it's not roaming all over the place with evidence such

10    that I don't know what to look at.

11         And your default judgment certainly talked about

12    the legal issues, so I think I don't need that.  I think

13    I'll be able to do it.

14         I'm making a decision about whether I would

15    have -- I'll do everything from liability and damages in

16    terms of the evidence about the damages.

17         The award of the specific damages:  I may or may

18    not do it myself.  I might have one of the magistrate judges

19    do it.  We've had a couple of people separately that have

20    been doing -- particularly in the *Karcher* case that have

21    been doing -- we have 300 Plaintiffs.

22         MR. SINGER:  Right.

23         THE COURT:  It's Iraq during the surge.  Now it's

24    service members, for the most part --

25         MR. SINGER:  Right.

1          THE COURT:  -- at least the ones I heard.

2    We're -- we did a bellwether trial, so it'll pick up on

3    other Plaintiffs.  And I think there's another kidnapping,

4    other than the Karbala one.

5          So I don't think -- let me see what I decide to do

6    in terms of the specific amount of money.  I want to move

7    this and get this out.

8          MR. SINGER:  Yes.  Thank you very much.

9          THE COURT:  That would be my only -- the only

10   issue, to make sure that there's some consistency in all of

11   these cases so we're not all over the ballpark with it.

12         MR. SINGER:  Absolutely.

13         THE COURT:  Is there anything in particular that

14   you want to -- that you think is particularly important for

15   me to notice?

16         MR. SINGER:  I guess I would just mention one kind

17   of technical legal issue.

18         THE COURT:  Sure.

19         MR. SINGER:  Then if I could just summarize about

20   just quickly nine things that I think point to the proximate

21   cause issue.

22         THE COURT:  Okay.

23         MR. SINGER:  But the legal issue that's a little

24   bit unique in this case is whether or not the family members

25   can have a federal cause of action under 28 USC 1605(a) or

1    whether theirs is only the common-law state action for

2    intentional infliction of emotional distress.

3            So I think the Court's aware that under 1605(a),

4    if the victim or the claimants were US citizens at the time

5    or were working on a government contract, that of course

6    gives the Court jurisdiction.

7            So that opens the door to jurisdiction, which I

8    don't think is a question in this case.  I know we had a

9    course-of-employment issue.

10           THE COURT:  That, I think, has been satisfied,

11   both with -- in the information and the testimony that's

12   been provided.

13           MR. SINGER:  Right.  I think under the restatement

14   test, that is pretty solid.

15           But I think the question then becomes --

16           THE COURT:  Which goes to the principal Plaintiff.

17           MR. SINGER:  That's correct.  Right.  So that

18   gives us jurisdiction.

19           Then the question is:  Do the family members who

20   were not US citizens at the time have a federal cause of

21   action or do they need to bring the state claim?  Of course,

22   we have both.  But the Court will have to decide whether

23   there's a federal cause of action.

24           What makes this case different is that they are

25   now US citizens, even though they were not at the time.

1          So under 1605(c), where it gives the private cause

2     of action -- we're now not in the jurisdictional section,

3     but the cause-of-action section -- it says "anyone who is a

4     national of the United States."  And we would say that that

5     implies this private cause of action.  They have a case if

6     they're a national of the United States.

7          Earlier in the statute, for jurisdictional

8     purposes, it said they had to be a citizen of the United

9     States at the time that the event occurred.

10         But in this part of the statute, it just says that

11    "A foreign state that was a sponsor of terrorism shall be

12    liable to a national of the United States."

13         So we think the difference in the language is

14    intentional.  Of course, the Court should give congressional

15    language, you know, intent.

16         And those differences are intentional and mean

17    that in a unique case like this, where someone becomes a

18    citizen later, they can come into the US courts as a citizen

19    of the United States, assuming there is jurisdiction, which

20    there is in this case, and have a federal cause of action.

21         If the Court finds differently, of course, then we

22    do have a common-law cause of action for intentional

23    infliction of emotional distress, which is the equivalent of

24    the solatium damages under this federal statute.

25         So we think that's a legal issue that is still out

1      there.

2              We do think if the Court finds that we should

3      proceed on the common law, then there's a choice-of-law

4      issue.  And this Court and others have said that when you

5      look at the choice of law, you look at the national interest

6      test and you look at a number of other factors regarding

7      where the incident occurred.

8              But when the terrorist attack is against a

9      national interest -- and I think the case is pretty clear

10     here that this was an attack against the interest of the

11     United States, not just a sectarian killing -- when that

12     happens, the country that is the victim country has an

13     interest in trying that case under the domestic law of that

14     country.

15             And this Court has said repeatedly that when the

16     domestic law of the United States applies, it would apply

17     the law of the -- of DC, the federal seat of the government,

18     for consistency purposes.

19             And under that law, the choice-of-law analysis,

20     then intentional infliction of emotional distress would give

21     the same result as the solatium damages under the statute.

22             THE COURT:  All right.

23             MR. SINGER:  So that's kind of the technical legal

24     side of it.

25             With regard to proximate cause, which I think is

1    the issue that is really the most important issue in the

2    case, as the Court is well aware, for proximate cause, it

3    doesn't have to be -- proximate cause does not require a

4    direct relationship, that the resources are directly

5    traceable to a particular terrorist act.

6         What it requires is a reasonable connection, and

7    that is a two-factor test:  one, that the Defendants'

8    actions, Iran's actions, were a substantial factor in the

9    sequence of events; and, two, that the Plaintiff's death or

10   injury was reasonably foreseeable.

11        And in this case, it's a unique terrorism case,

12   because typically in a terrorism case, as the Court is well

13   aware -- the Court has tried many of these cases -- you

14   don't have the kind of fact-specific evidence that we have

15   here.

16        You have an event.  There are, many times, not

17   witnesses as to who caused the event.  You have to look at

18   things like -- in an EFP case, you have to look at the

19   nature of the weapon and just generally say:  Was Iran

20   behind that or not?

21        What we have in this case that is different is

22   that we have general evidence showing the hand of Iran

23   behind this.  But we have nine specific things that point to

24   the fact that Iran didn't just provide general support and

25   resources, but actually was directing these kinds of attacks

1    at this time.

2           And so I won't repeat the general information from

3    the experts, because I think the Court's -- you know, that's

4    just been prevalent through this case.

5           They founded the Badr Organization; the two

6    founders of the Badr Organization had dual citizenship; they

7    were friends with Soleimani, who's the head of the Qods

8    Force; they fought with Iran in the civil war against Iraq;

9    they infiltrated the Ministry of Interior.

10          All of that is -- has been testified to by our

11   experts -- and by the way, the experts in this case were

12   not -- they're not just -- they're not just academicians;

13   they're not just knowledgeable about these things.  They

14   actually were on the ground at the time these events

15   occurred, which I think gives them even greater credence.

16          And so they were part of the intelligence

17   briefings that showed Iran is generally behind what's

18   happening at the Ministry of Interior and these death squads

19   that are going out and disrupting the utility infrastructure

20   in the country.

21          But if I could, your Honor asked me to be focused,

22   so I'm going to try to be very focused and give you nine

23   things that I think point to the particular weight that the

24   evidence has that Iran was behind it in this case.

25          THE COURT:  Okay.

1          MR. SINGER:  First of all is the fact that this

2     company, which was a well-known and established company in

3     Iraq, working on a lot of infrastructure projects, was never

4     attacked or threatened or disrupted until they started

5     working with the Americans.

6          So it's not -- it's not the fact that their

7     father, S.F., was a prominent Sunni or that he had a

8     prominent business.  It's when they started working with the

9     Americans and the Coalitions that the attacks started.

10    That's number one.

11         Number two:  It's not sectarian violence, because

12    the first attack against this company was against the chief

13    engineer; and the testimony is that the chief engineer was a

14    Christian.

15         So it's not just that they're trying to take out a

16    prominent Sunni, that these death squads from the Ministry

17    of Interior are trying to take out a prominent Sunni.

18    They're trying to stop this company from doing this work

19    with the Americans to rebuild the infrastructure.  They

20    kidnapped a Christian chief engineer and told him he

21    couldn't work on the project any longer.

22         Even after S.F. was killed, they continued to

23    attack the company indiscriminately.  They killed one of its

24    employees, attacked the jobsites, death threats to the

25    family.  So this is against a company because it's working

1    with the Americans to rebuild the infrastructure.

2           And that is not something that -- Iraqis are not

3    going to attack their own companies that are trying to

4    rebuild the country.  This shows that Iran is behind it,

5    because Iran doesn't want the reconstruction project to

6    succeed.  They want the Americans to fail.  They want the

7    Americans out of Iraq.  And that points to Iran's

8    involvement.

9           Number three:  S.F.'s coded message.

10           And these are in no particular order.  I wrote

11    them down as we came through the case, your Honor.

12           But it was S.F.'s --

13           THE COURT:  You need to slow down.  You're

14    starting to get too fast.

15           MR. SINGER:  Thank you.  It is my New York

16    upbringing.  I get excited and I go too fast.

17           Number three is S.F.'s coded message about the

18    Iranian involvement when he was on the phone with his son

19    and he said, "In order to get the money, go to Abu Ali.  He

20    can help you."

21           And the testimony was that Mr. Ali was a

22    well-known Iranian collaborator in the neighborhood who did

23    public relations work for the Badr Organization and Iran.

24    At that time, his son knew that Iran was behind this, that

25    the Badr Organization was behind this, and that his father

1    was sending him that strong message.

2            Number four are the accents of the negotiators

3    that were on the phone and also the accents of the civilians

4    at the Ministry of Interior.  Both brothers testified --

5    M.S. and S.S. both testified that you can tell the accents

6    of Iranians and Persians are different than the accents of

7    the Iraqis.  They explained how in some detail.  And the

8    folks that they were talking to had a foreign accent.  And

9    that points to Iran's involvement as well.

10           The next thing is the testimony of one of the

11   captors of S.F., who said, I "swear by Omar, whom you Iraqis

12   swear by."

13           And what S.S. said that I think is so critical

14   there is, if this were a Shia saying to a Sunni, "I swear by

15   Omar, whom you Sunnis swear by," that wouldn't have created

16   a red flag because that might have meant someone from his

17   own country of a Shia background was swearing by Omar, who

18   the Sunnis swear by.

19           But he said, "I swear by Omar, whom you Iraqis

20   swear by," meaning that it was a foreigner who was leading

21   those negotiations.  And Mr. Pregent said that is consistent

22   with what he saw happening in the country at the time.

23           The next thing, your Honor, is that the type of

24   torture that took place is some of the most gruesome torture

25   anybody can imagine.  And Mr. Pregent testified that it is

1    the -- it is the torture that the Iranians taught to the

2    Badr Organization and to the Ministry of Interior.  We saw

3    it in the reports.

4            I think the key thing about the reports from the

5    United Nations and the report from the War College about the

6    history of the war is that it's not just our experts coming

7    in and saying:  Yes, this is a signature torture of the Badr

8    Organization; Yes, there were bodies in the street; Yes,

9    they used drills.

10           But it's the U.N., which is, you know, an

11   independent organization investigating this.  And the United

12   States War College looking at it in hindsight said:  This is

13   a signature torture that is tied to the Badr Organization,

14   and that is tied back to Iran.

15           And then the way that S.F. was kidnapped:  He was

16   kidnapped at a police checkpoint.  The most amazing thing

17   about this is how brazen the Ministry of Interior is with

18   this.  They made no effort to hide this.  They asked the

19   brothers to come down to the Ministry of Interior to

20   negotiate.  They showed up at times when they were trashing

21   the offices.  They showed up with the insignia on their

22   sleeve.

23           So there's no -- we don't have to guess as to

24   whether the Ministry of Interior was behind it.

25           And we know that Jabr, who was running the

1    Ministry of Interior, was a Badr Brigade commander and swore

2    allegiance to Iran, so that we know Iran was behind it from

3    that perspective as well.

4             So all of those things, the high-profile nature of

5    this contract, the fact that it had to do with the utility

6    grid, which the Iranians were trying to take down, and all

7    of these individual signposts point to the fact that this

8    goes beyond what I believe is required for proximate cause

9    in these cases.

10            It would be enough for Iran to provide material

11   support and resources.  We believe it would be enough for

12   Iran to start this Badr Organization as a proxy.  But here,

13   you see Iran's signature training, Iran's signature methods

14   of torture, and Iranians involved in the actual

15   negotiations.

16            The last thing I would say, your Honor -- and I

17   appreciate the Court giving me a chance to just address the

18   Court for a few minutes.  And I'll wrap up with this:  I

19   have -- I've been practicing law for a long time.  I've had

20   an opportunity to represent a lot of clients.  I can't ever

21   remember a case where I've seen a more horrendous display of

22   evil and a more resilient and character-driven family than

23   I've seen in this case.

24            This torture, which represents the greatest

25   depravity you can possibly imagine, and is just gruesome to

1    even think about, is contrasted then with a family that

2    says:  We will keep working on this contract because we

3    believe in what's happening here.  We believe our country

4    can be better; we believe our country can have the rule of

5    law; we believe the Iraqis don't have to always live under a

6    dictatorship and sectarian violence, where we're killing

7    each other.

8            And I was amazed as I heard the stories of these

9    witnesses of the fact that they didn't stop after the first

10   kidnapping; they didn't stop after the car bombing; they

11   didn't even stop after their father was kidnapped and

12   killed.  They continued to try to fulfill this contract.

13           And then what happened afterwards was certainly

14   devastating.  Every family member is devastated, and there's

15   no doubt about that.

16           But they didn't want to focus on that.  They

17   worked hard to get asylum in this country.

18           And then the things they are doing now and have

19   done since then are just -- just -- I don't really have

20   words to describe it.  But to hear M.S. say, you know, "My

21   goal now is to help doctors get their licenses and help

22   people in this country, and I have a dream someday to help

23   the Iraqis practice the kind of medicine we do here" and for

24   him to join the US military as a medic, I mean, I can tell

25   you, I would not have had the resilience to do those kinds

1    of things.

2              And what they always dreamed of from the beginning

3    of their work for the Americans on that contract that had to

4    do with the rule of law in Iraq, where they were setting up

5    the safe houses and the public -- the public integrity

6    system that they were putting in place, they always dreamed

7    of a country that would be governed by rule of law.

8              And I think it's a little bit of poetic justice

9    that they have had an opportunity now to come into an

10   American court and make their case to this Court, which --

11   in this country, which is governed by rule of law.

12             And when S.S. said, "I wanted my son to grow up

13   someplace where he would be judged on his merits and not

14   where he was from and not what he looked like," I can just

15   tell you, your Honor, the family appreciates the fact that

16   they had their day in court, that they were able to present

17   their case and their evidence.

18             And they know that this Court will give a fair and

19   just hearing and a fair and just result to that.  And this

20   has been a good day for this family that has been through so

21   much to finally see the kinds of things happen that they've

22   dreamed about happening in their own country.

23             And I appreciate the Court's patience in our -- in

24   giving us the opportunity to present this case.

25             THE COURT:  And I will try to get it out as

1    quickly as possible.

2              My law clerk has brought up one question we talked

3    about, and I didn't ask you:  Is there any practical

4    difference for the Plaintiffs between using the federal

5    cause of action and the state IIED?

6              MR. SINGER:  I don't think there is, your Honor.

7              THE COURT:  Okay.

8              MR. HOFFMAN:  I can think of only one, Judge.

9              And I believe the reason that we included the

10   grandson in the case is because -- I don't have the case

11   cite off the top of my head, but I believe there is a

12   Foreign Sovereign Immunities Act federal claim case in this

13   Court where a very small child recovered.

14             And so while it may not meet the common-law

15   intentional infliction of emotional distress, there may be

16   an argument that under the federal cause of action that a

17   child like B.S. could recover under that statute.

18             That's the only practical difference I can think

19   of.

20             THE COURT:  All right.  I have to say that I think

21   the federal cause of action is a stretch.

22             But I don't think your other grounds are,

23   particularly.

24             Then let me excuse you at this time.

25             MR. SINGER:  Thank you, your Honor.

```
1              THE COURT:  And you had a very organized
2     presentation.  You got it done.
3              And I'm commenting that -- I said to my law clerk
4     that I thought it was important to have people come.  You
5     get the affidavits, but it's not the same thing as hearing
6     people, to be able to ask additional questions; and the
7     story is fuller.
8              MR. SINGER:  Right.
9              THE COURT:  It's a more complete narrative of
10    what's going on and what happened than it is no matter how
11    wonderful the affidavits are.
12             MR. SINGER:  Yes.  We agree, your Honor.
13             Thank you for giving us the opportunity to do
14    that.
15             THE COURT:  The parties are excused.  Take care.
16             MR. HOFFMAN:  Thank you.
17             (Proceedings concluded.)
18
19
20
21
22
23
24
25
```

1                          **<u>CERTIFICATE</u>**

2

3                    I, LISA EDWARDS, RDR, CRR, do hereby

4       certify that the foregoing constitutes a true and accurate

5       transcript of my stenographic notes, and is a full, true,

6       and complete transcript of the proceedings produced to the

7       best of my ability.

8

9

10                    Dated this 10th day of December, 2019.

11

12                 <u>/s/ Lisa Edwards, RDR, CRR</u>
                   Official Court Reporter
13                 United States District Court for the
                     District of Columbia
14                 333 Constitution Avenue, NW, Room 6706
                   Washington, DC 20001
15                 (202) 354-3269

16

17

18

19

20

21

22

23

24

25

## $

**$10,000** [1] - 141:14
**$150,000** [8] - 73:14, 73:18, 75:10, 125:17, 125:20, 125:25, 126:4, 130:17
**$200** [1] - 120:1
**$400,000** [5] - 118:17, 118:18, 118:19, 118:22, 125:15
**$63** [2] - 162:22, 163:6
**$700,000** [1] - 37:12
**$711,234** [1] - 37:9
**$80** [4] - 33:11, 35:1, 38:8, 113:14

## '

**'20s** [1] - 177:6
**'30s** [1] - 177:6
**'80s** [3] - 172:23, 176:21, 177:25
**'90s** [2] - 20:17, 22:16

## /

**/s** [1] - 257:12

## 1

**1** [4] - 2:11, 31:17, 32:19, 188:1
**1,500** [1] - 182:11
**10** [7] - 2:13, 48:17, 48:18, 48:20, 49:3, 49:6, 49:10
**100** [4] - 21:25, 71:21, 151:22, 163:24
**105** [1] - 2:6
**10th** [1] - 257:10
**11** [4] - 2:15, 90:7, 90:20, 90:22
**115** [1] - 34:3
**11:30** [1] - 82:6
**11th** [4] - 55:24, 56:7, 113:23, 114:15
**12** [1] - 98:20
**120** [1] - 34:4
**1209A** [1] - 1:18
**12:00** [1] - 82:7
**12:20** [1] - 105:4
**12th** [1] - 93:15
**13** [8] - 2:17, 99:22,

190:21, 190:25, 191:14, 191:17, 197:7, 205:25
**13th** [1] - 180:25
**14** [5] - 2:17, 197:8, 198:4, 198:10, 205:25
**15** [3] - 133:5, 176:9, 189:9
**15-minute** [1] - 82:6
**150,000** [5] - 72:15, 72:16, 73:5, 73:6, 73:23
**159** [1] - 2:7
**15th** [1] - 72:20
**16** [5] - 17:20, 17:22, 189:9, 218:25, 219:4
**1605(a** [2] - 242:25, 243:3
**1605(c** [1] - 244:1
**169** [1] - 2:15
**17** [11] - 2:18, 17:20, 17:22, 217:22, 218:5, 218:7, 218:23, 219:4, 219:6, 219:7, 219:12
**170** [2] - 2:16, 163:5
**18** [10] - 2:18, 167:24, 173:12, 217:22, 218:5, 218:7, 218:24, 219:4, 219:6, 219:7
**18-1883** [2] - 1:5, 3:5
**187** [2] - 2:16, 191:21
**188** [1] - 191:21
**18th** [1] - 43:22
**19** [8] - 2:18, 217:22, 218:5, 218:7, 218:24, 219:5, 219:6, 219:7
**191** [1] - 2:17
**1923** [1] - 77:4
**1977** [1] - 106:20
**1979** [4] - 11:19, 11:21, 175:8, 177:10
**198** [1] - 2:17
**1982** [1] - 178:3
**1984** [2] - 160:3, 180:18
**1986** [1] - 208:5
**1989** [2] - 20:5, 54:9
**1991** [1] - 159:23
**1996** [4] - 20:13, 20:16, 20:18, 21:13
**19th** [1] - 180:18
**1:00** [5] - 105:8, 105:13, 107:25, 133:6, 133:20

## 2

**2** [7] - 2:12, 36:10,

36:11, 36:16, 36:22, 37:2, 188:15
**2,000** [1] - 227:14
**20** [5] - 133:6, 138:8, 220:15, 224:21, 225:7
**20-year** [1] - 208:18
**2000** [2] - 161:6, 208:4
**20001** [2] - 1:23, 257:14
**2001** [4] - 21:21, 21:24, 21:25, 160:13
**2002-2003** [1] - 208:12
**2003** [13] - 12:10, 12:21, 13:2, 13:14, 15:2, 19:19, 21:14, 22:25, 160:19, 178:12, 191:6, 208:9, 210:14
**2003-to-2006** [2] - 19:2, 19:22
**2004** [20] - 13:15, 22:25, 23:11, 28:11, 160:20, 164:13, 167:8, 168:7, 169:6, 172:17, 180:6, 181:18, 183:9, 183:10, 185:23, 192:16, 227:2, 229:2, 233:23
**2004-through-2006** [1] - 181:12
**2005** [10] - 28:12, 111:20, 183:9, 184:17, 198:18, 198:21, 199:5, 208:13, 212:3, 226:21
**2005-2006** [2] - 211:15, 231:13
**2006** [68] - 11:21, 21:10, 28:6, 37:4, 37:22, 38:16, 38:19, 40:9, 43:22, 48:10, 50:24, 51:21, 55:20, 55:24, 56:7, 87:3, 87:4, 87:6, 87:8, 106:21, 107:1, 111:24, 112:2, 113:1, 113:23, 129:17, 164:14, 171:18, 172:18, 175:20, 180:11, 183:6, 184:17, 186:25, 187:1, 187:12, 188:8, 190:13, 190:19, 192:16, 194:20, 196:9, 196:15, 197:4, 197:5, 198:18, 198:21, 199:6,

199:21, 200:10, 200:12, 200:20, 201:10, 201:21, 202:5, 208:5, 208:18, 209:4, 212:3, 215:7, 225:15, 227:2, 229:2, 233:23, 234:20, 234:22
**2007** [13] - 168:8, 171:8, 171:12, 180:22, 197:9, 206:25, 207:9, 209:4, 216:21, 216:22, 217:19, 218:12
**2008** [6] - 93:15, 166:5, 166:17, 169:7, 171:8, 171:12
**2009** [1] - 166:17
**2010** [4] - 11:25, 94:6, 94:7, 95:2
**2011** [2] - 191:6, 197:10
**2013** [2] - 205:14, 233:11
**2014** [4] - 106:13, 173:3, 173:9, 173:16
**2015** [1] - 99:4
**2016** [1] - 174:9
**2017** [1] - 180:25
**2019** [4] - 1:8, 101:9, 101:10, 257:10
**202** [2] - 1:24, 257:15
**203** [1] - 2:8
**20s** [1] - 111:15
**20th** [2] - 48:10, 177:5
**21** [1] - 224:21
**219** [1] - 2:18
**22** [3] - 224:21, 226:13, 226:19
**220** [1] - 163:5
**23** [9] - 2:15, 167:17, 167:18, 167:19, 168:15, 168:19, 168:23, 169:16, 169:18
**23451** [1] - 1:19
**239** [1] - 2:18
**24** [7] - 2:16, 167:17, 168:15, 169:22, 170:9, 170:13, 170:18
**24th** [1] - 50:23
**25** [2] - 160:15, 180:22
**25,000** [1] - 184:7
**27** [5] - 2:16, 187:6, 187:11, 187:14, 187:20
**28** [2] - 238:2, 242:25
**29** [4] - 106:23,

107:1, 141:25, 239:4
**2:00** [3] - 107:25, 114:5, 133:21

## 3

**3** [4] - 36:9, 153:5, 226:19, 240:4
**30** [4] - 2:18, 168:2, 239:13, 239:15
**300** [1] - 241:21
**31** [1] - 170:5
**31st** [2] - 37:4, 37:22
**32** [4] - 2:11, 2:18, 239:13, 239:15
**33** [4] - 2:18, 99:24, 239:13, 239:15
**333** [2] - 1:22, 257:14
**34** [2] - 51:16, 238:2
**354-3269** [1] - 1:24, 257:15
**36** [7] - 2:12, 2:12, 164:2, 164:7, 164:11, 217:1
**3800** [5] - 206:17, 214:8, 215:16, 215:17, 220:18
**392** [2] - 192:19, 193:16

## 4

**4** [3] - 14:2, 188:22, 240:3
**40** [3] - 107:17, 184:19, 232:8
**43** [1] - 2:13
**45** [1] - 34:3
**48** [1] - 217:1
**49** [2] - 2:13, 98:2
**4:00** [4] - 58:3, 58:6, 202:16
**4th** [1] - 167:8

## 5

**5** [7] - 1:8, 2:14, 50:12, 50:14, 50:15, 51:7, 51:14
**50** [5] - 21:25, 22:1, 34:3, 98:3, 107:17
**50/50** [1] - 229:20
**500** [1] - 227:20
**50s** [1] - 123:16
**51** [1] - 2:14
**54** [1] - 2:14
**56** [2] - 212:8, 212:12
**5:00** [3] - 58:3, 58:6,

239:22

## 6

**6** [7] - 2:12, 35:8, 35:9, 36:6, 39:6, 39:7, 39:8
**60** [2] - 19:17, 230:15
**66** [1] - 198:9
**6706** [2] - 1:23, 257:14
**6:00** [1] - 58:8

## 7

**7** [4] - 2:14, 53:16, 53:18, 54:2
**700** [2] - 231:24, 232:15
**7:00** [2] - 58:8, 165:3

## 8

**80** [2] - 176:8, 230:14
**873** [3] - 35:13, 35:21, 47:5
**8:00** [1] - 107:24
**8th** [1] - 196:18

## 9

**9** [9] - 2:5, 2:13, 41:11, 41:12, 43:2, 43:4, 43:8, 45:24, 46:5
**9/11** [1] - 208:10
**90** [2] - 37:7, 37:25
**95** [1] - 2:15
**9:43** [1] - 1:8

## A

**A'A** [1] - 230:10
**A-B-E-D** [1] - 54:16
**A-L-A-S-A-D-I** [1] - 236:3
**A-L-I** [2] - 54:17, 128:22
**A-L-L-A-W-I** [1] - 181:22
**A-L-P-H-O-N-S-U-S** [1] - 99:11
**a.m** [2] - 1:8, 165:3
**A.S** [4] - 17:9, 17:10, 17:12, 111:5
**AAH** [3] - 215:1, 215:2, 220:4

**Abadi** [1] - 173:17
**abandoned** [1] - 86:9
**Abbott** [1] - 173:21
**abbreviation** [1] - 24:12
**abdomen** [1] - 80:10
**abducted** [1] - 106:21
**abduction** [1] - 101:12
**Abdul** [1] - 235:19
**Abed** [16] - 54:14, 54:19, 54:23, 55:17, 56:1, 56:4, 56:23, 59:4, 59:5, 59:11, 62:17, 62:21, 62:23, 62:24, 63:9, 116:22
**Abed's** [1] - 115:9
**ability** [1] - 257:7
**able** [26] - 32:7, 65:13, 73:8, 73:18, 81:17, 81:18, 93:23, 95:3, 96:23, 109:19, 125:12, 127:13, 128:5, 130:23, 154:10, 154:14, 183:2, 196:1, 217:18, 225:20, 232:2, 235:1, 240:12, 241:13, 254:16, 256:6
**abreast** [1] - 173:24
**abroad** [2] - 86:12, 175:19
**absolutely** [2] - 105:17, 242:12
**absorb** [1] - 12:23
**Abu** [5] - 54:14, 54:17, 228:6, 249:19
**ABU** [1] - 54:17
**abuse** [2] - 163:22, 174:9
**abuses** [2] - 186:21, 225:11
**abyss** [1] - 101:19
**academicians** [1] - 247:12
**accent** [13] - 70:22, 71:13, 71:14, 71:16, 72:2, 124:8, 124:9, 124:17, 124:19, 124:20, 124:22, 223:8, 250:8
**accents** [10] - 71:17, 71:18, 71:20, 124:10, 222:9, 222:16, 250:2, 250:3, 250:5, 250:6
**accept** [2] - 98:21, 130:18
**acceptable** [1] - 215:10

**accepted** [6] - 12:19, 16:22, 23:7, 29:14, 96:21, 205:6
**access** [9] - 25:16, 42:16, 42:18, 71:3, 71:7, 127:24, 128:12, 128:14, 223:19
**accident** [7] - 29:24, 53:5, 58:19, 58:23, 59:2, 59:7, 63:6
**accidentally** [1] - 209:15
**accidently** [1] - 209:15
**accidents** [2] - 48:6, 63:3
**accompanied** [1] - 88:1
**accomplish** [1] - 180:9
**account** [6] - 42:7, 42:8, 42:17, 48:25, 127:22
**accounts** [2] - 42:10, 55:15
**accurate** [13] - 31:25, 35:23, 36:12, 41:19, 48:20, 48:23, 50:22, 53:22, 90:8, 187:11, 187:13, 188:9, 257:4
**accurately** [1] - 162:10
**accusation** [1] - 231:17
**accusations** [1] - 19:5
**accused** [1] - 188:13
**achieve** [1] - 193:23
**acid** [1] - 189:22
**acid-induced** [1] - 189:22
**acquainted** [2] - 16:11, 94:10
**acronym** [3] - 161:16, 210:3, 223:3
**act** [4] - 141:12, 146:8, 246:5
**Act** [2] - 174:16, 255:12
**action** [14] - 40:9, 226:8, 242:25, 243:1, 243:21, 243:23, 244:2, 244:3, 244:5, 244:20, 244:22, 255:5, 255:16, 255:21
**Action** [1] - 1:4
**actions** [3] - 193:23, 246:8
**active** [8] - 159:20, 160:8, 160:12,

176:19, 177:25, 178:1
**actively** [1] - 145:16
**activities** [8] - 20:9, 21:3, 173:23, 199:18, 204:12, 204:17, 206:16, 233:21
**activity** [3] - 78:8, 78:9, 206:7
**actual** [4] - 133:17, 134:16, 223:3, 252:14
**adamant** [2] - 132:13, 145:7
**add** [2] - 206:11, 227:20
**added** [1] - 49:14
**addition** [9] - 17:2, 99:5, 107:12, 107:18, 134:4, 155:7, 195:14, 219:21, 221:6
**additional** [7] - 7:7, 47:8, 48:4, 193:5, 202:13, 218:25, 256:6
**address** [2] - 30:21, 252:17
**addressed** [1] - 41:25
**addresses** [1] - 124:4
**adjunct** [1] - 173:10
**adjusted** [1] - 168:6
**Administration** [1] - 233:6
**administration** [2] - 173:19, 233:6
**administrative** [1] - 180:1
**admit** [12] - 90:21, 169:15, 169:17, 170:17, 187:19, 191:16, 198:3, 218:18, 219:4, 238:1, 239:7, 239:14
**admitted** [15] - 8:4, 8:8, 8:17, 8:19, 32:18, 36:5, 36:21, 43:3, 49:5, 51:6, 54:1, 68:7, 101:9, 220:10, 224:12
**Adnan** [1] - 236:1
**ADNAN** [1] - 236:2
**adopted** [1] - 10:21
**adoption** [1] - 226:21
**adrenaline** [1] - 142:3
**adult** [2] - 111:14
**adulthood** [1] - 111:10
**advance** [3] - 96:23, 154:19, 175:10
**advancement** [1] - 213:14

**advances** [1] - 177:23
**advancing** [1] - 177:19
**advantage** [3] - 55:10, 143:1, 196:1
**adversaries** [1] - 227:17
**advice** [2] - 64:12, 173:19
**advices** [1] - 64:9
**advising** [1] - 173:8
**advisor** [4] - 173:7, 173:10, 207:5, 208:13, 209:13, 209:21
**advisors** [3] - 214:5, 221:8, 225:16
**advisory** [1] - 168:1
**advocate** [1] - 97:14
**advocating** [1] - 98:7
**Affairs** [6] - 27:22, 27:23, 28:3, 74:5, 225:8, 226:3
**affect** [1] - 231:3
**affected** [2] - 166:2, 185:1
**affidavits** [6] - 5:3, 103:8, 238:21, 256:5, 256:11
**afford** [3] - 88:25, 102:14, 153:23
**Afghanistan** [1] - 208:11
**afraid** [2] - 128:4, 133:2
**aftermath** [2] - 82:2, 234:13
**afternoon** [12] - 7:21, 104:21, 104:22, 105:25, 108:1, 122:3, 127:18, 133:25, 134:1, 158:23, 203:20, 203:21
**afterwards** [1] - 253:13
**age** [2] - 107:1, 240:14
**aged** [4] - 210:2, 210:3, 210:7, 212:8
**agencies** [3] - 97:9, 97:14, 98:8
**agency** [2] - 15:21, 161:25
**Agency** [7] - 13:17, 97:21, 204:19, 208:17, 208:20, 209:4, 215:5
**agenda** [5] - 186:1, 188:12, 193:13,

195:8, 195:17
**agendas** [1] - 184:11
**agent** [1] - 201:9
**ago** [3] - 156:17, 173:12, 208:1
**agree** [3] - 112:14, 132:16, 256:12
**agreed** [7] - 78:20, 101:3, 101:6, 130:16, 130:18, 135:18, 143:9
**agreement** [12] - 20:18, 27:2, 45:13, 45:15, 56:3, 56:10, 57:7, 73:2, 73:4, 83:13, 132:10, 173:18
**Agriculture** [1] - 234:14
**ahead** [11] - 4:19, 13:24, 28:5, 51:17, 51:20, 63:11, 83:8, 117:4, 162:3, 210:25, 239:14
**Ahl** [1] - 215:1
**ahold** [1] - 116:19
**aid** [1] - 20:20
**air** [1] - 84:13
**Air** [3] - 159:19, 159:25, 160:4
**airline** [2] - 158:5
**AIT** [1] - 95:7
**al** [48] - 1:4, 1:8, 3:6, 170:24, 170:25, 173:17, 178:14, 192:9, 201:13, 208:11, 208:13, 210:6, 210:8, 212:22, 212:24, 213:2, 213:6, 213:15, 214:17, 214:19, 215:1, 216:8, 216:11, 216:18, 217:11, 217:13, 217:19, 218:18, 219:16, 219:19, 219:22, 220:5, 222:25, 226:15, 226:17, 227:21, 228:1, 228:5, 228:7, 228:14, 229:14, 229:16, 230:12, 230:16, 231:16, 233:16, 235:19, 236:2
**Al** [5] - 107:6, 178:4, 196:19, 196:21, 230:5
**AL** [3] - 107:11, 196:21, 228:21
**al-Abadi** [1] - 173:17
**Al-Amiri** [2] - 178:4, 230:5
**al-Amiri** [15] - 178:14, 201:13,

212:22, 212:24, 213:2, 213:6, 213:15, 217:13, 226:15, 226:17, 228:1, 228:5, 229:16, 230:12, 233:16
**al-Amiri's** [1] - 227:21
**al-Asadi** [1] - 236:2
**Al-Askari** [2] - 196:19, 196:21
**al-Faqih** [1] - 228:14
**al-Hakim** [2] - 222:25, 229:14
**al-Haq** [1] - 215:1
**al-Khamenei** [1] - 219:22
**al-Khazali** [7] - 216:11, 216:18, 217:11, 217:19, 218:18, 219:16, 220:5
**al-Mafriji** [1] - 235:19
**al-Mahdi** [4] - 192:9, 214:17, 214:19, 219:19
**al-Maliki** [2] - 170:24, 170:25
**al-Muhandis** [1] - 228:7
**al-Qaeda** [6] - 208:11, 208:13, 210:6, 210:8, 216:8, 231:16
**al-Sukra** [1] - 230:16
**Al-Yarmouk** [1] - 107:6
**Alawite** [1] - 176:14
**Alawite-led** [1] - 176:14
**Alawites** [1] - 176:15
**alcohol** [4] - 57:12, 57:13, 57:15, 57:23
**alert** [1] - 79:14
**Ali** [18] - 54:14, 54:17, 128:21, 128:22, 128:24, 128:25, 129:1, 129:18, 129:21, 130:1, 130:5, 130:6, 131:23, 199:8, 249:19, 249:21
**alien** [1] - 165:22
**aligned** [2] - 89:23, 179:4
**alive** [7] - 64:17, 66:16, 80:12, 102:1, 117:20, 126:25, 173:15
**Allah** [4] - 131:14, 131:15, 132:1

**Allawi** [1] - 181:20
**allegedly** [1] - 227:15
**allegiance** [2] - 178:6, 252:2
**alley** [14] - 138:10, 138:13, 138:17, 139:5, 139:6, 139:9, 139:16, 139:20, 139:22, 139:23, 140:3, 140:4, 140:13
**allow** [4] - 15:16, 135:10, 218:20, 233:15
**allowed** [4] - 15:12, 89:6, 98:20, 213:24
**allowing** [1] - 227:9
**allows** [2] - 236:20, 237:3
**almost** [7] - 111:23, 136:1, 138:11, 139:23, 153:5, 182:8, 197:4
**alone** [4] - 132:17, 135:11, 136:9, 136:20
**Alphonsus** [3] - 99:9, 99:10, 99:13
**alternatively** [1] - 131:19
**altogether** [1] - 40:6
**amazed** [1] - 253:8
**amazing** [1] - 251:16
**ambassador** [3] - 171:9, 171:11, 197:2
**Ambassador** [2] - 181:15, 225:21
**ambushes** [1] - 220:24
**America** [5] - 15:2, 93:6, 93:13, 154:13, 204:13
**American** [44] - 10:3, 23:4, 23:24, 25:12, 26:4, 27:2, 28:17, 31:11, 31:14, 31:20, 33:1, 42:1, 43:12, 43:14, 55:11, 55:12, 55:15, 63:25, 72:15, 73:5, 73:6, 73:13, 94:9, 96:22, 97:23, 97:25, 104:11, 106:5, 108:22, 108:24, 118:17, 119:14, 141:20, 174:8, 191:4, 195:5, 196:3, 196:14, 198:22, 199:7, 199:17, 213:3, 231:5, 254:10
**American-led** [1] - 196:3

**Americans** [68] - 22:22, 23:10, 24:6, 24:7, 24:9, 25:4, 25:9, 25:10, 27:3, 27:4, 28:16, 29:2, 29:8, 31:4, 31:13, 32:8, 33:18, 33:25, 36:1, 37:12, 38:6, 38:11, 39:2, 39:23, 39:24, 40:11, 40:12, 40:16, 42:13, 42:15, 44:2, 45:5, 46:16, 46:18, 46:20, 50:19, 63:15, 63:17, 64:7, 64:11, 66:14, 84:4, 89:23, 93:7, 93:10, 94:11, 94:17, 98:19, 104:8, 113:4, 120:12, 194:9, 205:5, 216:7, 218:19, 222:21, 227:8, 231:9, 232:6, 235:13, 236:4, 248:5, 248:9, 248:19, 249:1, 249:6, 249:7, 254:3
**Amiri** [24] - 178:4, 178:14, 179:7, 201:13, 212:22, 212:24, 213:2, 213:6, 213:15, 217:13, 226:15, 226:17, 226:18, 226:22, 226:25, 227:4, 227:6, 228:1, 228:5, 228:24, 229:16, 230:5, 230:12, 233:16
**Amiri's** [1] - 227:21
**Ammar** [2] - 222:25, 229:14
**Amnesty** [1] - 227:24
**amok** [2] - 185:21, 186:1
**amount** [9] - 33:8, 33:16, 35:4, 39:13, 73:14, 130:17, 130:18, 130:21, 242:6
**amounts** [1] - 217:18
**analysis** [1] - 245:19
**analyst** [2] - 208:6, 208:20
**anatomy** [2] - 77:7, 77:8
**anecdotally** [1] - 19:17
**anger** [1] - 195:22
**announce** [4] - 26:10, 47:4, 50:5, 61:15
**anonymously** [2] - 3:25, 231:24
**answer** [8] - 58:20,

60:4, 128:17, 154:17, 157:9, 202:9, 230:12, 237:8
**answered** [3] - 60:6, 104:16, 115:13
**anti** [2] - 199:10, 199:17
**anti-American** [1] - 199:17
**anti-US** [1] - 199:10
**anticorruption** [2] - 24:13, 173:19
**Antonio** [2] - 159:22, 160:2
**anxiety** [2] - 60:21, 60:24
**anxious** [1] - 70:17
**anyplace** [1] - 96:4
**apart** [3] - 40:21, 42:15, 82:23
**apartment** [3] - 88:24, 89:1, 153:23
**apologize** [1] - 197:25
**apparatus** [7] - 183:12, 208:23, 208:25, 209:12, 214:18, 222:17, 228:13
**appealing** [1] - 98:18
**appear** [1] - 188:24
**aPPEARANCES** [1] - 1:15
**appeared** [1] - 82:24
**application** [2] - 29:21, 29:22
**applied** [4] - 93:11, 100:11, 157:13, 200:19
**applies** [1] - 245:16
**apply** [8] - 5:5, 28:16, 28:18, 29:16, 31:14, 96:18, 157:14, 245:16
**applying** [1] - 29:3
**appointed** [2] - 173:21, 182:6
**appointment** [2] - 58:16, 58:17
**appointments** [1] - 161:25
**appreciate** [3] - 237:23, 252:17, 254:23
**appreciates** [1] - 254:15
**approach** [4] - 18:14, 18:19, 18:20, 121:6
**approaching** [1] - 18:14

**appropriate** [2] - 82:3, 239:18
**appropriated** [1] - 162:22
**April** [5] - 48:10, 50:23, 51:21, 55:20, 101:10
**Arab** [4] - 124:12, 124:21, 176:13, 177:4
**Arabia** [1] - 124:21
**Arabic** [5] - 124:11, 124:20, 158:3, 220:19, 232:24
**Arabs** [1] - 71:17
**Arcom** [1] - 95:14
**ARCOM** [1] - 95:14
**area** [24] - 11:12, 16:8, 52:4, 55:4, 55:6, 80:20, 93:18, 124:20, 135:16, 136:3, 136:15, 137:2, 143:10, 159:14, 163:8, 166:22, 174:14, 185:8, 205:20, 209:14, 227:9, 230:16, 230:18
**areas** [12] - 39:11, 76:13, 76:17, 80:9, 174:18, 174:25, 204:8, 210:11, 210:15, 227:10, 230:3, 230:4
**argue** [2] - 68:21, 209:2
**argued** [1] - 235:13
**arguing** [2] - 206:25, 207:1
**argument** [6] - 6:20, 130:11, 132:19, 157:1, 255:16
**arm** [2] - 180:3, 193:9
**armed** [3] - 184:6, 189:2, 226:20
**arming** [1] - 215:23
**armor** [1] - 221:4
**army** [1] - 185:24
**Army** [14] - 12:16, 94:14, 95:3, 95:5, 95:14, 96:15, 96:24, 190:15, 191:11, 194:22, 197:8, 197:18, 219:2, 227:11
**Army's** [2] - 191:5, 206:6
**arrested** [3] - 59:12, 62:18, 62:19
**arrive** [4] - 58:6, 58:8, 93:16, 155:2
**arrived** [9] - 93:15,

135:25, 136:3, 144:11, 144:12, 149:14, 150:5, 156:14, 197:3
**Asa'ib** [1] - 215:1
**Asadi** [1] - 236:2
**aside** [1] - 189:14
**Askari** [2] - 196:19, 196:21
**ASKARI** [1] - 196:21
**asleep** [1] - 114:20
**aspects** [1] - 163:6
**assassinated** [1] - 194:9
**assassination** [3] - 193:22, 194:1, 194:4
**assassinations** [1] - 200:12
**assessment** [3] - 165:2, 179:19, 184:18
**asset** [2] - 85:7, 94:13
**assets** [2] - 73:11, 73:17
**assign** [2] - 108:8, 158:2
**assigned** [4] - 114:1, 117:7, 161:12, 162:17
**assignment** [1] - 161:23
**assist** [1] - 173:9
**Assistance** [1] - 187:12
**assistant** [5] - 161:1, 161:4, 161:9, 161:10, 161:22
**assistant's** [1] - 96:18
**associate** [7] - 10:20, 11:11, 26:20, 39:23, 60:9, 161:8, 161:21
**associated** [21] - 11:14, 18:4, 22:19, 23:19, 23:20, 30:9, 34:20, 35:24, 39:25, 40:14, 45:22, 50:7, 79:12, 99:17, 99:21, 99:23, 188:19, 190:3, 190:5, 194:4, 205:19
**associates** [3] - 22:1, 172:23, 182:12
**assume** [1] - 202:16
**assuming** [1] - 244:19
**assurance** [1] - 131:10
**assurances** [1] - 130:23
**assured** [1] - 132:7

**assuring** [1] - 131:24
**asylum** [7] - 30:22, 82:3, 93:6, 93:14, 157:13, 157:14, 253:17
**athlete** [1] - 142:1
**atmosphere** [1] - 38:15
**attached** [1] - 216:13
**attack** [16] - 30:17, 40:3, 40:4, 85:4, 87:10, 103:18, 186:4, 195:14, 196:14, 199:4, 218:18, 245:8, 245:10, 248:12, 248:23, 249:3
**attacked** [2] - 248:4, 248:24
**attacking** [2] - 180:7, 200:9
**attacks** [16] - 34:6, 83:19, 84:9, 84:11, 102:3, 184:22, 186:6, 192:11, 192:15, 195:15, 195:25, 198:22, 227:1, 227:14, 246:25, 248:9
**attempt** [1] - 151:19
**attempts** [3] - 48:4, 151:5
**attended** [2] - 159:14, 159:18
**attention** [11] - 31:16, 56:5, 72:20, 92:4, 112:25, 141:12, 167:18, 187:6, 197:7, 207:11, 219:13
**attorney** [3] - 159:3, 160:25, 161:1
**Attorney** [1] - 161:2
**attorney-at-law** [1] - 159:3
**audience** [1] - 205:21
**auditors** [1] - 166:8
**audits** [8] - 162:24, 163:3, 163:5, 163:7, 163:8
**August** [1] - 93:15
**aunt** [1] - 148:21
**aunts** [1] - 147:25
**auspices** [1] - 210:21
**Austin** [1] - 159:4
**authentication** [1] - 218:25
**authenticity** [3] - 219:2, 223:24, 224:7
**authoritative** [1] - 191:7

**Authority** [5] - 23:21, 24:3, 93:10, 178:12, 181:15
**authorization** [1] - 108:16
**authorized** [1] - 191:10
**avenue** [1] - 125:17
**Avenue** [2] - 1:22, 257:14
**average** [1] - 107:15
**award** [3] - 31:22, 33:5, 241:17
**aware** [12] - 40:2, 77:17, 172:13, 184:12, 193:25, 194:3, 195:15, 196:9, 214:11, 243:3, 246:2, 246:13
**Ayad** [1] - 181:20
**AYAD** [1] - 181:22
**Ayatollah** [4] - 82:21, 175:10, 175:24, 177:11
**Aziz** [3] - 71:23, 71:24

# B

**B.A** [11] - 11:3, 11:4, 61:14, 61:23, 62:3, 86:12, 87:1, 116:5, 149:2, 149:15, 153:24
**B.S** [5] - 152:5, 152:6, 152:7, 152:11, 255:17
**Ba'athist** [2] - 216:8, 231:15
**Ba'athists** [2] - 184:15, 188:13
**baby** [1] - 101:22
**bachelor's** [1] - 207:14
**back-and-forth** [1] - 19:4
**backed** [1] - 226:22
**background** [13] - 9:21, 12:7, 77:20, 99:15, 122:22, 146:16, 154:19, 159:13, 175:4, 207:12, 207:13, 210:10, 250:17
**backs** [1] - 212:9
**backside** [1] - 78:20
**backup** [3] - 53:8, 54:7, 55:18
**backyard** [6] - 92:17, 92:18, 139:3, 142:13,

142:23
**bad** [11] - 24:14, 38:17, 40:16, 79:25, 114:4, 116:8, 121:5, 143:19, 145:21, 235:22
**badge** [1] - 78:19
**Badr** [128] - 44:14, 44:16, 47:12, 47:15, 47:19, 50:6, 62:11, 67:25, 68:5, 68:9, 82:18, 82:20, 83:16, 83:22, 84:10, 84:16, 84:20, 84:21, 87:15, 87:18, 88:1, 88:4, 88:6, 89:20, 90:1, 91:20, 94:20, 103:18, 129:2, 129:7, 129:18, 130:3, 149:19, 149:23, 172:22, 174:24, 176:22, 178:3, 178:5, 178:9, 178:13, 178:15, 178:22, 179:12, 179:24, 179:25, 180:3, 180:11, 181:10, 182:11, 182:14, 183:22, 186:11, 186:12, 186:18, 187:4, 189:6, 191:23, 192:5, 192:9, 192:14, 192:18, 192:25, 193:17, 193:21, 193:25, 195:7, 198:12, 199:23, 200:16, 201:9, 201:11, 201:20, 201:23, 202:4, 206:20, 210:12, 211:12, 212:19, 212:24, 212:25, 213:6, 214:9, 214:16, 214:17, 214:22, 214:24, 215:7, 215:8, 215:14, 215:17, 215:18, 215:23, 215:25, 219:12, 219:21, 219:24, 220:1, 220:8, 220:9, 221:7, 221:9, 226:10, 226:12, 226:22, 227:1, 227:6, 227:10, 227:12, 228:6, 228:9, 229:3, 247:5, 247:6, 249:23, 249:25, 251:2, 251:7, 251:13, 252:1, 252:12
**BADR** [1] - 44:15
**Badr's** [1] - 218:21
**bag** [4] - 136:8,

138:3, 141:10
**Baghdad** [68] -
11:17, 11:20, 11:21,
12:9, 13:3, 33:22,
33:23, 34:2, 34:9,
34:10, 34:23, 35:10,
35:12, 35:17, 35:22,
35:23, 38:10, 38:15,
38:18, 40:4, 40:6,
40:10, 40:11, 41:4,
48:9, 48:13, 53:11,
58:4, 67:14, 70:6,
70:12, 75:17, 75:20,
76:6, 81:23, 85:22,
88:11, 88:17, 93:22,
98:17, 106:15, 107:6,
108:10, 115:5,
135:16, 138:12,
139:13, 150:14,
150:18, 150:23,
151:9, 151:21, 157:4,
166:14, 172:20,
187:3, 188:11,
192:15, 196:25,
208:15, 209:9,
214:15, 216:4,
222:18, 229:4,
229:18, 231:12
**Baghdad's** [1] -
35:10
**bags** [1] - 141:14
**Balani** [2] - 235:25
**ballpark** [1] - 242:11
**bank** [1] - 127:22
**banks** [3] - 73:9,
73:14, 73:15
**bar** [1] - 122:13
**barbed** [2] - 91:4,
92:11
**Barbero** [2] - 213:5,
213:13
**bargain** [2] - 75:5,
118:21
**base** [2] - 81:9, 160:4
**based** [21] - 18:15,
19:7, 28:24, 33:17,
34:18, 37:13, 42:17,
181:25, 194:12,
194:13, 207:10,
210:9, 213:14, 215:4,
220:15, 222:8,
222:11, 223:21,
232:10, 235:23
**basement** [1] - 185:8
**basic** [1] - 95:7
**basics** [1] - 18:19
**basis** [4] - 50:18,
187:15, 197:12, 224:9
**bath** [1] - 146:21
**bathroom** [1] -

114:12
**battalions** [1] - 215:3
**battle** [5] - 99:16,
165:2, 179:19,
184:18, 185:12
**Bay** [1] - 93:18
**Bayan** [26] - 27:12,
27:13, 27:15, 28:7,
171:14, 178:21,
180:5, 182:4, 182:13,
201:23, 212:7,
213:18, 213:19,
225:12, 225:18,
226:4, 226:6, 226:11,
233:18, 233:22,
234:3, 234:5, 235:4,
235:20, 235:22
**Beach** [1] - 1:19
**bear** [1] - 189:21
**bearing** [1] - 188:24
**beaten** [1] - 148:19
**became** [14] - 13:9,
27:22, 95:5, 97:16,
154:20, 160:2, 164:6,
172:1, 173:7, 173:10,
197:6, 199:6, 200:1,
208:10
**become** [9] - 16:6,
27:19, 86:21, 102:2,
106:11, 178:9, 185:8,
186:20, 216:10
**becomes** [2] -
243:15, 244:17
**becoming** [1] - 95:3,
112:7
**bedroom** [3] - 88:24,
153:23
**BEFORE** [1] - 1:12
**began** [7] - 40:24,
112:25, 167:24,
177:10, 184:11,
196:13
**begin** [4] - 51:16,
55:17, 159:9, 175:3
**beginning** [7] -
22:25, 71:25, 111:24,
166:17, 167:18,
228:9, 254:2
**beginnings** [1] -
233:13
**behalf** [1] - 108:17
**behavior** [1] - 212:22
**behind** [22] - 4:23,
23:3, 83:17, 85:2,
140:16, 140:17,
141:1, 141:17,
142:14, 147:6, 156:4,
174:21, 212:9,
246:20, 246:23,
247:17, 247:24,

249:4, 249:24,
249:25, 251:24, 252:2
**belied** [1] - 226:7
**belief** [1] - 74:7
**bellwether** [1] -
242:2
**belly** [2] - 137:22
**belong** [2] - 18:10,
87:14
**belonged** [2] - 63:9,
221:20
**belongings** [1] -
69:10
**belongs** [1] - 92:17
**beloved** [1] - 232:20
**BENCH** [1] - 1:12
**beside** [1] - 142:7
**best** [9] - 3:11,
16:15, 125:15,
125:16, 125:21,
126:1, 232:5, 237:2,
257:7
**betrayal** [1] - 22:17
**better** [6] - 5:24,
84:2, 96:7, 145:13,
167:13, 253:4
**between** [22] - 19:1,
19:11, 19:13, 20:19,
21:13, 27:2, 32:5,
37:19, 53:6, 60:20,
61:8, 73:24, 77:5,
94:17, 122:4, 124:20,
143:8, 160:22,
176:25, 223:14,
233:23, 255:4
**beyond** [5] - 132:8,
146:15, 192:16,
199:4, 252:8
**bid** [2] - 23:4, 31:10
**Big** [1] - 125:10
**big** [21] - 22:2, 22:18,
24:9, 24:11, 24:20,
29:20, 35:3, 37:10,
38:7, 86:16, 104:7,
118:15, 143:5,
146:21, 147:23,
148:22, 149:12,
150:1, 152:20,
152:21, 204:11
**bigger** [1] - 223:12
**biggest** [1] - 23:6
**billion** [4] - 99:23,
99:24, 162:22, 163:6
**billions** [1] - 163:18
**binder** [4] - 31:17,
205:23, 217:22, 224:8
**birth** [2] - 106:8,
106:16
**bit** [28] - 9:21, 12:23,
14:14, 16:2, 20:2,

21:12, 22:9, 44:7,
70:17, 83:13, 108:10,
108:16, 112:21,
112:22, 112:24,
117:6, 119:1, 119:7,
127:2, 141:15,
145:13, 152:10,
175:3, 203:7, 211:20,
216:9, 242:24, 254:8
**black** [5] - 73:16,
73:18, 80:20, 136:8,
147:16
**blaming** [3] - 143:23,
144:8
**bleed** [1] - 80:17
**blink** [1] - 125:8
**blister** [1] - 80:17
**blisters** [1] - 80:21
**block** [1] - 77:12
**blocked** [2] - 140:10,
140:15
**blood** [4] - 81:12,
172:14, 172:15,
176:23
**blowing** [1] - 49:20
**blue** [6] - 91:16,
116:23, 142:18,
200:23, 200:24, 201:2
**blue-and-red** [1] -
142:18
**bluing** [1] - 200:21
**BMW** [5] - 140:3,
140:12, 140:14,
140:19, 155:19
**board** [1] - 168:1
**bodies** [10] - 75:21,
77:8, 184:19, 185:3,
188:24, 189:9,
189:21, 212:8, 251:8
**body** [28] - 21:4,
75:24, 76:13, 78:15,
79:3, 79:11, 79:17,
79:21, 80:2, 80:7,
80:24, 81:6, 100:20,
103:1, 103:2, 144:22,
145:2, 145:12,
145:13, 146:2, 146:7,
146:18, 146:25,
147:11, 147:17,
149:10, 149:14
**bogged** [1] - 199:6
**Boise** [7] - 96:14,
97:2, 97:11, 158:3,
158:4, 158:12, 158:13
**bomb** [6] - 48:8,
48:12, 53:5, 68:18,
69:1, 69:5
**bombing** [5] - 48:10,
50:4, 50:8, 51:2,
253:10

**bombings** [1] - 51:19
**bone** [3] - 80:25,
81:4
**bones** [2] - 80:25,
189:24
**book** [1] - 167:22
**book-length** [1] -
167:22
**books** [1] - 129:4
**borders** [1] - 150:14
**born** [10] - 11:16,
11:17, 103:24,
106:14, 106:15,
106:18, 106:19,
106:20, 152:3, 178:4
**borrow** [1] - 130:5
**borrowed** [1] - 73:11
**boss** [2] - 17:8,
117:8
**bottom** [2] - 45:25,
46:6
**bought** [1] - 85:3
**Bowen** [7] - 2:7,
14:3, 158:21, 159:3,
159:5, 159:6, 174:18,
175:3, 182:13
**BOWEN** [1] - 158:24
**Bowen's** [2] -
162:13, 238:25
**box** [1] - 80:3
**boy** [2] - 109:14,
111:15
**brain** [1] - 155:16
**brazen** [1] - 251:17
**break** [22] - 6:19,
6:23, 7:2, 7:5, 7:13,
7:14, 7:20, 7:21,
66:24, 81:3, 82:4,
82:7, 89:9, 89:12,
105:4, 105:8, 105:14,
105:16, 133:20,
134:3, 202:11, 237:11
**breakfast** [1] - 56:9
**breaking** [1] - 7:19
**Bremer** [1] - 181:15
**brick** [1] - 138:20
**bridge** [3] - 53:6,
94:10, 94:17
**brief** [5] - 117:18,
160:21, 206:24,
206:25, 207:2
**briefcase** [3] - 32:11,
32:13, 56:17
**briefing** [2] - 160:24,
213:4
**briefings** [7] -
164:23, 179:11,
179:21, 179:22,
184:18, 185:12,
247:17

**briefly** [6] - 101:13,
103:9, 134:2, 147:10,
159:24, 205:25
**briefs** [2] - 164:21,
185:16
**brigade** [1] - 95:22
**Brigade** [18] -
172:22, 178:3, 178:5,
178:9, 178:13,
178:15, 178:22,
179:13, 179:25,
180:11, 182:12,
182:14, 186:12,
186:18, 189:6,
200:16, 228:6, 252:1
**brigades** [1] - 215:2
**bring** [18] - 39:14,
75:19, 75:22, 77:7,
79:9, 79:13, 81:13,
93:21, 103:15,
103:21, 103:22,
120:17, 121:8,
123:21, 131:5,
132:17, 232:7, 243:21
**bringing** [2] - 39:13,
102:22
**brings** [2] - 182:11
**British** [4] - 28:24,
77:4, 165:4, 214:4
**broken** [4] - 69:9,
80:25, 147:3, 189:23
**brother** [19] - 4:23,
10:3, 16:9, 61:8, 61:9,
61:14, 61:23, 62:1,
85:25, 97:3, 97:5,
97:20, 110:19, 116:5,
124:10, 135:12,
147:14, 154:24,
216:18
**brothers** [19] - 11:4,
17:25, 25:15, 35:5,
61:5, 75:15, 80:1,
81:5, 102:21, 103:10,
115:15, 115:24,
124:4, 127:10,
135:11, 148:24,
150:3, 250:4, 251:19
**brought** [11] - 62:14,
78:3, 78:16, 127:1,
150:7, 205:15, 206:4,
207:2, 207:10,
209:19, 255:2
**brown** [1] - 35:11
**bruised** [1] - 147:16
**bruises** [1] - 146:25
**bruising** [1] - 80:23
**BUA** [3] - 165:2,
179:20, 185:16
**build** [4] - 21:15,
21:16, 22:16, 195:4

**building** [23] - 24:23,
25:13, 26:10, 26:11,
26:15, 26:20, 30:25,
31:9, 49:20, 70:5,
70:10, 70:11, 70:12,
70:14, 70:16, 78:23,
79:20, 82:15, 82:22,
82:25, 88:16, 195:9,
195:10
**buildings** [1] - 25:7
**buildout** [1] - 51:24
**built** [4] - 21:20,
24:21, 27:3, 31:12
**bullet** [4] - 85:22,
141:4, 142:7, 147:8
**bullets** [2] - 81:9,
85:20
**Bunker** [1] - 211:2
**burden** [1] - 103:16
**burial** [2] - 81:19,
81:20
**buried** [2] - 81:24,
149:10
**burn** [1] - 15:14
**burned** [3] - 80:15,
80:20, 92:22
**burning** [3] - 76:15,
80:11, 147:17
**burns** [1] - 189:23
**bury** [7] - 34:12,
145:2, 148:5, 148:13,
150:8, 150:17, 150:23
**Bush** [1] - 161:7
**Bush's** [1] - 161:4
**Bush-Cheney** [1] -
161:7
**business** [19] -
13:16, 15:24, 20:1,
20:2, 20:3, 20:14,
20:16, 38:5, 42:11,
42:21, 56:11, 61:16,
83:14, 84:24, 86:5,
113:4, 173:1, 248:8
**businessperson** [1]
- 40:1, 40:18
**busy** [2] - 102:8,
114:4
**buy** [3] - 73:15,
73:18, 118:20
**BY** [60] - 1:20, 9:13,
13:1, 14:9, 15:1, 29:1,
32:22, 36:8, 37:1,
43:7, 48:1, 49:9, 51:9,
52:23, 54:5, 54:18,
59:9, 60:2, 63:13,
66:22, 67:5, 68:8,
83:10, 88:13, 90:24,
91:11, 96:13, 98:22,
100:6, 105:24,
111:18, 118:1,

121:15, 132:9, 135:1,
136:5, 143:11,
150:24, 159:1, 162:5,
162:15, 167:1,
168:22, 169:20,
170:20, 175:2,
187:23, 191:19,
193:15, 198:7,
203:19, 210:16,
212:2, 217:16, 218:6,
219:10, 224:18,
228:23, 229:21, 231:2
**bye** [5] - 130:15,
136:24, 147:25,
148:3, 148:4
**bypass** [1] - 213:24

---

**C**

**cabined** [1] - 241:8
**cabinets** [1] - 91:13
**cable** [2] - 53:13,
53:14
**cables** [25] - 34:22,
53:13, 53:17, 53:18,
53:20, 53:22, 54:12,
221:12, 224:20,
224:25, 225:1, 231:7,
231:19, 232:5,
233:14, 233:18,
233:19, 233:22,
234:3, 234:20,
236:18, 236:21,
237:2, 237:4
**cabling** [1] - 34:24
**cafeteria** [1] - 133:10
**calculus** [2] -
198:19, 198:21
**calendar** [1] - 7:16
**California** [2] -
93:18, 94:1
**calm** [2] - 81:17,
81:18
**calmer** [1] - 121:11
**camouflage** [2] -
84:19, 91:19
**campaign** [1] - 230:5
**campaigns** [1] -
216:1
**camps** [2] - 193:4,
220:22
**Canadian** [1] -
129:10
**candidates** [1] -
226:14
**cannot** [17] - 10:19,
10:20, 11:11, 29:17,
60:9, 71:17, 71:18,
71:21, 90:5, 94:20,

100:21, 101:19,
103:3, 125:15,
151:22, 151:25, 152:1
**capability** [2] - 221:4
**capable** [1] - 40:13
**capacity** [8] - 146:15,
173:13, 195:1, 195:4,
195:9, 195:11,
216:12, 225:24
**capita** [1] - 98:3
**captors** [1] - 250:11
**capture** [1] - 167:11
**captured** [5] - 72:5,
170:1, 216:22,
222:19, 234:12
**car** [46] - 48:8, 48:10,
48:12, 49:20, 50:4,
50:8, 51:1, 51:19,
53:5, 56:18, 56:22,
58:19, 58:23, 59:7,
59:12, 63:3, 63:4,
63:6, 63:7, 67:12,
68:16, 68:18, 68:24,
69:1, 69:5, 69:8, 69:9,
69:11, 69:19, 85:12,
119:25, 137:18,
140:6, 140:9, 140:10,
140:21, 140:22,
140:25, 142:16,
142:18, 155:19,
253:10
**card** [1] - 234:14
**cardiology** [3] -
107:4, 145:18, 145:19
**care** [10] - 13:18,
61:13, 62:1, 113:16,
130:13, 130:14,
146:14, 154:6, 256:15
**career** [6] - 29:11,
96:24, 101:24,
102:20, 207:9, 208:18
**carried** [10] - 86:9,
154:6, 154:7, 168:2,
172:25, 186:21,
189:1, 210:21, 211:6,
214:22
**carries** [1] - 129:10
**carry** [12] - 47:4,
47:16, 47:25, 82:19,
86:10, 100:19,
103:16, 138:1,
175:17, 186:6, 211:3,
214:9
**carrying** [3] - 184:13,
186:1, 188:12
**cars** [5] - 83:23,
124:4, 135:14, 140:2,
143:7
**Carson** [1] - 96:10
**cart** [1] - 136:8

**Case** [1] - 3:5
**case** [70] - 3:25,
4:22, 4:24, 8:8, 15:17,
27:16, 33:10, 52:25,
53:10, 104:1, 104:6,
120:2, 152:19, 159:7,
162:7, 167:16,
168:11, 170:22,
171:13, 174:2, 174:5,
174:7, 174:11,
178:21, 190:9, 191:8,
191:22, 197:12,
200:2, 201:7, 203:10,
210:17, 214:11,
215:13, 216:24,
218:9, 218:15, 222:4,
224:20, 233:2,
237:17, 240:16,
241:5, 241:20,
242:24, 243:8,
243:24, 244:5,
244:17, 244:20,
245:9, 245:13, 246:2,
246:11, 246:12,
246:18, 246:21,
247:4, 247:11,
247:24, 249:11,
252:21, 252:23,
254:10, 254:17,
254:24, 255:10,
255:12
**cases** [9] - 13:10,
15:18, 30:13, 188:14,
205:3, 205:7, 242:11,
246:13, 252:9
**cash** [4] - 73:9,
73:18, 136:7, 154:5
**casket** [2] - 147:12,
147:15
**casualties** [3] -
95:25, 114:4, 146:14
**category** [1] - 18:7
**caught** [1] - 222:23
**cause-of-action** [1] -
244:3
**caused** [6] - 87:7,
168:5, 189:23,
189:25, 205:5, 246:17
**causes** [1] - 195:24
**cautions** [1] - 47:2
**cell** [8] - 59:24,
59:25, 63:20, 64:3,
64:5, 117:3, 216:14
**Cell** [1] - 224:23
**cells** [1] - 192:10
**cellular** [1] - 192:22
**Celsius** [1] - 34:3
**cement** [1] - 22:7
**cemetery** [2] - 81:24,
150:14

**center** [3] - 108:10, 149:21, 154:16
**Center** [3] - 99:7, 99:9, 173:11
**centers** [3] - 188:16, 188:19
**Central** [2] - 204:12, 219:1
**century** [1] - 177:5
**ceremony** [1] - 81:21
**certain** [26] - 23:22, 33:8, 33:9, 34:25, 35:20, 35:21, 37:13, 47:25, 57:13, 60:9, 63:4, 65:20, 67:12, 93:11, 108:9, 117:7, 118:4, 130:17, 135:21, 137:14, 161:25, 173:9, 189:15, 221:8, 223:24
**certainly** [11] - 3:23, 5:4, 6:19, 124:23, 176:11, 176:23, 183:5, 203:6, 240:19, 241:11, 253:13
**CERTIFICATE** [1] - 257:1
**certification** [3] - 12:14, 12:17, 219:1
**certify** [1] - 257:4
**cetera** [1] - 9:5
**chain** [1] - 95:21
**chairs** [1] - 90:11
**challenge** [3] - 104:7, 142:4, 166:23
**challenged** [1] - 13:19
**challenges** [3] - 93:20, 152:10, 152:14
**challenging** [1] - 99:11
**Chamber** [1] - 173:8
**chambers** [1] - 202:1
**Champion** [1] - 99:3
**chance** [9] - 41:13, 41:16, 48:19, 84:4, 157:22, 162:9, 187:9, 190:24, 252:17
**chances** [2] - 133:1, 199:7
**change** [10] - 10:13, 20:14, 20:16, 21:2, 39:16, 55:5, 110:12, 112:19, 178:11, 229:4
**Change** [1] - 99:4
**changed** [17] - 10:18, 20:9, 39:4, 45:19, 45:21, 45:22, 96:2, 103:11, 112:24, 121:4, 198:19,

198:20, 213:13, 229:18, 230:2, 230:15
**chaos** [11] - 83:13, 115:22, 119:21, 143:7, 145:6, 150:1, 151:22, 167:6, 196:25, 197:3, 197:5
**chapter** [1] - 102:23
**character** [2] - 30:11, 252:22
**character-driven** [1] - 252:22
**charge** [9] - 146:8, 182:17, 183:23, 193:10, 194:23, 234:24, 235:16, 236:1, 236:2
**charismatic** [2] - 216:2, 216:3
**charity** [1] - 16:20
**chats** [1] - 157:5
**Chautauqua** [1] - 173:14
**check** [1] - 75:23
**checking** [2] - 62:24, 92:21
**checkpoint** [5] - 59:11, 62:16, 62:17, 214:13, 251:16
**checkpoints** [4] - 37:13, 63:7, 213:24, 213:25
**chemical** [1] - 189:23
**Cheney** [1] - 161:7
**cherishing** [1] - 16:10
**chest** [1] - 80:24
**chief** [14] - 13:9, 29:5, 41:10, 43:19, 43:23, 44:20, 44:25, 46:14, 46:19, 51:18, 171:1, 248:12, 248:13, 248:20
**child** [7] - 109:14, 111:25, 112:3, 112:4, 112:20, 255:13, 255:17
**children** [2] - 30:19, 88:8
**chip** [1] - 49:21
**choice** [3] - 245:3, 245:5, 245:19
**choice-of-law** [2] - 245:3, 245:19
**choose** [3] - 157:14, 158:1, 158:2
**chose** [8] - 10:15, 99:3, 157:12, 157:15, 157:16, 157:21,

157:24, 158:9
**chosen** [1] - 109:8
**Chris** [1] - 63:21
**Christian** [4] - 41:2, 41:6, 248:14, 248:20
**Christmas** [1] - 103:12
**Christmastime** [2] - 87:2, 87:3
**circle** [3] - 119:13, 135:21, 136:3
**circling** [1] - 143:9
**circulate** [1] - 21:17
**circumstance** [1] - 194:19
**circumstances** [4] - 53:11, 71:2, 71:10, 87:7
**cite** [1] - 255:11
**cities** [1] - 97:11
**citizen** [10] - 11:22, 12:1, 95:1, 106:6, 106:12, 178:17, 223:18, 244:8, 244:18
**citizens** [8] - 97:16, 97:17, 157:17, 194:5, 243:4, 243:20, 243:25
**citizenship** [13] - 10:4, 11:14, 11:24, 94:22, 95:1, 95:2, 106:8, 106:16, 129:10, 129:11, 178:15, 178:24, 247:6
**city** [6] - 41:4, 68:13, 76:20, 158:8, 196:22, 229:19
**City** [1] - 166:6
**Civil** [1] - 1:4
**civil** [4] - 3:5, 183:18, 200:24, 247:8
**civilian** [4] - 72:2, 82:23, 91:18, 135:14
**civilians** [7] - 70:18, 95:24, 96:3, 188:23, 235:2, 235:3, 250:3
**claim** [4] - 19:17, 19:25, 243:21, 255:12
**claimants** [1] - 243:4
**clashes** [2] - 19:10, 19:12
**classified** [5] - 179:21, 223:19, 223:23, 231:24, 236:22
**clean** [4] - 80:2, 81:8, 81:11, 105:14
**cleaned** [2] - 182:9, 184:3
**cleanse** [1] - 200:16
**clear** [7] - 66:3, 86:2,

92:3, 124:16, 200:1, 240:2, 245:9
**clearance** [4] - 94:25, 160:7, 160:10, 160:12
**clearances** [1] - 160:1
**clearer** [1] - 92:10
**clerk** [2] - 255:2, 256:3
**client** [1] - 105:9
**clients** [3] - 4:5, 238:5, 252:20
**clients'** [1] - 134:4
**clinic** [2] - 154:5, 189:12
**clinical** [1] - 154:22
**clinics** [1] - 189:19
**clocks** [3] - 202:15, 202:17, 202:19
**close** [21] - 38:2, 58:25, 67:14, 80:1, 102:23, 109:20, 116:7, 133:11, 135:17, 142:6, 143:10, 143:14, 150:9, 150:13, 152:16, 158:14, 201:13, 228:22, 228:24, 229:7, 234:1
**closed** [4] - 95:7, 221:23, 233:24, 234:1
**closely** [2] - 110:10, 179:4
**closer** [1] - 48:8
**cloth** [1] - 81:12
**clothes** [2] - 69:10, 72:2
**clue** [3] - 26:5, 26:7, 124:7
**coalesced** [1] - 21:4
**Coalition** [14] - 22:22, 23:20, 23:21, 24:2, 93:10, 108:22, 109:2, 168:6, 178:12, 181:14, 192:12, 196:3, 200:20, 226:21
**Coalitions** [1] - 248:9
**coat** [4] - 78:18, 78:22, 79:1, 79:6
**code** [2] - 35:19, 160:6
**code-word-sensitive** [1] - 160:6
**coded** [1] - 128:7, 249:9, 249:17
**codes** [1] - 35:20
**cofounded** [1] - 154:25

**cofounders** [1] - 97:22
**coincide** [1] - 199:16
**collaboration** [1] - 197:19
**collaborator** [6] - 210:8, 216:7, 231:11, 231:15, 231:17, 249:22
**collapsed** [1] - 148:16
**collateral** [1] - 95:25
**colleagues** [1] - 155:1
**collect** [1] - 108:18
**collected** [1] - 77:8
**collecting** [1] - 68:24
**COLLEEN** [1] - 1:12
**college** [4] - 76:24, 77:11, 79:18, 79:20
**College** [5] - 190:15, 191:1, 191:11, 192:20, 197:18, 199:12, 251:5, 251:12
**color** [2] - 200:23
**Colorado** [3] - 96:10, 160:4
**COLUMBIA** [1] - 1:1
**Columbia** [2] - 1:22, 257:13
**combat** [3] - 12:16, 94:14, 94:16
**comfort** [1] - 64:15
**comfortable** [6] - 39:22, 55:8, 222:17, 222:23, 223:6
**coming** [10] - 3:12, 57:17, 70:18, 76:1, 95:8, 97:10, 145:22, 190:13, 208:19, 251:6
**command** [1] - 95:22
**Command** [3] - 185:23, 200:3, 219:2
**commander** [12] - 68:9, 95:22, 182:14, 194:22, 201:14, 208:11, 212:24, 213:6, 227:6, 228:6, 230:6, 252:1
**commanders** [1] - 227:12
**commanding** [2] - 165:3, 171:7
**commands** [1] - 123:22
**commendation** [2] - 95:14, 95:15
**comment** [2] - 193:19, 220:5
**commenting** [1] -

256:3
**Commerce** [1] - 173:8
**commission** [9] - 24:12, 25:6, 25:20, 25:25, 28:15, 30:2, 30:15, 31:1, 186:23
**Commission** [1] - 173:22
**commit** [1] - 188:5
**commitments** [1] - 172:20
**committee** [1] - 162:2
**common** [6] - 75:20, 85:21, 243:1, 244:22, 245:3, 255:14
**common-law** [3] - 243:1, 244:22, 255:14
**communicate** [2] - 42:13, 52:4
**communicated** [1] - 64:4
**communicating** [1] - 64:24
**communication** [8] - 22:9, 22:11, 42:15, 53:6, 61:11, 64:2, 64:23, 112:23
**communications** [1] - 45:19
**community** [13] - 16:21, 101:25, 102:7, 158:13, 210:2, 210:4, 221:13, 227:24, 229:5, 232:8, 236:14, 236:16, 236:20
**companies** [9] - 23:6, 25:10, 55:1, 55:2, 134:23, 195:4, 195:5, 249:3
**company** [88] - 12:14, 17:5, 17:15, 17:17, 17:19, 17:21, 20:4, 20:5, 20:8, 20:9, 20:10, 20:22, 21:2, 21:3, 21:5, 21:9, 21:13, 21:18, 21:21, 21:22, 21:24, 22:5, 22:12, 22:21, 23:3, 23:15, 23:22, 25:15, 26:6, 32:1, 32:6, 32:23, 35:1, 38:7, 38:24, 39:5, 40:1, 41:9, 41:10, 41:20, 42:21, 44:17, 47:7, 48:5, 61:16, 61:24, 71:4, 71:7, 82:3, 83:11, 83:19, 83:25, 87:9, 88:22, 107:13,

107:16, 108:14, 108:17, 108:22, 110:10, 110:14, 110:18, 110:22, 110:24, 111:7, 113:9, 114:14, 116:4, 128:14, 129:25, 130:1, 134:9, 134:17, 151:6, 151:10, 151:13, 154:9, 195:1, 195:14, 208:11, 248:2, 248:12, 248:18, 248:23, 248:25
**company's** [2] - 42:12, 44:20
**compartmented** [1] - 160:6
**compensate** [1] - 84:25
**compete** [1] - 20:23
**compiled** [2] - 191:11, 197:18
**complete** [4] - 51:16, 51:17, 256:9, 257:6
**completed** [4] - 31:2, 31:3, 37:25, 195:19
**completely** [1] - 182:9
**Completion** [2] - 37:5, 37:6
**complicated** [1] - 66:24
**comply** [1] - 117:20
**complying** [1] - 122:21
**component** [2] - 180:1, 204:11
**comport** [1] - 229:22
**composed** [1] - 189:6
**composure** [1] - 64:13
**comprehensive** [2] - 191:4, 192:21
**comprise** [1] - 176:9
**comprised** [1] - 178:7
**computer** [1] - 10:19
**computers** [2] - 49:23, 84:14
**conceives** [1] - 176:6
**concept** [3] - 21:15, 102:15, 135:15
**concepts** [2] - 16:10, 39:9
**conceptualized** [1] - 102:4
**concern** [1] - 132:23

**concerned** [4] - 38:23, 39:1, 127:16, 186:20
**concerns** [4] - 150:20, 151:3, 151:18, 240:8
**concerted** [5] - 229:3, 229:17, 229:22, 230:18, 230:23
**concluded** [1] - 256:17
**conclusion** [1] - 181:14
**conclusions** [2] - 191:10, 241:4
**condemned** [1] - 227:23
**condition** [1] - 149:2
**conduct** [2] - 162:24, 163:2
**conducted** [1] - 225:24
**conference** [3] - 37:3, 37:22, 173:14
**confers** [1] - 105:11
**confessions** [1] - 211:4
**confident** [1] - 199:10
**confirmed** [2] - 236:17, 236:19
**conflict** [2] - 177:18, 196:24
**confused** [2] - 10:19, 141:15
**confusing** [1] - 9:23
**Congress** [4] - 30:21, 162:23, 164:4, 170:7
**congressional** [2] - 205:1, 244:14
**connection** [2] - 28:6, 246:6
**connotations** [1] - 189:2
**consensus** [1] - 19:16
**consequences** [1] - 185:1
**consider** [4] - 123:2, 225:3, 240:6, 240:20
**consideration** [1] - 146:5
**considered** [7] - 22:17, 129:18, 129:21, 153:6, 154:2, 154:3, 222:24
**consistency** [2] - 242:10, 245:18

**consistent** [12] - 190:11, 190:14, 191:25, 199:13, 214:21, 225:2, 225:14, 226:18, 227:3, 227:18, 227:19, 250:21
**consistently** [1] - 85:16
**consolidated** [1] - 196:4
**constantly** [1] - 235:13
**constituent** [1] - 226:23
**constitutes** [1] - 257:4
**Constitution** [4] - 1:22, 226:21, 235:16, 257:14
**construction** [6] - 20:25, 22:6, 22:13, 31:13, 51:10, 51:11
**Construction** [1] - 171:24
**consulting** [1] - 159:4
**contact** [3] - 54:11, 77:22, 115:25
**contacted** [1] - 54:8
**contacting** [1] - 126:20
**contain** [2] - 36:16, 191:10
**contained** [2] - 170:13, 225:2
**contemplated** [2] - 199:2, 199:4
**contemporaneous** [2] - 168:12, 169:3
**content** [1] - 193:21
**contention** [1] - 219:24
**contentious** [1] - 206:25
**context** [4] - 67:17, 163:15, 240:9, 240:22
**continue** [16] - 5:13, 17:21, 44:8, 44:17, 44:24, 45:9, 56:1, 69:21, 72:7, 72:25, 120:3, 181:7, 182:19, 188:3, 193:3, 211:4
**continued** [10] - 160:14, 168:8, 173:3, 173:12, 186:12, 188:23, 212:18, 212:19, 248:22, 253:12
**continues** [1] -

226:12
**continuing** [1] - 186:10
**contract** [50] - 31:7, 31:20, 31:22, 31:25, 32:5, 32:24, 32:25, 33:1, 33:5, 33:14, 33:16, 33:20, 34:12, 34:16, 34:19, 34:20, 34:21, 35:2, 35:6, 35:25, 36:17, 37:8, 37:10, 37:16, 37:17, 37:21, 37:24, 38:8, 38:10, 39:6, 43:13, 43:14, 43:24, 55:18, 56:2, 57:24, 84:4, 96:24, 113:14, 113:15, 113:18, 113:19, 114:9, 163:7, 243:5, 252:5, 253:2, 253:12, 254:3
**Contract** [2] - 37:5, 37:6
**Contractor** [1] - 50:15
**contractor** [2] - 50:23, 231:5
**contractors** [3] - 84:23, 85:9, 174:9
**contracts** [20] - 20:23, 23:4, 23:19, 25:10, 31:11, 32:14, 33:7, 33:15, 39:20, 84:7, 87:13, 108:17, 108:18, 108:21, 108:24, 109:4, 109:8, 109:9, 113:4, 113:17
**contrasted** [1] - 253:1
**contributed** [1] - 163:9
**contributions** [1] - 207:7
**contributor** [1] - 206:5
**Control** [1] - 50:15
**control** [7] - 50:23, 149:15, 179:23, 194:1, 201:20, 228:12, 235:21
**controlled** [7] - 189:13, 189:18, 192:14, 227:10, 234:25, 236:6, 236:8
**conversation** [9] - 16:12, 60:13, 66:1, 69:17, 100:22, 128:8, 157:3, 194:22, 232:20
**conversations** [3] - 110:4, 129:12, 155:10

**Converse** [1] - 166:8
**conversion** [1] - 40:5
**converting** [1] - 34:4
**convict** [1] - 30:7
**convictions** [1] - 163:24
**convinced** [1] - 213:2
**convoluted** [1] - 98:6
**convoy** [1] - 166:23
**cooperate** [1] - 87:17
**cooperating** [2] - 125:7, 125:9
**Cooperation** [1] - 13:17
**coopted** [1] - 232:12
**coordinating** [1] - 193:23
**cop** [2] - 121:6, 123:11
**cop/good** [1] - 121:6
**coped** [1] - 152:12
**copy** [10] - 31:25, 32:5, 35:23, 36:12, 41:19, 48:20, 48:23, 50:22, 187:8, 187:11
**cordoned** [1] - 223:13
**cordoning** [1] - 227:9
**corner** [2] - 91:3, 92:11
**cornerstone** [1] - 24:16
**Corps** [39] - 175:7, 176:22, 179:24, 180:3, 192:5, 192:9, 192:14, 192:18, 192:25, 193:17, 194:22, 195:8, 201:11, 201:24, 211:12, 212:19, 212:24, 212:25, 213:6, 214:9, 214:16, 214:17, 214:22, 214:24, 215:14, 215:17, 215:18, 215:25, 220:8, 220:9, 221:7, 221:9, 227:1, 227:6, 227:10, 227:12, 229:3, 234:17, 234:18
**Corps's** [1] - 228:10
**correct** [91] - 4:10, 7:4, 10:2, 10:5, 10:7, 13:13, 15:5, 17:6, 18:11, 18:22, 18:23, 20:15, 21:11, 23:2, 24:5, 25:9, 25:18, 26:23, 28:1, 28:4,

28:9, 28:13, 29:17, 29:22, 32:2, 34:14, 35:15, 36:1, 36:15, 36:18, 37:23, 37:25, 38:1, 38:25, 40:22, 41:4, 41:5, 41:8, 41:22, 42:9, 42:19, 42:22, 42:24, 43:10, 43:11, 43:14, 45:1, 46:21, 47:6, 47:10, 48:11, 48:22, 48:24, 49:2, 49:16, 50:25, 51:3, 52:16, 53:2, 53:23, 55:19, 56:24, 61:25, 62:3, 63:10, 71:9, 71:12, 72:22, 72:24, 73:1, 74:11, 74:18, 74:23, 75:8, 75:11, 75:13, 76:3, 76:5, 77:19, 79:22, 86:23, 94:2, 94:19, 106:24, 134:21, 153:14, 153:17, 163:20, 201:5, 239:10, 243:17
**correction** [2] - 46:6, 208:4
**correctly** [2] - 8:14, 34:4
**corroborate** [2] - 225:5, 236:22
**corroborates** [1] - 232:3
**corroborating** [1] - 236:25
**corrupted** [1] - 201:4
**corruption** [4] - 30:6, 30:22, 165:15, 225:22
**cost** [5] - 34:19, 99:20, 99:23, 100:1, 198:17
**costs** [1] - 99:22
**Council** [5] - 180:2, 217:9, 223:1, 223:2, 226:23
**counsel** [11] - 3:7, 4:21, 4:25, 133:8, 156:25, 161:4, 161:5, 161:7, 161:8, 161:21, 211:19
**counseling** [3] - 102:9, 102:17, 156:2
**countering** [1] - 207:3
**countries** [5] - 176:17, 177:16, 178:1, 178:17, 207:24
**country** [43] - 12:3, 19:18, 23:9, 23:13, 29:19, 40:8, 45:10,

86:6, 86:8, 153:6, 157:14, 158:1, 163:19, 165:15, 166:1, 175:10, 176:14, 183:19, 183:24, 186:8, 186:9, 187:3, 188:24, 194:6, 197:1, 199:18, 209:9, 230:24, 245:12, 245:14, 247:20, 249:4, 250:17, 250:22, 253:3, 253:4, 253:17, 253:22, 254:7, 254:11, 254:22
**couple** [15] - 20:5, 25:23, 62:22, 83:18, 87:19, 94:4, 135:24, 145:9, 147:19, 149:7, 151:4, 187:24, 231:19, 237:16, 241:19
**course** [18] - 9:7, 18:2, 25:24, 32:9, 44:7, 66:8, 109:7, 124:24, 126:2, 140:20, 199:2, 217:14, 222:20, 243:5, 243:9, 243:21, 244:14, 244:21
**course-of-employment** [1] - 243:9
**courses** [1] - 12:17
**Court** [67] - 1:21, 1:21, 6:16, 6:21, 9:17, 10:8, 10:25, 12:7, 14:14, 15:6, 16:2, 18:12, 31:18, 34:18, 44:3, 51:20, 56:6, 60:14, 65:16, 70:9, 70:13, 94:7, 101:16, 104:5, 107:21, 109:10, 113:21, 116:9, 116:17, 120:4, 124:9, 126:16, 127:13, 156:22, 157:8, 160:25, 164:23, 175:5, 179:15, 187:8, 190:11, 191:3, 202:9, 208:8, 224:8, 231:21, 235:5, 237:7, 238:1, 243:6, 243:22, 244:14, 244:21, 245:2, 245:4, 245:15, 246:2, 246:12, 246:13, 252:17, 252:18, 254:10, 254:18, 255:13, 257:12, 257:13

**court** [12] - 4:7, 9:5, 12:23, 14:14, 49:13, 106:5, 134:3, 174:3, 205:3, 205:7, 254:10, 254:16
**COURT** [183] - 1:1, 3:1, 3:4, 3:10, 3:18, 3:23, 4:1, 4:9, 4:19, 5:2, 5:11, 5:15, 5:18, 5:23, 6:4, 6:10, 6:17, 7:5, 7:11, 7:19, 7:24, 8:6, 8:13, 8:16, 8:21, 8:25, 9:3, 9:9, 12:22, 13:20, 13:24, 14:6, 14:19, 28:21, 32:18, 36:5, 36:21, 43:3, 47:11, 47:20, 47:24, 49:5, 51:6, 52:22, 54:1, 54:15, 59:4, 59:22, 59:25, 62:13, 62:20, 62:25, 63:8, 63:11, 66:18, 67:3, 68:3, 82:5, 82:9, 82:12, 82:22, 83:2, 83:6, 83:8, 88:2, 88:6, 90:21, 91:5, 91:8, 91:10, 96:4, 96:8, 96:12, 98:9, 98:11, 104:15, 104:22, 104:25, 105:3, 105:6, 105:15, 105:18, 105:21, 116:25, 117:4, 117:13, 117:16, 117:21, 117:25, 120:18, 120:24, 131:17, 133:8, 133:16, 133:20, 133:25, 134:6, 134:10, 134:15, 134:19, 134:22, 134:25, 149:22, 157:11, 158:10, 158:16, 158:22, 161:20, 162:3, 162:14, 166:9, 168:15, 168:21, 169:17, 170:17, 174:25, 187:19, 191:16, 193:6, 193:14, 197:21, 198:3, 202:11, 202:15, 202:19, 202:23, 202:25, 203:6, 203:10, 203:16, 210:15, 211:13, 211:16, 211:19, 211:23, 217:6, 218:3, 219:4, 219:6, 224:4, 224:11, 224:15, 228:19, 229:10, 229:13,

230:9, 237:10, 237:15, 237:20, 237:23, 238:3, 238:7, 238:10, 238:13, 238:18, 238:21, 239:1, 239:6, 239:11, 239:14, 239:17, 239:20, 239:22, 240:19, 240:22, 241:1, 241:23, 242:1, 242:9, 242:13, 242:18, 242:22, 243:10, 243:16, 245:22, 247:25, 249:13, 254:25, 255:7, 255:20, 256:1, 256:9, 256:15
**Court's** [4] - 240:16, 243:3, 247:3, 254:23
**courthouse** [1] - 202:19
**courtroom** [5] - 6:7, 14:4, 14:5, 14:24, 203:14
**COURTROOM** [1] - 3:5
**courts** [1] - 244:18
**cousins** [1] - 149:9
**cover** [7] - 3:21, 147:13, 190:18, 199:20, 209:21, 213:25, 241:2
**covered** [3] - 81:12, 163:5, 165:5
**covers** [1] - 197:9
**coward** [1] - 217:13
**coworkers** [1] - 116:22
**CPA** [3] - 24:3, 24:5, 24:8
**CPI** [5] - 24:13, 24:22, 25:25, 28:14, 31:9
**create** [1] - 80:14
**created** [10] - 163:11, 165:17, 165:22, 168:1, 175:8, 178:4, 185:23, 192:5, 195:21, 250:15
**creating** [1] - 215:1
**creation** [2] - 220:3
**credence** [1] - 247:15
**credentials** [5] - 93:21, 96:20, 98:14, 98:16, 153:8
**credibility** [1] - 207:23
**crescent** [3] - 176:3, 176:5, 176:12

**critical** [2] - 191:22, 250:13
**Crocker** [3] - 171:10, 197:2, 225:21
**cross** [1] - 136:17
**Cross** [1] - 2:2
**crossed** [1] - 136:24
**CRR** [3] - 1:20, 257:3, 257:12
**crying** [3] - 115:22, 115:23, 148:16
**CSIS** [1] - 173:12
**cultivated** [1] - 215:8
**culture** [3] - 94:9, 111:12
**cultures** [1] - 152:15
**curb** [1] - 143:7
**current** [2] - 207:16, 223:18
**curse** [1] - 65:22
**cursed** [1] - 65:22
**cursing** [1] - 64:15
**cussed** [1] - 126:2
**cussing** [1] - 121:7
**custody** [2] - 216:20, 216:25
**customary** [3] - 111:3, 111:13, 145:1
**cut** [1] - 53:6

**D**

**dad** [114] - 15:22, 16:8, 17:1, 17:25, 21:4, 21:15, 22:4, 22:10, 22:17, 22:19, 23:7, 23:12, 24:16, 33:1, 38:7, 38:9, 45:3, 45:11, 54:9, 54:11, 54:24, 56:9, 56:13, 57:5, 57:13, 58:17, 59:13, 64:17, 65:18, 65:21, 66:16, 72:5, 75:2, 77:23, 77:24, 77:25, 88:22, 100:18, 100:19, 101:5, 102:20, 102:22, 103:13, 109:14, 109:24, 110:14, 111:2, 111:7, 114:22, 115:3, 115:5, 115:8, 115:10, 115:11, 115:21, 116:13, 116:19, 117:18, 117:20, 120:17, 121:8, 121:17, 121:24, 122:1, 122:7, 122:19, 122:22, 122:23, 123:19,

125:8, 126:15, 127:19, 128:11, 129:1, 129:12, 129:13, 129:14, 129:17, 129:21, 130:2, 130:4, 130:20, 130:24, 131:5, 131:6, 131:7, 131:25, 132:2, 132:7, 132:13, 133:4, 138:14, 138:15, 139:17, 140:22, 143:24, 144:15, 145:20, 148:7, 148:17, 149:14, 149:24, 150:9, 150:21, 155:20, 156:10, 156:23
**Dad** [1] - 17:11
**dad's** [42] - 20:22, 20:24, 29:25, 32:8, 32:12, 58:25, 59:3, 59:12, 59:24, 63:3, 64:3, 66:20, 67:12, 68:16, 69:10, 70:24, 70:25, 71:4, 75:24, 78:2, 78:15, 79:17, 85:12, 91:23, 100:20, 102:8, 103:21, 108:2, 108:17, 115:13, 116:15, 116:20, 116:23, 116:24, 116:25, 117:5, 117:7, 121:13, 125:13, 130:19, 146:2, 151:13
**daily** [5] - 15:8, 50:18, 51:10, 164:21, 185:12
**damage** [2] - 69:12, 92:22
**damaged** [2] - 49:19, 89:22
**damages** [5] - 241:15, 241:16, 241:17, 244:24, 245:21
**danger** [9] - 23:18, 23:22, 38:20, 40:14, 45:8, 78:17, 89:12
**Daqduq** [1] - 234:11
**dare** [2] - 148:18
**dark** [5] - 52:13, 104:10, 139:7, 139:25, 143:18
**dashed** [1] - 140:4
**date** [9] - 37:2, 37:3, 48:10, 55:22, 55:25, 56:6, 56:8, 132:14
**Dated** [1] - 257:10
**daughter** [2] - 89:11, 101:5

**David** [1] - 171:4
**DAVIS** [1] - 1:18
**Dawa** [3] - 182:2, 182:3
**days** [23] - 15:10, 15:11, 17:15, 37:7, 37:25, 39:12, 51:1, 62:22, 62:23, 69:23, 72:21, 73:10, 83:11, 108:5, 108:6, 114:3, 114:4, 125:22, 126:15, 155:25, 164:16
**DC** [6] - 1:7, 1:23, 204:1, 205:20, 245:17, 257:14
**dead** [9] - 75:2, 75:3, 75:12, 77:24, 79:9, 80:19, 126:22, 141:6, 144:15
**deadliest** [1] - 212:7
**deal** [4] - 24:20, 57:3, 64:9, 236:5
**dealing** [2] - 55:8, 74:4
**dealt** [2] - 4:2, 145:25
**dean's** [1] - 77:11
**dear** [2] - 43:18, 49:12
**death** [33] - 29:25, 32:12, 62:12, 65:23, 84:6, 85:14, 85:17, 87:10, 87:14, 87:19, 87:23, 87:25, 88:17, 89:10, 101:12, 104:1, 127:17, 185:20, 188:4, 188:17, 189:1, 189:5, 194:19, 200:10, 201:25, 202:5, 212:12, 221:18, 231:5, 246:9, 247:18, 248:16, 248:24
**deaths** [2] - 227:7, 227:8
**debts** [1] - 152:25
**decades** [1] - 177:5
**December** [3] - 1:8, 12:11, 257:10
**decent** [1] - 30:9
**decide** [10] - 45:2, 45:7, 45:9, 48:20, 60:23, 86:4, 150:14, 241:6, 242:5, 243:22
**decided** [16] - 23:8, 45:3, 53:2, 54:11, 61:8, 77:12, 79:13, 89:12, 114:9, 126:10, 135:11, 144:18,

149:11, 150:11, 159:19, 199:9
**decides** [1] - 235:9
**deciding** [1] - 235:6
**decision** [5] - 45:6, 57:5, 181:23, 181:24, 241:14
**decisions** [1] - 62:5
**declarations** [4] - 238:4, 238:16, 239:3, 239:6
**declassified** [1] - 217:11
**dedicated** [1] - 38:14
**deep** [2] - 236:7
**default** [2] - 238:6, 241:11
**defeat** [2] - 221:4, 230:25
**defeating** [1] - 194:16
**Defendants** [1] - 1:9
**Defendants'** [1] - 246:7
**Defense** [15] - 183:21, 204:19, 205:16, 205:18, 206:5, 206:8, 208:2, 208:16, 208:19, 209:3, 209:4, 215:5, 224:23, 235:2, 235:17
**defense** [1] - 235:19
**deference** [1] - 183:1
**deferential** [1] - 182:23
**defines** [1] - 194:14
**definitely** [12] - 12:25, 45:14, 45:16, 48:6, 57:25, 65:2, 71:18, 72:4, 74:6, 86:7, 90:5, 103:3
**deformed** [2] - 81:10, 147:3
**degree** [11] - 7:12, 80:16, 80:17, 80:22, 99:2, 100:7, 159:15, 160:18, 207:14, 207:15, 231:16
**dejected** [1] - 200:7
**dejection** [1] - 194:25
**delegated** [1] - 38:11
**delegitimize** [1] - 230:25
**deliver** [5] - 73:23, 113:18, 130:12, 131:6, 132:18
**demand** [3] - 67:10, 119:23, 230:19
**demanded** [3] -

73:22, 118:18, 222:7
**demanding** [1] - 72:11
**demands** [9] - 50:7, 50:10, 117:19, 118:4, 118:10, 118:12, 118:13, 120:7
**democracy** [1] - 180:8
**democratic** [2] - 23:10, 23:25
**demographic** [2] - 229:25, 230:24
**demographics** [5] - 229:4, 229:18, 230:2, 230:3, 230:15
**denoted** [1] - 180:3
**Denver** [1] - 160:4
**deny** [2] - 232:11, 232:12
**denying** [1] - 68:6
**Department** [10] - 27:20, 27:23, 27:24, 184:2, 224:23, 224:25, 226:14, 236:21, 236:24
**department** [5] - 26:21, 26:24, 27:7, 154:21, 154:23
**departments** [2] - 13:8, 31:21
**deploy** [1] - 177:19
**deployed** [1] - 96:4
**deployment** [2] - 95:6, 95:9, 208:19
**deployments** [1] - 204:18
**deposed** [1] - 215:11
**depravity** [1] - 252:25
**depressed** [2] - 102:2, 156:6
**deprive** [1] - 105:18
**deputy** [8] - 161:5, 161:10, 211:6, 213:19, 235:18, 236:6, 236:8
**DEPUTY** [1] - 3:5
**derivation** [1] - 11:7
**describe** [22] - 37:9, 50:16, 56:6, 60:24, 80:6, 81:16, 90:25, 91:15, 103:9, 109:10, 109:22, 109:23, 120:4, 122:10, 124:9, 147:10, 159:24, 162:19, 208:8, 227:25, 231:21, 253:20
**described** [10] -

84:9, 115:15, 136:4, 138:23, 143:14, 144:12, 144:24, 151:4, 155:8, 175:10

**describes** [1] - 225:11

**describing** [2] - 37:9, 188:10

**description** [3] - 78:2, 226:16, 226:17

**descriptions** [2] - 190:8, 190:12

**design** [2] - 99:15, 235:4

**designated** [4] - 180:17, 180:20, 180:21, 181:4

**designating** [2] - 204:25, 233:15

**designation** [2] - 180:24, 181:7

**Designations** [1] - 180:14

**designed** [1] - 24:13

**desk** [2] - 79:10, 79:14

**despite** [4] - 51:18, 51:19, 185:21

**destroy** [1] - 77:12

**destroyed** [8] - 48:15, 87:9, 196:23, 230:13, 230:14, 230:15, 232:19

**destruction** [2] - 34:8, 192:15

**detail** [7] - 103:9, 116:10, 166:24, 187:2, 204:21, 250:7

**details** [6] - 116:3, 119:19, 124:3, 149:18, 150:4, 239:25

**detainee** [2] - 219:15, 219:18

**detention** [4] - 174:9, 188:16, 188:18, 188:19

**devastated** [3] - 115:23, 185:1, 253:14

**devastating** [1] - 253:14

**develop** [3] - 97:21, 192:2, 192:7

**developed** [2] - 184:5, 184:9, 196:5

**development** [1] - 184:21

**Development** [1] - 13:18

**developments** [1] - 173:25

**devices** [1] - 221:1

**DIA** [2] - 216:10, 216:12

**diabolical** [1] - 186:3

**dictatorship** [1] - 253:6

**died** [1] - 174:10

**difference** [3] - 244:13, 255:4, 255:18

**differences** [1] - 244:16

**different** [32] - 9:25, 10:9, 11:5, 11:6, 17:7, 21:3, 27:16, 33:16, 33:17, 48:6, 93:1, 100:11, 110:14, 112:22, 120:2, 120:20, 120:25, 121:2, 123:13, 124:17, 127:2, 128:3, 147:1, 147:17, 202:15, 202:17, 218:20, 221:20, 243:24, 246:21, 250:6

**differently** [3] - 144:5, 144:6, 244:21

**difficult** [3] - 4:11, 5:13, 122:24

**difficulties** [1] - 93:19

**digital** [1] - 187:8

**diligently** [1] - 35:7

**diminished** [1] - 199:8

**dinar** [1] - 73:12

**dinner** [1] - 122:8

**dinnertime** [1] - 58:11

**diplomat** [1] - 225:8

**diplomatic** [2] - 172:12, 224:20

**Direct** [1] - 2:2

**DIRECT** [4] - 9:12, 105:23, 158:25, 203:18

**direct** [10] - 71:19, 72:20, 110:11, 112:25, 155:9, 179:22, 187:6, 197:7, 235:6, 246:4

**directed** [2] - 128:17, 137:1

**directing** [3] - 137:13, 137:19, 246:25

**direction** [5] - 136:15, 136:18, 137:1, 137:14

**directions** [2] - 136:14, 137:12

**directly** [10] - 22:13, 25:3, 30:13, 55:15, 69:17, 211:6, 211:20, 211:25, 230:12, 246:4

**director** [6] - 98:21, 211:7, 213:19, 235:14, 235:18, 236:13

**directorate** [1] - 225:17

**directors** [2] - 236:6, 236:9

**disappeared** [1] - 231:18

**discharged** [2] - 95:12, 95:13

**discovered** [2] - 209:16, 227:3

**discredit** [1] - 217:11

**discretion** [1] - 240:16

**discuss** [7] - 15:24, 20:1, 45:3, 56:19, 149:17, 150:3, 204:5

**discussed** [10] - 4:5, 47:9, 49:1, 51:2, 67:21, 104:2, 126:9, 130:22, 219:11, 228:25

**discusses** [3] - 225:7, 226:3, 226:15

**discussing** [3] - 130:25, 131:1, 239:2

**discussion** [2] - 150:13, 210:18

**discussions** [1] - 45:5

**disease** [1] - 99:13

**diseases** [1] - 16:9

**dismantle** [1] - 40:5

**dismiss** [1] - 151:11

**dismissed** [1] - 151:17

**displace** [1] - 230:24

**displacing** [1] - 235:2

**display** [1] - 252:21

**disposal** [1] - 186:2

**disrupt** [2] - 40:19, 196:13

**disrupted** [2] - 53:1, 248:4

**disrupting** [1] - 247:19

**distance** [3] - 85:23, 86:2, 147:18

**distill** [1] - 203:8

**distinguish** [2] - 117:9, 124:11

**distinguishable** [1] -

123:24

**distinguished** [1] - 170:3

**distress** [7] - 240:3, 240:13, 243:2, 244:23, 245:20, 255:15

**distressed** [1] - 127:2

**distribution** [1] - 35:13

**District** [4] - 1:21, 1:22, 185:6, 257:13

**DISTRICT** [3] - 1:1, 1:1, 1:13

**district** [4] - 35:21, 35:24, 47:5, 257:13

**dived** [1] - 214:7

**divide** [3] - 35:11, 61:8, 176:25

**divided** [6] - 33:15, 35:17, 86:10, 113:14, 115:16, 172:21

**Division** [1] - 194:23

**doctor** [10] - 75:16, 80:5, 98:12, 101:24, 107:19, 108:4, 113:25, 145:14, 146:8, 146:9

**Doctor** [1] - 97:19

**doctors** [14] - 76:23, 89:3, 89:5, 97:13, 97:22, 97:23, 97:25, 98:3, 98:4, 98:6, 98:24, 103:4, 107:23, 253:21

**Doctors** [1] - 155:1

**document** [16] - 31:18, 31:25, 50:16, 50:17, 167:3, 167:19, 167:21, 168:10, 168:12, 169:9, 169:11, 169:24, 171:16, 191:3, 198:8, 206:10

**documentation** [1] - 66:21

**documentations** [1] - 32:7

**documented** [1] - 19:16

**documents** [18] - 10:21, 32:14, 36:14, 49:23, 72:11, 72:12, 167:15, 206:2, 218:9, 218:11, 219:11, 223:25, 224:7, 231:25, 232:16, 232:17, 232:22, 233:4

**DOD** [1] - 185:23

**dollar** [2] - 73:13, 118:17

**dollars** [4] - 72:15, 73:5, 73:6, 163:18

**domestic** [2] - 245:13, 245:16

**dominate** [1] - 19:8

**dominated** [1] - 55:4

**done** [19] - 5:18, 7:25, 15:19, 42:23, 52:6, 84:3, 144:3, 144:5, 144:6, 151:15, 163:4, 173:2, 203:9, 205:1, 229:25, 232:10, 241:3, 253:19, 256:2

**door** [13] - 78:6, 79:16, 79:17, 92:12, 92:16, 92:17, 140:24, 141:2, 142:11, 221:22, 221:23, 243:7

**doorways** [1] - 138:23

**doubt** [2] - 132:8, 253:15

**doubts** [1] - 146:23

**down** [27] - 12:22, 14:1, 14:14, 46:22, 59:1, 66:24, 81:17, 81:18, 84:24, 86:5, 104:18, 136:22, 147:19, 155:19, 176:15, 180:7, 185:6, 193:22, 194:2, 197:22, 199:6, 203:8, 221:17, 249:11, 249:13, 251:19, 252:6

**downstairs** [3] - 115:1, 115:2, 133:11

**draft** [1] - 169:5

**drafting** [1] - 206:9

**draw** [3] - 56:5, 120:9, 219:13

**drawers** [1] - 91:24

**dream** [5] - 95:3, 95:5, 109:17, 109:19, 253:22

**dreamed** [3] - 254:2, 254:6, 254:22

**drill** [9] - 76:9, 76:10, 76:11, 76:12, 80:8, 147:1, 212:10, 212:11, 227:16

**drilling** [1] - 76:8

**drills** [3] - 189:25, 190:5, 251:9

**drink** [3] - 57:12, 57:13, 57:23

**drinks** [1] - 57:23

**drive** [7] - 59:12,

114:6, 115:5, 135:13, 150:19, 157:4, 186:7
**driven** [2] - 195:8, 252:22
**driver** [5] - 110:24, 135:19, 136:24, 140:23, 140:24
**drivers** [1] - 135:15
**driving** [1] - 151:19
**drop** [5] - 15:15, 131:2, 131:25, 132:2, 195:24
**drove** [2] - 114:5, 135:20
**dual** [5] - 12:1, 129:10, 178:15, 178:24, 247:6
**due** [2] - 35:7, 132:14
**dumb** [1] - 127:21
**during** [33] - 5:10, 8:7, 15:7, 15:12, 15:20, 20:17, 28:14, 33:24, 34:7, 41:21, 52:19, 73:9, 80:14, 84:9, 85:14, 94:22, 98:4, 108:13, 115:18, 123:2, 130:9, 160:5, 164:13, 164:24, 166:4, 179:10, 190:1, 190:13, 212:6, 216:9, 227:2, 230:19, 241:23
**duties** [3] - 108:14, 154:7, 204:2
**duty** [7] - 159:20, 160:8, 160:12, 169:12, 170:12, 191:12, 197:15
**dynamic** [5] - 19:4, 19:11, 39:4, 45:21, 121:3
**dynamics** [4] - 15:25, 17:8, 19:1

## E

**early** [15] - 16:8, 17:15, 38:16, 43:19, 55:20, 118:7, 121:22, 122:11, 144:21, 167:6, 171:11, 172:23, 176:21, 177:25, 178:22
**early-morning** [1] - 122:11
**easier** [1] - 9:6
**easily** [1] - 84:21
**east** [4] - 35:12, 53:6, 67:13, 70:12

**East** [7] - 175:19, 176:10, 176:12, 193:12, 199:3, 204:9, 206:14
**Easter** [1] - 166:5
**eastern** [1] - 135:17
**eastward** [1] - 198:25
**easy** [6] - 16:11, 16:12, 86:18, 86:19, 103:16, 231:12
**easygoing** [2] - 109:25, 110:7
**eat** [1] - 99:20
**echo** [1] - 99:1
**economics** [1] - 159:17
**economy** [2] - 93:19, 183:12
**edge** [1] - 166:14
**editing** [1] - 206:9
**eds** [1] - 204:5
**educate** [1] - 77:9
**education** [4] - 28:24, 107:1, 109:6, 210:10
**educational** [3] - 12:7, 159:13, 207:13
**Edwards** [1] - 257:12
**EDWARDS** [2] - 1:20, 257:3
**effect** [3] - 179:17, 184:22, 188:12
**effective** [2] - 102:17, 162:22
**effectively** [1] - 200:4
**effects** [2] - 193:24, 195:7
**efficiently** [1] - 203:13
**effort** [14] - 115:21, 115:25, 187:4, 188:14, 194:17, 196:15, 196:17, 200:9, 229:3, 229:17, 229:18, 229:22, 230:23, 251:18
**efforts** [7] - 185:22, 185:25, 186:3, 186:4, 193:11, 194:15, 196:13
**EFP** [1] - 246:18
**EFPs** [2] - 221:2, 227:10
**egregious** [1] - 184:21
**eight** [6] - 15:13, 15:15, 15:17, 93:2, 96:1, 177:17

**either** [9] - 14:17, 19:12, 22:21, 105:10, 108:22, 138:18, 157:4, 179:3, 216:7
**elaborate** [1] - 210:24
**election** [1] - 161:6
**elections** [1] - 230:19
**electrical** [9] - 34:6, 34:12, 37:21, 40:3, 76:9, 195:15, 195:18, 195:25
**electricity** [13] - 33:22, 33:23, 34:5, 34:9, 34:10, 39:3, 40:5, 40:6, 44:9, 50:11, 52:12, 53:13
**electronically** [1] - 190:23
**element** [1] - 210:6
**eliminated** [1] - 39:5
**elsewhere** [2] - 192:7, 220:5
**email** [15] - 42:2, 42:4, 42:7, 42:8, 42:10, 42:12, 42:14, 43:9, 43:15, 43:22, 45:25, 46:7, 46:8, 63:18, 90:16
**emailed** [1] - 93:8
**emails** [4] - 41:13, 41:19, 48:18, 48:21
**embargo** [1] - 20:17
**embassies** [1] - 170:5
**embassy** [2] - 25:12, 166:16
**embed** [2] - 209:20, 221:8
**embedded** [2] - 208:13, 215:4
**emblem** [6] - 47:16, 47:17, 47:18, 47:21, 47:22, 84:20
**emblematic** [1] - 195:3
**embodied** [1] - 181:17
**embodiment** [1] - 177:17
**emergency** [1] - 32:13
**emerging** [1] - 192:2
**emotional** [9] - 115:20, 145:5, 156:19, 240:3, 240:13, 243:2, 244:23, 245:20, 255:15

**emotionally** [2] - 101:17, 155:12
**emotions** [1] - 172:10
**emphasis** [1] - 188:11
**employed** [3] - 113:25, 198:15, 203:24
**employee** [4] - 22:2, 22:3, 23:15, 108:7
**employees** [18] - 16:18, 17:10, 20:6, 25:23, 38:23, 40:2, 40:23, 42:16, 42:21, 56:16, 84:23, 85:5, 85:8, 85:19, 87:11, 107:23, 191:11, 248:24
**employees'** [2] - 39:1, 45:8
**employment** [5] - 154:14, 159:2, 160:21, 204:20, 243:9
**encourage** [1] - 52:16
**encouraged** [2] - 28:15, 31:14
**encouraging** [1] - 29:4
**end** [21] - 6:18, 10:16, 22:25, 94:5, 119:16, 123:5, 131:8, 141:7, 143:21, 164:14, 166:16, 167:2, 168:7, 168:8, 169:6, 180:6, 181:18, 197:3, 197:22, 208:18, 237:12
**ended** [1] - 97:2
**endure** [1] - 122:19
**enforcement** [2] - 175:18, 183:24
**engage** [8] - 23:13, 24:18, 52:17, 95:18, 97:9, 102:7, 110:4, 232:7
**engaged** [5] - 20:25, 24:21, 29:6, 29:7, 180:6
**Engagement** [1] - 224:22
**engagement** [3] - 172:12, 216:13, 222:1
**engaging** [3] - 22:10, 96:3, 102:3
**Engineer** [2] - 211:8, 211:9
**engineer** [16] - 31:21, 41:1, 41:10,

44:1, 44:6, 44:20, 44:25, 45:20, 46:14, 46:19, 47:13, 47:14, 51:18, 248:13, 248:20
**engineer's** [1] - 43:23
**engineering** [2] - 62:4, 62:5
**Engineers** [1] - 194:23
**engineers** [9] - 21:25, 26:6, 38:12, 40:25, 43:19, 83:24, 97:13, 108:20, 110:6
**English** [8] - 28:22, 28:23, 28:25, 109:5, 124:14, 159:16, 232:23
**enlisted** [1] - 208:6
**enormous** [3] - 164:6, 165:17, 184:7
**enormously** [1] - 195:20
**ensure** [1] - 162:21
**entails** [1] - 162:20
**enter** [2] - 139:4, 159:19
**entered** [25] - 32:1, 32:19, 36:6, 36:22, 43:4, 49:6, 51:7, 54:2, 90:22, 139:16, 139:22, 139:23, 140:3, 140:13, 140:14, 169:18, 170:18, 173:18, 187:20, 191:17, 198:4, 203:14, 219:8, 239:16
**entering** [1] - 139:6
**entire** [7] - 37:15, 170:1, 187:7, 190:21, 190:22, 193:17, 201:2
**entirely** [1] - 182:8
**entities** [1] - 174:12
**entitled** [1] - 167:19
**entity** [5] - 163:11, 175:7, 185:23, 224:24, 226:12
**entrance** [2] - 79:19, 147:8
**entry** [2] - 17:16, 110:23
**envelope** [1] - 85:20
**environment** [1] - 165:18
**epidemiology** [1] - 100:12
**Episcopal** [1] - 159:14
**equal** [1] - 33:10

**equally** [1] - 188:5
**equipped** [1] - 192:2
**equivalent** [1] - 244:23
**eruption** [1] - 177:18
**escalated** [1] - 38:20
**escalating** [1] - 196:13
**escaped** [1] - 75:9
**escorted** [1] - 14:23
**especially** [5] - 33:24, 71:18, 80:24, 155:17, 197:22
**ESQ** [2] - 1:17, 1:17
**essentially** [4] - 165:5, 169:5, 181:16, 181:17
**establish** [4] - 23:10, 23:24, 176:11, 192:10
**established** [3] - 77:4, 192:21, 248:2
**ESTATE** [1] - 1:4
**estimate** [1] - 133:9
**et** [4] - 1:4, 1:8, 3:6, 9:5
**ethos** [1] - 165:21
**European** [1] - 55:12
**evening** [4] - 58:12, 60:8, 125:24, 126:11
**event** [5] - 104:9, 166:4, 244:9, 246:16, 246:17
**events** [9] - 103:13, 104:1, 171:18, 177:11, 199:20, 199:22, 226:2, 246:9, 247:14
**eventually** [18] - 22:21, 27:19, 30:15, 32:3, 59:10, 74:10, 81:19, 86:4, 86:24, 87:15, 93:6, 94:5, 96:14, 132:10, 161:12, 174:10, 178:9
**everywhere** [1] - 166:11
**EVIDENCE** [1] - 2:10
**evidence** [39] - 18:15, 32:17, 32:20, 36:4, 36:7, 36:20, 36:23, 43:2, 43:5, 49:4, 49:7, 51:5, 51:8, 53:24, 54:3, 90:19, 90:23, 146:9, 169:16, 169:19, 170:16, 170:19, 187:18, 187:21, 191:15, 191:18, 198:1, 198:5, 214:11, 218:24, 219:8, 238:2, 239:16,

241:9, 241:16, 246:14, 246:22, 247:24, 254:17
**evil** [2] - 104:10, 252:22
**evolve** [1] - 110:12
**exact** [2] - 133:3, 211:3
**exactly** [8] - 26:18, 39:12, 99:14, 123:25, 143:13, 143:15, 199:16, 202:7
**exam** [1] - 97:24
**EXAMINATION** [4] - 9:12, 105:23, 158:25, 203:18
**examine** [1] - 48:19
**example** [7] - 10:1, 62:6, 71:22, 93:2, 156:11, 163:3, 173:14
**examples** [1] - 204:24
**exams** [2] - 97:23, 98:7
**except** [3] - 7:16, 26:5, 85:8
**exception** [1] - 174:16
**excerpts** [1] - 190:25
**exchange** [13] - 20:19, 73:5, 74:19, 74:20, 74:22, 130:18, 131:1, 131:6, 132:11, 132:14, 135:3, 135:8, 155:10
**exchanged** [2] - 48:21, 100:23
**excited** [2] - 56:9, 249:16
**excluded** [1] - 222:2
**excuse** [5] - 27:24, 36:9, 63:14, 197:8, 255:24
**excused** [7] - 7:2, 82:9, 104:20, 158:20, 203:2, 237:24, 256:15
**execute** [3] - 135:3, 184:11, 195:5
**execution** [1] - 188:25
**execution-style** [1] - 188:25
**executive** [1] - 181:16
**Executive** [1] - 180:21
**exert** [1] - 186:8
**exhibit** [13] - 8:8, 31:17, 32:17, 36:4, 36:20, 41:14, 41:24,

51:5, 170:16, 187:7, 187:18, 198:2, 218:3
**Exhibit** [81] - 2:11, 2:12, 2:12, 2:13, 2:13, 2:14, 2:14, 2:15, 2:15, 2:16, 2:16, 2:17, 2:17, 2:18, 2:18, 31:17, 32:19, 35:8, 35:9, 36:6, 36:9, 36:10, 36:11, 36:16, 36:22, 41:11, 41:12, 43:2, 43:4, 43:8, 45:24, 46:4, 46:5, 48:17, 48:18, 48:20, 49:3, 49:6, 49:10, 50:12, 50:14, 50:15, 51:7, 51:14, 53:16, 53:18, 54:2, 90:6, 90:7, 90:20, 90:22, 167:17, 167:18, 167:19, 168:15, 169:16, 169:18, 169:21, 170:9, 170:13, 170:18, 187:6, 187:11, 187:14, 187:20, 190:21, 190:25, 191:14, 191:17, 197:7, 197:8, 198:4, 198:10, 218:25, 219:7, 219:12, 225:7, 226:13, 226:19, 239:15
**Exhibits** [8] - 205:25, 217:21, 217:22, 218:7, 218:23, 219:4, 224:21, 238:2
**EXHIBITS** [1] - 2:10
**exhibits** [11] - 7:25, 41:23, 167:16, 205:24, 217:10, 224:3, 224:5, 224:10, 224:12, 239:12, 239:20
**exiled** [1] - 182:5
**existed** [1] - 87:24
**existing** [1] - 228:10
**exiting** [1] - 210:1
**expand** [3] - 65:3, 65:24, 227:25
**expanded** [1] - 22:3
**expect** [3] - 58:1, 70:15, 141:12
**expected** [5] - 34:20, 110:18, 110:20, 130:20, 225:3
**expecting** [1] - 101:22
**expedited** [1] - 95:1
**expensive** [1] - 63:4

**Experience** [1] - 167:20
**experience** [10] - 156:15, 157:6, 167:6, 191:5, 194:18, 210:9, 210:19, 222:9, 223:21
**experiences** [2] - 165:13, 172:24
**expert** [14] - 6:7, 159:7, 159:11, 174:2, 174:18, 205:6, 205:10, 205:16, 206:5, 210:11, 218:14, 224:11, 238:5, 238:24
**expertise** [3] - 204:8, 204:15, 207:21
**experts** [11] - 5:19, 6:2, 7:1, 7:21, 14:3, 238:19, 239:2, 247:3, 247:11, 251:6
**explain** [15] - 10:8, 15:6, 17:8, 18:12, 26:14, 44:3, 87:22, 101:16, 159:13, 166:9, 175:5, 175:15, 176:5, 193:7, 205:17
**explained** [4] - 115:8, 119:1, 214:20, 250:7
**explaining** [4] - 71:6, 115:3, 115:12, 121:11
**exploded** [1] - 168:7
**explosive** [1] - 221:1
**explosively** [1] - 221:2
**export** [2] - 20:4, 193:9
**export-import** [1] - 20:4
**exposed** [1] - 52:6
**expressed** [2] - 118:3, 118:13
**expressing** [1] - 194:24
**extensive** [1] - 192:6
**extensively** [1] - 113:3
**extent** [1] - 176:6
**extra** [2] - 108:15, 108:16
**extract** [1] - 209:21
**extrajudicial** [2] - 212:13, 231:18
**extremist** [1] - 188:12
**extremists** [3] - 188:4, 189:13, 189:18
**eye** [2] - 125:8, 147:16

**eyes** [3] - 189:24, 233:24, 233:25

**F**

**F-A-Q-I-H** [1] - 228:21
**face** [6] - 81:10, 81:14, 119:11, 146:21, 147:15, 148:11
**faces** [2] - 155:18, 155:20
**facilitate** [1] - 220:13
**facilitated** [1] - 227:8
**fact** [25] - 6:3, 6:5, 7:12, 14:8, 19:23, 32:3, 40:23, 88:16, 119:8, 140:6, 158:3, 194:13, 217:17, 222:11, 225:16, 234:8, 241:4, 246:14, 246:24, 248:1, 248:6, 252:5, 252:7, 253:9, 254:15
**fact-specific** [1] - 246:14
**factions** [1] - 174:20
**factor** [2] - 246:7, 246:8
**factories** [1] - 57:6
**factors** [1] - 245:6
**factory** [1] - 129:3
**facts** [4] - 6:11, 170:12, 191:10, 197:15
**Fahrenheit** [1] - 34:4
**fail** [1] - 249:6
**failed** [2] - 40:12, 205:9
**failure** [1] - 141:20
**fainting** [1] - 148:21
**fair** [3] - 157:22, 254:18, 254:19
**faith** [2] - 19:7, 240:11
**fall** [6] - 33:13, 40:20, 194:21, 208:24, 210:14, 228:16
**familiar** [6] - 77:1, 146:3, 175:13, 206:2, 210:20, 217:23
**families** [7] - 81:25, 88:8, 110:7, 112:11, 112:15, 147:25, 229:6
**family** [76] - 5:3, 5:7, 5:12, 11:10, 13:16, 15:24, 16:8, 16:10, 16:14, 17:24, 18:1,

18:2, 18:3, 22:15, 38:13, 42:20, 44:18, 44:23, 45:2, 45:15, 51:23, 52:14, 60:20, 64:7, 65:7, 65:22, 73:6, 73:11, 73:20, 73:24, 76:25, 85:7, 85:14, 86:11, 86:18, 87:1, 87:8, 88:20, 88:24, 89:10, 89:11, 92:25, 93:5, 100:18, 101:13, 103:8, 104:2, 111:13, 111:16, 111:22, 112:3, 124:3, 130:14, 132:23, 143:5, 144:20, 147:22, 151:2, 151:23, 152:12, 152:17, 153:22, 153:24, 155:23, 156:8, 156:10, 238:22, 242:24, 243:19, 248:25, 252:22, 253:1, 253:14, 254:15, 254:20

**family's** [4] - 44:10, 112:4, 112:5, 150:17
**famous** [5] - 18:14, 21:22, 68:4, 147:2, 158:4
**fancy** [1] - 119:25
**Faqih** [1] - 228:14
**far** [6] - 121:23, 144:18, 151:5, 183:11, 228:1, 232:2
**far-reaching** [1] - 183:11
**Farsi** [2] - 232:17, 232:22
**fashion** [1] - 151:11
**fast** [9] - 14:11, 140:4, 140:22, 217:4, 217:12, 237:11, 249:14, 249:16
**fast-forward** [1] - 217:4
**faster** [1] - 14:11
**fateful** [3] - 177:11, 181:23, 181:24
**Father** [1] - 17:11
**father** [88] - 16:2, 16:7, 16:14, 17:2, 20:3, 20:4, 20:13, 21:9, 22:14, 25:16, 28:5, 28:6, 35:5, 38:4, 41:21, 43:10, 43:23, 45:25, 46:7, 46:18, 46:23, 54:6, 54:22, 55:17, 55:22, 55:25,

57:2, 57:8, 57:12, 58:1, 58:2, 58:6, 59:17, 59:20, 60:7, 62:15, 64:18, 65:8, 66:6, 67:1, 69:15, 73:5, 74:7, 75:3, 75:12, 79:11, 81:19, 101:20, 106:21, 108:13, 109:3, 109:11, 111:5, 111:9, 112:7, 112:9, 112:19, 112:23, 114:7, 124:25, 126:5, 126:13, 126:17, 126:21, 126:22, 126:25, 127:1, 127:14, 127:17, 128:1, 128:2, 128:16, 129:24, 130:8, 130:10, 131:3, 135:4, 146:20, 147:23, 152:18, 155:7, 214:12, 216:3, 240:7, 248:7, 249:25, 253:11
**father's** [25] - 15:24, 20:1, 20:14, 63:20, 67:10, 68:12, 71:7, 72:11, 79:2, 79:21, 80:7, 83:12, 84:6, 101:12, 103:1, 103:2, 104:1, 107:13, 107:16, 108:21, 149:2, 149:10, 152:16, 222:6, 240:18
**favor** [4] - 23:15, 73:20, 74:1, 228:14
**fear** [2] - 123:4, 198:23
**feared** [1] - 199:4
**fears** [1] - 199:3
**February** [4] - 43:22, 167:8, 196:18
**federal** [13] - 88:2, 208:22, 227:11, 242:25, 243:20, 243:23, 244:20, 244:24, 245:17, 255:4, 255:12, 255:16, 255:21
**feet** [4] - 141:21, 141:22, 141:23
**fell** [3] - 140:7, 140:9, 158:12
**fellow** [3] - 204:1, 204:2, 204:7
**fellowships** [1] - 205:13
**felt** [12] - 130:15, 132:14, 136:19, 137:25, 143:19,

156:14, 156:19, 156:20, 157:20, 157:22, 240:14
**fence** [6] - 138:19, 138:20, 138:25, 142:9, 148:8
**ferret** [2] - 163:22, 165:14
**few** [17] - 32:7, 42:13, 45:5, 62:22, 63:22, 64:9, 73:10, 84:12, 100:4, 119:25, 120:6, 151:8, 151:16, 160:16, 171:14, 177:14, 252:18
**fiancée** [2] - 89:9, 89:14
**field** [2] - 94:8, 102:6
**fifth** [2] - 221:19, 221:21
**fight** [5] - 75:15, 95:23, 165:6, 178:19, 179:1
**fighters** [1] - 180:4
**figure** [6] - 60:22, 61:17, 83:3, 129:1, 131:21, 172:4
**filed** [2] - 103:8, 238:5
**files** [2] - 71:4, 71:8
**fill** [1] - 101:20
**filling** [1] - 225:25
**filter** [1] - 103:22
**final** [6] - 29:23, 56:3, 56:10, 57:7, 130:25
**finalize** [3] - 57:3, 57:24, 114:9
**finally** [5] - 132:16, 143:2, 156:20, 156:21, 254:21
**Finance** [3] - 171:25, 214:5, 235:23
**finances** [1] - 128:14
**financial** [4] - 38:12, 52:1, 55:13, 163:7
**financially** [3] - 127:10, 152:23, 152:24
**findings** [2] - 174:11, 241:3
**fine** [11] - 4:9, 5:11, 6:4, 7:22, 14:6, 14:20, 49:15, 134:15, 134:16, 211:24, 224:11
**fingernails** [1] - 76:18
**fingerprint** [2] - 76:8, 76:16

**fingers** [1] - 76:18
**finish** [12] - 15:19, 33:9, 33:11, 37:13, 37:15, 38:1, 68:23, 84:5, 105:13, 107:25, 133:13, 142:21
**finished** [3] - 95:7, 96:24, 114:5
**fire** [3] - 220:24, 220:25, 227:9
**fired** [1] - 166:6
**firepower** [1] - 184:8
**first** [101] - 9:2, 9:18, 10:10, 11:2, 15:25, 16:23, 20:2, 20:3, 23:5, 23:17, 24:9, 24:11, 25:9, 25:10, 26:9, 31:8, 32:17, 37:11, 37:17, 37:19, 37:24, 43:8, 43:15, 45:18, 45:24, 46:3, 46:4, 49:11, 49:17, 53:10, 54:9, 58:18, 60:15, 62:9, 63:18, 71:25, 77:22, 86:9, 86:20, 86:21, 90:10, 91:10, 91:12, 93:12, 93:22, 96:16, 97:7, 101:22, 109:16, 111:3, 111:6, 111:15, 111:25, 112:2, 112:3, 112:20, 116:12, 116:17, 118:2, 118:12, 118:19, 121:21, 122:2, 122:11, 126:2, 126:16, 126:18, 126:20, 128:10, 128:11, 139:23, 140:24, 142:17, 144:24, 145:5, 146:21, 154:15, 156:12, 156:18, 160:19, 160:24, 161:4, 162:16, 162:19, 164:13, 167:8, 167:22, 168:4, 169:5, 175:8, 184:3, 188:1, 201:8, 204:17, 219:13, 221:19, 248:1, 248:12, 253:9
**firstborn** [1] - 109:14
**fit** [4] - 7:14, 7:16, 29:11
**fits** [1] - 7:21
**fitted** [1] - 78:2
**five** [10] - 97:11, 125:22, 152:4, 166:14, 166:21, 202:16, 218:19,

222:19, 222:21, 237:11
**five-minute** [1] - 237:11
**five-square-mile** [2] - 166:14, 166:21
**fix** [1] - 34:24
**flag** [3] - 71:1, 221:22, 250:16
**flashbacks** [1] - 102:25
**fled** [2] - 32:3, 32:8
**floor** [2] - 221:20, 221:21
**floors** [1] - 221:19
**fluent** [1] - 109:5
**fluently** [1] - 94:12
**focus** [5] - 64:16, 108:24, 109:3, 204:10, 253:16
**focused** [12] - 38:9, 97:22, 109:9, 155:4, 163:9, 186:24, 193:12, 194:15, 208:10, 239:23, 247:21, 247:22
**focusing** [2] - 33:21, 176:24
**folder** [2] - 36:13, 158:4
**folks** [3] - 72:2, 184:1, 250:8
**follow** [2] - 86:24, 133:3
**followed** [6] - 28:19, 39:6, 39:7, 136:20, 140:2, 215:1
**following** [12] - 14:24, 48:4, 82:11, 83:11, 133:24, 137:14, 174:18, 202:22, 203:15, 208:9, 210:13, 237:19
**followup** [1] - 133:13
**foment** [2] - 177:3, 192:15
**fomented** [1] - 165:17
**fomenting** [1] - 176:19
**foot** [4] - 138:6, 139:16, 214:19, 227:12
**FOR** [3] - 1:1, 1:17, 2:4
**Force** [25] - 23:21, 159:19, 159:25, 160:4, 175:13, 175:15, 175:20, 176:18, 179:5,

180:20, 192:8,
192:17, 192:21,
193:6, 193:9, 198:10,
201:10, 201:14,
205:4, 215:9, 215:15,
223:12, 224:22,
226:10, 247:8
 **force** [9] - 62:7,
63:25, 104:10,
200:13, 201:25,
212:15, 213:25,
214:2, 216:13
 **forced** [2] - 200:3,
211:4
 **forces** [10] - 67:19,
184:10, 185:24,
200:24, 208:21,
208:24, 210:2, 227:21
 **Forces** [3] - 22:22,
171:7, 226:22
 **foregoing** [1] - 257:4
 **foreign** [7] - 40:20,
61:2, 173:24, 204:6,
205:21, 244:11, 250:8
 **Foreign** [2] - 174:16,
255:12
 **foreigner** [1] -
250:20
 **foreigners** [2] -
70:23, 71:17
 **foremen** [2] - 21:25,
85:13
 **foremost** [1] - 175:9
 **forensic** [2] - 76:23,
146:9
 **foreseeable** [1] -
246:10
 **forget** [3] - 16:24,
103:3, 223:3
 **forgive** [2] - 53:15,
141:20
 **form** [6] - 176:15,
176:16, 187:15,
197:11, 215:5, 221:1
 **formally** [1] - 224:7
 **format** [1] - 167:11
 **formed** [6] - 21:14,
144:16, 178:3, 221:2,
224:9, 236:15
 **former** [4] - 171:9,
207:5, 216:7, 228:5
 **formerly** [1] - 223:1
 **forming** [1] - 218:15
 **forms** [2] - 177:12,
190:3
 **Fort** [1] - 96:10
 **forth** [1] - 19:4
 **fortunate** [1] - 16:24
 **fortunes** [1] - 168:5
 **forward** [4] - 38:19,

45:4, 209:19, 217:4
 **fought** [2] - 179:2,
247:8
 **foundation** [2] -
90:12, 197:25
 **founded** [1] - 247:5
 **founder** [2] - 178:14,
201:13
 **founders** [1] - 247:6
 **four** [18] - 6:14,
10:24, 17:24, 51:1,
61:5, 72:21, 73:10,
115:15, 125:22,
140:21, 152:3, 152:4,
159:19, 160:11,
167:23, 222:19, 250:2
 **fourth** [3] - 131:23,
221:19, 238:17
 **fractures** [1] - 80:23
 **frame** [11] - 15:2,
15:7, 19:2, 19:3,
19:22, 21:24, 52:19,
181:12, 190:18,
190:19, 196:12
 **frankly** [1] - 6:21
 **fraud** [2] - 163:22,
165:15
 **free** [1] - 135:4
 **frequent** [1] - 34:6
 **fresh** [1] - 208:19
 **freshly** [1] - 157:2
 **Friday** [14] - 64:20,
65:3, 67:6, 67:9,
116:13, 118:7,
118:10, 118:11,
120:6, 120:8, 120:14,
120:19, 120:23,
126:18
 **friend** [25] - 16:15,
16:17, 17:2, 54:8,
54:24, 56:13, 56:19,
57:14, 57:23, 58:16,
59:3, 76:23, 77:23,
78:12, 79:13, 90:9,
90:15, 92:21, 128:25,
149:7, 156:24,
156:25, 201:13, 217:7
 **friend's** [2] - 58:14,
58:24
 **friendly** [5] - 57:14,
158:14, 172:12,
222:24, 223:4
 **friends** [1] - 73:11,
81:25, 100:18,
109:15, 116:22,
129:14, 129:16,
147:22, 179:4,
228:22, 247:7
 **front** [20] - 30:21,
51:25, 78:6, 79:10,

79:13, 80:24, 91:2,
138:11, 138:14,
138:23, 139:1, 139:3,
139:14, 140:5, 142:9,
142:11, 164:4, 185:4,
205:23, 217:22
 **frost** [1] - 174:6
 **Fulbright** [7] - 28:16,
28:18, 29:3, 29:10,
29:12, 29:17, 100:10
 **fulfill** [3] - 95:3,
95:19, 253:12
 **fulfilled** [1] - 95:5
 **full** [14] - 4:3, 4:6,
9:18, 103:11, 105:16,
106:1, 106:3, 107:3,
107:18, 113:10,
118:20, 154:11,
199:3, 257:5
 **full-time** [3] - 107:18,
113:10, 154:11
 **fuller** [1] - 256:7
 **fully** [2] - 125:7,
172:13
 **fun** [1] - 121:9
 **functioning** [1] -
189:5
 **fund** [1] - 74:6
 **funds** [2] - 162:22,
163:21
 **funeral** [4] - 79:4,
147:24, 149:14, 150:5
 **funneled** [1] - 234:9
 **furniture** [4] - 89:1,
92:8, 92:18, 114:12
 **future** [4] - 29:11,
102:18, 103:23,
167:13

## G

 **gain** [2] - 94:22,
100:10
 **gained** [2] - 31:12,
95:2
 **game** [1] - 122:21
 **games** [1] - 125:6
 **gang** [3] - 61:1,
119:18, 124:1
 **gangs** [2] - 119:20,
119:21
 **gap** [1] - 94:17
 **gaps** [1] - 94:10
 **garage** [1] - 148:9
 **garden** [1] - 91:3
 **gas** [1] - 226:1
 **gates** [1] - 148:9
 **gather** [1] - 125:16
 **gathered** [1] - 115:24

**gathering** [2] -
149:12, 150:16
 **gears** [1] - 216:9
 **general** [24] - 36:17,
56:10, 146:4, 160:15,
160:17, 161:1, 161:4,
161:5, 161:13,
162:18, 164:5,
164:11, 165:3, 165:4,
167:25, 171:7, 173:3,
173:21, 175:22,
179:10, 199:22,
246:22, 246:24, 247:2
 **General** [9] - 51:15,
171:4, 206:24, 207:4,
212:17, 213:5,
213:13, 216:13,
225:21
 **General's** [1] - 161:2
 **general's** [1] - 164:1
 **generally** [4] - 5:5,
162:19, 201:10,
205:17, 206:14,
206:19, 225:1,
246:19, 247:17
 **generals** [1] - 213:3
 **generate** [1] - 198:24
 **generated** [2] -
172:19, 196:24
 **generation** [1] -
103:24
 **generators** [2] -
52:12, 139:13
 **generous** [2] - 16:11,
109:24
 **gentle** [2] - 16:11,
172:21
 **gentleman** [11] -
111:8, 123:14,
123:16, 125:3,
131:24, 137:13,
140:23, 141:1, 144:1,
200:25, 216:3
 **gentlemen** [3] -
179:3, 179:7, 179:12
 **genuine** [1] - 103:12
 **geographical** [1] -
55:4
 **George** [2] - 161:3,
207:15
 **German** [2] - 55:11,
124:14
 **Germany** [1] - 160:7
 **given** [13] - 32:3,
39:2, 46:19, 95:13,
95:16, 99:15, 111:4,
138:7, 172:11, 182:1,
187:8, 222:4, 240:14
 **glimpse** [1] - 204:17
 **global** [1] - 180:21

**Global** [3] - 97:18,
97:21, 155:1
 **goal** [6] - 29:20,
38:1, 40:16, 61:15,
64:16, 253:21
 **goals** [4] - 29:11,
215:22, 229:23,
229:24
 **God** [2] - 18:17,
131:14
 **gonna** [13] - 63:23,
87:14, 122:19,
126:10, 128:21,
131:2, 137:16,
138:14, 141:6,
150:11, 150:15,
150:17
 **good-bye** [5] -
130:15, 136:24,
147:25, 148:3, 148:4
 **goods** [1] - 22:6
 **Google** [1] - 68:6
 **governance** [1] -
24:15
 **governed** [2] - 254:7,
254:11
 **government** [51] -
24:14, 24:15, 24:17,
25:19, 26:9, 26:10,
26:22, 27:4, 27:8,
30:6, 32:1, 32:6,
39:21, 42:2, 62:6,
104:11, 107:23,
108:7, 108:8, 108:23,
108:25, 113:25,
114:1, 166:17,
166:18, 169:13,
170:12, 181:19,
183:4, 188:3, 191:11,
195:23, 196:6,
196:13, 196:25,
204:3, 209:14,
209:25, 210:1, 210:7,
210:13, 213:21,
213:23, 214:1, 216:5,
217:18, 233:1,
233:11, 243:5, 245:17
 **governments** [2] -
27:3, 61:2
 **Governor** [1] -
173:20
 **governor** [1] - 161:3
 **grab** [1] - 113:18
 **grabbed** [1] - 149:15
 **graduate** [1] - 96:22
 **graduated** [2] - 12:9,
13:2, 76:24
 **graduating** [1] -
96:21
 **graduation** [2] -

12:10, 160:22
**graffiti** [1] - 92:14
**grandfather** [2] - 112:7, 152:18
**grandfather's** [1] - 10:15
**grandfathers** [1] - 152:16
**grandkids** [3] - 112:11, 112:18, 152:15
**grandson** [4] - 152:9, 240:3, 240:15, 255:10
**grant** [1] - 94:25
**granted** [2] - 3:24, 30:23
**graphs** [1] - 170:4
**grave** [1] - 172:19
**gravels** [1] - 22:7
**great** [7] - 5:17, 16:17, 16:18, 20:23, 182:18, 194:24, 219:9
**greater** [1] - 247:15
**greatest** [2] - 188:11, 252:24
**green** [1] - 91:19
**Green** [9] - 25:7, 25:11, 25:13, 26:19, 38:2, 164:18, 164:19, 166:12, 166:13
**grenades** [1] - 227:23
**grew** [3] - 16:10, 21:13, 206:17
**grid** [11] - 33:22, 34:6, 34:9, 34:10, 34:24, 40:3, 40:5, 44:9, 195:15, 195:25, 252:6
**grip** [1] - 149:16
**ground** [11] - 29:7, 39:6, 45:21, 61:12, 140:7, 141:11, 141:14, 197:15, 199:14, 225:15, 247:14
**grounds** [2] - 189:20, 255:22
**group** [7] - 84:17, 97:20, 131:19, 147:23, 150:1, 154:25, 175:16
**Group** [2] - 97:19, 155:1
**groups** [14] - 19:11, 40:2, 52:8, 76:2, 86:11, 87:23, 176:21, 181:3, 189:2, 189:16, 195:17, 209:24,

219:22, 221:9
**Groups** [5] - 192:18, 192:23, 192:25, 195:10, 219:20
**grow** [7] - 16:7, 17:17, 20:8, 20:9, 21:18, 112:10, 254:12
**gruesome** [2] - 250:24, 252:25
**Guard** [3] - 175:7, 234:17
**guards** [1] - 110:5
**guess** [6] - 91:25, 101:3, 169:22, 223:3, 242:16, 251:23
**guessing** [1] - 232:18
**guidance** [1] - 156:24
**Gulf** [2] - 124:21, 194:23
**gun** [3] - 140:25, 141:3, 141:4
**guy** [6] - 16:16, 54:10, 54:25, 78:2, 221:22, 235:18
**guys** [3] - 59:6, 119:8, 234:1

## H

**H.R** [1] - 207:4
**Hadi** [18] - 178:4, 178:14, 201:13, 212:22, 212:24, 213:2, 213:5, 213:14, 217:13, 226:15, 226:16, 227:21, 227:25, 228:5, 229:16, 230:5, 230:11, 233:16
**Haider** [1] - 173:17
**Haifa** [2] - 184:20, 185:3
**Hakim** [4] - 213:20, 222:25, 229:14
**Hakim's** [1] - 229:9
**half** [5] - 118:25, 138:22, 141:19, 161:1, 203:9
**hall** [1] - 14:1
**hallway** [4] - 77:5, 77:17, 203:5, 221:17
**handcuffed** [1] - 212:9
**handle** [6] - 8:10,

35:1, 35:4, 66:15, 66:18, 79:10
**handled** [2] - 64:22, 64:23
**hands** [10] - 64:17, 72:5, 130:3, 132:8, 172:14, 172:16, 176:23, 189:24, 232:1
**hang** [5] - 75:1, 121:10, 123:7, 126:5, 136:2
**hanging** [1] - 123:2
**happy** [4] - 96:2, 103:13, 112:8, 233:10
**Haq** [1] - 215:1
**hard** [12] - 30:10, 51:22, 66:8, 73:19, 80:5, 81:2, 101:18, 122:1, 124:15, 133:9, 146:19, 253:17
**Hard** [4] - 167:19, 168:17, 168:25, 170:3
**hardest** [4] - 121:21, 140:4, 145:4, 147:6
**hardworking** [1] - 109:25
**harm** [1] - 205:5
**harming** [1] - 95:24
**harsh** [2] - 71:16, 124:13
**Hashad** [1] - 230:6
**HASHAD** [1] - 230:10
**head** [13] - 27:7, 27:19, 28:7, 81:8, 141:17, 142:7, 147:6, 147:7, 147:9, 212:10, 227:22, 247:7, 255:11
**headfirst** [1] - 23:12
**heading** [1] - 38:21
**headquarters** [6] - 48:8, 67:14, 83:19, 88:12, 110:3, 149:21
**heads** [1] - 134:7
**health** [10] - 12:20, 29:6, 29:13, 99:17, 99:21, 99:22, 99:23, 100:12, 146:15, 189:19
**Health** [5] - 154:22, 173:22, 189:17, 213:20, 234:14
**health-associated** [3] - 99:17, 99:21, 99:23
**healthcare** [2] - 154:20, 189:12
**healthy** [2] - 24:17
**hear** [17] - 5:13, 6:3, 6:5, 60:17, 62:20, 65:13, 65:25, 117:10,

121:17, 122:1, 122:14, 122:15, 122:21, 123:18, 123:22, 142:7, 253:20
**heard** [13] - 65:16, 66:4, 66:6, 113:3, 121:25, 122:10, 122:12, 139:17, 179:11, 190:8, 212:10, 242:1, 253:8
**hearing** [6] - 5:20, 30:20, 65:18, 190:1, 254:19, 256:5
**hearings** [1] - 164:15
**heart** [2] - 101:19, 102:3
**heavily** [2] - 184:6, 214:15
**heavy** [1] - 184:7
**hegemony** [2] - 186:9, 196:5
**held** [3] - 110:20, 193:5, 234:20
**helmets** [1] - 166:23
**help** [41] - 15:22, 23:9, 45:4, 45:11, 45:12, 54:11, 61:14, 62:24, 64:7, 64:10, 71:1, 71:4, 71:6, 86:17, 94:11, 94:17, 96:7, 97:20, 97:23, 103:14, 104:11, 112:10, 116:5, 128:8, 128:12, 128:13, 128:18, 130:5, 130:6, 155:1, 162:6, 163:18, 187:14, 194:10, 196:17, 197:11, 232:13, 249:20, 253:21, 253:22
**helped** [2] - 93:9, 100:19
**helpful** [2] - 6:18, 6:21
**helping** [1] - 120:12
**hereby** [1] - 257:3
**Hezbollah** [16] - 176:22, 177:24, 178:5, 178:6, 192:5, 192:9, 206:16, 214:8, 215:2, 215:16, 215:17, 215:19, 220:3, 220:18, 228:7, 234:11
**hi** [1] - 110:3
**hid** [1] - 143:8
**hidden** [1] - 42:16
**hide** [1] - 251:18
**High** [1] - 159:15
**high** [8] - 21:23,

23:25, 25:16, 100:1, 138:3, 138:21, 159:14, 252:4
**high-profile** [1] - 252:4
**high-quality** [1] - 100:1
**higher** [3] - 72:16, 72:17, 110:20
**highest** [1] - 177:7
**highlighted** [1] - 34:17
**himself** [6] - 20:6, 22:14, 22:16, 25:24, 30:20, 47:14
**hindered** [1] - 195:20
**hindsight** [1] - 251:12
**hired** [1] - 22:4
**historians** [1] - 182:18
**history** [8] - 21:12, 77:14, 169:5, 174:21, 190:16, 204:21, 206:6, 251:6
**hit** [5] - 76:17, 81:2, 122:13, 140:6, 180:12
**hits** [1] - 81:3
**hitting** [1] - 122:22
**HOFFMAN** [70] - 1:17, 3:2, 104:21, 104:23, 105:1, 105:5, 105:11, 105:17, 105:19, 105:24, 111:18, 118:1, 121:15, 132:9, 133:5, 133:15, 133:18, 133:22, 134:1, 134:7, 134:11, 134:18, 134:21, 134:24, 135:1, 136:5, 143:11, 150:24, 157:7, 158:17, 203:3, 203:7, 203:12, 203:19, 210:9, 210:16, 211:22, 212:1, 212:2, 217:16, 218:5, 218:6, 218:23, 219:5, 219:9, 219:10, 224:2, 224:5, 224:14, 224:17, 224:18, 228:23, 229:21, 231:2, 237:6, 237:25, 238:4, 238:9, 238:12, 238:16, 238:20, 238:24, 239:5, 239:10, 239:13, 239:19, 240:21, 240:24, 255:8, 256:16
**Hoffman** [1] - 3:16

**hold** [5] - 8:16, 43:24, 138:2, 138:3, 234:7
**hole** [1] - 81:24
**holes** [1] - 76:13
**holy** [1] - 196:22
**home** [37] - 56:18, 56:21, 57:9, 57:18, 57:19, 57:20, 58:2, 58:3, 58:6, 58:8, 65:1, 79:24, 80:1, 80:3, 80:15, 81:13, 85:6, 86:8, 86:9, 88:8, 91:23, 100:20, 110:15, 110:17, 114:5, 115:9, 127:6, 131:3, 147:11, 150:7, 153:14, 153:16, 156:21, 158:15, 222:24, 223:5
**homeland** [2] - 124:12, 124:21
**honest** [6] - 38:25, 60:8, 73:24, 75:4, 144:4, 156:14
**honestly** [3] - 110:11, 118:20, 146:21
**honesty** [1] - 240:17
**honor** [3] - 103:20, 150:11, 151:12
**Honor** [61] - 3:2, 3:13, 3:15, 3:20, 5:22, 6:12, 7:23, 8:20, 13:23, 14:2, 32:16, 32:21, 36:3, 36:19, 36:24, 43:1, 43:6, 49:4, 51:4, 53:25, 63:12, 82:1, 83:1, 83:9, 104:14, 104:21, 133:5, 133:22, 134:1, 134:2, 158:19, 158:23, 162:4, 162:12, 169:15, 170:15, 174:17, 175:1, 187:17, 187:22, 191:14, 198:1, 203:3, 210:9, 218:23, 219:9, 224:2, 237:25, 238:12, 239:21, 240:11, 240:21, 240:24, 247:21, 249:11, 250:23, 252:16, 254:15, 255:6, 255:25, 256:12
**HONORABLE** [1] - 1:12
**honorably** [2] - 95:12, 95:13

**honoring** [1] - 150:21
**hope** [2] - 104:11, 182:25
**hoped** [3] - 135:4, 192:6, 236:12
**hopefully** [3] - 102:24, 103:23, 155:5
**hoping** [4] - 119:25, 123:8, 144:9, 182:23
**Hopkins** [1] - 12:20, 100:8, 100:13
**horrendous** [2] - 184:22, 252:21
**horrible** [4] - 123:1, 155:21, 197:3
**Hospital** [1] - 107:6
**hospital** [19] - 13:4, 15:11, 15:12, 58:21, 59:1, 59:8, 99:18, 99:19, 100:3, 100:4, 101:25, 107:7, 112:5, 114:1, 146:8, 146:10, 154:5, 154:16, 155:24
**hospitals** [3] - 59:8, 76:1, 108:10
**hostage** [1] - 65:8
**hotdog** [1] - 94:3
**hotdogs** [1] - 93:24
**hotel** [1] - 26:19
**hour** [6] - 60:9, 104:24, 105:16, 114:5, 203:8, 203:9
**hours** [7] - 15:13, 15:15, 15:17, 107:17, 107:24, 217:1
**house** [62] - 13:7, 13:8, 18:1, 24:25, 26:18, 28:11, 30:1, 30:25, 48:3, 85:8, 85:21, 88:23, 89:18, 89:21, 89:22, 90:2, 90:4, 91:3, 91:22, 92:12, 92:22, 103:11, 111:7, 111:23, 112:4, 112:6, 114:10, 114:11, 115:22, 132:24, 135:7, 135:17, 138:25, 139:1, 139:2, 139:24, 142:10, 142:12, 142:13, 142:14, 142:17, 142:18, 142:24, 143:2, 143:14, 143:16, 143:17, 145:6, 145:8, 145:10, 147:24, 148:3, 148:9, 150:6, 156:17, 156:18
**House** [5] - 99:2,

99:6, 160:13, 233:15, 235:8
**House's** [1] - 162:1
**housed** [2] - 166:8, 166:18
**housekeeping** [1] - 237:25
**houses** [10] - 22:16, 25:20, 138:11, 138:19, 139:3, 139:11, 139:13, 145:9, 147:19, 254:5
**Housing** [5] - 25:23, 26:25, 27:9, 27:21, 171:24
**Hudson** [6] - 203:25, 204:2, 205:12, 207:16, 207:22, 233:3
**huge** [2] - 33:24, 85:2
**hugging** [1] - 228:5
**Human** [4] - 173:22, 186:24, 187:9, 187:12
**human** [3] - 102:2, 186:21, 188:5
**humanitarian** [1] - 20:20
**hundred** [1] - 184:13
**hundreds** [2] - 188:24, 190:7
**hurry** [1] - 86:10
**hurt** [5] - 86:2, 121:25, 128:3, 232:14
**husband** [1] - 10:11
**Hussein** [9] - 19:19, 22:12, 174:19, 177:14, 182:22, 198:24, 210:14, 215:11, 228:11
**hysteria** [1] - 81:16

## I

**ID** [3] - 78:24, 79:1, 234:14
**Idaho** [13] - 96:14, 96:25, 97:1, 97:4, 97:9, 97:10, 97:18, 97:21, 98:1, 98:2, 98:25, 155:1
**idea** [6] - 5:7, 29:15, 40:10, 53:8, 58:18, 58:22
**identification** [2] - 41:12, 50:14
**identified** [2] - 39:25, 167:16
**identify** [11] - 3:7, 25:13, 47:17, 60:11,

83:5, 84:21, 216:1, 216:14, 220:15, 220:16, 233:14
**identifying** [2] - 134:12, 163:14
**identity** [3] - 119:15, 124:7, 125:1
**IDs** [2] - 32:14, 78:24
**IEDs** [1] - 227:10
**IG** [2] - 165:21, 166:4
**ignited** [1] - 196:23
**ignored** [1] - 236:12
**II** [1] - 197:8
**IIED** [1] - 255:5
**illegal** [3] - 153:10, 154:3, 173:1
**illustrate** [1] - 162:6
**imagine** [4] - 121:23, 122:24, 250:25, 252:25
**imaging** [1] - 103:4
**immediately** [3] - 119:17, 144:11, 173:7
**Immunities** [2] - 174:16, 255:12
**impact** [6] - 101:12, 101:16, 103:7, 103:9, 104:2, 228:25
**impacted** [3] - 155:12, 155:14, 166:6
**impacts** [1] - 228:2
**imparted** [1] - 220:21
**impatient** [1] - 139:18
**implies** [1] - 244:5
**import** [1] - 20:4
**important** [15] - 21:16, 32:10, 32:14, 34:1, 79:2, 164:25, 165:7, 165:14, 167:3, 167:5, 181:2, 191:22, 242:14, 246:1, 256:4
**importantly** [1] - 170:3
**imported** [1] - 166:5
**impose** [1] - 23:21
**imposed** [2] - 20:17, 78:17
**impossible** [1] - 119:6
**impressed** [1] - 31:4
**impression** [1] - 40:12
**improve** [1] - 163:13
**improvement** [1] - 163:9
**improvised** [1] - 220:25
**impunity** [1] - 199:11
**IN** [1] - 2:10

**in-laws** [1] - 148:1
**inadequacies** [1] - 167:10
**inadmissible** [1] - 224:12
**incapacitate** [1] - 58:19
**incentives** [2] - 52:1, 52:2
**incident** [4] - 216:22, 231:4, 234:13, 245:7
**incipient** [3] - 166:18, 179:17, 186:8
**include** [7] - 24:6, 67:18, 165:10, 198:12, 206:13, 206:20, 208:24
**included** [4] - 22:15, 95:22, 166:15, 255:9
**including** [11] - 20:6, 24:22, 32:13, 88:24, 159:25, 174:20, 189:22, 192:18, 210:12, 215:24
**increase** [3] - 183:1, 192:11, 198:22
**increased** [3] - 38:20, 52:2, 221:3
**increasingly** [1] - 200:1
**indeed** [3] - 47:2, 177:7, 192:14
**independent** [3] - 97:16, 216:6, 251:11
**Indiana** [1] - 207:14
**indicate** [3] - 124:10, 224:15, 227:13
**indicated** [3] - 62:14, 145:24, 202:6
**indicates** [2] - 47:3, 188:22
**indicating** [2] - 14:13, 69:12
**indication** [1] - 124:25
**indications** [1] - 50:5
**indiscriminate** [1] - 188:22
**indiscriminately** [1] - 248:23
**individual** [6] - 33:13, 131:9, 213:16, 216:11, 220:15, 252:7
**individually** [2] - 1:3, 240:23
**individuals** [16] - 82:23, 184:23, 207:6, 209:10, 212:16, 212:17, 212:21, 212:23, 213:17,

213:20, 221:7, 222:9, 232:13, 232:25, 233:12, 233:14
**induced** [1] - 189:22
**infamous** [2] - 177:22, 177:24
**infamously** [1] - 190:5
**infection** [4] - 12:18, 99:8, 99:25, 100:12
**infections** [5] - 99:17, 99:19, 99:21, 99:23
**infectious** [1] - 99:13
**inferior** [2] - 157:20
**infiltrate** [1] - 201:24
**infiltrated** [3] - 181:11, 227:12, 247:9
**inflammation** [1] - 80:18
**inflict** [3] - 76:13, 76:17, 81:1
**inflicted** [1] - 187:2
**infliction** [5] - 240:13, 243:2, 244:23, 245:20, 255:15
**influence** [15] - 40:20, 165:10, 174:20, 174:23, 179:12, 179:17, 179:22, 204:22, 206:7, 206:13, 207:3, 209:11, 210:13, 215:25, 236:10
**influenced** [1] - 234:21
**influential** [1] - 216:3
**inform** [2] - 46:14, 144:10
**information** [25] - 25:17, 36:17, 42:14, 47:11, 129:8, 129:20, 150:5, 160:6, 185:13, 207:25, 209:19, 212:17, 213:18, 217:19, 218:11, 218:14, 223:19, 223:22, 223:23, 225:2, 225:4, 225:13, 231:10, 243:11, 247:2
**Information** [1] - 222:14
**informed** [2] - 75:15, 145:3
**informing** [1] - 46:18
**infrastructure** [10] - 20:21, 21:1, 23:14, 40:6, 40:20, 230:4, 247:19, 248:3,

248:19, 249:1
**infuriated** [1] - 200:7
**inheritance** [1] - 88:23
**initial** [2] - 118:17, 173:18
**initials** [1] - 24:4
**initiated** [1] - 167:24
**injured** [1] - 48:12
**injuries** [4] - 48:14, 145:22, 145:24, 189:22
**injury** [1] - 246:10
**insecurity** [1] - 165:17
**inside** [25] - 25:7, 25:11, 26:19, 43:14, 69:11, 70:17, 78:9, 78:17, 78:21, 79:1, 79:15, 81:11, 139:2, 148:3, 209:2, 209:3, 215:9, 220:12, 221:13, 222:15, 225:16, 230:24, 235:1, 236:11
**insignia** [1] - 251:21
**inspect** [1] - 57:6
**inspected** [1] - 81:6
**inspections** [4] - 162:25, 163:3, 163:5, 163:11
**inspector** [11] - 160:14, 160:17, 161:13, 162:17, 164:1, 164:5, 164:11, 167:25, 173:3, 173:21, 173:21, 179:10
**instability** [1] - 172:19
**instead** [3] - 39:10, 39:22, 52:3
**Institute** [4] - 189:10, 189:11, 203:25, 233:3
**instruct** [1] - 17:10
**instructed** [2] - 78:1, 78:10
**instruction** [6] - 123:5, 135:20, 136:7, 138:7, 138:9, 205:21
**instructions** [4] - 69:24, 127:23, 135:23, 136:10
**instrument** [1] - 201:9
**instruments** [1] - 198:15
**insurance** [3] - 12:13, 99:19, 154:9
**insurgencies** [1] - 174:22

**integration** [1] - 154:23
**integrity** [12] - 24:12, 25:6, 25:21, 26:1, 28:15, 30:2, 30:9, 30:16, 31:1, 165:21, 165:22, 254:5
**intel** [2] - 185:15, 222:13
**Intelligence** [5] - 204:19, 208:16, 208:20, 209:4, 215:5
**intelligence** [33] - 159:20, 160:3, 179:20, 200:2, 204:9, 204:19, 205:22, 208:5, 208:6, 208:7, 208:22, 209:12, 209:22, 211:7, 213:4, 214:7, 221:13, 223:15, 223:21, 225:5, 228:13, 231:8, 231:9, 231:23, 232:4, 232:11, 232:18, 234:16, 236:14, 236:16, 236:19, 236:24, 247:16
**intensive** [1] - 154:6
**intent** [2] - 46:15, 244:15
**intentional** [7] - 240:13, 243:2, 244:14, 244:16, 244:22, 245:20, 255:15
**intentions** [1] - 215:22
**Intercept** [3] - 232:1, 232:21, 232:23
**interest** [4] - 245:5, 245:9, 245:10, 245:13
**interested** [1] - 173:17
**interestingly** [1] - 177:4
**interests** [5] - 175:11, 182:23, 196:14, 198:22, 229:7
**interface** [1] - 220:19
**interim** [1] - 181:19
**interior** [1] - 67:22
**Interior** [82] - 27:20, 27:24, 27:25, 28:2, 28:7, 67:15, 67:17, 68:14, 69:25, 70:1, 70:5, 70:10, 70:20, 88:14, 88:15, 171:20, 171:23, 172:17, 172:25, 174:14, 180:4, 180:6, 180:11,

181:12, 182:1, 182:6, 182:7, 182:17, 183:7, 183:11, 183:16, 184:2, 185:4, 185:8, 185:19, 186:15, 186:17, 186:22, 186:25, 187:5, 188:20, 189:6, 189:16, 190:3, 190:13, 194:1, 200:5, 200:13, 200:17, 201:20, 201:25, 208:25, 209:1, 210:22, 211:3, 211:7, 212:6, 221:17, 221:18, 225:9, 225:12, 225:17, 226:7, 226:9, 226:11, 233:20, 234:5, 234:20, 234:25, 235:3, 235:20, 235:24, 247:9, 247:18, 248:17, 250:4, 251:2, 251:17, 251:19, 251:24, 252:1
**Interior's** [1] - 190:6
**Internal** [6] - 27:22, 27:23, 28:3, 74:5, 225:8, 226:3
**internal** [6] - 107:4, 107:12, 145:17, 145:18, 231:24, 232:15
**international** [2] - 227:24, 232:8
**International** [2] - 173:11, 227:24
**Internet** [1] - 42:17
**Internet-based** [1] - 42:17
**interplay** [1] - 207:21
**interrogation** [2] - 217:10, 217:25
**interrupt** [2] - 56:20, 192:24
**interview** [6] - 29:24, 170:23, 171:4, 171:15, 172:6, 172:7
**interviews** [5] - 168:2, 170:5, 170:8, 170:21, 173:13
**intimidate** [2] - 48:5, 215:25
**intimidating** [2] - 64:15, 229:5
**introduce** [2] - 3:21, 4:17
**introduced** [2] - 221:3, 221:5
**introduction** [1] -

204:16
**invaders** [1] - 120:11
**invasion** [3] - 174:22, 198:25, 199:7
**investigating** [1] - 251:11
**investigation** [3] - 226:18, 227:4, 227:18
**investigations** [1] - 163:23
**investigator** [1] - 146:6
**investigators** [3] - 24:23, 30:12, 30:18
**invitation** [2] - 23:5, 23:8
**invite** [1] - 57:9
**invited** [1] - 206:22
**invoices** [1] - 225:25
**involve** [2] - 22:20, 206:9
**involved** [16] - 25:4, 38:4, 47:12, 113:6, 116:2, 164:21, 164:23, 169:8, 170:9, 173:4, 174:8, 216:10, 223:9, 227:16, 233:8, 252:14
**involvement** [7] - 86:16, 226:8, 229:1, 231:4, 249:8, 249:18, 250:9
**Iran** [87] - 3:6, 68:10, 124:22, 125:8, 172:23, 172:24, 174:6, 175:4, 175:7, 175:8, 175:11, 176:11, 176:12, 176:17, 176:24, 177:1, 177:3, 177:19, 177:23, 178:18, 178:19, 179:1, 179:2, 180:17, 181:7, 182:3, 182:5, 182:17, 186:5, 186:10, 186:12, 186:13, 186:18, 191:23, 192:14, 193:4, 193:11, 196:1, 196:12, 198:23, 199:1, 199:7, 199:17, 199:24, 201:9, 202:3, 202:6, 204:10, 204:25, 206:11, 209:10, 212:20, 214:9, 215:6, 219:25, 220:7, 220:12, 221:6, 223:7, 228:15, 228:16, 230:25, 232:7, 232:9, 232:19,

233:23, 234:4, 234:21, 235:18, 236:17, 246:19, 246:22, 246:24, 247:8, 247:17, 247:24, 249:4, 249:5, 249:23, 249:24, 251:14, 252:2, 252:10, 252:12
**IRAN** [1] - 1:7
**Iran's** [17] - 192:2, 204:11, 204:16, 204:22, 206:13, 215:22, 218:19, 221:7, 229:22, 231:3, 232:12, 236:23, 246:8, 249:7, 250:9, 252:13
**Iran-Iraq** [2] - 172:24, 179:1
**Iranian** [42] - 40:9, 71:18, 74:5, 82:24, 87:17, 124:23, 129:11, 129:22, 166:5, 174:13, 174:23, 175:12, 175:18, 178:4, 179:23, 192:10, 193:11, 194:14, 195:8, 198:15, 198:18, 198:21, 206:7, 207:3, 210:13, 219:21, 221:22, 222:10, 223:15, 226:8, 226:22, 229:1, 230:23, 231:7, 231:25, 232:16, 234:3, 234:16, 236:7, 249:18, 249:22
**Iranian-backed** [1] - 226:22
**Iranian-born** [1] - 178:4
**Iranian-driven** [1] - 195:8
**Iranian-imported** [1] - 166:5
**Iranian-supported** [1] - 174:13
**Iranians** [17] - 71:20, 71:24, 72:5, 72:6, 83:16, 130:3, 185:14, 185:18, 195:9, 201:17, 222:21, 233:25, 236:25, 250:6, 251:1, 252:6, 252:14
**Iranians'** [1] - 132:8
**Iraq** [198] - 10:10, 10:13, 12:5, 12:6,

12:8, 15:8, 17:22, 19:3, 19:14, 20:17, 20:19, 20:21, 21:22, 22:18, 22:22, 27:20, 28:23, 29:16, 30:8, 30:12, 30:22, 32:3, 32:9, 36:13, 55:6, 63:4, 67:19, 68:10, 71:23, 73:12, 73:15, 87:5, 93:11, 94:11, 94:17, 94:20, 95:4, 95:6, 95:8, 95:9, 100:21, 101:24, 103:16, 104:7, 106:15, 107:23, 111:6, 111:12, 113:25, 114:2, 114:7, 117:3, 118:19, 119:20, 119:21, 124:12, 129:9, 135:13, 138:12, 138:19, 138:25, 143:4, 146:4, 146:7, 146:11, 147:2, 150:8, 153:2, 153:13, 153:19, 154:10, 155:22, 160:15, 160:17, 160:19, 160:23, 161:13, 162:18, 162:23, 163:16, 164:8, 164:11, 165:1, 165:11, 167:20, 168:4, 168:13, 168:18, 169:4, 169:6, 169:22, 169:24, 171:1, 171:8, 171:9, 171:11, 171:20, 172:4, 172:20, 172:24, 173:4, 173:8, 173:16, 173:25, 174:22, 174:23, 176:13, 176:24, 176:25, 177:2, 177:4, 177:15, 178:8, 178:18, 178:19, 179:1, 179:2, 179:8, 179:18, 180:2, 180:8, 181:16, 182:4, 183:2, 183:14, 183:24, 185:13, 185:23, 186:14, 186:22, 187:12, 190:1, 190:16, 191:5, 192:6, 192:10, 194:10, 195:16, 196:2, 196:15, 197:4, 197:9, 197:15, 198:22, 198:24, 199:7, 199:10, 200:3, 204:14, 204:22,

205:1, 205:15, 206:6, 206:14, 206:15, 207:4, 207:8, 207:17, 207:19, 208:9, 208:19, 209:2, 209:3, 209:5, 210:12, 212:7, 212:14, 214:25, 215:9, 215:22, 216:9, 220:1, 222:15, 222:20, 223:1, 226:14, 226:23, 228:17, 228:22, 229:23, 230:1, 232:4, 232:12, 232:14, 232:19, 232:20, 232:25, 233:9, 235:7, 236:8, 241:23, 247:8, 248:3, 249:7, 254:4
**Iraq's** [2] - 209:11, 234:25
**Iraq-Iran** [2] - 68:10, 178:19
**Iraqi** [78] - 10:15, 12:13, 18:13, 22:18, 23:6, 24:14, 25:1, 25:19, 25:25, 26:9, 26:18, 26:21, 27:2, 27:4, 27:8, 30:6, 30:14, 31:5, 39:20, 62:6, 62:7, 62:8, 62:10, 70:21, 70:22, 71:14, 71:16, 71:19, 94:9, 94:12, 106:16, 120:10, 124:10, 124:20, 132:5, 165:8, 165:10, 166:17, 166:18, 168:13, 170:5, 174:19, 174:20, 178:3, 178:4, 178:7, 181:19, 183:12, 192:3, 194:5, 195:4, 195:21, 196:6, 198:10, 206:17, 206:19, 208:14, 208:20, 208:21, 208:22, 209:14, 209:16, 210:1, 210:7, 210:13, 213:16, 213:24, 221:3, 223:14, 227:11, 227:20, 231:23, 232:13, 232:17, 233:7, 233:16, 236:7
**Iraqis** [22] - 23:23, 25:4, 40:8, 40:12, 94:18, 104:8, 118:24, 124:16, 124:17, 132:1, 132:6, 178:7, 196:16, 220:20, 231:8, 249:2, 250:7, 250:11, 250:19,

253:5, 253:23
**IRGC** [19] - 175:4, 175:5, 175:13, 175:17, 175:20, 179:5, 180:20, 180:24, 192:2, 192:5, 193:9, 205:4, 215:9, 215:15, 222:13, 222:19, 223:10, 223:11, 226:10
**IRGC-Qods** [9] - 175:13, 175:20, 179:5, 180:20, 205:4, 215:9, 215:15, 223:11, 226:10
**IRGC-related** [1] - 223:10
**irreconcilables** [2] - 216:15
**ISIS** [5] - 205:15, 205:16, 213:14, 230:5, 233:13
**Islam** [12] - 18:4, 18:7, 18:8, 18:10, 18:12, 18:13, 18:14, 18:21, 131:22, 176:7
**Islamic** [11] - 3:6, 41:7, 175:12, 175:18, 177:12, 180:2, 193:11, 223:1, 226:23, 232:9, 234:17
**ISLAMIC** [1] - 1:7
**Islams** [1] - 176:8
**Israel** [1] - 228:18
**issue** [19] - 9:22, 33:24, 39:3, 45:3, 52:19, 139:12, 191:22, 232:6, 238:14, 240:7, 242:10, 242:17, 242:21, 242:23, 243:9, 244:25, 245:4, 246:1
**issued** [1] - 186:24
**issues** [4] - 204:6, 226:4, 241:12
**it'll** [2] - 237:15, 242:2
**itself** [5] - 21:17, 50:8, 71:11, 98:1, 180:24

## J

**J.D** [1] - 159:22
**JABAR** [1] - 27:11
**Jabr** [36] - 27:11, 27:12, 27:13, 27:15, 28:7, 67:21, 70:7,

88:18, 88:19, 171:14, 178:21, 179:7, 180:5, 182:4, 182:13, 183:22, 200:13, 201:4, 201:23, 212:7, 213:18, 213:19, 225:12, 225:18, 226:4, 226:7, 226:11, 233:18, 234:4, 234:5, 235:20, 235:22, 251:25
**Jabr's** [2] - 228:24, 233:22
**Jadira** [1] - 211:2
**Jafr** [1] - 230:16
**JAM** [2] - 214:16, 219:19
**janitor** [1] - 110:5
**January** [8] - 37:4, 37:22, 112:2, 152:3, 160:20, 180:18, 216:21, 216:22
**Jawad** [1] - 235:25
**Jaysh** [4] - 192:9, 214:17, 214:19, 219:18
**Jerry** [1] - 181:15
**jewelry** [1] - 85:12
**job** [29] - 13:10, 13:14, 17:16, 39:9, 54:7, 54:9, 55:5, 78:25, 93:23, 98:4, 99:25, 108:14, 110:23, 113:10, 116:3, 142:21, 154:4, 154:8, 154:11, 154:15, 155:24, 162:20, 162:21, 162:24, 163:21, 164:5, 164:9, 165:7, 165:14
**jobs** [5] - 15:4, 15:7, 89:7, 124:4, 154:7
**jobsite** [1] - 52:15
**jobsites** [2] - 52:9, 248:24
**jogging** [1] - 139:18
**Johns** [2] - 100:7, 100:13
**join** [3] - 94:16, 150:18, 253:24
**joined** [6] - 12:15, 94:7, 94:14, 96:25, 208:4, 208:19
**joining** [1] - 94:5
**joints** [1] - 76:18
**joke** [2] - 114:24, 126:3
**Jordan** [30] - 10:20,

32:4, 86:13, 86:14, 86:22, 88:21, 89:4, 89:13, 89:19, 92:25, 93:8, 100:21, 100:22, 101:4, 152:12, 152:23, 153:4, 153:5, 153:6, 153:21, 154:1, 154:2, 154:3, 156:15, 157:14, 157:17, 157:21, 240:5

**José** [3] - 93:18, 93:25, 94:1

**joy** [2] - 102:18, 103:21

**JR** [1] - 158:24

**Jr** [2] - 2:7, 159:3

**JUDGE** [1] - 1:13

**judge** [5] - 25:25, 30:8, 30:10, 157:23, 171:2

**Judge** [12] - 4:20, 14:22, 30:4, 30:5, 104:24, 134:24, 135:6, 174:14, 202:14, 203:1, 203:12, 255:8

**judged** [1] - 254:10

**judges** [2] - 24:23, 241:18

**judgment** [2] - 238:6, 241:11

**judgments** [1] - 223:24

**judicial** [3] - 161:24, 162:1, 181:16

**jump** [2] - 23:8, 40:9

**jumped** [7] - 23:12, 141:18, 141:23, 142:9, 142:13, 143:2, 143:7

**jumping** [1] - 142:24

**June** [2] - 106:13, 181:18

**junior** [1] - 13:7

**juries** [1] - 6:24

**jurisdiction** [4] - 243:6, 243:7, 243:18, 244:19

**jurisdictional** [2] - 244:2, 244:7

**justice** [4] - 102:22, 103:15, 171:1, 254:8

## K

**K-A-R-A-D-H** [1] - 48:3

**K-A-T-A-I-B** [1] - 215:3

**Karadh** [1] - 48:3

**Karbala** [8] - 216:21, 217:14, 218:18, 222:20, 234:12, 234:13, 242:4

**Karcher** [2] - 237:17, 241:20

**Karrada** [3] - 185:5, 185:6, 185:7

**Kataib** [3] - 215:2, 220:3, 228:7

**keep** [22] - 8:2, 10:12, 14:17, 27:14, 42:20, 68:22, 84:1, 102:8, 103:4, 116:4, 137:6, 137:7, 144:7, 151:6, 151:10, 153:3, 155:15, 155:16, 155:18, 155:23, 228:18, 253:2

**keeps** [1] - 127:23

**Kelly** [1] - 174:14

**kept** [16] - 89:24, 114:11, 115:10, 116:19, 125:14, 137:13, 137:19, 142:14, 142:24, 143:23, 148:17, 173:15, 206:25, 212:18, 214:6

**Kevin** [1] - 3:16

**KEVIN** [1] - 1:17

**key** [5] - 69:9, 220:15, 231:6, 235:10, 251:4

**Khadr** [1] - 235:19

**KHAMENEI** [1] - 199:9

**Khamenei** [5] - 175:24, 199:9, 219:22, 228:16, 228:17

**Khazali** [10] - 216:11, 216:18, 216:19, 216:20, 217:11, 217:19, 218:18, 219:16, 220:5, 220:10

**Khomeini** [1] - 177:11

**kick** [1] - 84:14

**kid** [2] - 16:9, 112:23

**kidnap** [7] - 119:22, 119:25, 174:8, 214:3, 214:4, 222:21

**kidnapped** [27] - 28:6, 40:23, 40:25, 41:1, 43:19, 43:23, 44:12, 48:2, 53:10, 55:22, 55:25, 64:18, 67:1, 77:23, 114:22,

115:6, 115:14, 116:14, 145:21, 150:4, 151:23, 214:13, 214:21, 248:20, 251:15, 251:16, 253:11

**kidnapper** [1] - 71:7

**kidnappers** [14] - 46:16, 64:4, 64:14, 64:20, 67:6, 73:3, 73:4, 73:21, 74:10, 117:15, 117:17, 131:1, 155:10, 222:6

**kidnapping** [20] - 21:10, 44:4, 45:18, 47:8, 47:13, 51:18, 69:23, 70:25, 71:2, 71:11, 72:21, 117:18, 196:8, 220:24, 225:23, 226:2, 231:11, 240:4, 242:3, 253:10

**kidnappings** [2] - 213:22, 216:1

**kidnaps** [1] - 47:15

**kids** [2] - 112:10, 112:15

**kill** [11] - 74:7, 76:14, 84:15, 85:19, 85:22, 87:15, 88:8, 103:18, 133:4, 141:6

**killed** [22] - 53:10, 75:18, 83:20, 83:24, 87:11, 106:21, 125:9, 143:24, 147:4, 147:5, 150:4, 166:8, 182:9, 182:10, 195:12, 205:4, 218:19, 227:21, 233:9, 248:22, 248:23, 253:12

**killers** [1] - 155:20

**killing** [5] - 81:1, 83:12, 103:17, 156:10, 186:3, 188:25, 189:20, 195:12, 196:8, 199:16, 212:13, 213:15, 227:8, 227:15, 231:18, 233:8, 245:11, 253:6

**killings** [4] - 184:13, 184:14, 188:23, 196:24

**kind** [42] - 13:6, 16:6, 16:25, 18:7, 21:4, 21:20, 31:4, 33:19, 38:9, 42:20, 44:7, 51:23, 53:12, 56:10, 57:10, 64:12, 71:20,

77:17, 80:2, 81:10, 97:8, 98:23, 109:24, 112:13, 117:1, 121:6, 131:10, 135:18, 139:7, 139:8, 140:6, 141:9, 164:23, 169:23, 172:10, 207:12, 232:18, 242:16, 245:23, 246:14, 253:23

**kindergarten** [1] - 153:5

**kinds** [7] - 22:5, 53:18, 76:6, 163:3, 246:25, 253:25, 254:21

**kit** [1] - 32:13

**knees** [1] - 76:18

**knocked** [1] - 140:18

**knowing** [4] - 54:8, 103:14, 139:19, 143:24

**knowledge** [17] - 25:22, 27:5, 28:11, 30:18, 44:13, 68:9, 72:10, 75:6, 94:8, 154:19, 179:11, 190:2, 191:25, 197:14, 197:15, 217:17, 220:10

**knowledgeable** [2] - 165:7, 247:13

**known** [22] - 21:22, 22:15, 30:8, 31:5, 40:4, 46:15, 57:12, 63:4, 88:16, 102:15, 129:1, 129:6, 147:23, 177:5, 192:23, 216:11, 221:10, 221:18, 224:6, 226:25, 248:2, 249:22

**KOLLAR** [1] - 1:12

**KOLLAR-KOTELLY** [1] - 1:12

**KOTELLY** [1] - 1:12

**Kurd** [1] - 55:6

**Kurdish** [2] - 78:19, 78:20

**Kurdistan** [1] - 55:6

**Kurds** [1] - 55:7

## L

**lab** [4] - 78:18, 78:22, 79:1, 79:6

**labeled** [1] - 216:7

**lack** [1] - 195:23

**ladies** [1] - 148:23

**Laith** [1] - 216:19

**land** [1] - 158:6

**landed** [1] - 93:18

**language** [6] - 70:21, 109:5, 124:11, 124:13, 244:13, 244:15

**large** [3] - 37:21, 73:14, 111:9

**larger** [1] - 167:11

**Laskin** [1] - 1:18

**last** [24] - 9:19, 10:1, 10:6, 10:11, 10:12, 10:14, 10:15, 11:3, 11:5, 11:6, 43:8, 49:21, 92:19, 92:20, 101:11, 119:10, 169:25, 203:8, 208:1, 211:7, 211:9, 221:12, 252:16

**lastly** [1] - 100:7

**late** [10] - 49:21, 55:20, 58:4, 58:11, 60:8, 60:10, 72:12, 108:3, 116:15

**late-night** [1] - 116:15

**latter** [2] - 176:17, 186:5

**laughter** [2] - 103:11, 103:12

**launching** [1] - 193:20

**Law** [1] - 159:18

**law** [29] - 103:19, 159:3, 159:21, 160:18, 160:23, 160:24, 183:12, 183:14, 183:23, 188:4, 241:4, 243:1, 244:22, 245:3, 245:5, 245:13, 245:16, 245:17, 245:19, 252:19, 253:5, 254:4, 254:7, 254:11, 255:2, 255:14, 256:3

**laws** [1] - 148:1

**lawyers** [1] - 97:13

**lay** [2] - 34:22, 90:12

**laying** [1] - 120:7, 197:24

**layout** [1] - 77:1

**lead** [6] - 19:6, 31:10, 123:17, 123:18, 195:11, 207:3

**leader** [12] - 16:15, 19:6, 19:7, 101:25, 125:4, 175:20, 179:5, 183:22, 212:6, 223:1, 226:20, 229:15

**Leader** [7] - 175:9,

176:1, 177:13, 178:7,
199:1, 199:8, 228:16
**leaders** [12] - 68:5,
126:9, 129:2, 168:2,
170:6, 178:22,
182:10, 193:21,
193:25, 216:2, 216:17
**leadership** [10] -
29:8, 94:24, 166:19,
172:19, 173:15,
196:5, 201:23,
211:11, 214:18,
235:11
**leading** [2] - 226:25,
250:20
**leads** [1] - 226:22
**leaflets** [1] - 129:4
**leak** [1] - 237:3
**leaked** [4] - 223:22,
224:5, 231:24, 233:4
**lean** [3] - 39:7, 39:8
**learn** [6] - 28:22,
28:25, 74:21, 167:12,
185:18, 186:10
**Learned** [5] - 164:3,
167:22, 169:23,
169:25, 171:16
**learned** [8] - 62:15,
62:16, 79:19, 133:9,
165:12, 167:4,
179:16, 190:12
**Learning** [2] -
168:18, 169:22
**learning** [1] - 29:15
**least** [15] - 44:24,
69:7, 71:2, 79:4, 80:4,
84:2, 103:20, 109:17,
120:22, 142:6,
154:20, 156:16,
164:14, 232:20, 242:1
**leave** [12] - 7:6,
86:21, 87:5, 87:8,
89:12, 108:2, 114:8,
136:16, 138:15,
183:2, 240:15
**leaving** [2] - 96:15,
114:7
**Lebanese** [9] -
192:5, 192:8, 206:16,
214:8, 215:16,
215:19, 220:18,
234:11
**Lebanon** [7] -
124:22, 176:20,
176:23, 177:25,
192:6, 193:5, 228:17
**lectures** [4] - 95:21,
96:1, 100:4, 205:21
**led** [11] - 104:1,
127:17, 130:11,

176:14, 181:15,
196:3, 201:16, 207:7,
222:20, 230:5, 230:11
**left** [25] - 10:13,
11:21, 12:13, 17:22,
44:18, 56:17, 81:23,
83:25, 85:2, 85:4,
85:10, 85:11, 86:10,
88:20, 89:9, 89:21,
92:8, 115:8, 133:6,
135:2, 135:7, 137:13,
137:18, 154:10,
181:18
**leg** [1] - 147:2
**legacy** [5] - 24:18,
24:20, 102:8, 103:21,
151:13
**legal** [10] - 9:18,
153:6, 153:9, 153:10,
161:4, 241:12,
242:17, 242:23,
244:25, 245:23
**Legal** [3] - 1:4,
189:10
**legislative** [1] -
181:17
**legitimate** [1] -
213:25
**legs** [1] - 189:24
**lend** [1] - 127:11
**length** [1] - 167:22
**less** [6] - 7:13, 16:24,
119:23, 141:22, 178:2
**lesson** [1] - 90:3
**Lessons** [9] - 164:3,
167:19, 167:22,
168:17, 168:25,
169:23, 169:25,
170:4, 171:16
**lessons** [2] - 167:4,
167:11
**lethal** [3] - 165:18,
173:1, 188:12
**letters** [1] - 71:20
**Levant** [1] - 228:17
**level** [15] - 17:16,
23:22, 25:16, 37:14,
38:20, 107:1, 112:23,
119:19, 157:17,
196:23, 225:22,
225:23, 234:15,
236:10, 236:13
**levels** [1] - 201:24
**leverage** [2] -
123:17, 154:14
**liability** [2] - 174:15,
241:15
**liable** [1] - 244:12
**license** [4] - 97:24,

98:12, 98:16, 155:4
**licensed** [1] - 89:3
**licenses** [1] - 253:21
**lie** [2] - 101:18,
215:11
**lies** [1] - 49:21
**lieutenant** [1] - 160:3
**life** [21] - 16:8, 19:9,
40:13, 44:9, 44:10,
75:9, 80:14, 88:21,
89:2, 102:23, 103:23,
121:13, 130:19,
151:5, 151:13,
152:11, 153:3,
155:11, 157:22,
158:12
**lift** [1] - 137:21
**light** [2] - 52:20,
139:14
**lighting** [1] - 139:8
**lights** [6] - 52:12,
139:8, 139:10,
139:11, 139:15,
142:19
**like-minded** [1] -
232:13
**likelihood** [1] - 183:1
**likely** [6] - 4:12, 7:13,
143:22, 156:5, 199:8,
223:10
**limited** [3] - 25:22,
27:5, 165:18
**line** [5] - 37:17,
96:17, 119:16, 128:1,
196:12
**linen** [2] - 80:3,
147:13
**linens** [2] - 81:13,
81:15
**lines** [5] - 34:12,
43:15, 51:25, 53:1,
195:18
**linked** [2] - 151:25,
188:2
**liquefy** [2] - 73:10,
85:1
**liquidate** [1] - 85:7
**liquidating** [1] -
73:17
**LISA** [2] - 1:20, 257:3
**Lisa** [1] - 257:12
**list** [3] - 193:22,
216:16, 222:3
**listening** [3] - 6:10,
14:7, 122:24
**lists** [2] - 194:1,
194:4
**litigator** [1] - 161:1
**live** [12] - 5:3, 11:20,
17:24, 17:25, 30:23,

111:9, 111:13,
111:16, 111:21,
153:21, 157:12, 253:5
**lived** [12] - 11:21,
88:24, 111:25, 112:5,
129:9, 129:13,
153:22, 153:24,
158:10, 158:11,
229:9, 229:10
**lives** [2] - 45:7, 45:8
**living** [1] - 101:7
**LLC** [1] - 1:18
**loading** [2] - 141:3,
141:4
**local** [4] - 62:7, 63:5,
67:18, 183:16
**log** [3] - 42:3, 42:14,
51:10
**log-in** [1] - 42:14
**logic** [1] - 18:15
**logistics** [2] - 45:22,
54:10
**longstanding** [1] -
172:22
**longtime** [3] - 54:24,
182:14, 201:13
**look** [33] - 7:8, 35:8,
37:2, 49:10, 50:12,
51:14, 53:16, 57:2,
78:1, 80:4, 87:15,
90:6, 107:22, 118:14,
142:8, 168:9, 191:20,
193:16, 204:11,
205:24, 213:22,
217:21, 218:21,
223:23, 230:4,
237:11, 237:15,
241:10, 245:5, 245:6,
246:17, 246:18
**looked** [12] - 69:11,
81:15, 112:22,
114:21, 121:24,
140:9, 140:20,
142:25, 146:21,
221:23, 254:14
**looking** [17] - 47:18,
53:20, 90:2, 91:5,
91:24, 102:18,
142:19, 144:2,
146:24, 190:18,
208:12, 208:20,
211:1, 211:23,
223:15, 233:7, 251:12
**looks** [3] - 13:21,
37:24, 157:24
**looted** [2] - 85:3,
87:10
**looting** [1] - 34:8
**lose** [4] - 44:9, 75:6,
142:15, 143:1

**losing** [1] - 79:4
**loss** [3] - 85:2,
194:24, 194:25
**lost** [17] - 16:8,
19:19, 30:17, 44:20,
87:11, 88:22, 100:10,
101:20, 101:24,
102:1, 148:17,
151:17, 152:24,
155:14, 155:24, 197:4
**love** [2] - 16:19,
158:13
**loved** [1] - 16:14
**loving** [1] - 16:11
**low** [2] - 21:23, 100:1
**low-cost** [1] - 100:1
**Lowry** [2] - 160:4
**Loyal** [1] - 82:20
**loyalty** [1] - 85:1
**Luke's** [1] - 154:22
**lunch** [14] - 6:23,
6:24, 7:14, 56:12,
56:14, 56:19, 56:25,
57:14, 105:1, 105:4,
114:12, 114:13,
114:15, 115:11
**luncheon** [1] -
133:23

## M

**M-U-H-A-N-D-I-S** [1]
- 211:18
**M.D** [1] - 107:3
**M.S** [43] - 2:5, 4:21,
9:1, 11:2, 11:16,
14:10, 41:16, 55:23,
80:5, 85:24, 101:11,
103:25, 104:13,
113:3, 113:12,
114:20, 115:3, 115:4,
115:5, 115:8, 115:12,
115:15, 116:2, 124:3,
132:20, 133:4,
144:11, 144:16,
144:18, 144:22,
145:2, 145:6, 145:12,
146:13, 149:6, 151:4,
151:19, 153:24,
157:4, 214:12, 222:4,
250:5, 253:20
**m.S** [1] - 9:11
**M.S.'s** [1] - 132:22
**M.S.S** [1] - 9:18
**ma'am** [24] - 3:13,
12:25, 68:4, 83:7,
96:6, 98:10, 105:19,
111:13, 117:2,
117:15, 117:24,

121:3, 126:21, 131:16, 135:9, 143:5, 149:24, 157:10, 158:9, 211:22, 212:1, 224:14, 224:17, 239:5

**Mafriji** [1] - 235:19

**magistrate** [1] - 241:18

**Mahala** [5] - 35:13, 35:17, 35:21, 35:24, 47:5

**Mahdi** [5] - 192:9, 214:17, 214:19, 219:19, 228:6

**main** [5] - 24:22, 34:21, 70:12, 88:16, 143:3

**maintain** [6] - 61:19, 64:13, 66:9, 84:3, 89:2, 102:8

**maintaining** [1] - 100:2

**maintenance** [1] - 39:20

**major** [3] - 97:4, 136:14, 177:18

**majority** [5] - 176:13, 176:15, 177:4, 209:25, 229:19

**male** [3] - 210:2, 210:4, 210:8

**males** [1] - 212:8

**malicious** [1] - 179:17

**malign** [1] - 204:16

**Maliki** [3] - 170:24, 170:25, 235:24

**mall** [3] - 93:24, 94:1, 94:3

**man** [16] - 27:19, 28:10, 30:9, 41:6, 44:4, 44:17, 46:1, 57:10, 59:12, 67:21, 109:11, 109:13, 109:25, 122:17, 171:13

**manage** [2] - 63:25, 113:18

**manager** [7] - 108:15, 110:11, 129:3, 144:17, 154:21, 200:7, 201:1

**managers** [1] - 32:25

**managing** [4] - 13:10, 39:9, 113:17, 155:22

**Mansour** [1] - 185:6

**map** [4] - 25:13, 35:23, 36:1, 176:2

**March** [1] - 101:9

**marginalize** [1] - 230:25

**mark** [2] - 53:14, 89:10

**marked** [2] - 41:12, 50:14

**market** [2] - 73:16, 73:18

**marks** [2] - 146:25, 147:17

**marriage** [1] - 111:16

**marriages** [1] - 177:8

**married** [8] - 18:1, 89:15, 100:15, 100:16, 101:8, 111:19, 157:2

**marry** [1] - 101:5

**Martin** [2] - 41:25, 49:13

**MARTIN** [1] - 49:14

**Martine** [1] - 49:12

**Mary's** [1] - 159:22

**massacred** [1] - 233:12

**master** [3] - 12:19, 29:13, 100:11

**master's** [1] - 207:15

**material** [3] - 202:4, 215:6, 252:10

**materials** [8] - 39:11, 39:14, 45:23, 53:4, 53:9, 53:12, 85:3, 85:11

**MATOC** [6] - 31:22, 31:23, 33:2, 33:10, 37:11, 38:6

**matter** [8] - 3:21, 119:8, 140:5, 146:12, 158:3, 225:16, 235:14, 256:10

**matters** [1] - 162:1

**max** [1] - 138:22

**McMaster** [1] - 207:4

**mean** [21] - 15:10, 16:4, 16:17, 22:2, 27:9, 39:8, 52:22, 80:18, 99:12, 112:4, 123:15, 130:1, 137:9, 172:15, 209:23, 215:16, 222:11, 231:12, 231:21, 244:16, 253:24

**meanest** [1] - 122:6

**meaning** [5] - 156:8, 193:10, 212:9, 231:18, 250:20

**means** [6] - 14:13, 85:22, 108:5, 144:15, 176:18, 186:2

**meant** [4] - 131:10,

166:13, 238:18, 250:16

**Mecca** [1] - 18:19

**medal** [2] - 95:14, 95:16

**Medhat** [1] - 171:2

**media** [2] - 100:25, 204:5

**medic** [7] - 12:16, 94:14, 94:16, 95:4, 95:5, 95:10, 253:24

**Medical** [3] - 12:9, 99:6, 99:9

**medical** [23] - 13:2, 16:22, 77:3, 77:6, 77:7, 77:12, 77:18, 78:24, 79:20, 94:8, 97:24, 102:5, 107:5, 107:19, 109:16, 109:18, 145:14, 145:25, 153:8, 154:14, 154:19, 156:2

**medicine** [2] - 12:10, 107:4, 107:12, 145:17, 145:18, 154:11, 155:6, 253:23

**Medico** [2] - 189:10

**Medico-Legal** [2] - 189:10

**medics** [1] - 95:23

**meet** [9] - 74:10, 78:10, 78:12, 78:21, 100:17, 108:20, 144:24, 172:8, 255:14

**meeting** [18] - 36:12, 45:3, 56:1, 57:5, 57:9, 57:11, 57:22, 58:2, 70:17, 70:18, 72:3, 72:8, 73:20, 82:23, 115:15, 172:10, 209:15, 209:16

**member** [12] - 67:25, 129:18, 172:2, 172:22, 178:5, 182:14, 211:12, 215:5, 216:8, 226:23, 228:7, 253:14

**members** [29] - 52:14, 73:11, 88:1, 88:5, 93:5, 101:13, 103:8, 156:8, 170:6, 184:4, 184:7, 186:11, 189:7, 192:8, 200:17, 201:3, 201:16, 212:18, 212:19, 214:16, 214:19, 219:19, 219:21, 238:22, 241:24, 242:24, 243:19

**memories** [2] -

103:22

**men** [7] - 88:9, 91:12, 91:16, 112:10, 140:21, 169:11, 170:11

**mentally** [2] - 13:18, 101:17

**mention** [2] - 13:20, 242:16

**mentioned** [20] - 11:13, 13:3, 24:2, 42:8, 51:20, 87:19, 103:7, 177:24, 178:14, 178:21, 179:19, 181:11, 184:3, 185:3, 189:14, 189:16, 192:17, 212:3, 233:18, 233:19

**Merchant** [1] - 127:8

**merging** [1] - 180:4

**merit** [1] - 157:23

**merits** [1] - 254:13

**mess** [3] - 148:11, 148:14, 148:22

**message** [10] - 86:3, 88:9, 88:10, 95:19, 128:7, 130:2, 175:17, 249:9, 249:17, 250:1

**messages** [2] - 87:16, 89:17

**met** [6] - 72:1, 80:1, 100:21, 100:22, 173:16, 203:7

**metal** [1] - 122:13

**meter** [2] - 138:22, 141:19

**meters** [2] - 138:22, 141:19

**methods** [3] - 175:18, 227:15, 252:13

**metric** [1] - 141:20

**MICHAEL** [1] - 203:17

**Michael** [3] - 2:8, 203:4, 203:23

**microphone** [2] - 3:10, 211:20

**microphones** [1] - 211:24

**mid-2006** [1] - 200:14

**mid-20s** [1] - 109:12

**Middle** [7] - 175:19, 176:10, 176:12, 193:12, 199:3, 204:9, 206:14

**middle** [3] - 7:20, 172:17, 196:18

**Mideast** [1] - 177:20

**might** [10] - 58:22, 63:19, 79:14, 103:18, 127:17, 163:3, 170:22, 175:16, 241:18, 250:16

**Mike** [3] - 63:24, 63:25, 64:2

**mile** [2] - 166:14, 166:21

**milieu** [1] - 168:13

**militant** [1] - 229:16

**militants** [2] - 84:17, 201:24

**military** [24] - 19:12, 94:5, 94:7, 96:20, 159:24, 160:22, 173:24, 183:20, 192:10, 193:20, 204:18, 205:19, 208:3, 208:4, 208:18, 208:21, 210:2, 210:3, 210:7, 212:8, 215:9, 219:20, 223:13, 253:24

**military-aged** [4] - 210:2, 210:3, 210:7, 212:8

**militia** [29] - 40:4, 44:12, 44:13, 44:23, 47:12, 47:15, 52:9, 61:2, 76:9, 76:15, 78:3, 78:8, 78:16, 79:14, 82:17, 82:24, 83:4, 83:21, 84:17, 92:9, 95:18, 129:2, 174:13, 174:22, 188:10, 195:17, 221:9, 221:20, 227:1

**militias** [33] - 40:7, 40:10, 40:18, 55:4, 70:16, 74:6, 82:16, 84:9, 91:20, 165:10, 165:16, 165:23, 174:21, 185:25, 188:2, 188:17, 192:3, 204:25, 205:4, 206:17, 206:19, 210:12, 212:11, 212:20, 214:9, 214:23, 214:25, 215:24, 220:6, 227:8, 229:4, 230:11

**million** [6] - 33:11, 35:2, 38:8, 113:14, 118:25

**mimic** [4] - 71:17, 71:18, 71:21, 124:15

**mind** [8] - 16:25, 58:18, 61:1, 75:12, 77:22, 102:8, 153:3,

213:13
**minded** [1] - 232:13
**mine** [2] - 76:24, 217:7
**minimal** [1] - 198:17
**Minister** [3] - 173:17, 180:5, 235:24
**minister** [23] - 25:24, 27:22, 30:20, 67:22, 131:21, 131:23, 170:23, 171:19, 171:23, 171:24, 171:25, 172:1, 172:17, 180:5, 181:20, 182:6, 182:7, 200:13, 235:6, 235:7, 235:19, 236:6
**minister's** [1] - 166:19
**ministers** [3] - 25:1, 214:4, 236:9
**ministries** [7] - 166:21, 181:25, 189:15, 189:18, 213:21, 234:16, 236:11
**Ministry** [88] - 25:23, 26:25, 27:9, 27:21, 27:25, 28:2, 28:7, 67:15, 67:17, 68:14, 69:25, 70:1, 70:5, 70:10, 70:20, 88:14, 172:25, 174:14, 180:4, 180:11, 181:11, 182:1, 182:17, 183:7, 183:11, 183:16, 183:21, 184:2, 185:4, 185:8, 185:19, 186:14, 186:17, 186:21, 186:25, 187:4, 188:19, 189:6, 189:16, 189:17, 190:3, 190:6, 190:13, 194:1, 200:5, 200:17, 201:19, 201:24, 208:25, 209:1, 209:3, 210:21, 211:3, 211:7, 212:6, 213:20, 214:5, 221:17, 221:18, 222:14, 225:8, 225:12, 225:17, 226:7, 226:9, 226:11, 233:20, 234:5, 234:10, 234:14, 234:19, 234:24, 235:2, 235:3, 235:17, 235:20, 235:23, 235:24, 247:9, 247:18, 248:16,

250:4, 251:2, 251:17, 251:19, 251:24, 252:1
**ministry** [10] - 172:19, 182:12, 184:4, 223:14, 235:6, 235:14, 235:15, 235:21, 236:1, 236:2
**minority** [2] - 176:7, 178:8
**minute** [3] - 15:24, 136:1, 237:11
**minutes** [7] - 36:12, 63:22, 133:6, 138:8, 160:16, 252:18
**mirror** [1] - 140:7
**miss** [4] - 152:21, 155:5, 156:22, 157:5
**missed** [1] - 176:20
**missing** [4] - 103:13, 189:23, 189:24
**mission** [4] - 94:11, 162:21, 170:6, 175:17
**Mission** [1] - 187:12
**missions** [1] - 165:20
**mistake** [1] - 62:9
**mistakes** [1] - 49:24
**mixed** [1] - 230:16
**mobilization** [1] - 51:16
**MOD** [1] - 235:14
**mode** [1] - 156:7
**model** [4] - 28:25, 63:4, 124:4, 230:1
**Mohammed** [5] - 18:18, 131:20, 131:22, 131:23
**MOI** [9] - 28:2, 67:14, 67:15, 70:12, 82:15, 87:15, 88:12, 194:14, 235:20
**MOIS** [3] - 221:16, 222:15, 223:12
**mom** [28] - 17:25, 58:11, 61:5, 61:18, 61:19, 62:2, 65:23, 80:4, 81:14, 85:11, 87:2, 100:18, 100:19, 102:1, 103:7, 114:13, 115:22, 116:7, 130:14, 145:13, 147:15, 148:1, 148:10, 148:15, 153:25
**moment** [8] - 9:22, 65:3, 135:3, 140:2, 140:20, 141:2, 141:10, 146:22
**momentum** [1] - 198:25

**Monday** [6] - 72:23, 72:25, 73:3, 74:21, 130:22, 130:25
**money** [59] - 20:20, 22:18, 33:8, 35:4, 38:13, 55:14, 66:11, 66:12, 73:8, 73:11, 73:14, 73:21, 74:6, 75:6, 75:7, 85:5, 85:11, 88:23, 108:18, 118:14, 118:19, 119:18, 119:22, 120:13, 122:4, 125:19, 126:10, 127:11, 127:21, 127:23, 127:24, 128:12, 128:13, 129:25, 130:5, 130:17, 131:2, 131:6, 131:7, 131:25, 132:3, 132:18, 136:6, 136:7, 136:23, 138:3, 138:4, 138:15, 141:7, 141:11, 141:13, 170:1, 200:8, 234:9, 242:6, 249:19
**monies** [1] - 120:1
**moniker** [1] - 211:9
**month** [3] - 112:5, 164:15, 221:12
**months** [18] - 83:18, 84:6, 84:8, 93:2, 94:4, 151:4, 151:8, 151:15, 151:16, 152:4, 155:14, 161:6, 161:8, 167:24, 173:12, 177:14, 240:3
**morgue** [18] - 75:19, 75:22, 75:23, 76:20, 77:2, 77:3, 77:5, 77:17, 77:21, 78:3, 78:4, 78:5, 78:9, 78:20, 79:6, 79:8, 100:20, 144:19
**morgues** [1] - 189:20
**morning** [30] - 3:1, 3:2, 3:3, 3:18, 7:14, 9:8, 9:9, 9:14, 9:15, 43:19, 56:7, 60:18, 63:16, 64:3, 75:19, 75:23, 78:2, 78:4, 78:25, 107:25, 113:23, 118:7, 121:22, 122:11, 130:22, 130:25, 144:21, 165:3
**mortars** [1] - 220:25
**mosque** [13] - 80:1, 144:24, 144:25, 145:7, 145:8, 145:9,

146:17, 146:19, 147:20, 148:25, 149:8, 149:14, 150:6
**most** [30] - 26:3, 30:11, 32:10, 32:13, 52:16, 55:3, 62:10, 120:21, 139:13, 143:22, 156:5, 156:23, 164:25, 166:4, 166:19, 170:2, 172:5, 177:24, 182:9, 188:11, 191:4, 207:24, 215:14, 220:2, 220:6, 241:24, 246:1, 250:24, 251:16
**mostly** [5] - 19:4, 30:11, 52:2, 76:8, 184:20
**Mosul** [2] - 208:14, 230:15
**mother** [7] - 13:21, 14:19, 14:23, 81:17, 86:12, 144:10, 155:8
**mother's** [2] - 10:6, 135:12
**motion** [3] - 3:24, 4:2, 238:5
**motto** [8] - 47:17, 47:18, 47:20, 47:21, 47:23, 47:25, 82:19, 82:25
**mount** [1] - 88:8
**mouth** [1] - 68:22
**move** [25] - 32:16, 36:3, 36:19, 43:1, 45:4, 49:3, 51:4, 53:24, 86:19, 90:19, 96:14, 113:19, 133:13, 141:15, 169:15, 170:15, 187:17, 191:14, 198:1, 198:25, 210:10, 211:19, 218:23, 220:16, 242:6
**moved** [1] - 111:23
**moving** [2] - 38:19, 133:16
**MR** [193] - 3:2, 3:3, 3:9, 3:13, 3:20, 3:24, 4:2, 4:16, 4:20, 5:9, 5:14, 5:17, 5:22, 6:1, 6:9, 6:12, 7:4, 7:10, 7:18, 7:23, 8:5, 8:12, 8:15, 8:20, 8:24, 9:1, 9:7, 9:13, 13:1, 13:23, 14:2, 14:9, 14:21, 15:1, 29:1, 32:16, 32:21, 32:22, 36:3, 36:8, 36:19, 36:24, 37:1, 43:1, 43:6, 43:7,

48:1, 49:3, 49:8, 49:9, 51:4, 51:9, 52:23, 53:24, 54:4, 54:5, 54:18, 59:9, 60:2, 63:12, 63:13, 66:22, 67:5, 68:8, 82:1, 82:8, 83:5, 83:7, 83:9, 83:10, 88:13, 90:19, 90:24, 91:11, 96:13, 98:22, 100:6, 104:13, 104:17, 104:21, 104:23, 105:1, 105:5, 105:11, 105:17, 105:19, 105:24, 111:18, 118:1, 121:15, 132:9, 133:5, 133:15, 133:18, 133:22, 134:1, 134:2, 134:7, 134:11, 134:18, 134:21, 134:24, 135:1, 136:5, 143:11, 150:24, 157:7, 158:17, 158:21, 159:1, 162:4, 162:5, 162:12, 162:15, 167:1, 168:19, 168:22, 169:15, 169:20, 170:15, 170:20, 174:17, 175:1, 175:2, 187:17, 187:22, 187:23, 191:14, 191:19, 193:15, 197:24, 198:6, 198:7, 202:8, 202:18, 203:3, 203:7, 203:12, 203:19, 210:9, 210:16, 211:22, 212:1, 212:2, 217:16, 218:5, 218:6, 218:23, 219:5, 219:9, 219:10, 224:2, 224:5, 224:14, 224:17, 224:18, 228:23, 229:21, 231:2, 237:6, 237:25, 238:4, 238:9, 238:12, 238:16, 238:20, 238:24, 239:5, 239:10, 239:13, 239:19, 239:21, 240:11, 240:21, 240:24, 241:22, 241:25, 242:8, 242:12, 242:16, 242:19, 242:23, 243:13, 243:17, 245:23, 248:1, 249:15, 255:6, 255:8, 255:25, 256:8, 256:12, 256:16
**Muhandis** [2] -

211:8, 228:7
**Multinational** [3] -
171:7, 185:22, 200:3
**multiple** [12] - 31:21,
31:22, 33:2, 33:3,
33:5, 33:7, 33:14,
33:20, 80:23, 118:11,
121:4
**multitask** [1] - 37:10
**Munoz** [1] - 42:1
**murder** [2] - 190:6,
225:23
**murder's** [1] - 231:12
**murders** [1] - 189:1
**Muslims** [2] -
131:14, 176:9
**must** [2] - 60:21,
122:25
**mutual** [1] - 101:3

## N

**nails** [1] - 189:25
**name** [56] - 4:6, 9:16,
9:18, 9:19, 9:25, 10:1,
10:3, 10:6, 10:11,
10:12, 10:14, 10:15,
10:16, 11:1, 11:5,
11:6, 11:7, 11:8, 11:9,
11:10, 11:11, 17:9,
20:10, 20:13, 27:12,
27:18, 54:13, 54:14,
54:15, 78:19, 78:22,
106:1, 106:3, 107:9,
111:4, 111:6, 127:8,
128:21, 134:8,
134:16, 152:6, 158:5,
159:2, 179:25,
181:21, 203:22,
211:8, 211:9, 211:17,
228:6
**named** [6] - 20:12,
63:21, 63:24, 171:14,
178:4, 232:25
**names** [17] - 4:3,
4:11, 4:13, 9:4, 9:22,
10:9, 10:13, 10:20,
11:13, 11:14, 21:2,
27:16, 84:19, 134:4,
134:16, 134:17,
134:22
**naming** [1] - 10:8
**nap** [2] - 114:14,
114:19
**narrative** [2] -
214:20, 256:9
**narrow** [2] - 119:13,
138:11
**nation** [1] - 204:14

**national** [13] - 67:18,
183:17, 184:5, 200:5,
201:2, 202:2, 204:5,
207:5, 244:4, 244:6,
244:12, 245:5, 245:9
**National** [6] - 205:15,
205:17, 206:4, 206:8,
208:2, 217:9
**Nations** [4] - 20:18,
20:19, 186:20, 251:5
**nationwide** [1] - 98:7
**NATO** [1] - 165:4
**naturalization** [2] -
106:9, 106:10
**naturalized** [1] -
106:12
**nature** [6] - 26:11,
70:24, 174:7, 205:13,
246:19, 252:4
**naïve** [1] - 26:17
**NCO** [1] - 96:17
**near** [4] - 48:12,
49:20, 68:13, 129:15
**necessarily** [1] - 5:6
**necessary** [3] -
39:10, 160:7, 197:6
**need** [40] - 6:5, 6:17,
9:10, 22:3, 34:5,
37:14, 39:11, 62:24,
74:15, 83:14, 105:4,
105:15, 109:13,
113:8, 120:9, 120:11,
120:12, 121:14,
127:23, 128:12,
128:25, 129:4, 131:5,
134:15, 139:12,
146:5, 151:21,
152:22, 180:11,
197:22, 211:19,
222:16, 237:15,
239:6, 239:24, 241:4,
241:12, 243:21,
249:13
**needed** [8] - 52:20,
52:24, 71:7, 109:7,
143:22, 163:12,
167:11, 186:6
**needs** [3] - 33:17,
131:5, 144:19
**negotiate** [3] - 61:20,
108:17, 251:20
**negotiated** [4] -
122:5, 125:13, 222:6,
235:7
**negotiating** [3] -
74:16, 116:1, 124:24
**negotiation** [1] -
123:10
**negotiations** [5] -
55:17, 56:2, 223:9,

250:21, 252:15
**negotiators** [3] -
64:10, 65:5, 250:2
**neighbor** [3] - 90:15,
92:1, 92:9
**neighborhood** [24] -
16:20, 35:18, 35:22,
52:5, 52:8, 52:10,
88:9, 118:20, 128:19,
129:1, 129:13,
129:15, 135:21,
136:4, 137:19,
137:20, 137:21,
149:19, 149:20,
223:13, 229:9,
230:22, 249:22
**neighborhoods** [10]
- 19:13, 34:25, 35:17,
38:2, 39:19, 52:4,
68:19, 229:6, 229:7,
230:21
**neighbors** [5] -
16:17, 89:17, 89:22,
89:24, 147:22
**network** [1] - 35:14
**networking** [1] -
34:24
**networks** [2] - 192:6,
192:7
**neutral** [2] - 10:16,
11:10
**never** [10] - 46:16,
58:4, 115:11, 121:25,
124:16, 125:5, 129:9,
150:2, 199:2, 248:3
**New** [5] - 14:10,
173:14, 231:25,
232:22, 249:15
**new** [20] - 21:5,
26:15, 102:5, 111:21,
111:23, 120:15,
156:18, 165:21,
180:8, 183:4, 185:22,
192:7, 192:22,
196:23, 201:3,
214:25, 215:18,
221:11, 227:22
**newfound** [1] - 186:9
**newly** [1] - 157:1
**next** [44] - 25:12,
25:13, 36:4, 36:20,
39:15, 46:22, 48:3,
51:5, 60:18, 60:20,
61:16, 63:16, 75:19,
75:23, 79:23, 86:25,
103:23, 114:18,
115:2, 118:7, 133:14,
136:2, 138:17,
140:23, 140:24,
144:17, 144:21,

150:9, 151:4, 151:8,
156:9, 160:8, 161:3,
170:16, 198:2, 213:5,
227:13, 229:9,
229:14, 250:10,
250:23
**nice** [2] - 100:22,
112:24
**nickname** [3] -
17:12, 111:4, 127:5
**night** [2] - 49:21,
52:9, 52:13, 52:15,
58:12, 59:14, 59:16,
74:21, 108:3, 114:10,
116:15, 117:23,
118:5, 122:6, 125:24,
143:17, 145:20,
145:21, 146:8, 154:4,
156:18, 156:19
**nine** [8] - 141:21,
141:22, 164:2,
164:10, 242:20,
246:23, 247:22
**ninth** [1] - 169:25
**nobody** [5] - 5:24,
8:9, 45:12, 62:8,
132:17
**nomenclature** [1] -
178:11
**nominated** [1] -
45:20
**nominations** [2] -
161:25, 162:2
**none** [1] - 12:4
**nonessential** [1] -
39:5
**nonlethal** [2] - 76:13,
80:9
**nonmilitary** [2] -
183:19, 183:23
**nonstop** [1] - 17:23
**normal** [1] - 107:21
**north** [1] - 55:5
**northern** [1] - 176:12
**Nos** [4] - 2:18, 2:18,
219:7, 239:15
**note** [2] - 43:20,
166:3
**notebook** [1] - 91:13
**notes** [7] - 7:6, 26:2,
53:15, 202:12,
211:23, 237:11, 257:5
**nothing** [4] - 97:5,
143:25, 144:3, 226:4
**notice** [2] - 41:25,
242:15
**noticed** [3] - 42:7,
98:4, 238:1
**notion** [2] - 165:22,
176:10

**notorious** [1] - 185:9
**notoriously** [1] -
178:2
**notwithstanding** [1]
- 185:25
**Nouri** [2] - 170:23,
170:25
**novel** [1] - 127:8
**November** [2] - 87:6,
87:8
**nuisance** [1] - 3:12
**number** [32] - 19:17,
27:16, 35:19, 37:17,
52:2, 58:12, 58:14,
59:22, 79:9, 79:10,
79:11, 100:13,
116:16, 116:20,
116:24, 116:25,
117:6, 117:7, 118:15,
118:24, 119:1, 119:2,
119:4, 184:11, 218:4,
245:6, 248:10,
248:11, 249:9,
249:17, 250:2
**numbers** [3] - 56:19,
118:24, 146:14
**nurses** [1] - 154:7
**NW** [2] - 1:22, 257:14
**nylon** [1] - 141:10

## O

**Obama** [1] - 99:3
**object** [2] - 81:2,
122:13
**objected** [1] - 74:14
**observation** [1] -
226:6
**observations** [1] -
214:21
**observe** [2] - 146:17,
148:15
**observed** [2] -
212:21, 225:14
**observing** [1] -
210:19
**obtain** [3] - 11:24,
93:22, 106:8
**obtained** [2] - 98:15,
107:2
**obvious** [5] - 51:25,
130:2, 130:6, 146:25,
221:24
**obviously** [9] -
65:19, 69:10, 81:2,
82:13, 116:7, 117:8,
128:2, 146:16, 155:9
**occasion** [1] -
126:13

**occasions** [1] - 172:8
**occurred** [7] - 65:11, 75:7, 174:13, 177:11, 244:9, 245:7, 247:15
**October** [2] - 180:22, 180:24
**odd** [2] - 119:1, 128:17
**OF** [3] - 1:1, 1:7, 1:12
**offered** [1] - 132:20
**offering** [1] - 224:10
**Office** [1] - 161:2
**office** [21] - 20:5, 48:13, 49:19, 49:21, 49:23, 56:15, 56:18, 56:22, 56:23, 58:24, 58:25, 59:23, 77:11, 84:12, 91:22, 91:23, 108:2, 115:9, 164:1, 166:20
**officer** [12] - 13:7, 13:9, 159:20, 204:19, 208:7, 213:4, 217:8, 223:15, 223:22, 225:8, 226:3, 232:18
**officers** [8] - 69:14, 95:17, 205:22, 214:16, 222:14, 222:19, 231:8
**officers'** [1] - 96:17
**officership** [1] - 214:18
**offices** [6] - 26:10, 48:15, 84:14, 85:18, 110:3, 251:21
**Official** [1] - 1:21
**official** [7] - 11:14, 188:16, 188:18, 209:16, 225:24, 231:23, 257:12
**officially** [1] - 213:23
**officials** [7] - 24:15, 25:1, 28:17, 30:14, 209:17, 233:16
**often** [4] - 164:8, 214:19, 216:4, 224:24
**oftentime** [1] - 16:19
**oftentimes** [1] - 21:17
**oil** [2] - 20:19, 230:4
**old** [7] - 17:18, 61:18, 106:22, 141:25, 152:2, 240:3, 240:4
**older** [7] - 16:9, 57:14, 61:9, 123:15, 123:16, 156:25, 216:3
**oldest** [3] - 106:24, 106:25, 115:19

**Omar** [8] - 131:20, 132:1, 132:5, 250:11, 250:15, 250:17, 250:19
**once** [7] - 7:8, 15:19, 58:22, 96:24, 115:2, 186:13, 236:10
**one** [150] - 4:7, 5:8, 6:2, 6:14, 7:24, 8:7, 10:15, 10:23, 10:24, 11:1, 11:2, 11:3, 14:3, 18:17, 21:4, 21:22, 23:6, 23:20, 24:22, 24:24, 25:3, 25:11, 26:20, 26:21, 27:18, 32:25, 33:11, 40:23, 40:25, 42:4, 52:3, 52:24, 53:3, 58:25, 59:6, 59:18, 63:5, 68:4, 68:19, 70:6, 73:23, 74:15, 74:16, 76:23, 80:25, 81:7, 82:12, 83:20, 84:12, 85:12, 85:13, 85:23, 86:1, 86:25, 87:11, 88:24, 89:24, 91:6, 91:10, 91:12, 91:13, 91:15, 91:18, 91:19, 97:14, 97:22, 100:13, 100:19, 103:25, 108:11, 109:17, 114:3, 117:21, 117:23, 118:23, 119:9, 120:8, 120:22, 121:21, 122:3, 122:6, 122:11, 124:21, 125:3, 127:9, 127:11, 129:2, 134:19, 134:20, 136:15, 138:2, 138:14, 140:3, 140:14, 142:6, 145:3, 147:4, 149:13, 151:19, 155:5, 164:25, 165:16, 165:20, 166:8, 167:16, 167:17, 172:5, 174:10, 177:11, 178:22, 181:4, 181:17, 182:3, 183:5, 184:12, 188:1, 194:20, 195:7, 195:24, 196:19, 200:11, 211:10, 212:22, 213:17, 216:25, 220:21, 224:2, 226:14, 227:15, 233:17, 234:1, 235:12, 237:25, 241:18, 242:4, 242:16, 246:7, 248:10, 248:23,

250:10, 255:2, 255:8
**ones** [8] - 83:6, 220:2, 233:9, 238:13, 239:7, 239:12, 242:1
**ongoing** [2] - 163:13, 233:2
**online** [1] - 137:10
**op** [1] - 204:5
**op-eds** [1] - 204:5
**open** [1] - 147:14
**opened** [5] - 69:9, 79:16, 140:24, 141:2, 221:22
**opening** [2] - 6:13, 6:18
**opens** [1] - 243:7
**operate** [2] - 188:3, 205:1
**operated** [2] - 226:7, 234:8
**operating** [2] - 222:15, 222:18
**operation** [2] - 217:15, 222:20
**operations** [6] - 167:14, 193:21, 204:9, 214:10, 220:23
**operative** [2] - 223:10, 234:12
**operatives** [1] - 221:16
**operator** [1] - 234:11
**operators** [1] - 221:8
**opinion** [13] - 194:8, 194:12, 198:12, 199:23, 201:8, 201:19, 202:3, 223:8, 224:13, 228:25, 231:3, 234:7, 234:20
**opinions** [8] - 187:15, 191:8, 197:12, 201:6, 215:6, 218:15, 224:9, 236:15
**opponents** [1] - 214:4
**opportunities** [1] - 204:5
**opportunity** [10] - 4:14, 6:20, 23:9, 31:10, 103:25, 110:9, 252:20, 254:9, 254:24, 256:13
**opposed** [3] - 38:5, 74:12, 84:17
**opposite** [2] - 136:18, 137:1
**oppressed** [3] - 19:23, 178:7, 182:21
**ops** [1] - 184:6
**option** [3] - 55:1,

55:2, 79:5
**order** [32] - 10:25, 31:22, 33:5, 33:20, 37:8, 37:19, 37:20, 45:17, 51:23, 52:20, 52:25, 54:6, 71:6, 85:8, 98:6, 129:24, 129:25, 130:23, 134:15, 135:7, 147:11, 163:13, 180:21, 182:24, 192:12, 207:24, 211:4, 217:11, 222:21, 249:10, 249:19
**ordered** [1] - 227:14
**orders** [5] - 31:21, 33:13, 123:20, 133:3, 222:2
**organization** [10] - 88:2, 97:18, 182:8, 184:6, 200:8, 200:16, 201:4, 209:20, 229:17, 251:11
**Organization** [66] - 44:14, 44:15, 44:16, 47:12, 47:16, 47:19, 50:6, 62:11, 67:25, 68:5, 68:10, 82:18, 82:20, 83:16, 83:22, 84:10, 84:16, 84:20, 84:22, 87:15, 87:18, 88:4, 88:5, 88:6, 89:20, 90:2, 91:20, 94:20, 103:18, 129:7, 129:18, 130:3, 149:19, 149:23, 174:24, 178:10, 179:24, 181:10, 183:22, 186:11, 187:4, 191:23, 198:13, 199:23, 201:9, 201:11, 201:20, 202:4, 206:20, 210:12, 212:25, 215:7, 215:8, 215:23, 219:12, 219:22, 219:25, 226:22, 247:5, 247:6, 249:23, 249:25, 251:2, 251:8, 251:13, 252:12
**Organization's** [1] - 88:1
**organizations** [3] - 154:25, 181:4, 192:22
**organize** [4] - 43:25, 52:8, 115:21, 115:25
**organized** [4] - 52:11, 123:25,

151:11, 256:1
**organizing** [1] - 227:1
**origin** [1] - 29:19
**original** [1] - 134:19
**originally** [2] - 150:10, 201:16
**orphan** [3] - 16:7, 132:24
**otherwise** [1] - 4:11
**ourselves** [4] - 45:11, 51:25, 88:25, 89:7
**ousted** [1] - 232:25
**outcome** [4] - 15:14, 144:7, 144:8
**outraged** [1] - 200:7
**outs** [1] - 235:9
**outside** [13] - 78:7, 78:10, 78:11, 78:12, 96:5, 149:4, 150:7, 164:19, 166:11, 166:21, 188:3, 193:11, 221:14
**overall** [1] - 51:17
**overhead** [2] - 34:24, 53:13
**overnight** [1] - 52:18
**overseas** [2] - 96:21, 195:5
**oversight** [2] - 162:21, 170:2
**overt** [1] - 193:20
**overthrow** [3] - 23:1, 174:19, 228:10
**overthrown** [1] - 21:14
**overthrows** [1] - 177:12
**owe** [1] - 157:22
**owed** [1] - 153:1
**own** [11] - 18:2, 112:10, 153:14, 153:16, 165:25, 183:8, 186:1, 240:8, 249:3, 250:17, 254:22
**owner** [1] - 17:14
**ownership** [1] - 183:3

## P

**P-R-E-G-E-N-T** [1] - 203:23
**PA** [2] - 96:18, 96:20
**Page** [9] - 37:2, 188:1, 188:15, 188:22, 189:9, 191:20, 192:19,

193:16, 198:9
**PAGE** [1] - 2:10
**page** [14] - 34:15, 36:16, 43:8, 45:24, 45:25, 46:3, 46:4, 46:5, 46:6, 49:10, 51:14, 53:18, 219:13, 226:19
**Pages** [1] - 191:21
**pages** [3] - 48:19, 231:24, 232:15
**paid** [6] - 21:21, 37:15, 44:6, 130:20, 154:5, 157:19
**pain** [6] - 65:18, 66:7, 76:14, 76:17, 81:1, 128:4
**painful** [2] - 187:1, 187:2
**painstaking** [1] - 187:2
**paint** [1] - 107:21
**Palace** [2] - 166:7, 166:16
**palaces** [3] - 22:16, 22:17, 166:15
**papers** [2] - 49:19, 129:5
**paperwork** [1] - 32:14
**paragraph** [7] - 34:17, 46:11, 46:22, 49:11, 49:17, 219:14, 226:15
**Paragraph** [1] - 226:19
**parallel** [1] - 176:21
**paranoia** [1] - 199:3
**parceled** [1] - 189:15
**parceling** [1] - 181:24
**parentheses** [1] - 37:19
**parents** [1] - 112:1
**parents'** [2] - 114:10, 114:11
**parked** [1] - 68:19
**Parliament** [1] - 172:3
**part** [53] - 23:5, 34:12, 36:13, 37:24, 38:4, 48:15, 77:3, 77:12, 77:13, 104:10, 104:12, 105:7, 109:6, 114:24, 129:15, 131:22, 132:19, 133:10, 135:17, 145:25, 146:6, 151:11, 151:12, 157:8, 160:1, 162:1,

162:24, 163:25, 164:4, 164:6, 165:7, 166:14, 166:19, 167:10, 171:15, 183:4, 183:12, 188:3, 192:25, 195:17, 206:23, 207:12, 210:3, 222:1, 222:16, 223:11, 223:12, 224:12, 233:19, 240:7, 241:24, 244:10, 247:16
**participate** [3] - 16:19, 148:24, 205:12
**participating** [1] - 150:21
**particular** [21] - 25:11, 161:22, 165:17, 166:2, 186:5, 187:3, 188:10, 189:18, 190:2, 196:16, 201:11, 206:22, 209:14, 239:25, 241:1, 241:5, 242:13, 246:5, 247:23, 249:10
**particularly** [8] - 168:10, 170:22, 174:23, 175:19, 191:5, 241:20, 242:14, 255:23
**parties** [2] - 188:2, 256:15
**Partners** [1] - 159:5
**parts** [2] - 38:5, 147:17
**party** [3] - 181:25, 226:24, 233:7
**Party** [2] - 182:2
**pass** [2] - 97:23, 98:7
**passed** [3] - 102:16, 125:14, 139:23
**passenger** [1] - 140:24
**passing** [1] - 115:19
**passports** [1] - 32:14
**password** [1] - 42:3
**past** [3] - 102:16, 139:6, 178:13
**patch** [1] - 82:25
**path** [1] - 98:6
**pathway** [1] - 138:18
**patience** [1] - 254:23
**patient** [3] - 100:2, 100:12, 103:5
**patients** [4] - 13:19, 99:18, 100:1, 103:5
**patriotic** [1] - 120:10
**patriotics** [1] - 120:10

**Patterson** [3] - 5:15, 8:2, 13:24
**Paul** [1] - 166:8
**pause** [1] - 133:19
**pay** [14] - 26:1, 37:14, 73:3, 73:4, 73:25, 74:3, 84:23, 85:5, 85:8, 85:13, 92:4, 130:17, 151:2, 151:25
**paying** [1] - 74:1
**payment** [1] - 108:18
**payments** [1] - 45:23
**peaceful** [1] - 177:6
**peanuts** [1] - 119:8
**penalties** [1] - 152:25
**penetration** [1] - 234:15
**penetrators** [1] - 221:2
**people** [76] - 22:17, 22:18, 24:24, 26:4, 30:6, 30:7, 39:5, 39:16, 42:13, 43:20, 47:15, 52:17, 57:12, 63:8, 63:9, 65:8, 68:20, 75:22, 75:25, 76:20, 77:8, 79:9, 84:25, 88:15, 88:17, 91:17, 92:14, 93:7, 93:9, 95:19, 103:15, 103:17, 109:7, 110:1, 110:4, 111:3, 116:1, 119:16, 119:22, 120:1, 122:15, 123:20, 123:22, 123:24, 133:2, 135:14, 142:10, 143:6, 143:8, 145:21, 147:24, 148:4, 148:23, 149:5, 149:7, 149:12, 150:1, 150:2, 150:16, 151:2, 151:23, 153:1, 155:19, 157:21, 157:23, 183:8, 190:7, 194:15, 196:2, 212:11, 222:5, 233:10, 241:19, 253:22, 256:4, 256:6
**per** [7] - 52:3, 98:3, 111:12, 135:10, 146:7, 148:4, 152:15
**percent** [9] - 19:14, 19:17, 51:16, 71:21, 151:22, 176:8, 176:9, 230:14, 230:15
**percentage** [1] - 177:8

**perfect** [3] - 29:10, 133:18, 134:24
**perfidy** [2] - 187:4, 192:15
**perform** [1] - 167:13
**performance** [2] - 163:7, 163:8
**performing** [2] - 13:11, 164:9
**perhaps** [1] - 175:16
**period** [8] - 33:17, 83:18, 96:5, 172:18, 197:9, 207:9, 211:13, 212:3
**permission** [1] - 101:5
**permits** [1] - 89:6
**Persia** [1] - 176:12
**Persian** [4] - 124:23, 222:10, 222:16, 223:8
**Persians** [1] - 250:6
**person** [53] - 16:6, 16:11, 19:7, 27:13, 30:11, 42:1, 63:21, 63:23, 73:23, 74:13, 74:14, 76:14, 78:19, 81:2, 89:16, 93:1, 93:4, 98:21, 109:24, 109:25, 110:1, 110:8, 110:14, 111:6, 115:13, 117:21, 117:22, 117:23, 119:25, 120:19, 120:22, 120:23, 121:6, 121:11, 123:15, 124:15, 128:18, 128:20, 128:21, 141:3, 144:20, 145:4, 147:23, 148:2, 149:7, 149:25, 151:23, 181:17, 182:3, 194:23, 240:9, 240:14
**person-based** [1] - 19:7
**personal** [10] - 109:10, 184:16, 184:25, 190:2, 191:25, 194:18, 217:17, 226:18, 227:4, 228:24
**personality** [1] - 109:23
**personally** [7] - 67:24, 74:2, 113:6, 169:8, 170:9, 216:10, 227:14
**perspective** [2] - 113:22, 252:3
**persuade** [2] -

240:10, 240:12
**Peshmerga** [1] - 208:14
**Petraeus** [4] - 171:4, 206:24, 212:17, 225:21
**Petraeus's** [2] - 207:3, 216:13
**phone** [66] - 50:9, 58:20, 59:18, 59:19, 59:24, 59:25, 62:23, 63:17, 63:18, 63:20, 64:4, 64:5, 65:13, 65:16, 69:21, 70:3, 72:7, 72:10, 72:25, 75:1, 89:25, 90:16, 90:17, 100:23, 103:1, 115:10, 116:10, 116:12, 116:15, 116:17, 116:23, 117:1, 117:2, 117:8, 117:9, 117:11, 118:2, 118:3, 118:9, 118:11, 119:16, 120:3, 120:4, 120:6, 120:16, 121:4, 121:5, 121:16, 121:17, 121:19, 122:2, 123:2, 123:7, 123:20, 123:24, 127:1, 127:12, 127:19, 128:2, 137:6, 137:7, 145:4, 155:15, 155:17, 249:18, 250:3
**phones** [3] - 115:13, 117:3, 154:17
**photo** [1] - 228:8
**phrased** [2] - 130:4, 132:6
**physical** [1] - 29:7
**physically** [2] - 13:18, 101:17, 230:14
**physician** [5] - 96:18, 107:3, 107:13, 146:12, 155:24
**pick** [7] - 58:13, 59:19, 67:10, 121:16, 138:15, 143:12, 242:2
**picked** [5] - 117:11, 117:17, 119:2, 143:15, 154:8, 215:12
**picking** [1] - 197:21
**picture** [17] - 53:14, 53:17, 89:15, 90:9, 91:7, 91:8, 91:22, 92:1, 92:5, 92:13, 92:16, 92:19, 92:20, 92:23, 107:21, 138:16
**pictures** [7] - 79:9, 89:24, 89:25, 90:14, 91:1, 92:9, 228:4

**picturing** [1] - 90:10
**pierce** [1] - 227:16
**piling** [1] - 39:10
**placate** [2] - 235:12, 236:4
**place** [25] - 57:15, 58:5, 59:7, 61:7, 74:25, 80:19, 131:2, 132:11, 132:20, 144:13, 149:20, 159:2, 177:7, 193:4, 202:20, 211:1, 220:11, 221:6, 226:5, 227:10, 233:21, 240:4, 241:9, 250:24, 254:6
**Plaintiff** [3] - 152:7, 158:21, 243:16
**Plaintiff's** [1] - 246:9
**Plaintifs** [10] - 1:5, 3:14, 3:17, 9:1, 105:20, 203:3, 229:12, 241:21, 242:3, 255:4
**PLAINTIFFS** [2] - 1:17, 2:4
**Plaintiffs'** [30] - 2:11, 2:12, 2:12, 2:13, 2:13, 2:14, 2:14, 2:15, 2:15, 2:16, 2:16, 2:17, 2:17, 2:18, 2:18, 32:19, 36:6, 36:22, 43:4, 49:6, 51:7, 54:2, 90:22, 169:18, 170:18, 187:20, 191:17, 198:4, 219:7, 239:15
**PLAINTIFFS'** [4] - 9:11, 105:22, 158:24, 203:17
**plan** [9] - 35:10, 61:7, 94:16, 96:16, 113:20, 114:8, 135:7, 144:16, 151:14
**planned** [2] - 127:20, 151:14, 168:3
**planning** [5] - 56:1, 56:12, 56:14, 57:2, 173:20
**plastic** [1] - 136:8
**play** [3] - 176:25, 188:7, 204:15
**played** [6] - 125:6, 127:21, 128:5, 128:6, 176:18, 226:25
**players** [1] - 179:23
**playing** [4] - 122:21, 126:23, 223:5, 223:7
**plays** [2] - 177:2, 240:18

**pleadings** [1] - 4:3
**pleasant** [1] - 156:15
**pleased** [1] - 47:3
**PMUs** [1] - 230:6
**poetic** [1] - 254:8
**point** [57] - 4:13, 6:8, 7:14, 8:17, 13:20, 59:23, 60:23, 62:15, 62:20, 74:4, 82:14, 83:15, 85:12, 86:16, 98:18, 102:16, 102:17, 105:8, 107:2, 107:3, 121:23, 122:1, 125:11, 125:22, 130:16, 131:3, 131:9, 133:11, 133:12, 133:21, 136:17, 137:5, 137:15, 137:17, 137:23, 138:2, 141:17, 142:16, 144:15, 144:16, 144:18, 148:10, 150:16, 151:24, 156:4, 164:15, 166:3, 180:12, 182:4, 189:14, 202:11, 216:20, 218:17, 242:20, 246:23, 247:23, 252:7
**pointed** [1] - 85:24
**points** [5] - 19:9, 186:5, 241:1, 249:7, 250:9
**police** [57] - 59:11, 62:7, 62:8, 62:9, 62:10, 62:14, 62:16, 62:17, 63:6, 63:7, 67:13, 67:18, 67:19, 68:13, 68:15, 68:20, 69:5, 69:6, 69:14, 70:19, 78:3, 78:8, 78:16, 79:14, 87:25, 91:17, 91:21, 92:8, 140:10, 140:12, 142:16, 142:18, 183:16, 183:17, 183:23, 184:5, 184:9, 185:24, 200:4, 200:5, 200:23, 201:2, 201:3, 201:25, 202:2, 208:22, 214:2, 214:13, 214:15, 223:13, 227:11, 251:16
**policeman** [3] - 68:21, 68:25, 69:16
**policemen** [1] - 68:16
**policy** [5] - 173:24,

194:15, 204:6, 229:23, 229:24
**political** [9] - 19:8, 172:4, 173:24, 174:20, 180:3, 188:2, 193:23, 214:4, 226:13
**politician** [1] - 222:25
**politician's** [2] - 222:24, 223:4
**politicians** [3] - 179:8, 223:6, 233:8
**politics** [3] - 165:8, 168:14, 174:19
**poor** [2] - 16:8, 16:24
**popping** [1] - 212:18
**populated** [1] - 182:8
**population** [2] - 195:22, 211:5
**portfolio** [3] - 161:22, 209:2, 234:25
**portion** [5] - 34:22, 34:23, 111:9, 179:20, 193:18
**portions** [4] - 34:21, 39:10, 206:9, 206:11
**position** [5] - 20:22, 40:17, 107:18, 129:7, 235:11
**positions** [3] - 196:2, 208:3, 233:1
**positive** [1] - 95:19
**possible** [4] - 5:9, 15:6, 45:18, 255:1
**possibly** [1] - 252:25
**post** [5] - 161:13, 163:16, 165:11, 174:22, 213:14
**post-invasion** [1] - 174:22
**post-ISIS** [1] - 213:14
**post-Saddam** [2] - 163:16, 165:11
**posted** [1] - 4:13
**posterity** [1] - 167:12
**postpone** [2] - 112:14, 112:15
**potato** [2] - 97:5, 97:6
**potential** [3] - 159:7, 167:16, 226:13
**potentially** [1] - 240:6
**pour** [1] - 20:21
**power** [18] - 19:19, 76:11, 76:12, 139:12, 177:12, 177:14, 178:8, 181:17, 181:19, 182:23,

183:18, 189:25, 190:5, 196:2, 196:4, 198:24, 212:11, 227:16
**powerful** [3] - 81:3, 172:4, 179:8
**PowerPoint** [2] - 162:6, 162:9
**practical** [2] - 255:3, 255:18
**practice** [20] - 18:16, 29:18, 29:19, 89:4, 89:6, 97:15, 97:25, 98:12, 98:19, 100:1, 107:5, 146:1, 154:10, 155:2, 155:5, 159:4, 214:23, 221:8, 253:23
**practiced** [4] - 12:9, 12:11, 107:6, 188:17
**practices** [2] - 19:8, 24:14
**practicing** [5] - 107:4, 145:16, 155:5, 252:19
**pray** [2] - 18:17, 18:18
**precautions** [2] - 38:24, 47:8
**precision** [1] - 220:25
**preconstruction** [1] - 36:12
**predates** [1] - 215:18
**predecessor** [1] - 184:4
**preexisting** [1] - 192:4
**preferably** [1] - 148:5
**preferred** [3] - 55:1, 55:2, 227:15
**PREGENT** [1] - 203:17
**Pregent** [14] - 2:8, 203:4, 203:7, 203:20, 203:23, 205:23, 210:11, 210:17, 219:11, 224:3, 224:19, 237:6, 250:21, 250:25
**Pregent's** [1] - 224:9
**premarked** [1] - 90:6
**prematurely** [1] - 101:20
**premier** [3] - 214:24, 215:24, 220:1
**preparation** [3] - 169:8, 170:9, 233:2
**prepare** [4] - 32:12, 147:11, 162:6, 169:12
**prepared** [5] - 6:13,

6:15, 8:24, 169:11, 182:22
**preparing** [1] - 224:19
**presence** [1] - 154:3
**present** [8] - 84:10, 175:21, 181:8, 199:21, 217:5, 225:21, 254:16, 254:24
**presentation** [1] - 256:2
**presented** [3] - 165:2, 165:24, 212:16
**presently** [2] - 11:22, 100:15
**preserve** [1] - 77:14
**President** [4] - 99:2, 161:9, 161:11, 161:21
**president** [2] - 77:16, 235:8
**president's** [1] - 166:20
**press** [1] - 129:3
**pressure** [2] - 50:11, 125:4
**pressured** [2] - 110:17, 110:21
**pressuring** [1] - 65:19
**presumably** [1] - 7:3
**pretend** [1] - 132:20
**pretending** [1] - 136:23
**pretty** [5] - 144:15, 146:11, 154:17, 243:14, 245:9
**prevalent** [1] - 247:4
**prevent** [2] - 140:11, 232:6
**prevention** [2] - 12:18, 99:8
**previous** [1] - 73:10
**previously** [3] - 70:6, 179:25, 182:7
**price** [1] - 152:1
**prices** [2] - 21:19, 21:23, 55:10
**primacy** [1] - 209:3
**primary** [2] - 195:24, 198:15
**Prime** [2] - 173:17, 235:24
**prime** [6] - 22:7, 30:19, 166:19, 170:23, 181:20, 235:7
**primitive** [1] - 56:3
**principal** [1] - 243:16
**print** [2] - 129:3, 129:4

**priority** [2] - 33:17, 34:1
**prison** [1] - 211:2
**private** [5] - 159:4, 211:2, 223:18, 244:1, 244:5
**privately** [1] - 105:12
**privilege** [2] - 108:4, 109:15
**problem** [13] - 4:14, 6:6, 6:11, 14:7, 33:23, 50:3, 55:16, 119:11, 133:10, 186:25, 210:6, 238:7, 238:23
**problematic** [1] - 178:13
**procedural** [2] - 3:21, 8:22
**procedurally** [2] - 5:23, 8:13
**procedures** [3] - 10:9, 29:23, 68:23
**proceed** [7] - 3:4, 3:24, 4:16, 6:16, 8:24, 134:25, 245:3
**Proceedings** [1] - 256:17
**proceedings** [10] - 4:4, 4:6, 14:24, 27:14, 82:11, 133:24, 202:22, 203:15, 237:19, 257:6
**process** [11] - 29:21, 45:21, 80:18, 80:19, 95:1, 147:10, 155:3, 167:4, 171:6, 181:23, 206:23
**processing** [1] - 163:24
**produce** [1] - 163:25
**produced** [3] - 164:2, 167:23, 257:6
**professional** [1] - 111:1
**professionals** [2] - 97:12, 97:15
**proffer** [1] - 174:18
**profile** [1] - 252:4
**profit** [6] - 21:17, 21:18, 24:19, 31:7, 31:8, 31:9
**program** [24] - 12:19, 29:10, 29:14, 93:9, 93:11, 93:14, 98:11, 98:21, 98:23, 99:13, 100:3, 163:10, 170:1, 179:18, 180:9, 185:2, 186:7, 192:22, 194:24, 195:12, 195:13, 200:4, 200:6,

201:1
**programs** [2] - 99:16, 194:15
**progress** [3] - 50:17, 125:12, 165:18
**project** [32] - 22:2, 24:9, 24:11, 24:13, 24:24, 25:3, 26:1, 26:8, 26:9, 27:3, 27:6, 28:14, 31:5, 32:25, 37:15, 38:14, 40:2, 40:24, 44:2, 44:21, 44:24, 45:9, 50:11, 51:21, 51:24, 52:21, 52:25, 108:15, 167:23, 195:1, 248:21, 249:5
**projects** [21] - 20:20, 22:5, 22:13, 22:14, 22:19, 24:21, 25:9, 31:15, 38:10, 38:12, 39:2, 39:17, 43:21, 45:4, 48:7, 51:11, 163:13, 165:19, 173:9, 195:6, 248:3
**prominent** [5] - 193:22, 248:7, 248:8, 248:16, 248:17
**promise** [1] - 104:8
**promote** [5] - 24:15, 26:9, 26:19, 39:19, 52:5
**promoted** [1] - 13:8
**prone** [1] - 188:5
**proper** [3] - 57:15, 81:19, 81:20
**prophet** [1] - 131:20
**propose** [1] - 101:2
**propound** [1] - 165:20
**protect** [3] - 40:1, 40:14, 52:8
**protecting** [1] - 175:9
**protest** [1] - 77:14
**protested** [1] - 77:13
**protesters** [3] - 213:16, 233:9, 233:10
**protests** [2] - 195:22, 227:21
**protocols** [1] - 96:2
**proud** [3] - 16:23, 109:20, 216:25
**proved** [1] - 185:10
**provide** [17] - 40:15, 54:12, 64:7, 118:22, 119:4, 119:24, 120:13, 173:18, 186:18, 204:3, 206:6, 213:21, 214:17,

231:9, 246:24, 252:10
**provided** [5] - 64:10, 190:23, 214:11, 224:8, 243:12
**providing** [5] - 119:11, 202:3, 215:6, 224:7, 233:11
**province** [2] - 196:22
**Provisional** [5] - 23:21, 24:2, 93:10, 178:12, 181:15
**proxies** [3] - 177:20, 177:22, 205:4
**proximate** [5] - 242:20, 245:25, 246:2, 246:3, 252:8
**proxy** [9] - 198:16, 199:10, 199:24, 214:24, 215:25, 220:1, 226:10, 252:12
**PSDs** [1] - 166:24
**pseudonyms** [1] - 171:14
**psychologically** [1] - 155:13
**PTSD** [4] - 102:4, 102:6, 102:15, 156:6
**public** [19] - 12:20, 24:12, 25:6, 25:21, 25:25, 28:15, 29:6, 29:13, 30:2, 30:16, 31:1, 39:18, 100:11, 129:8, 129:19, 236:21, 249:23, 254:5
**publicly** [2] - 68:7, 204:22
**publish** [1] - 204:21
**pull** [4] - 38:12, 39:16, 89:22, 148:12
**pulled** [1] - 48:25
**punish** [1] - 211:5
**punishment** [1] - 120:13
**purchased** [1] - 156:17
**purported** [2] - 222:5, 223:23
**purpose** [3] - 29:2, 168:3, 218:20
**purposes** [5] - 4:4, 27:14, 54:19, 244:8, 245:18
**pursuant** [1] - 180:21
**pursue** [1] - 186:2
**pursuing** [1] - 100:7
**pus** [2] - 80:18, 80:22
**push** [3] - 66:9, 119:3, 230:18

**pushed** [2] - 140:7, 230:17
**pushing** [1] - 229:6
**put** [39] - 40:13, 40:16, 51:25, 56:3, 61:7, 80:3, 81:11, 85:21, 89:11, 92:11, 92:12, 105:6, 107:16, 123:21, 125:4, 127:19, 134:7, 136:7, 138:4, 147:6, 147:12, 167:3, 169:23, 170:11, 180:7, 180:14, 182:16, 183:22, 186:22, 187:24, 190:15, 191:12, 191:20, 196:2, 197:14, 203:10, 216:15, 236:4
**putting** [1] - 254:6

**Q**

**Q-W-I-Z-N-Y** [1] - 128:22
**Qaeda** [6] - 208:11, 208:13, 210:6, 210:8, 216:8, 231:16
**Qais** [6] - 216:11, 216:18, 217:11, 217:19, 218:18, 219:15
**Qasem** [17] - 175:22, 206:18, 209:11, 214:23, 217:1, 217:12, 220:1, 228:1, 228:5, 228:14, 230:12, 234:5, 234:8, 234:9, 235:5, 235:9, 235:10
**Qods** [20] - 175:13, 175:15, 175:20, 176:18, 179:5, 180:20, 192:8, 192:17, 192:21, 193:6, 193:9, 198:10, 201:10, 201:14, 205:4, 215:9, 215:15, 223:11, 226:10, 247:7
**qualification** [2] - 159:10, 162:7
**qualified** [1] - 174:2
**qualifies** [1] - 159:10
**qualify** [3] - 174:25, 205:10, 210:15
**quality** [6] - 21:22, 21:23, 50:23, 100:1, 100:13, 154:21
**Quality** [1] - 50:15
**quality-wise** [1] -

21:22
**quarter** [4] - 82:7, 118:25, 164:14, 164:16
**quarterly** [1] - 164:2
**quarters** [1] - 164:10
**questionable** [1] - 86:17
**questioning** [2] - 115:6, 216:11
**questions** [18] - 7:7, 26:12, 70:24, 71:10, 72:18, 104:4, 104:14, 157:2, 157:9, 158:16, 169:21, 197:11, 202:9, 202:23, 237:7, 237:13, 237:20, 256:6
**quick** [2] - 163:12, 237:15
**quickly** [7] - 38:22, 92:4, 143:20, 148:5, 184:12, 242:20, 255:1
**quietly** [1] - 193:22
**quit** [5] - 44:18, 83:14, 83:24, 120:11, 120:12
**quite** [3] - 113:3, 144:4, 156:14
**quote** [12] - 119:9, 187:13, 189:3, 189:21, 191:20, 191:22, 192:1, 192:19, 193:3, 193:18, 198:8, 198:9
**quotes** [2] - 168:9, 187:24
**Qwizny** [1] - 128:21

**R**

**R-A-D-H-I** [1] - 30:4
**Radhi** [4] - 30:4, 30:5, 30:8
**radical** [1] - 195:10
**raid** [1] - 234:13
**raids** [3] - 213:22, 220:23, 226:1
**raise** [1] - 147:7
**raised** [4] - 16:5, 152:16, 226:4
**Ramadi** [5] - 12:11, 29:5, 57:17, 230:14, 233:12
**ramp** [1] - 199:9
**ran** [2] - 74:24, 185:5
**random** [1] - 89:7
**Randy** [2] - 3:9, 3:14
**RANDY** [1] - 1:17
**rank** [1] - 98:2

**ranked** [1] - 100:13
**ranks** [1] - 221:9
**ransom** [13] - 44:6, 66:10, 66:12, 72:11, 72:12, 72:14, 73:8, 73:21, 118:15, 118:17, 130:12, 222:7
**rapid** [1] - 198:23
**rate** [1] - 164:15
**rather** [3] - 193:17, 193:20, 196:2
**rationales** [1] - 183:5
**RDR** [3] - 1:20, 257:3, 257:12
**re** [3] - 96:25, 200:21, 201:2
**re-blue** [1] - 201:2
**re-bluing** [1] - 200:21
**re-up** [1] - 96:25
**reach** [5] - 115:10, 123:8, 132:10, 135:22, 176:6
**reached** [6] - 56:10, 73:2, 137:2, 137:14, 138:10, 143:2
**reaching** [1] - 183:11
**react** [2] - 112:7, 125:25
**reaction** [3] - 80:15, 114:23, 119:5
**reactions** [1] - 80:22
**read** [12] - 5:2, 37:17, 43:15, 46:10, 49:11, 49:17, 191:24, 192:20, 193:17, 193:18, 226:16, 228:3
**ready** [4] - 35:1, 35:3, 47:4, 82:1
**real** [4] - 64:10, 165:24, 237:11, 238:14
**realize** [4] - 5:24, 8:8, 102:6, 144:2
**realized** [11] - 40:18, 89:20, 119:17, 138:4, 139:24, 141:2, 141:5, 144:14, 145:11, 167:5, 167:10
**realizing** [1] - 143:20
**really** [19] - 6:6, 6:17, 21:23, 25:22, 30:10, 58:25, 79:25, 126:21, 146:22, 168:8, 211:9, 217:13, 222:3, 237:15, 240:11, 240:15, 240:16, 246:1, 253:19
**rearrange** [1] - 49:22
**reason** [11] - 10:18,

121:14, 144:7, 156:4, 157:16, 214:2, 216:24, 228:10, 234:24, 241:6, 255:9
**reasonable** [1] - 246:6
**reasonably** [1] - 246:10
**reasoning** [2] - 23:3, 182:20
**reasons** [3] - 42:23, 54:22, 165:16
**rebuild** [6] - 23:9, 194:6, 194:10, 248:19, 249:1, 249:4
**rebuilding** [8] - 20:25, 23:13, 33:21, 163:10, 170:1, 188:14, 194:16, 194:24
**receipt** [1] - 43:20
**receive** [3] - 77:24, 93:6, 135:23
**RECEIVED** [1] - 2:10
**received** [11] - 23:5, 41:20, 116:13, 120:4, 146:7, 159:15, 159:22, 160:5, 185:16, 215:14, 220:2
**receiving** [5] - 85:14, 219:20, 219:22, 220:6, 220:9
**recent** [3] - 207:25, 227:21, 236:17
**recently** [6] - 12:19, 98:16, 100:16, 177:2, 217:7
**recertified** [1] - 155:4
**recess** [4] - 82:10, 133:23, 202:21, 237:18
**recognition** [1] - 98:23
**recognizable** [1] - 124:18
**recognize** [5] - 95:18, 98:2, 122:23, 124:19, 186:6
**recognized** [16] - 10:14, 29:8, 70:22, 79:11, 80:9, 89:5, 97:11, 99:3, 99:5, 120:25, 140:22, 153:8, 195:9, 195:10, 210:11, 214:23
**recognizing** [1] - 163:12
**recollection** [1] - 82:14

**recommendation** [1] - 28:19
**recommendations** - 204:3
**recommended** [1] - 28:18
**reconcilable** [1] - 216:18
**reconcilables** [2] - 216:14, 216:16
**reconstruct** [1] - 163:19
**reconstructed** [1] - 183:7
**reconstruction** [14] - 160:15, 161:14, 162:18, 162:23, 165:19, 167:4, 171:6, 179:18, 180:9, 185:2, 186:7, 194:17, 195:11, 249:5
**Reconstruction** [5] - 25:24, 26:25, 27:9, 27:21, 167:20
**record** [14] - 3:8, 3:11, 5:23, 7:25, 43:16, 46:10, 49:15, 106:2, 134:14, 191:24, 192:20, 203:22, 217:20, 226:16
**recorded** [1] - 213:18
**records** [1] - 219:3
**recover** [1] - 255:17
**recovered** [1] - 255:13
**recruit** [1] - 98:3
**red** [4] - 70:25, 80:16, 142:18, 250:16
**Red** [4] - 165:25, 166:1, 166:9, 166:22
**redact** [3] - 4:8, 4:13, 134:22
**redacted** [1] - 134:5
**redactions** [1] - 134:13
**Redirect** [1] - 2:2
**reduce** [3] - 21:19, 99:25, 192:11
**reducing** [1] - 95:24
**redundancy** [2] - 52:20, 52:22
**refer** [7] - 24:3, 27:15, 28:2, 50:6, 62:3, 63:23
**reference** [3] - 37:10, 37:18, 219:12
**referenced** [2] - 217:24, 231:19

**references** [1] - 219:15
**referencing** [2] - 120:11, 122:9
**referred** [4] - 31:23, 33:2, 84:20, 193:1
**referring** [5] - 44:11, 149:22, 200:25, 206:19, 234:19
**reflect** [3] - 168:12, 169:3, 192:13
**reflected** [1] - 16:13
**reflection** [1] - 188:9
**reflects** [2] - 162:10, 187:1
**refrained** [1] - 22:14
**refrigerator** [1] - 79:16
**refugee** [11] - 86:21, 93:13, 97:9, 97:23, 98:24, 102:5, 152:12, 152:15, 152:22, 153:5, 153:9
**Refugees** [1] - 97:21
**refugees** [7] - 32:4, 97:10, 97:12, 102:14, 152:23, 155:2
**refurbishing** [1] - 33:21
**refused** [1] - 131:4
**regard** [8] - 44:4, 80:7, 89:18, 101:13, 168:11, 168:13, 169:21, 245:25
**regarding** [5] - 174:11, 179:11, 185:14, 233:4, 245:6
**regardless** [1] - 233:7
**regent** [1] - 181:16
**regime** [2] - 198:16, 199:9
**region** [3] - 23:23, 204:12, 206:14
**Region** [1] - 194:23
**Regional** [2] - 99:6, 99:9
**regional** [2] - 11:12, 100:4
**regions** [1] - 19:5
**regular** [2] - 145:25, 186:24
**regularly** [1] - 166:1
**reimbursed** [1] - 99:19
**reinforce** [1] - 95:19
**reins** [1] - 183:18
**relate** [1] - 215:22
**related** [5] - 32:7, 38:11, 62:11, 151:23,

223:10
**relates** [1] - 240:1
**relating** [1] - 240:7
**relations** [1] - 249:23
**relationship** [15] - 16:13, 16:18, 16:19, 39:18, 109:11, 110:12, 112:19, 223:7, 223:14, 227:25, 228:2, 228:9, 228:24, 233:23, 246:4
**relationships** [3] - 165:13, 173:15, 192:4
**relative** [2] - 149:8, 199:11
**relatively** [2] - 55:7, 177:6
**relatives** [1] - 149:8
**relaxed** [1] - 31:5
**release** [6] - 44:5, 125:13, 131:25, 221:11, 223:9, 236:17
**released** [10] - 44:4, 44:6, 46:15, 120:1, 216:16, 221:12, 222:22, 231:7, 231:20, 237:5
**relevant** [2] - 168:11, 170:22
**reliability** [1] - 223:25
**reliable** [1] - 225:3
**relied** [4] - 191:7, 218:14, 224:16, 234:3
**relief** [2] - 162:23, 180:9
**religion** [5] - 18:3, 18:5, 41:1, 131:21, 148:5
**religious** [4] - 11:11, 131:21, 145:1, 188:4
**rely** [2] - 224:11, 239:8
**remain** [2] - 9:9, 188:16
**Remarks** [1] - 51:15
**remember** [16] - 16:22, 110:2, 113:22, 114:18, 148:20, 149:13, 149:24, 184:17, 194:19, 194:20, 200:6, 213:4, 213:10, 218:12, 237:16, 252:21
**remembering** [2] - 155:16, 155:18
**reminisce** [1] - 102:22
**remnant** [1] - 102:2
**removal** [2] - 198:24,

199:1
**remove** [1] - 81:12
**removed** [2] -
200:14, 200:15
**renewed** [1] - 160:13
**renowned** [2] -
176:22, 185:10
**repeat** [2] - 130:4,
247:2
**repeatedly** [2] -
214:6, 245:15
**rephrase** [1] - 65:5
**replace** [1] - 235:25
**replacement** [1] -
200:13
**replacing** [1] -
200:16
**replaying** [1] -
155:15
**Report** [4] - 50:15,
187:12, 192:20,
199:12
**report** [28] - 50:17,
50:23, 51:11, 63:16,
163:25, 167:22,
169:25, 170:12,
175:23, 183:16,
183:20, 187:1, 187:9,
187:14, 188:7,
190:15, 190:18,
190:22, 191:4,
191:12, 191:21,
193:16, 197:16,
207:8, 225:7, 225:13,
251:5
**REPORTED** [1] -
1:20
**reporter** [7] - 4:8,
9:5, 12:23, 14:14,
49:13, 134:3, 232:21
**Reporter** [2] - 1:21,
257:12
**REPORTER** [5] -
67:3, 131:17, 211:16,
228:19, 230:9
**reporting** [4] -
185:17, 200:2, 202:6,
233:3
**reports** [21] - 49:19,
51:10, 163:13, 164:2,
164:3, 184:19,
186:24, 186:25,
188:15, 191:1,
217:10, 217:25,
225:6, 225:19, 232:4,
232:11, 236:24,
238:10, 238:24,
251:3, 251:4
**represent** [2] - 42:1,
252:20

**representation** [1] -
53:22
**representations** [1] -
90:8
**Representative** [1] -
1:4
**representative** [3] -
56:14, 77:11, 154:16
**representing** [2] -
3:14, 3:16
**represents** [1] -
252:24
**republic** [2] - 166:7,
177:13
**REPUBLIC** [1] - 1:7
**Republic** [2] - 3:6,
232:9
**Republican** [2] -
166:7, 166:15
**reputation** [4] -
21:15, 21:17, 23:7,
84:3
**request** [5] - 8:3,
27:5, 67:9, 206:18,
234:8
**requested** [1] - 241:3
**require** [2] - 25:15,
246:3
**required** [4] - 94:25,
173:23, 178:11, 252:8
**requires** [1] - 246:6
**Reserves** [1] -
160:11
**reshaping** [1] - 229:5
**reside** [1] - 24:23
**resident** [2] - 13:4,
153:6
**residents** [2] - 13:9,
29:5
**resilience** [1] -
253:25
**resilient** [1] - 252:22
**resistance** [1] -
226:20
**resolution** [2] -
123:9, 125:13
**resolve** [1] - 128:8
**resonated** [1] - 16:25
**resources** [9] - 22:7,
38:13, 127:22, 202:4,
215:7, 246:4, 246:25,
252:11
**respective** [1] -
97:16
**respects** [1] - 151:2
**response** [2] - 41:15,
118:18
**responsibilities** [4] -
108:15, 108:16,
115:16, 162:17

**responsibility** [2] -
115:18, 206:11
**responsible** [5] -
61:10, 183:14,
211:10, 213:15, 227:7
**rest** [7] - 15:20,
57:18, 81:13, 92:17,
149:5, 153:24, 238:22
**restart** [1] - 200:4
**restatement** [1] -
243:13
**result** [6] - 174:14,
195:20, 200:2, 226:5,
245:21, 254:19
**resulted** [1] - 202:5
**resulting** [1] - 19:23
**results** [1] - 170:2
**resume** [1] - 133:21
**retaliation** [1] -
103:17
**retrain** [1] - 201:3
**return** [1] - 144:20
**returned** [2] -
144:22, 159:21
**revenge** [3] - 19:24,
189:2, 196:24
**reversal** [1] - 168:5
**review** [9] - 34:18,
41:14, 41:16, 162:9,
187:9, 190:24,
224:20, 225:1, 240:7
**reviewed** [3] -
217:21, 218:9, 233:3
**revising** [1] - 206:9
**revolution** [4] -
175:8, 176:19,
177:19, 228:15
**Revolution** [4] -
175:12, 175:19,
180:2, 193:11
**Revolutionary** [4] -
175:7, 223:2, 234:17
**ribs** [1] - 80:23
**right-hand** [1] -
57:10
**rights** [2] - 186:21,
188:5
**Rights** [3] - 186:24,
187:9, 187:12
**ringtone** [1] - 117:7,
117:10
**ripped** [1] - 141:10
**rise** [1] - 104:9
**risk** [1] - 99:25
**risks** [2] - 47:2,
152:1
**River** [1] - 35:11
**road** [2] - 59:1,
147:19
**Road** [1] - 1:18

**roaming** [1] - 241:9
**Robert** [3] - 43:12,
46:1, 46:7
**rocket** [1] - 166:5
**rockets** [3] - 220:24,
220:25, 227:9
**role** [19] - 32:23,
41:9, 171:6, 176:19,
185:14, 185:18,
204:7, 209:7, 218:18,
218:19, 218:21,
223:18, 224:22,
227:1, 232:11,
232:12, 234:21,
235:6, 235:23
**roles** [3] - 171:22,
208:8, 208:15
**rolled** [1] - 205:15
**roof** [2] - 92:20,
92:21
**Room** [2] - 1:23,
257:14
**room** [15] - 5:15,
5:16, 13:25, 64:24,
65:10, 66:3, 70:17,
79:16, 114:11,
114:20, 122:15,
122:16, 146:20,
149:3, 149:6
**root** [1] - 30:5
**roots** [1] - 182:2
**rotation** [1] - 108:9
**roughly** [6] - 21:25,
22:25, 37:12, 93:3,
166:11, 229:20
**round** [1] - 118:24
**roundabout** [4] -
135:22, 136:11,
136:13, 137:4
**rounds** [1] - 84:12
**routes** [1] - 55:3,
55:5
**routine** [1] - 223:19
**Row** [1] - 93:24
**rule** [9] - 5:5, 15:8,
103:19, 183:12,
183:14, 253:4, 254:4,
254:7, 254:11
**rules** [1] - 222:1
**rumors** [1] - 199:3
**run** [12] - 25:25,
30:4, 34:22, 61:23,
70:7, 70:16, 82:16,
83:14, 83:15, 88:18,
139:19, 142:12
**running** [12] - 30:3,
30:13, 32:25, 116:4,
132:15, 142:17,
151:6, 151:10,
185:21, 185:25,

201:4, 251:25
**runs** [1] - 185:5
**rural** [1] - 16:7
**rush** [5] - 12:24,
50:2, 142:3, 151:16,
197:25
**rushed** [3] - 114:20,
114:25, 143:16
**rustled** [1] - 125:19
**Ryan** [2] - 171:9,
197:2

**S**

**S-H-A'A-B-I** [1] -
230:10
**S.A** [11] - 11:3, 11:4,
61:18, 86:12, 86:14,
93:2, 116:6, 149:2,
149:15, 153:24
**S.F** [16] - 1:4, 4:21,
5:1, 43:9, 184:24,
190:8, 194:8, 194:25,
195:14, 199:16,
202:5, 231:4, 248:7,
248:22, 250:11,
251:15
**S.F.'s** [10] - 146:16,
152:9, 194:19, 196:8,
200:10, 223:9,
238:16, 249:9,
249:12, 249:17
**S.S** [46] - 2:6, 4:23,
11:2, 18:1, 61:8,
61:10, 61:20, 64:22,
64:23, 65:13, 65:22,
65:24, 66:1, 68:15,
68:22, 70:3, 70:11,
71:1, 72:1, 72:17,
72:18, 74:10, 74:19,
74:23, 75:6, 86:1,
86:11, 86:15, 86:25,
87:7, 89:3, 96:25,
104:23, 105:20,
105:25, 111:5,
132:21, 135:2, 157:7,
158:18, 214:12,
222:5, 250:5, 250:13,
254:12
**s.S** [1] - 105:22
**S.S.'s** [1] - 88:24
**sabotage** [2] - 34:13,
40:10
**sabotaged** [1] - 85:3,
87:10
**sabotaging** [1] - 34:8
**sacrifices** [1] - 51:23
**Saddam** [20] - 19:19,
19:24, 21:14, 22:12,

22:15, 23:1, 30:9, 33:24, 163:16, 165:11, 174:19, 177:14, 178:8, 182:21, 198:24, 210:14, 215:11, 226:20, 228:10
**Saddam's** [1] - 166:15
**Sadr** [2] - 166:6, 219:19
**safe** [20] - 24:25, 25:20, 26:18, 28:11, 30:1, 30:25, 45:17, 58:5, 64:17, 68:20, 78:9, 86:5, 86:7, 90:1, 102:21, 151:8, 156:13, 156:14, 156:16, 254:5
**safely** [2] - 130:20, 132:2
**safer** [2] - 55:7, 74:25
**safety** [10] - 38:23, 39:1, 86:17, 100:2, 100:12, 115:21, 150:20, 151:3, 151:18
**Samarra** [1] - 196:21
**San** [5] - 93:18, 93:24, 94:1, 159:22, 160:2
**sanctioned** [1] - 213:23
**Santana** [1] - 93:24
**Satan** [1] - 125:10
**satisfied** [1] - 243:10
**satisfy** [1] - 55:12
**saturated** [2] - 214:15, 227:11
**Saturday** [13] - 65:4, 69:21, 82:15, 120:3, 120:5, 120:15, 120:16, 120:24, 121:3, 121:5, 121:20, 121:22, 127:16
**Saudi** [1] - 124:21
**save** [2] - 103:6, 156:8
**saw** [23] - 31:13, 77:25, 78:15, 80:6, 81:14, 88:15, 89:15, 145:12, 146:17, 146:24, 148:11, 148:21, 167:6, 167:9, 206:15, 213:14, 214:7, 225:5, 225:13, 231:6, 232:3, 250:22, 251:2
**scared** [1] - 38:25
**scenario** [2] - 120:9,

120:15
**scenarios** [1] - 61:1
**schedule** [7] - 15:8, 15:9, 51:12, 51:17, 51:20, 107:22
**scholarship** [2] - 28:16, 29:3
**School** [3] - 12:9, 159:15, 159:18
**school** [22] - 13:3, 16:22, 18:13, 77:3, 77:6, 77:7, 77:13, 77:18, 96:18, 96:20, 109:16, 109:18, 153:8, 153:12, 157:18, 159:14, 159:21, 160:3, 160:23, 160:24
**schools** [1] - 18:13
**scientific** [4] - 18:14, 18:15, 18:20, 19:16
**scientific-based** [1] - 18:15
**SCIRI** [4] - 180:1, 193:23, 223:2, 229:15
**scope** [1] - 162:16
**Scott** [3] - 43:12, 46:1, 46:7
**scratches** [1] - 48:14
**screaming** [4] - 65:18, 66:7, 67:7, 121:7
**screen** [4] - 176:2, 180:14, 187:24, 191:21
**search** [1] - 69:7
**seat** [1] - 245:17
**second** [38] - 9:19, 10:24, 36:16, 46:5, 46:6, 46:10, 49:10, 51:14, 53:18, 53:21, 56:20, 62:4, 62:10, 62:13, 80:16, 91:8, 92:5, 113:19, 127:13, 127:15, 131:21, 134:19, 139:24, 140:9, 140:10, 141:1, 141:13, 142:17, 154:8, 157:17, 160:2, 165:20, 180:12, 184:5, 192:24, 198:8, 221:19, 226:19
**second-degree** [1] - 80:16
**second-level** [1] - 157:17
**secondly** [1] - 174:21
**secret** [3] - 24:24, 160:5, 182:13

**secretary** [1] - 161:10
**sect** [3] - 18:22, 176:7, 181:25
**sectarian** [20] - 188:4, 189:2, 189:16, 196:24, 209:17, 209:22, 209:23, 210:5, 210:18, 210:20, 214:22, 215:21, 225:23, 227:2, 228:3, 229:1, 234:22, 245:11, 248:11, 253:6
**section** [2] - 244:2, 244:3
**Section** [1] - 34:16
**sections** [1] - 33:15
**sects** [2] - 18:21, 18:23
**secular** [2] - 18:8, 18:12
**secure** [4] - 93:23, 125:15, 127:20, 127:21
**security** [18] - 42:23, 45:19, 94:25, 110:5, 166:24, 185:24, 200:24, 204:5, 207:5, 208:21, 208:22, 209:1, 209:12, 210:1, 214:18, 227:21, 228:12, 234:25
**Security** [4] - 185:22, 200:3, 217:9, 222:15
**see** [54] - 3:19, 25:12, 35:10, 39:13, 46:2, 46:8, 47:24, 59:8, 66:16, 71:24, 75:25, 80:11, 82:6, 82:24, 84:14, 89:14, 89:23, 90:18, 91:2, 91:17, 91:24, 92:3, 92:11, 92:16, 92:18, 92:22, 109:6, 115:1, 117:20, 119:24, 131:6, 139:24, 140:21, 140:25, 141:13, 142:10, 142:16, 142:21, 144:6, 146:22, 147:2, 147:15, 147:16, 148:14, 149:23, 180:14, 189:3, 202:12, 223:22, 225:3, 228:4, 242:5, 252:13, 254:21
**seeing** [8] - 76:6, 90:25, 102:21, 103:1, 199:13, 214:6, 232:10

**seek** [4] - 30:22, 93:6, 102:18, 128:17
**seeking** [2] - 19:24, 119:18
**sees** [2] - 145:13, 225:11
**seizing** [1] - 196:4
**selected** [1] - 235:4
**self** [1] - 180:3
**self-denoted** [1] - 180:3
**sell** [1] - 85:12
**selling** [2] - 85:8, 93:23
**send** [12] - 59:6, 63:17, 85:20, 86:14, 87:16, 88:9, 88:10, 89:25, 131:3, 153:4, 153:12, 186:14
**sending** [1] - 250:1
**senior** [10] - 13:8, 168:2, 173:7, 173:10, 182:10, 204:1, 204:2, 204:7, 211:11, 212:18
**sense** [5] - 5:4, 6:1, 69:3, 69:4, 112:22
**sensitive** [3] - 25:16, 39:3, 160:6
**sent** [10] - 41:20, 85:5, 86:12, 90:9, 90:15, 92:1, 128:7, 136:14, 136:15, 186:16
**sentence** [3] - 60:15, 132:4, 227:13
**sentences** [1] - 228:3
**separate** [1] - 240:9
**separately** [1] - 241:19
**separates** [1] - 139:1
**sequence** [2] - 10:24, 246:9
**sergeant** [1] - 97:4
**seriatim** [1] - 7:3
**series** [4] - 41:13, 48:18, 95:21, 169:21
**serious** [3] - 48:14, 125:8, 151:24
**serve** [3] - 95:10, 171:22, 218:20
**served** [2] - 13:3, 208:5
**server** [1] - 42:13
**service** [8] - 150:22, 150:25, 151:1, 159:24, 159:25, 160:22, 167:24, 241:24
**Services** [1] - 173:22

**services** [4] - 195:20, 195:23, 195:25, 233:11
**serving** [2] - 98:24, 108:9
**session** [3] - 30:20, 122:9, 123:5
**sessions** [1] - 127:15
**set** [12] - 7:15, 42:12, 42:15, 42:20, 113:21, 135:6, 211:2, 212:15, 216:14, 220:16, 224:2, 235:16
**setting** [1] - 254:4
**settle** [1] - 153:1
**setup** [3] - 74:23, 139:21, 141:6
**seven** [1] - 93:2
**several** [5] - 60:3, 151:15, 155:25, 179:16, 205:3
**severe** [4] - 76:17, 81:1, 188:25, 189:22
**severely** [1] - 165:18
**Sewanne** [1] - 159:16
**Sha'abi** [1] - 230:6
**Shah** [1] - 177:12
**shall** [1] - 244:11
**shape** [6] - 69:8, 79:25, 81:8, 116:8, 143:19
**shaped** [1] - 194:14
**share** [1] - 204:24
**sharing** [1] - 157:8
**Shia** [55] - 18:22, 19:7, 19:15, 19:17, 19:20, 41:3, 41:7, 131:22, 165:16, 165:22, 174:21, 176:2, 176:5, 176:6, 176:8, 176:11, 176:13, 176:15, 176:16, 177:4, 177:7, 177:8, 177:9, 177:18, 178:7, 182:21, 188:10, 189:13, 189:18, 192:3, 195:10, 196:22, 204:10, 209:17, 209:23, 209:25, 210:5, 210:11, 212:19, 215:12, 216:4, 226:20, 227:7, 227:20, 228:16, 229:4, 229:7, 229:19, 230:11, 232:17, 233:8, 250:14, 250:17
**Shia-majority** [1] -

209:25
  **Shias** [4] - 19:1, 19:23, 176:25, 183:3
  **shift** [3] - 20:24, 82:2, 154:4
  **shifted** [1] - 120:25
  **shifts** [5] - 39:16, 45:23, 52:2, 52:3, 229:25
  **shin** [1] - 76:18
  **shipped** [1] - 125:8
  **shirt** [1] - 137:21
  **shock** [9] - 60:25, 81:15, 101:18, 114:24, 117:6, 118:21, 119:12, 122:12
  **shocked** [1] - 117:10
  **shoot** [1] - 84:12
  **shopping** [2] - 136:8
  **shops** [4] - 63:2, 143:4, 143:6, 143:8
  **short** [5] - 6:13, 83:18, 151:1, 182:24, 239:23
  **shortfalls** [1] - 163:14
  **shortly** [3] - 37:22, 40:24, 175:8
  **shot** [7] - 85:23, 86:1, 142:5, 151:20, 184:20, 212:9, 227:22
  **shoulder** [3] - 47:16, 82:19, 103:16
  **shoulders** [2] - 80:10, 84:18
  **show** [16] - 5:16, 13:25, 50:17, 58:17, 79:8, 90:1, 92:23, 133:3, 137:21, 138:3, 167:3, 176:2, 192:19, 198:9, 217:12, 225:22
  **showed** [4] - 115:11, 133:4, 170:4, 247:17, 251:20, 251:21
  **showing** [2] - 35:24, 246:22
  **shows** [2] - 222:17, 249:4
  **Shrine** [2] - 196:19, 196:21
  **shut** [2] - 68:22, 86:4
  **Shylock** [1] - 127:9
  **siblings** [3] - 10:23, 10:25, 144:10
  **sic** [2] - 176:8, 230:18
  **sic]** [1] - 107:11
  **side** [25] - 8:9, 26:4, 35:12, 53:6, 55:5,

56:11, 57:7, 68:13, 74:5, 75:5, 96:17, 99:21, 114:2, 124:21, 124:22, 138:18, 140:6, 140:7, 150:8, 150:18, 152:17, 154:20, 183:18, 183:19, 245:24
  **sides** [4] - 143:6, 223:5, 223:7, 232:6
  **sidewalk** [2] - 75:22, 91:2
  **sidewalks** [1] - 34:23
  **SIGIR** [2] - 161:17, 161:18
  **sigma** [3] - 39:6, 39:7, 39:8
  **sign** [10] - 56:3, 56:12, 57:7, 82:19, 83:22, 83:23, 84:18, 84:20, 92:12, 108:18
  **signaled** [2] - 68:22, 85:24
  **signature** [5] - 223:12, 251:7, 251:13, 252:13
  **signed** [2] - 31:20, 38:6
  **significant** [3] - 83:19, 176:13, 195:1
  **significantly** [1] - 15:15
  **signing** [1] - 56:11
  **signposts** [1] - 252:7
  **signs** [2] - 188:24, 189:22
  **similar** [4] - 120:2, 178:5, 205:13, 212:10
  **similarly** [1] - 184:9
  **simple** [3] - 89:1, 119:17, 124:1
  **simply** [11] - 114:21, 215:11, 231:17, 233:10, 233:12, 235:18, 236:4, 236:8, 236:11, 236:23
  **Singer** [1] - 3:14
  **SINGER** [126] - 1:17, 1:18, 3:3, 3:9, 3:13, 3:20, 3:24, 4:2, 4:16, 4:20, 5:9, 5:14, 5:17, 5:22, 6:1, 6:9, 6:12, 7:4, 7:10, 7:18, 7:23, 8:5, 8:12, 8:15, 8:20, 8:24, 9:1, 9:7, 9:13, 13:1, 13:23, 14:2, 14:9, 14:21, 15:1, 29:1, 32:16, 32:21, 32:22, 36:3, 36:8, 36:19, 36:24, 37:1,

43:1, 43:6, 43:7, 48:1, 49:3, 49:8, 49:9, 51:4, 51:9, 52:23, 53:24, 54:4, 54:5, 54:18, 59:9, 60:2, 63:12, 63:13, 66:22, 67:5, 68:8, 82:1, 82:8, 83:5, 83:7, 83:9, 83:10, 88:13, 90:19, 90:24, 91:11, 96:13, 98:22, 100:6, 104:13, 104:17, 134:2, 158:21, 159:1, 162:4, 162:5, 162:12, 162:15, 167:1, 168:19, 168:22, 169:15, 169:20, 170:15, 170:20, 174:17, 175:1, 175:2, 187:17, 187:22, 187:23, 191:14, 191:19, 193:15, 197:24, 198:6, 198:7, 202:8, 202:18, 239:21, 240:11, 241:22, 241:25, 242:8, 242:12, 242:16, 242:19, 242:23, 243:13, 243:17, 245:23, 248:1, 249:15, 255:6, 255:25, 256:8, 256:12
  **single** [3] - 15:17, 19:7, 111:14
  **sit** [3] - 5:7, 106:5, 123:21
  **site** [2] - 39:24, 196:23
  **sites** [2] - 80:11, 108:19
  **sitting** [7] - 138:14, 139:17, 139:25, 140:23, 141:1, 200:6, 213:5
  **situated** [1] - 204:15
  **situation** [7] - 30:21, 30:22, 75:17, 117:19, 149:16, 194:13, 194:19
  **situations** [1] - 63:25
  **six** [5] - 141:21, 141:22, 141:23, 161:3, 221:19
  **size** [1] - 21:24
  **skill** [1] - 220:16
  **skills** [2] - 29:9, 220:21
  **skin** [1] - 189:23
  **skip** [1] - 28:5
  **skipped** [1] - 207:12

**skull** [1] - 81:9
  **skulls** [1] - 227:16
  **slaughtered** [1] - 30:18
  **sleep** [2] - 114:14, 155:14
  **sleeve** [1] - 251:22
  **slow** [2] - 12:22, 14:13, 197:22, 249:13
  **small** [13] - 20:4, 20:5, 25:3, 33:15, 39:9, 39:13, 91:3, 139:1, 139:13, 139:14, 143:4, 220:23, 255:13
  **smile** [1] - 103:12
  **smoke** [1] - 227:22
  **smoother** [1] - 4:6
  **smuggled** [1] - 79:17
  **snapped** [1] - 92:4
  **sniper** [1] - 220:23
  **social** [3] - 100:25, 107:24, 109:25
  **soft** [2] - 60:24, 179:25
  **SOLAGH** [1] - 27:11
  **Solagh** [1] - 27:11
  **solatium** [2] - 244:24, 245:21
  **sold** [2] - 85:11, 215:11
  **soldier** [1] - 208:6
  **soldiers** [2] - 214:19, 227:12
  **sole** [1] - 228:10
  **Soleimani** [20] - 175:22, 175:23, 179:4, 206:18, 209:11, 214:24, 214:25, 217:2, 217:12, 228:1, 228:5, 228:25, 230:12, 234:6, 234:9, 235:5, 235:9, 235:10, 247:7
  **Soleimani's** [3] - 214:24, 220:1, 228:14
  **solely** [2] - 38:9, 97:22
  **solicitous** [1] - 172:13
  **solid** [1] - 243:14
  **solidify** [1] - 199:23
  **someday** [1] - 253:22
  **someone** [11] - 74:12, 109:22, 159:9, 182:16, 206:22, 223:8, 223:11, 233:24, 234:4, 244:17, 250:16

**someplace** [4] - 59:23, 67:11, 69:24, 254:13
  **sometimes** [16] - 14:10, 15:18, 19:12, 24:3, 52:18, 65:1, 76:4, 107:25, 108:8, 144:4, 154:5, 156:1, 157:19, 184:15, 193:5, 241:3
  **somewhat** [1] - 9:23
  **somewhere** [3] - 30:24, 75:18, 126:22
  **son** [27] - 4:21, 4:24, 17:14, 102:20, 106:24, 106:25, 109:7, 110:18, 112:3, 115:19, 146:17, 152:2, 152:3, 152:5, 152:20, 153:4, 153:11, 153:13, 153:16, 157:5, 157:18, 157:22, 240:8, 249:18, 249:24, 254:12
  **son's** [1] - 152:6
  **sons** [2] - 109:18, 238:17
  **soon** [6] - 13:24, 49:22, 167:9, 182:6, 192:22, 192:23
  **sophisticated** [1] - 215:14
  **sorry** [24] - 12:10, 16:4, 36:10, 43:18, 46:3, 46:4, 48:7, 49:14, 49:18, 49:24, 60:18, 63:11, 88:6, 136:9, 150:6, 153:15, 168:19, 169:2, 176:20, 183:10, 202:17, 218:3, 219:6, 238:9
  **sort** [4] - 124:7, 184:6, 204:24, 239:23
  **sorts** [1] - 226:13
  **sought** [2] - 102:9, 156:2
  **sound** [1] - 121:13
  **sounded** [6] - 121:9, 123:15, 123:17, 127:2, 128:3
  **sounds** [2] - 133:16, 216:2
  **source** [3] - 47:11, 152:17, 191:7
  **sources** [4] - 179:16, 185:16, 219:21, 227:13
  **south** [1] - 38:21

**South** [2] - 159:16, 204:12

**Sovereign** [2] - 174:16, 255:12

**space** [1] - 236:21

**speaker** [1] - 235:8

**speaking** [3] - 94:11, 125:11, 211:20

**speaks** [1] - 157:24

**special** [18] - 67:19, 118:23, 160:14, 160:17, 161:9, 161:13, 161:21, 162:17, 164:1, 164:5, 164:11, 173:2, 175:16, 179:10, 183:17, 184:6, 184:9, 184:10

**Special** [5] - 192:18, 192:23, 192:25, 195:10, 219:19

**specialist** [1] - 99:8

**specialized** [1] - 220:2

**specially** [1] - 180:20

**specialties** [1] - 97:16

**specialty** [2] - 12:16, 100:14

**specific** [9] - 27:5, 60:9, 124:11, 204:7, 231:4, 241:17, 242:6, 246:14, 246:23

**specifically** [17] - 41:20, 42:12, 84:10, 103:4, 174:12, 193:12, 194:13, 201:10, 202:2, 206:6, 206:14, 206:15, 206:16, 208:21, 209:7, 211:1, 234:19

**specification** [1] - 44:1

**speeches** [1] - 173:13

**speed** [1] - 197:21

**spell** [16] - 9:16, 20:11, 21:7, 42:4, 49:13, 54:15, 99:10, 106:1, 107:8, 107:9, 128:22, 131:15, 181:21, 196:20, 203:22, 230:7

**spelled** [1] - 106:3

**spelling** [3] - 10:18, 211:16, 228:19

**spellings** [1] - 9:25

**spells** [1] - 10:3

**spend** [2] - 114:9, 160:16

**spending** [1] - 170:5

**spent** [10] - 156:18, 159:19, 160:24, 160:25, 161:3, 161:6, 161:8, 170:2, 200:8, 215:4

**spies** [1] - 150:1

**spite** [1] - 47:1

**split** [1] - 73:24

**spoiled** [3] - 17:14, 109:15, 110:17

**spoken** [1] - 126:15

**sponsor** [4] - 180:17, 181:5, 181:8, 244:11

**sponsored** [1] - 30:12

**spouse** [2] - 177:9

**spread** [1] - 232:24

**spreading** [1] - 228:15

**spreading-the-revolution** [1] - 228:15

**Springs** [1] - 96:11

**spur** [1] - 141:10

**spur-of-the-moment** [1] - 141:10

**spy** [1] - 231:10

**squad** [2] - 62:12, 123:18

**squads** [13] - 87:14, 87:19, 87:23, 87:25, 88:17, 185:20, 188:4, 188:17, 189:1, 189:5, 202:1, 247:18, 248:16

**square** [2] - 166:14, 166:21

**St** [4] - 99:9, 99:13, 154:22, 159:22

**staff** [6] - 105:15, 154:7, 161:4, 161:10, 165:25, 166:7

**stage** [3] - 113:21, 115:20, 135:6

**stand** [3] - 104:23, 185:24, 203:4

**standard** [5] - 23:25, 24:1, 26:16, 31:13, 110:21

**standards** [6] - 55:11, 55:12, 55:13, 97:25, 193:10

**standing** [2] - 9:10, 79:15

**stands** [2] - 33:3, 33:4

**star** [2] - 165:4, 221:18

**start** [26] - 6:15, 10:10, 20:3, 20:20, 22:21, 37:18, 37:21,

58:10, 68:21, 72:16, 84:6, 91:15, 101:14, 103:17, 107:24, 108:3, 110:23, 112:10, 116:20, 139:18, 146:24, 156:12, 233:15, 239:3, 252:12

**started** [25] - 13:7, 17:15, 17:16, 17:18, 20:4, 24:8, 29:21, 54:9, 98:24, 110:22, 110:24, 112:21, 116:21, 118:10, 120:16, 126:20, 141:3, 142:19, 152:14, 210:1, 248:4, 248:8, 248:9

**starting** [5] - 46:12, 46:24, 110:5, 152:11, 249:14

**State** [5] - 224:23, 224:24, 226:14, 236:21, 236:23

**state** [20] - 9:16, 98:1, 98:2, 98:4, 106:1, 127:6, 158:2, 159:2, 177:5, 180:17, 181:5, 181:7, 203:22, 236:7, 243:1, 243:21, 244:11, 255:5

**statement** [2] - 114:23, 199:12

**Statement** [1] - 34:16

**States** [66] - 1:21, 10:22, 12:14, 12:16, 29:13, 29:18, 30:21, 30:23, 30:24, 32:4, 35:19, 42:2, 89:15, 93:12, 93:15, 93:23, 94:14, 96:5, 97:24, 98:5, 99:2, 99:4, 99:22, 100:14, 100:24, 101:7, 101:8, 101:10, 103:24, 125:10, 154:15, 157:12, 157:15, 157:16, 157:21, 157:25, 158:12, 164:9, 167:13, 168:6, 180:8, 182:22, 183:2, 184:12, 184:23, 186:7, 194:5, 195:3, 198:16, 199:5, 200:9, 200:12, 208:3, 215:10, 219:1, 219:2, 222:25, 244:4, 244:6, 244:9, 244:12, 244:19, 245:11,

245:16, 251:12, 257:13

**states** [3] - 98:5, 226:20, 227:13

**STATES** [2] - 1:1, 1:13

**station** [8] - 67:13, 68:13, 68:15, 68:20, 69:2, 69:6

**stationed** [4] - 160:8, 209:5, 209:8, 209:13

**stations** [2] - 40:5, 195:19

**status** [1] - 62:24

**statute** [5] - 244:7, 244:10, 244:24, 245:21, 255:17

**stay** [19] - 51:24, 52:15, 52:17, 52:20, 52:25, 86:5, 86:7, 87:14, 92:25, 116:7, 137:9, 137:10, 142:23, 143:10, 143:17, 164:14, 164:18, 173:3, 173:23

**stayed** [4] - 93:1, 93:2, 143:18, 143:19

**stays** [1] - 164:16

**stenographic** [1] - 257:5

**step** [9] - 5:10, 5:20, 13:25, 35:3, 38:7, 45:11, 104:18, 105:21, 158:22

**stepped** [1] - 199:17

**steps** [1] - 45:17

**stick** [3] - 9:22, 75:5, 122:13

**still** [25] - 15:20, 18:5, 18:17, 18:18, 42:3, 47:1, 51:17, 51:20, 86:18, 86:19, 94:11, 101:20, 101:21, 102:25, 103:11, 114:11, 126:25, 146:16, 147:3, 179:7, 207:16, 207:19, 231:13, 244:25

**stomach** [1] - 236:12

**stood** [1] - 128:24

**stop** [11] - 50:11, 66:14, 66:17, 133:12, 140:5, 207:1, 223:17, 248:18, 253:9, 253:10, 253:11

**stopped** [5] - 50:20, 59:12, 63:6, 63:7, 80:1

**store** [2] - 63:5,

143:14

**stores** [3] - 63:2, 63:5, 143:5

**stories** [1] - 253:8

**story** [4] - 141:8, 143:21, 157:8, 256:7

**strange** [1] - 131:12

**stranger** [2] - 115:12, 115:13

**strategic** [3] - 216:13, 229:7, 230:3

**Strategic** [2] - 173:11, 224:22

**strategy** [3] - 176:11, 177:19, 228:15

**streamlined** [1] - 27:15

**Street** [2] - 184:20, 185:3

**street** [17] - 58:25, 59:7, 93:24, 119:18, 119:21, 136:15, 136:17, 136:25, 137:20, 138:10, 139:8, 140:10, 140:11, 143:3, 143:5, 251:8

**streetlights** [1] - 139:10

**streets** [7] - 34:23, 63:1, 63:2, 69:20, 95:24, 140:1, 142:20

**stressed** [1] - 156:6

**stretch** [3] - 71:20, 71:25, 255:21

**strict** [1] - 17:13

**strike** [3] - 10:14, 132:4, 223:3

**strong** [5] - 30:11, 66:9, 81:3, 250:1

**struck** [1] - 130:10

**structural** [1] - 167:10

**structure** [1] - 21:20

**structures** [1] - 52:10

**struggle** [2] - 98:3, 153:11

**struggled** [1] - 89:2

**struggling** [2] - 98:5, 152:24

**STUART** [1] - 158:24

**Stuart** [4] - 2:7, 14:3, 158:21, 159:3

**student** [4] - 62:4, 77:10, 77:16, 86:19

**students** [2] - 77:9, 77:13

**studied** [3] - 28:23, 212:21, 215:21

**Studies** [1] - 173:11
**Study** [1] - 197:9
**study** [1] - 206:12
**stuff** [3] - 16:16,
22:8, 91:24
**style** [1] - 188:25
**sub** [1] - 11:10
**sub-family** [1] -
11:10
**subcontract** [1] -
119:10
**subcontract's** [1] -
119:10
**subcontractors** [1] -
108:19
**subcontracts** [3] -
113:16, 119:14
**subgroup** [1] -
175:16
**subject** [3] - 34:13,
40:20, 176:21
**submitted** [2] -
50:18, 167:15
**subsequent** [7] -
171:23, 171:25,
172:2, 199:20,
199:22, 204:18
**substances** [1] -
189:23
**substantial** [2] -
217:18, 246:8
**substations** [1] -
195:18
**succeed** [1] - 249:6
**success** [2] - 99:1,
195:11
**successful** [9] -
31:1, 31:3, 73:17,
74:22, 77:15, 96:1,
96:19, 100:3, 102:21
**successfully** [1] -
113:19
**suffice** [1] - 113:9
**sufficiently** [1] -
241:8
**suggesting** [2] -
4:10, 5:12
**suit** [1] - 152:7
**suite** [1] - 114:11
**Sukra** [1] - 230:16
**summarize** [2] -
201:6, 242:19
**summary** [2] -
226:13, 239:24
**summer** [2] - 172:18,
185:23
**summertime** [3] -
34:1, 34:2, 38:3
**Sunday** [6] - 65:4,
125:16, 125:24,

126:8, 126:11
**Sunni** [39] - 18:21,
18:25, 19:5, 19:6,
19:15, 19:19, 19:21,
41:3, 41:6, 54:25,
131:19, 176:7, 176:8,
176:14, 177:7, 177:8,
177:18, 178:8,
196:22, 204:10,
210:2, 210:7, 211:5,
212:8, 216:2, 227:7,
229:5, 229:6, 230:13,
230:16, 233:9,
235:15, 235:16,
248:7, 248:16,
248:17, 250:14
**Sunni-Shia** [3] -
41:3, 177:8, 177:18
**Sunnis** [19] - 19:1,
55:7, 132:6, 176:25,
182:8, 182:21,
184:14, 184:20,
188:13, 193:22,
209:17, 210:1, 210:5,
227:2, 227:15,
230:17, 230:18,
250:15, 250:18
**sunset** [1] - 139:7
**super** [1] - 112:8
**supervised** [1] - 25:4
**supper** [1] - 122:8
**supplied** [1] - 201:16
**supplier** [8] - 52:24,
52:25, 53:2, 53:3,
53:7, 53:10, 53:21,
54:7
**suppliers** [1] - 57:3
**supplies** [3] - 45:22,
55:3, 55:18
**supply** [8] - 39:11,
49:18, 49:22, 53:1,
53:3, 53:7, 53:9,
54:10
**support** [16] - 45:5,
52:11, 61:18, 88:25,
135:18, 165:21,
184:22, 191:8, 192:6,
202:4, 215:6, 219:20,
219:24, 220:6,
246:24, 252:11
**supported** [2] -
136:21, 174:13
**supporting** [2] -
154:7, 191:23
**suppose** [1] - 29:12
**supposed** [4] - 8:1,
37:25, 56:25, 235:16
**Supreme** [12] -
160:25, 175:9, 176:1,
177:13, 178:6, 180:2,

199:1, 199:8, 223:1,
223:2, 226:23, 228:16
**surge** [4] - 180:7,
197:4, 197:6, 241:23
**surgeon** [11] - 12:12,
15:3, 15:14, 75:25,
80:6, 99:16, 99:18,
146:13, 146:14
**surgeons** [2] - 15:9,
103:4
**surgery** [3] - 13:9,
13:11, 29:6
**surgical** [3] - 13:8,
99:15, 99:21
**surprise** [3] - 119:7,
143:1, 222:13
**surprised** [1] -
141:11
**surprising** [1] -
70:19
**surrogate** [1] -
192:10
**surrogates** [1] -
198:11
**surrounded** [1] -
147:21
**surrounding** [1] -
139:1
**survive** [1] - 89:8
**survivor** [1] - 156:7
**sustain** [1] - 89:7
**SUV** [3] - 140:10,
140:12, 140:14
**SWAT** [1] - 184:6
**SWAT-type** [1] -
184:6
**swear** [14] - 9:10,
131:14, 131:19,
131:22, 132:1, 132:5,
178:6, 250:11,
250:12, 250:14,
250:15, 250:18,
250:19, 250:20
**swearing** [1] -
250:17
**Swiss** [2] - 13:17,
15:21
**switch** [1] - 73:13
**switching** [1] - 216:9
**swollen** [1] - 81:10
**swore** [1] - 252:1
**SWORN** [4] - 9:11,
105:22, 158:24,
203:17
**sympathizer** [1] -
231:16
**Syria** [8] - 124:22,
176:14, 178:1, 182:5,
193:5, 228:17,
229:24, 229:25

**system** [13] - 23:10,
23:25, 24:17, 33:22,
55:14, 99:22, 107:24,
141:20, 146:7,
146:15, 165:21, 254:6
**System** [1] - 154:22

---

**T**

**table** [2] - 4:21, 4:25
**tactic** [3] - 214:6,
227:22, 230:23
**tactical** [2] - 217:9,
217:24
**tactics** [5] - 215:18,
218:22, 220:20,
220:23, 231:11
**tag** [3] - 231:15,
231:16
**Talent** [3] - 97:18,
97:21, 155:1
**talent** [2] - 220:16,
220:17
**Taliban** [1] - 208:12
**talks** [1] - 193:17
**tank** [2] - 203:25,
205:19
**target** [1] - 24:14
**targeting** [8] -
209:17, 209:22,
209:23, 210:2,
216:16, 222:3,
225:23, 235:3
**targets** [1] - 194:14
**task** [10] - 31:21,
31:22, 33:5, 37:8,
37:11, 37:19, 37:20,
40:12, 63:25, 212:15
**tasked** [2] - 61:19,
209:10
**tasks** [2] - 33:8,
33:11
**taught** [2] - 215:24,
251:1
**taxi** [8] - 57:21,
135:14, 135:19,
136:16, 136:17,
136:22, 136:24,
136:25
**taxpayer** [2] - 97:17,
162:22
**teaching** [2] - 90:3,
107:7
**team** [3] - 168:1,
207:2, 207:4
**technical** [2] -
242:17, 245:23
**technocrats** [1] -
236:8

**technology** [1] -
12:15
**teenager** [1] - 110:23
**teeth** [1] - 189:25
**Tehran** [5] - 198:23,
209:18, 215:15,
220:17, 234:1
**temperature** [1] -
34:3
**temporal** [1] - 22:1
**temporary** [1] - 22:2
**ten** [5] - 158:11,
164:16, 166:4,
202:16, 239:22
**tend** [1] - 197:24
**tended** [1] - 214:17
**Tennessee** [1] -
159:16
**tens** [1] - 184:13
**tense** [1] - 38:18
**tension** [4] - 19:11,
19:13, 38:18, 38:19
**tensions** [2] - 19:22,
38:16
**tenure** [1] - 167:2
**term** [8] - 81:16,
102:4, 102:5, 173:2,
195:12, 200:6,
200:19, 228:20
**terminate** [2] - 84:2,
87:13
**terminating** [1] -
84:7
**terms** [18] - 5:19,
6:10, 7:1, 8:21, 14:7,
19:5, 22:3, 38:13,
44:5, 52:7, 93:11,
135:10, 157:12,
161:20, 239:20,
241:16, 242:6
**terrified** [1] - 114:21
**terrifying** [1] -
140:20
**terrorism** [8] -
180:17, 181:5, 181:8,
204:10, 244:11,
246:11, 246:12
**terrorist** [7] - 180:21,
181:4, 192:15,
195:25, 204:11,
245:8, 246:5
**test** [3] - 243:14,
245:6, 246:7
**testified** [8] - 164:7,
204:25, 205:3, 239:7,
247:10, 250:4, 250:5,
250:25
**testifies** [1] - 6:7
**testify** [11] - 6:3,
66:1, 74:19, 103:25,

159:10, 238:8,
238:14, 238:22,
238:25, 239:9, 239:12
 **testifying** [1] - 164:4
 **testimony** [25] - 5:4,
5:10, 6:15, 7:20,
41:14, 54:20, 82:14,
87:20, 162:7, 162:10,
162:13, 168:10,
171:13, 204:4, 205:1,
205:9, 207:22, 222:4,
222:8, 224:19,
238:11, 243:11,
248:13, 249:21,
250:10
 **Texas** [5] - 159:4,
160:25, 161:2,
173:21, 173:22
 **text** [1] - 89:17
 **thanked** [1] - 150:22
 **THE** [256] - 1:1, 1:7,
1:12, 1:17, 2:4, 3:1,
3:4, 3:5, 3:10, 3:18,
3:23, 4:1, 4:9, 4:19,
5:2, 5:11, 5:15, 5:18,
5:23, 6:4, 6:10, 6:17,
7:5, 7:11, 7:19, 7:24,
8:6, 8:13, 8:16, 8:21,
8:25, 9:3, 9:8, 9:9,
12:22, 12:25, 13:20,
13:24, 14:6, 14:19,
28:21, 28:23, 32:18,
36:5, 36:21, 43:3,
47:11, 47:14, 47:20,
47:22, 47:24, 47:25,
49:5, 51:6, 52:22,
54:1, 54:15, 54:16,
59:4, 59:5, 59:22,
59:24, 59:25, 60:1,
62:13, 62:19, 62:20,
62:22, 62:25, 63:1,
63:8, 63:10, 63:11,
66:18, 66:20, 67:3,
67:4, 68:3, 68:4, 82:5,
82:9, 82:12, 82:18,
82:22, 83:1, 83:2,
83:6, 83:8, 88:2, 88:4,
88:6, 88:7, 90:21,
91:5, 91:7, 91:8, 91:9,
91:10, 96:4, 96:6,
96:8, 96:10, 96:12,
98:9, 98:10, 98:11,
98:13, 104:15,
104:19, 104:22,
104:25, 105:3, 105:6,
105:15, 105:18,
105:21, 111:12,
116:25, 117:2, 117:4,
117:5, 117:13,
117:15, 117:16,

117:17, 117:21,
117:23, 117:25,
120:18, 120:21,
120:24, 121:2,
126:20, 131:15,
131:17, 131:19,
133:8, 133:16,
133:20, 133:25,
134:6, 134:10,
134:15, 134:19,
134:22, 134:25,
135:9, 143:4, 149:22,
149:24, 157:10,
157:11, 157:13,
158:10, 158:11,
158:16, 158:19,
158:22, 158:23,
161:20, 161:24,
162:3, 162:14, 166:9,
166:11, 168:15,
168:17, 168:21,
169:17, 170:17,
174:25, 187:19,
191:16, 193:6, 193:8,
193:14, 197:21,
198:3, 202:10,
202:11, 202:14,
202:15, 202:19,
202:23, 202:24,
202:25, 203:1, 203:6,
203:10, 203:16,
210:15, 211:13,
211:15, 211:16,
211:18, 211:19,
211:23, 217:4, 217:6,
217:7, 218:3, 219:4,
219:6, 224:4, 224:11,
224:15, 228:19,
228:21, 229:8,
229:10, 229:12,
229:13, 229:14,
230:7, 230:9, 230:10,
237:9, 237:10,
237:14, 237:15,
237:20, 237:22,
237:23, 238:3, 238:7,
238:10, 238:13,
238:18, 238:21,
239:1, 239:6, 239:11,
239:14, 239:17,
239:20, 239:22,
240:19, 240:22,
241:1, 241:23, 242:1,
242:9, 242:13,
242:18, 242:22,
243:10, 243:16,
245:22, 247:25,
249:13, 254:25,
255:7, 255:20, 256:1,
256:9, 256:15
 **theater** [2] - 77:7,

221:3
 **theirs** [1] - 243:1
 **theme** [1] - 23:11
 **themselves** [5] -
19:13, 36:2, 60:11,
65:21, 149:16
 **therapy** [1] - 102:19
 **therefore** [1] -
199:16
 **Thereupon** [5] -
82:10, 133:23,
202:21, 203:14,
237:18
 **they've** [4] - 126:9,
229:25, 236:17,
254:21
 **thinking** [11] - 22:10,
58:24, 59:1, 72:3,
74:8, 75:23, 125:7,
126:3, 139:20, 169:4,
214:1
 **third** [12] - 34:15,
61:14, 62:4, 80:17,
80:22, 92:16, 116:5,
165:24, 174:22,
219:13, 221:19,
238:17
 **third-degree** [2] -
80:17, 80:22
 **thoughts** [3] -
102:25, 168:13,
172:11
 **thousands** [2] -
184:14, 190:7
 **threat** [3] - 151:24,
165:24, 216:4
 **threaten** [3] - 84:13,
90:2, 124:25
 **threatened** [8] -
30:19, 44:8, 44:23,
44:24, 53:10, 83:21,
155:11, 248:4
 **threats** [7] - 65:23,
85:14, 85:17, 87:10,
87:12, 166:2, 248:24
 **three** [35] - 15:7,
15:10, 15:11, 52:3,
73:9, 84:8, 86:11,
95:11, 108:5, 108:6,
126:15, 130:4,
148:24, 160:8, 161:6,
161:8, 164:10,
164:13, 165:4,
165:16, 172:7, 174:8,
174:18, 176:17,
181:3, 207:5, 208:1,
218:7, 224:20, 225:1,
249:9, 249:17
 **three-quarters** [1] -
164:10

 **three-star** [1] - 165:4
 **threw** [1] - 141:10
 **thrilled** [1] - 112:8
 **throat** [1] - 71:17
 **throats** [1] - 124:13
 **throughout** [6] -
65:4, 65:7, 160:14,
188:23, 192:10,
204:12
 **throw** [1] - 75:18
 **thrown** [1] - 75:21
 **thumbnail** [1] -
160:21
 **Thursday** [5] - 55:24,
64:19, 67:1, 113:24,
114:17
 **tibia** [1] - 76:18
 **tibial** [2] - 80:25
 **tie** [1] - 221:22
 **tied** [10] - 204:25,
209:10, 209:11,
209:17, 212:8,
212:20, 214:23,
217:14, 251:13,
251:14
 **ties** [1] - 182:16
 **Tigris** [2] - 35:11,
166:15
 **timing** [1] - 196:7
 **tired** [1] - 128:4
 **TIRs** [5] - 217:9,
217:24, 218:7,
218:20, 220:5
 **tissue** [1] - 12:15
 **today** [22] - 4:4,
15:19, 18:5, 41:17,
41:24, 42:18, 43:19,
48:19, 49:19, 54:20,
56:11, 104:3, 106:5,
142:2, 144:2, 155:18,
171:19, 190:19,
194:8, 213:16, 228:4,
231:14
 **together** [21] - 17:24,
17:25, 33:10, 76:24,
77:4, 99:23, 101:21,
110:10, 111:21,
134:7, 153:22,
155:23, 156:1,
158:14, 167:3,
169:23, 170:11,
186:22, 190:15,
191:12, 197:14
 **toll** [1] - 212:12
 **tomorrow** [1] - 241:7
 **tone** [1] - 124:18
 **tonight** [1] - 241:6
 **took** [37] - 12:14,
12:15, 12:16, 12:17,
36:13, 44:18, 56:9,

57:21, 59:7, 59:8,
61:14, 65:8, 79:19,
79:24, 89:24, 92:9,
92:22, 114:13,
115:20, 136:25,
143:22, 144:13,
146:20, 147:18,
148:8, 150:7, 150:23,
151:24, 154:18,
181:19, 184:1, 193:4,
208:9, 221:6, 228:12,
240:4, 250:24
 **top** [10] - 35:13,
82:20, 92:23, 97:11,
160:5, 165:4, 182:3,
209:16, 255:11
 **top-secret** [1] -
160:5
 **tops** [1] - 84:8
 **torture** [32] - 76:6,
103:1, 120:17, 121:8,
122:9, 125:5, 127:15,
127:17, 145:24,
155:17, 174:8,
174:12, 174:13,
185:11, 185:19,
188:15, 188:16,
188:25, 189:22,
190:3, 190:6, 190:8,
190:12, 202:1,
220:24, 250:24,
251:1, 251:7, 251:13,
252:14, 252:24
 **tortured** [5] - 44:7,
76:1, 121:17, 184:20,
212:11
 **tortures** [1] - 211:3
 **torturing** [2] - 65:19,
80:8
 **totally** [1] - 131:4
 **toto** [1] - 160:15
 **touch** [2] - 59:16,
94:20
 **touches** [2] - 56:3,
130:25
 **tough** [1] - 153:3
 **tow** [1] - 69:12
 **toward** [1] - 18:18
 **towards** [3] - 125:12,
133:16, 137:20
 **towed** [2] - 68:19,
69:1
 **towns** [1] - 230:13
 **trace** [3] - 59:7,
63:19, 64:3
 **traceable** [1] - 246:5
 **track** [8] - 8:2, 50:19,
51:24, 52:20, 52:25,
69:5, 97:15, 156:20
 **tracked** [2] - 212:22,

213:17
  **tragic** [2] - 166:4, 195:7
  **tragically** [2] - 184:25, 189:19
  **trailer** [1] - 166:6
  **train** [4] - 95:17, 97:24, 186:11, 220:19
  **trained** [15] - 12:12, 146:5, 146:10, 146:13, 154:6, 160:2, 186:13, 192:18, 194:14, 201:16, 206:17, 215:17, 218:21, 219:25
  **training** [30] - 29:13, 30:13, 95:7, 95:23, 96:7, 96:9, 146:6, 154:14, 154:18, 173:19, 186:12, 186:19, 189:12, 192:21, 193:4, 193:5, 200:4, 200:8, 214:8, 215:15, 215:23, 219:20, 219:23, 220:2, 220:9, 220:11, 220:13, 220:22, 221:6, 252:13
  **traitors** [1] - 92:15
  **transaction** [1] - 75:7
  **transcript** [6] - 4:3, 4:12, 82:13, 257:5, 257:6
  **TRANSCRIPT** [1] - 1:12
  **transfer** [3] - 55:14, 182:23, 195:19
  **Transition** [2] - 185:22, 200:3
  **transition** [2] - 161:7, 161:8
  **translated** [3] - 225:20, 232:23, 232:24
  **translates** [1] - 111:5
  **transpire** [1] - 138:17
  **transportation** [2] - 22:6, 55:8
  **Transportation** [1] - 172:1
  **trash** [2] - 84:13, 92:17
  **trashed** [2] - 89:21, 92:18
  **trashing** [1] - 251:20
  **trauma** [12] - 12:12, 12:17, 13:9, 13:10, 13:11, 15:3, 75:25,

80:6, 146:13, 155:7, 155:9, 187:2
  **traumatic** [1] - 145:22
  **travel** [4] - 57:6, 164:19, 207:16, 207:19
  **traveled** [5] - 164:11, 165:25, 166:22, 173:8, 173:16
  **traveling** [1] - 156:20
  **tray** [2] - 79:11, 93:24
  **Treasury** [1] - 233:15
  **treat** [1] - 135:19
  **treated** [2] - 76:4, 157:17
  **treating** [1] - 112:21
  **treatment** [1] - 156:3
  **tremendously** [1] - 155:14
  **trend** [1] - 219:19
  **TRIAL** [1] - 1:12
  **trial** [1] - 242:2
  **tribe** [2] - 11:10, 150:15
  **trick** [2] - 78:18, 214:1
  **tried** [19] - 43:25, 61:4, 74:24, 84:1, 84:25, 89:2, 89:7, 96:16, 118:21, 120:9, 121:13, 124:15, 147:13, 151:10, 151:14, 156:8, 203:8, 205:14, 246:13
  **trip** [6] - 57:2, 152:15, 166:1, 167:8, 194:21, 208:1
  **trips** [2] - 184:17, 194:20
  **troops** [2] - 126:9, 199:6
  **trousers** [1] - 91:19
  **true** [12] - 31:25, 35:23, 36:11, 41:19, 48:20, 48:23, 50:22, 90:8, 187:11, 187:13, 257:4, 257:5
  **truly** [1] - 184:21
  **Trump** [1] - 233:6
  **trunk** [1] - 69:11
  **trust** [10] - 16:15, 30:12, 31:12, 39:17, 53:9, 233:24, 233:25, 234:2, 234:4
  **trusts** [1] - 62:8
  **trustworthy** [3] - 54:10, 54:25, 109:7
  **try** [9] - 30:6, 81:8,

105:13, 131:10, 194:6, 232:7, 247:22, 253:12, 254:25
  **trying** [35] - 40:1, 40:3, 40:19, 60:21, 64:15, 83:3, 98:17, 102:7, 103:20, 116:19, 119:3, 121:5, 125:4, 128:6, 128:8, 136:19, 142:15, 142:20, 149:15, 153:1, 155:23, 156:1, 180:8, 194:10, 195:4, 196:16, 218:17, 223:16, 232:1, 243:15, 248:15, 248:17, 248:18, 248:19, 253:6
  **TSCSCI** [1] - 160:6
  **Turkey** [5] - 55:10, 55:13, 57:2, 57:6, 114:8
  **Turkish** [6] - 54:25, 55:2, 55:4, 56:13, 57:7, 57:12
  **turn** [13] - 31:16, 34:15, 36:9, 36:10, 41:11, 43:8, 48:17, 54:6, 80:16, 113:16, 190:21, 201:25, 205:24
  **turnaround** [1] - 163:13
  **turned** [1] - 200:9
  **TV** [1] - 79:8
  **twice** [2] - 142:6
  **two** [48] - 15:4, 19:11, 24:21, 26:5, 29:13, 30:18, 34:21, 43:15, 48:19, 69:23, 71:25, 72:3, 84:8, 88:24, 93:2, 102:3, 110:9, 112:16, 123:23, 126:15, 134:17, 138:22, 140:2, 141:19, 146:4, 149:8, 153:23, 156:17, 160:25, 161:9, 164:16, 167:15, 172:7, 177:11, 177:16, 179:12, 181:4, 189:17, 210:11, 210:15, 246:7, 246:9, 247:5, 248:11
  **two-bedroom** [3] - 88:24, 153:23
  **two-factor** [1] - 246:7
  **type** [10] - 18:10,

50:21, 54:12, 57:13, 147:1, 168:14, 184:6, 214:9, 223:14, 250:23
  **types** [5] - 23:17, 103:2, 200:11, 214:10, 224:25
  **typhoid** [1] - 16:9
  **typically** [1] - 246:12

## U

  **U.N** [4] - 187:9, 187:11, 188:7, 251:10
  **Uber** [1] - 135:15
  **umbrella** [6] - 33:7, 37:11, 37:18, 113:15, 226:24
  **unable** [4] - 127:20, 127:21, 128:11, 128:13
  **unarmed** [1] - 136:9
  **unclassified** [1] - 237:3
  **uncle** [6] - 135:12, 136:17, 136:23, 143:9, 143:12, 143:23
  **uncle's** [1] - 143:17
  **uncommon** [1] - 138:12
  **under** [34] - 19:24, 30:17, 33:14, 33:19, 34:16, 34:22, 37:5, 37:11, 51:15, 87:13, 93:13, 159:4, 174:16, 180:4, 181:19, 182:21, 201:20, 201:23, 208:24, 210:21, 225:11, 228:16, 236:13, 242:25, 243:3, 243:13, 244:1, 244:24, 245:13, 245:19, 245:21, 253:5, 255:16, 255:17
  **undergird** [1] - 175:11
  **undergraduate** [1] - 159:15
  **underground** [2] - 34:22, 53:13
  **underneath** [1] - 113:15
  **underserved** [1] - 98:25
  **understood** [1] - 128:6
  **unfolding** [1] - 167:7
  **unfortunate** [1] - 144:14

**unfortunately** [7] - 30:17, 81:14, 96:19, 103:5, 211:24, 216:17, 231:13
  **uniform** [9] - 70:19, 84:19, 91:12, 91:16, 91:17, 91:18, 94:20, 200:23
  **uniforms** [2] - 83:23, 87:25
  **union** [2] - 77:11, 78:24
  **unique** [5] - 128:24, 163:11, 242:24, 244:17, 246:11
  **Unit** [3] - 206:16, 214:8, 220:18
  **unit** [3] - 95:17, 154:6, 220:23
  **UNITED** [2] - 1:1, 1:13
  **united** [1] - 1:21
  **United** [69] - 10:22, 12:14, 12:15, 20:18, 20:19, 29:12, 29:18, 30:21, 30:23, 30:24, 32:4, 35:19, 42:1, 89:15, 93:12, 93:15, 93:23, 94:14, 96:5, 97:24, 98:5, 99:1, 99:4, 99:22, 100:14, 100:23, 101:7, 101:8, 101:9, 103:24, 125:10, 154:15, 157:12, 157:15, 157:16, 157:21, 157:24, 158:12, 164:9, 167:13, 168:6, 180:8, 182:22, 183:2, 184:12, 184:23, 186:7, 186:20, 194:5, 195:3, 198:16, 199:5, 200:9, 200:12, 208:3, 215:10, 219:1, 219:2, 222:24, 244:4, 244:6, 244:8, 244:12, 244:19, 245:11, 245:16, 251:5, 251:11, 257:13
  **units** [5] - 95:8, 95:23, 96:3, 96:7, 227:11
  **University** [11] - 12:11, 29:5, 93:22, 98:17, 159:16, 205:16, 205:18, 206:5, 206:8, 207:14, 207:15
  **university** [2] - 28:24, 89:5

**unknown** [3] - 43:19, 75:21, 77:8
**unleashed** [2] - 196:25, 197:5
**unless** [4] - 8:7, 8:22, 15:17, 240:9
**unravel** [1] - 177:10
**unrest** [2] - 195:21, 196:1
**unusual** [4] - 70:20, 78:8, 111:15, 135:14
**up** [98] - 3:12, 5:6, 9:3, 10:16, 14:17, 16:7, 16:10, 17:16, 17:17, 17:22, 20:8, 20:9, 21:18, 30:3, 32:5, 35:3, 35:13, 39:14, 42:20, 43:24, 45:11, 56:8, 58:13, 58:17, 59:19, 62:14, 67:10, 69:17, 75:1, 84:1, 84:7, 89:9, 89:12, 92:21, 94:5, 96:25, 97:2, 105:3, 105:21, 110:6, 110:25, 112:10, 114:21, 115:11, 117:11, 117:17, 121:10, 121:17, 121:22, 121:24, 122:1, 123:2, 123:7, 126:5, 133:3, 133:4, 136:2, 138:15, 143:12, 143:16, 146:22, 149:18, 154:8, 157:11, 158:22, 160:18, 173:12, 175:20, 180:14, 181:8, 183:16, 185:24, 191:20, 196:12, 197:21, 199:10, 199:17, 200:8, 203:16, 211:2, 212:15, 212:18, 216:14, 217:1, 217:12, 217:13, 225:25, 227:14, 235:16, 237:13, 242:2, 251:20, 251:21, 252:18, 254:4, 254:12, 255:2
**upbringing** [3] - 16:3, 16:4, 249:16
**update** [4] - 165:2, 179:19, 184:18, 185:12
**updates** [1] - 190:2
**upper** [1] - 91:3
**US** [46] - 11:14,

11:22, 11:24, 12:5, 12:6, 32:1, 32:6, 73:18, 94:5, 163:18, 166:16, 170:6, 170:12, 173:7, 186:4, 186:7, 188:14, 190:15, 191:5, 191:11, 194:16, 194:22, 196:15, 196:17, 197:8, 197:18, 198:25, 199:6, 199:10, 204:3, 205:19, 206:5, 213:24, 216:20, 216:25, 217:18, 223:7, 225:7, 225:16, 226:14, 233:15, 243:4, 243:20, 243:25, 244:18, 253:24
**US-Iran** [1] - 223:7
**USC** [1] - 242:25
**username** [1] - 42:3
**usual** [2] - 61:16, 116:5
**utility** [2] - 247:19, 252:5

## V

**value** [3] - 119:10, 121:13
**values** [1] - 119:13
**Vanderbilt** [1] - 159:18
**various** [1] - 76:1
**vehicle** [3] - 67:11, 68:12, 223:13
**vehicles** [7] - 85:10, 88:15, 140:12, 213:22, 214:3, 225:25, 226:1
**vendor** [2] - 93:24, 94:3
**vengeance** [4] - 184:13, 184:14, 184:16, 186:3
**Venice** [1] - 127:8
**verbal** [1] - 131:10
**verified** [1] - 219:18
**version** [1] - 236:23
**versus** [5] - 3:6, 19:15, 112:23, 157:23, 164:8
**vests** [1] - 166:23
**vet** [1] - 69:7
**Veterans** [2] - 11:25, 95:2
**vetted** [1] - 168:1

**vetting** [1] - 45:20
**victim** [5] - 4:22, 4:24, 214:1, 243:4, 245:12
**view** [3] - 19:9, 165:1, 194:16
**violations** [1] - 188:5
**violence** [14] - 41:3, 168:6, 209:23, 210:5, 210:18, 210:20, 214:22, 215:21, 227:2, 228:3, 229:1, 234:22, 248:11, 253:6
**violent** [1] - 192:11
**Virginia** [2] - 1:19
**visit** [3] - 34:2, 108:19, 129:15
**visits** [2] - 26:1, 39:24
**voice** [3] - 120:25, 121:1, 121:2
**voices** [3] - 120:20, 122:15, 155:16
**Volume** [4] - 190:22, 190:25, 197:8
**volunteer** [1] - 15:21
**volunteered** [1] - 13:17
**vote** [3] - 230:19, 230:21
**vs** [1] - 1:6

## W

**W.A** [3] - 1:3, 3:5, 4:25
**W91GXY** [1] - 37:19
**wage** [1] - 198:16
**wait** [5] - 63:22, 78:7, 78:10, 142:12, 148:6
**waiting** [1] - 149:4
**walk** [5] - 78:5, 110:2, 131:7, 137:16, 221:21
**walked** [5] - 63:1, 137:18, 147:20, 221:17, 221:24
**walking** [5] - 63:8, 137:20, 138:6, 147:18, 147:24
**wall** [4] - 77:12, 141:17, 141:18, 141:23
**walls** [2] - 138:18, 138:21
**wants** [1] - 14:19
**War** [18] - 68:10, 172:24, 178:19, 179:1, 190:15,

190:25, 191:11, 192:20, 197:9, 197:18, 199:12, 251:5, 251:12
**war** [13] - 129:10, 146:11, 168:7, 177:17, 190:16, 195:8, 198:16, 199:10, 206:6, 207:8, 208:9, 247:8, 251:6
**warehouse** [2] - 85:4, 85:11
**warehouses** [2] - 83:20, 87:9
**warned** [1] - 78:7
**warning** [1] - 149:25
**wash** [4] - 80:2, 145:1, 145:8, 146:20
**washed** [2] - 147:12, 149:4
**Washington** [6] - 1:7, 1:23, 204:1, 205:20, 207:15, 257:14
**watch** [2] - 52:8, 52:10
**watched** [1] - 137:24
**watching** [2] - 52:5, 138:5
**water** [1] - 81:12
**ways** [3] - 154:13, 173:6, 215:19
**weapon** [2] - 103:17, 246:19
**weapons** [4] - 138:1, 184:7, 186:18, 194:15
**wear** [4] - 79:1, 84:18, 87:25, 91:18
**wearing** [2] - 79:6, 94:19
**website** [1] - 224:6
**wedding** [1] - 101:22
**week** [4] - 64:18, 107:15, 108:11
**week's** [1] - 107:22
**weekend** [2] - 65:4, 65:7
**weekends** [2] - 108:6, 108:11
**weekly** [1] - 15:9
**weeks** [3] - 156:1, 164:16, 208:1
**weight** [4] - 142:2, 239:17, 240:9, 247:23
**welcome** [1] - 150:18
**welcoming** [3] - 93:9, 97:11, 158:13
**well-known** [4] - 30:8, 147:23, 248:2, 249:22

**west** [4] - 35:12, 35:22, 53:6, 81:23
**western** [3] - 114:1, 150:8, 150:17
**Western** [3] - 23:25, 26:15, 55:11
**WhatsApp** [1] - 100:24
**whichever** [1] - 6:4
**White** [5] - 99:2, 99:6, 160:13, 162:1, 233:15
**whole** [3] - 17:24, 56:9, 121:3
**widely** [1] - 226:25
**widespread** [1] - 188:16
**widow** [2] - 4:25, 5:10
**wife** [16] - 86:11, 100:17, 102:20, 111:21, 112:13, 112:17, 114:9, 114:13, 115:23, 148:1, 148:22, 153:13, 153:16, 157:1, 238:16, 239:9
**WikiLeaks** [1] - 224:6
**Wilayat** [1] - 228:14
**WILAYAT** [1] - 228:21
**willing** [1] - 240:20
**wind** [4] - 79:5, 157:11, 236:10, 237:13
**window** [1] - 95:6
**wing** [2] - 215:9, 229:16
**wire** [2] - 91:4, 92:12
**wisdom** [1] - 152:18
**wise** [1] - 21:22
**wisely** [1] - 163:22
**wish** [5] - 7:8, 150:12, 157:5, 239:8, 241:1
**wished** [2] - 102:20, 151:3
**wishes** [1] - 105:9
**wishing** [1] - 146:23
**withdraw** [1] - 73:9
**withhold** [1] - 43:20
**witness** [13] - 5:16, 9:2, 25:1, 104:20, 105:11, 158:20, 159:7, 203:2, 203:14, 205:6, 205:10, 218:15, 237:24
**WITNESS** [72] - 9:8, 9:11, 12:25, 28:23,

47:14, 47:22, 47:25,
54:16, 59:5, 59:24,
60:1, 62:19, 62:22,
63:1, 63:10, 66:20,
67:4, 68:4, 82:18,
83:1, 88:4, 88:7, 91:7,
91:9, 96:6, 96:10,
98:10, 98:13, 104:19,
105:22, 111:12,
117:2, 117:5, 117:15,
117:17, 117:23,
120:21, 121:2,
126:20, 131:15,
131:19, 135:9, 143:4,
149:24, 157:10,
157:13, 158:11,
158:19, 158:23,
158:24, 161:24,
166:11, 168:17,
193:8, 202:10,
202:14, 202:24,
203:1, 203:17,
211:15, 211:18,
217:4, 217:7, 228:21,
229:8, 229:12,
229:14, 230:7,
230:10, 237:9,
237:14, 237:22
    **witness's** [1] - 14:23
    **witnessed** [5] -
47:15, 63:2, 113:12,
121:25, 149:2
    **WITNESSES** [1] - 2:4
    **witnesses** [14] -
3:19, 4:18, 5:5, 6:3,
6:5, 6:14, 6:25, 7:12,
7:17, 8:18, 14:8,
24:25, 246:17, 253:9
    **wives** [1] - 30:19
    **woke** [3] - 56:8,
114:21
    **women** [4] - 10:11,
88:8, 169:12, 170:11
    **wonderful** [1] -
256:11
    **wondering** [1] -
142:11
    **word** [9] - 16:23,
46:19, 60:24, 71:23,
76:12, 83:4, 131:11,
160:6, 194:16
    **words** [9] - 46:17,
65:22, 71:25, 124:18,
138:13, 177:8, 182:2,
198:25, 253:20
    **workers** [13] - 26:5,
26:7, 26:14, 26:18,
50:21, 52:1, 83:20,
83:21, 83:25, 108:19,
110:6, 116:22, 151:17

    **works** [2] - 6:25,
108:20
    **worksite** [1] - 83:21
    **worldwide** [3] -
175:11, 176:7, 193:13
    **worried** [2] - 58:10,
149:25
    **worry** [1] - 214:2
    **worst** [2] - 155:18,
196:15
    **worth** [4] - 33:8,
37:12, 38:8, 126:5
    **worthy** [1] - 30:11
    **wound** [2] - 80:14,
84:24
    **wounds** [8] - 80:8,
80:22, 147:1, 189:25,
212:10
    **wrap** [2] - 80:3,
252:18
    **wrapping** [1] - 84:7
    **write** [1] - 146:9
    **writings** [2] - 204:4,
207:22
    **wrote** [3] - 158:3,
224:25, 249:10

# Y

    **Yahoo** [2] - 42:17,
48:25
    **yahoo.com** [3] -
42:6, 42:8, 42:10
    **yard** [6] - 138:11,
138:24, 139:1, 139:2,
139:14, 142:9
    **yards** [1] - 138:14
    **YARMOC** [1] -
107:11
    **Yarmouk** [1] - 107:6
    **year** [18] - 11:18,
11:21, 33:12, 62:4,
93:1, 94:23, 106:18,
111:16, 111:23,
112:16, 152:3,
159:18, 160:24,
168:5, 177:14,
196:15, 199:21,
201:10
    **years** [24] - 20:8,
93:3, 95:11, 98:20,
101:21, 110:25,
141:25, 156:17,
158:11, 159:19,
160:9, 160:11,
160:15, 161:1, 161:3,
161:9, 164:10,
164:13, 166:4,
177:16, 177:17,

232:8, 240:4
    **years'** [1] - 29:13
    **yelled** [1] - 126:2
    **yelling** [5] - 64:14,
65:21, 67:7, 121:7,
122:18
    **Yemen** [3] - 176:16,
178:1, 229:25
    **yesterday** [1] - 49:20
    **York** [5] - 14:10,
173:14, 231:25,
232:22, 249:15
    **young** [7] - 86:15,
86:19, 101:20,
109:13, 111:10,
111:14, 152:11
    **younger** [2] - 11:4,
123:15
    **youngest** [2] - 62:1,
116:6
    **yourself** [3] - 3:7,
98:9, 130:13

# Z

    **Zamili** [1] - 213:20
    **ZIP** [2] - 35:19, 35:20
    **zip** [1] - 212:8
    **zip-tied** [1] - 212:8
    **zone** [2] - 64:16,
185:11
    **Zone** [13] - 25:8,
25:11, 25:13, 26:19,
38:2, 164:18, 164:19,
165:25, 166:1, 166:9,
166:12, 166:13,
166:22